# MARYELLEN O'SHAUGHNESSY

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

**ANDY D MILLER**

CASE TITLE:  CHRISTINA L CUPP ADMI -VS- UNITED HEALTHCARE       CASE NUMBER: 24CV001784
SERVICES INC ET AL

## CLERK'S ORIGINAL CASE SCHEDULE

| | LATEST TIME OF OCCURRENCE |
|---|---|
| CASE FILED | 03/01/24 |
| INITIAL DISCLOSURES OF THE PARTIES [CIV. R. 26(B)(3)] | 05/24/24 |
| DISCOVERY CONFERENCE OF COUNSEL AND UNREPRESENTED PARTIES [CIV. R. 26(F)] | 06/28/24 |
| JOINT DISCOVERY PLAN TO BE FILED | 14 DAYS AFTER DISCOVERY CONFERENCE |
| CASE MANAGEMENT CONFERENCE WITH COURT | SET UPON REQUEST TO CHAMBERS |
| EXPERT WITNESS [CIV. R. 26(B)(7)] | |
| DISCLOSE IDENTITY - PARTY WITH BURDEN | 09/27/24 |
| DISCLOSE IDENTITY - PARTY WITHOUT BURDEN | NO LATER THAN 30 DAYS AFTER OPPOSING DISCLOSURE |
| EXPERT REPORT & CV DUE - PARTY WITH BURDEN | 12/20/24 |
| EXPERT REPORT & CV DUE - PARTY WITHOUT BURDEN | NO LATER THAN 60 DAYS AFTER OPPOSING REPORTS |
| DISPOSITIVE MOTION DEADLINE | 07/18/25 |
| DISCOVERY CUTOFF DATE | 09/19/25 |
| FINAL PRETRIAL CONFERENCE | 02/02/26 0130PM |
| TRIAL ASSIGNMENT | 03/02/26 0900AM |

# EXHIBIT A

## NOTICE TO ALL PARTIES

Attorneys and unrepresented parties must become familiar with the 2020 amendments to the Ohio Rules of Civil Procedure and this court's Local Rules.

The Original Case Schedule is an important tool to assist the parties and the court in meeting case management guidelines in the Ohio Superintendence Rules, and otherwise achieving timely disposition of civil cases notwithstanding the priority given to criminal cases under Crim. R. 50.

Judicial Officers of this court may modify the Original Case Schedule following receipt of the parties' Joint Discovery Plan, or for good cause at any other point in the case. However, it is essential for attorneys and unrepresented parties to pursue their cases diligently from the outset. Deadlines set in the Rules and in this Original Case Schedule are normally binding, not merely aspirational.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 May 01 2:49 AM-24CV003784

# IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO
### GENERAL DIVISION

CHRISTINA L. CUPP, **as Administrator**
**of the Estate of** LITTLE JOHN CUPP
c/o Leeseberg Tuttle
175 South Third Street, Penthouse One
Columbus, Ohio 43215

        Plaintiff,

    vs.

UNITED HEALTHCARE SERVICES,
INC.
c/o CT Corporation System, Agent
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43219

and

EVICORE HEALTHCARE MSI, LLC
D/B/A EVICORE HEALTHCARE
c/o CT Corporation System, Agent
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43219

and

ADENA HEALTH SYSTEM D/B/A
ADENA REGIONAL MEDICAL CENTER
c/o Craig Babbitt, Agent
272 Hospital Road
Chillicothe, Ohio 45601

and

ADENA MEDICAL GROUP, LLC
c/o Craig Babbitt, Agent
272 Hospital Road
Chillicothe, Ohio 45601

Case No: 24-CV-_____

Judge _____

*Jury Demand Endorsed Hereon*

1

and

**HAFEEZ UL HASSAN, MD**
4467 Perrin Street
Grove City, Ohio 43123

             Defendants.

---

## COMPLAINT
### (Declaratory Judgment/ Breach of Contract/Bad Faith/ Punitive Damages/Wrongful Death/Informed Consent)

---

### FACTS AND JURISDICTION

1.     Pursuant to R.C. 2305.21, Plaintiff Christina L. Cupp brings this action as the duly appointed Administrator of the Estate of Little John Cupp ("Plaintiff's decedent") for the exclusive benefit of the next of kin. Plaintiff's decedent resided in Ross County, Ohio at the time of his death and his Estate was opened in the Probate Court of Ross County, Ohio, Case No. 2022E0259.

2.     Defendant United Healthcare Services, Inc. ("United Healthcare") is a foreign corporation located in the State of Minnesota, which provides health insurance services to its members, beneficiaries, affiliates, partner, and/or agents throughout the country, including the State of Ohio.

3.     Defendant EviCore Healthcare MSI, LLC d/b/a EviCore Healthcare ("EviCore") is a foreign limited liability company located in the State of South Carolina, which provides health insurance management services on behalf of health insurance companies throughout the country, including the State of Ohio.

4.     Defendants United Healthcare and EviCore (hereinafter referred to as "Health Insurance Defendants") provided health insurance services to Plaintiff's decedent from January 1, 2021 through his death, including but not limited to:

    a.  Accepting premiums;

    b.  Selling health insurance policies;

    c.  Handling, adjusting, negotiating, and paying claims submitted by medical providers of Plaintiff's decedent;

    d.  Making pre-authorization determinations regarding medical treatment proposed by medical providers of Plaintiff's decedent; and/or

    e.  Determining whether ordered treatments are medically necessary for Plaintiff's decedent.

5.     Defendant Adena Health System ("Adena") is an Ohio corporation, located in Chillicothe, Ross County, Ohio, which does business under the trade name "Adena Regional Medical Center." Adena provides treatment, by and through its actual and ostensible agents and employees, to those in need of medical care.

6.     Defendant Adena Medical Group, LLC ("AMG") is an Ohio limited liability company, located in Chillicothe, Ross County, Ohio. AMG provides treatment, by and through its actual and ostensible agents, owner, members, and/or employees, to those in need of medical care.

7.     Defendant Hafeez ul Hassan, M.D. ("Defendant Hassan"), is a resident of Grove City, Franklin County, Ohio who is duly licensed to practice medicine by and in the State of Ohio. At all times relevant, Defendant Hassan provided treatment for

consideration to those in need of medical care.

8.    At all times relevant, Defendant Hassan was an agent, employee, owner, and/or member of Adena and/or AMG.

9.    Defendants, individually or by and through agents and/or employees, provided medical care, treatment, and services to Plaintiff's decedent between December 9, 2021 and March 3, 2022.

10.    Specifically, on December 9, 2021, Plaintiff's decedent complained of shortness of breath and dyspnea on exertion, which had started a few months earlier, and his primary care physician ordered a transthoracic echocardiogram to further investigate his cardiac function. This echocardiogram, which was read by Defendant Hassan, demonstrated significant abnormalities, namely evidence of coronary artery disease and prior infarction, thereby requiring further investigation and intervention.

11.    Given the abnormal echocardiogram findings, Defendant Hassan recommended and ordered that Plaintiff's decedent undergo a left heart catheterization and ventriculography.

12.    Plaintiff's decedent was insured under a health insurance policy ("Policy") provided by and/or managed by the Health Insurance Defendants. Plaintiff's decedent's Member ID was 965272249 and the Group Number for the Policy was 712525. The Summary Plan Description ("SPD") of the Policy, which describes the health benefits provided under the Policy, is attached hereto as Exhibit 1. The SPD further identifies the Plan Name for the Policy as "Jones Lang LaSalle Welfare Benefits Plan" and the Plan Number as 501 (*see* page 182 of SPD).

13.     The Health Insurance Defendants have failed to provide Plaintiff a copy of the official plan document (i.e., Policy) despite her written request for same.

14.     While the SPD indicates the Policy is "self-funded" and subject to the Employee Retirement Income Security Act of 1974 (ERISA), upon information and belief, the Policy is not fully self-funded. Rather, the Policy is funded, at least in part, through insurance, and thus, jurisdiction in this Court is proper.

15.     Upon information and belief, the Policy was in good standing and in force from December 2021 through March 2022.

16.     Upon information and belief, the Policy provided coverage for cardiac testing and procedures, including the left heart catheterization and ventriculography recommended by and ordered by Defendant Hassan.

17.     Plaintiff's decedent timely submitted a "Pre-Service Request for Benefits" related to the left heart catheterization and ventriculography, as required under the Policy.

18.     On December 17, 2021, the Health Insurance Defendants denied coverage under the Policy for the left heart catheterization and ventriculography procedure recommended to Plaintiff's decedent by Defendant Hassan, improperly determining that it was "not medically necessary".

19.     On January 4, 2022, Plaintiff's decedent had a follow-up visit with Defendant Hassan due to increased shortness of breath, edema, and dyspnea on exertion. Defendant Hassan once again noted that Plaintiff's decedent needed a left heart catheterization to rule out ischemic cardiomyopathy.

20.     On or before February 8, 2022, the Health Insurance Defendants again denied coverage under the Policy for Plaintiff's decedent's the left heart catheterization and ventriculography.

21.     On February 8, 2022, Plaintiff's decedent had another follow-up appointment with Defendant Hassan due to his continued shortness of breath and dyspnea on exertion, where it was noted that the left heart catheterization had now been denied twice by the Health Insurance Defendants. Given the Health Insurance Defendants' refusal to approve his recommended treatment, Defendant Hassan ordered a nuclear stress in an attempt to further evaluate Plaintiff's decedent's cardiac abnormalities and provide the patient with the cardiac intervention he needed.

22.     On March 2, 2022, Plaintiff's decedent underwent the nuclear stress test ordered by Defendant Hassan, which confirmed the significant abnormalities previously identified in the echocardiogram that was performed on December 9, 2021.

23.     Unfortunately, the following day, Plaintiff's decedent suffered a cardiac arrest and was pronounced dead at 11:39 p.m. on March 3, 2022.

24.     Had Plaintiff's decedent been approved for the left heart catheterization and ventriculography, as recommended and ordered by Defendant Hassan, his subsequent cardiac arrest and death likely would have been prevented.

25.     An Affidavit of Merit is attached hereto as Exhibit 2, and is incorporated herein, as contemplated by Civ.R. 10(D)(2).

<u>PLAINTIFF'S CLAIMS FOR RELIEF AGAINST</u>
<u>HEALTH INSURANCE DEFENDANTS</u>

**Count I:       Declaratory Judgment**

26.      Plaintiff's decedent was insured under the Policy for health insurance benefits provided by the Health Insurance Defendants, including cardiac testing, such as the heart catheterization and ventriculography that was recommended by and ordered by Defendant Hassan.

27.      Plaintiff's decedent timely submitted claims related to his left heart catheterization and ventriculography to the Health Insurance Defendants under the Policy.

28.      The left heart catheterization and ventriculography should have been approved under the Policy, as the results of his transthoracic echocardiogram demonstrated the procedure was medically necessary.

29.      The Health Insurance Defendants denied the left heart catheterization and ventriculography on the basis that it was "not medically necessary," despite it being recommended and necessary treatment according to Defendant Hassan.

30.      Plaintiff's decedent was wrongfully denied benefits under the Policy.

31.      This Court has authority to enter a declaratory judgment pursuant to R.C. 2721.02.

32.      Pursuant to R.C. 2721.03 and 2721.24, Plaintiff may seek a declaration from this Court to determine any question arising under the Policy.

33. Plaintiff therefore requests that this Court declare the Plaintiff's decedent was a "Covered Person" under the Policy, that the recommended left heart catheterization and ventriculography procedure was a "Covered Health Service" under the Policy, and that the Health Insurance Defendants should have approved the procedure and provided coverage under the Policy.

**Count II:** **Breach of Contract**

34. The Policy is a contract between Plaintiff's decedent and the Health Insurance Defendants.

35. Plaintiff substantially performed all of his contractual obligations under the Policy.

36. The Health Insurance Defendants failed to perform their contractual obligations under the Policy.

37. The Health Insurance Defendants breached the Policy by failing to provide Plaintiff's decedent benefits under the Policy.

38. As a result of the Health Insurance Defendants' breach of the Policy, Plaintiff's decedent suffered significant injuries and damages, including a cardiac arrest and death.

**Count III:** **Bad Faith**

39. As a health insurance carrier, the Health Insurance Defendants have a responsibility to act in good faith towards its insureds.

40. As a health insurance carrier, the Health Insurance Defendants have a duty to comply with Ohio's insurance laws codified in R.C. 3901.20 and R.C. 3901.21, as

8

well as Ohio's insurance regulations codified in Ohio Administrative Code 3091-1-07 and 3901-1-54.

41. The Health Insurance Defendants have violated Ohio's insurance laws and regulations by and through their conduct described in the preceding Paragraphs of this Complaint.

42. The Health Insurance Defendants failed to act in good faith towards Plaintiff's decedent.

43. The Health Insurance Defendants did not have a reasonable justification for denying Plaintiff's decedent's request for pre-approval of his left heart catheterization and ventriculography.

44. Plaintiff's decedent suffered a cardiac arrest and death as a result of the Health Insurance Defendants' failure to act in good faith.

45. Plaintiff also suffered additional damages and losses as a result of the Health Insurance Defendants' failure to act in good faith.

**Count IV:    Punitive Damages**

46. The Health Insurance Defendants acted with malice and/or reckless disregard towards Plaintiff's decedent and/or Plaintiff.

47. As a result of the Health Insurance Defendants' malicious and/or reckless conduct, Plaintiff's decedent suffered a cardiac arrest and death.

48. As a further result of the Health Insurance Defendants' malicious and/or reckless conduct, Plaintiff has suffered additional damages and losses.

49.     Plaintiff is entitled to recover punitive damages against the Health

Insurance Defendants.

**PLAINTIFF'S CLAIMS FOR RELIEF AGAINST**
**ALL DEFENDANTS**

**Count V:     Wrongful Death**

50.     Defendants, individually or by and through agents or employees, were

professionally negligent and fell below the accepted standards of medical care in that

they failed to exercise the degree of care required of reasonably skillful and prudent

physicians, specialists, and/or other health care professionals under similar

circumstances by, *inter alia*, failing to timely and appropriately intervene in response to

Plaintiff's decedent's concerning cardiac complaints and echocardiogram findings.

51.     As a direct and proximate result of Defendants' negligence as stated

above, Plaintiff's decedent suffered severe and permanent injuries, including, *inter alia*,

cardiac arrest and death.

52.     As a direct and proximate result of the negligence of Defendants as stated

above, Plaintiff's decedent suffered a wrongful death on March 3, 2022.

53.     As a further direct and proximate result of the negligence of the

Defendants and the wrongful death of Plaintiff's decedent, his next of kin have suffered

mental anguish and pecuniary and non-pecuniary losses, including loss of support,

consortium, love, services, care, assistance, attention, protection, advice, guidance,

counsel, instruction, training, and education.

54.     As a further direct and proximate result of the negligence of Defendants and the wrongful death of Plaintiff's decedent, the Estate has incurred reasonable burial and funeral expenses.

**Count VI:     Informed Consent**

55.     Defendants failed to fully inform Plaintiff's decedent of the risks inherent in the management and treatment plan pursued by Defendants and/or failed to advise him of accepted medical treatment alternatives and, therefore, failed to obtain his informed consent.

56.     Had Plaintiff's decedent been fully and properly informed of the risks inherent in the management and treatment plan pursued by Defendants and/or advised by Defendants of accepted medical treatment alternatives, he would not have consented to the management and treatment plans pursued by Defendants.

57.     As a direct and proximate result of the failure of Defendants to obtain informed consent, Plaintiff's decedent sustained injury and death due to the risks inherent in Defendants' management and treatment plans.

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

a)  That this Court issue declaratory judgment that Plaintiff's decedent was an insured under the Policy, that the requested benefits were covered under the Policy, and that the requested benefits should have been approved by the Health Insurance Defendants under the Policy;

b)  That Plaintiff be awarded damages in excess of $25,000 against the Health Insurance Defendants for their breach of contract;

c) That Plaintiff be awarded damages in excess of $25,000 against the Health Insurance Defendants for their bad faith;

d) That Plaintiff be awarded punitive damages against the Health Insurance Defendants;

e) That Plaintiff be awarded damages in excess of $25,000 against Defendants, jointly and severally, for causing Plaintiff's decedent's wrongful death and for failing to obtain his informed consent.

f) That Plaintiff be awarded reasonable attorney's fees and other expenses;

g) That Plaintiff be awarded any other relief this Court deems just and equitable.

Respectfully Submitted,

*/s/ John A. Markus*
Craig S. Tuttle (0086521)
John A. Markus (0093736)
LEESEBERG TUTTLE
175 S. Third Street, Penthouse One
Columbus, Ohio 43215
Tel: 614/221.2223
Fax: 614/221.3106
Email: ctuttle@leeseberglaw.com
          jmarkus@leeseberglaw.com
*Attorneys for Plaintiff*

## JURY DEMAND

Plaintiff hereby respectfully demands a jury of eight as to all issues contained herein.

*/s/ John A. Markus*
John A. Markus



# SUMMARY PLAN DESCRIPTION

## Jones Lang LaSalle
## PPO Plus Plan

**Effective:** January 1, 2022

**Group Number:** 712525

Passport Connect

Provider Networks: If you reside in New Hampshire, Massachusetts or Maine, the provider network is established by HPHC Insurance Company within New Hampshire, Massachusetts or Maine, and the provider network is established by UnitedHealthcare Insurance Company network outside New Hampshire, Massachusetts or Maine.

If you reside outside of New Hampshire, Massachusetts or Maine, the provider network is established by UnitedHealthcare Insurance Company in all states.







PLAINTIFF'S
EXHIBIT
1

# TABLE OF CONTENTS

SECTION 1 - WELCOME ............................................................................................1

SECTION 2 - INTRODUCTION ..................................................................................3

   Eligibility ...........................................................................................................3

   Cost of Coverage ..............................................................................................3

   How to Enroll ...................................................................................................4

   When Coverage Begins ....................................................................................4

   Changing Your Coverage .................................................................................5

SECTION 3 - HOW THE PLAN WORKS ...................................................................7

   Benefit Rewards ...............................................................................................7

   Accessing Benefits ...........................................................................................8

   Eligible Expenses ...........................................................................................12

   Annual Deductible .........................................................................................16

   Copayment .....................................................................................................16

   Coinsurance ...................................................................................................16

   Out-of-Pocket Maximum ...............................................................................16

SECTION 4 - PERSONAL HEALTH SUPPORT and PRIOR AUTHORIZATION ..........18

   Care Management ..........................................................................................18

   Prior Authorization ........................................................................................19

   Special Note Regarding Medicare .................................................................20

SECTION 5 - PLAN HIGHLIGHTS ........................................................................21

   Payment Terms and Features .........................................................................21

   Schedule of Benefits ......................................................................................24

SECTION 6 - ADDITIONAL COVERAGE DETAILS ...............................................37

   Acupuncture Services ....................................................................................37

   Ambulance Services - Emergency Only .........................................................38

   Ambulance Services - Non-Emergency ..........................................................38

   Cellular and Gene Therapy ...........................................................................38

   Clinical Trials ................................................................................................39

   Congenital Heart Disease (CHD) Surgeries ..................................................41

   Dental Services - Accident Only ....................................................................42

   Diabetes Services ...........................................................................................43

Durable Medical Equipment (DME), Orthotics and Supplies ............................................44

Emergency Health Services - Outpatient ...................................................................46

Enteral Nutrition...............................................................................................47

Gender Dysphoria ..............................................................................................48

Hearing Aids ...................................................................................................50

Home Health Care ..............................................................................................50

Hospice Care ...................................................................................................51

Hospital - Inpatient Stay .....................................................................................51

Infertility Services ...........................................................................................52

Injections in a Physician's Office ...........................................................................54

Lab, X-Ray and Diagnostics - Outpatient .......................................................................55

Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient ...................................................................................................56

Mental Health Services ........................................................................................56

Neurobiological Disorders - Autism Spectrum Disorder Services .................................................58

Obesity Surgery ................................................................................................59

Orthognathic Surgery ..........................................................................................60

Ostomy Supplies ................................................................................................61

Physician Fees for Surgical and Medical Services ..............................................................61

Physician's Office Services - Sickness and Injury .............................................................61

Pregnancy - Maternity Services ................................................................................62

Preventive Care Services ......................................................................................63

Private Duty Nursing - Outpatient .............................................................................65

Prosthetic Devices ............................................................................................65

Reconstructive Procedures .....................................................................................66

Rehabilitation Services - Outpatient Therapy and Manipulative Treatment .......................................67

Scopic Procedures - Outpatient Diagnostic and Therapeutic......................................................69

Skilled Nursing Facility/Inpatient Rehabilitation Facility Services ...........................................69

Spine and Joint Surgeries .....................................................................................71

Substance-Related and Addictive Disorders Services ...........................................................71

Surgery - Outpatient ..........................................................................................72

Temporomandibular Joint Dysfunction (TMJ)......................................................................73

Therapeutic Treatments - Outpatient...........................................................................73

0G750 - U61

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 10:24 AM-24CV001784
CaseR2024-001784 Electronically Filed 01/28/2024 11:24PM FCCMB007823

JONES LANG LASALLE MEDICAL PPO PLUS PLAN

Transplantation Services ................................................................74

Urgent Care Center Services ........................................................75

Urinary Catheters ..........................................................................75

Virtual Care Services .....................................................................76

Vision ............................................................................................76

Wigs ..............................................................................................76

**SECTION 7 - CLINICAL PROGRAMS AND RESOURCES................................78**

Consumer Solutions and Self-Service Tools ................................78

Disease Management Services ......................................................81

Complex Medical Conditions Programs and Services .................82

Wellness Programs ........................................................................87

Women's Health/Reproductive ....................................................89

**SECTION 8 - EXCLUSIONS AND LIMITATIONS: WHAT THE MEDICAL PLAN WILL NOT COVER............................................................................92**

Alternative Treatments .................................................................92

Comfort and Convenience ............................................................92

Dental ............................................................................................93

Drugs .............................................................................................94

Experimental or Investigational or Unproven Services ...............95

Foot Care.......................................................................................95

Gender Dysphoria .........................................................................96

Medical Supplies and Appliances.................................................97

Mental Health, Neurobiological Disorders - Autism Spectrum Disorder Services and Substance-Related and Addictive Disorders Services ...........97

Nutrition and Health Education....................................................98

Physical Appearance .....................................................................99

Procedures and Treatments ..........................................................99

Providers .....................................................................................101

Reproduction ..............................................................................101

Services Provided under Another Plan .......................................102

Transplants ..................................................................................103

Travel ..........................................................................................103

Vision and Hearing.....................................................................103

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 10:24 AM-24CV001784

All Other Exclusions ..........................................................................................104

**SECTION 9 - CLAIMS PROCEDURES** ...............................................................107

Network Benefits ...............................................................................................107

Non-Network Benefits .......................................................................................107

Prescription Drug Benefit Claims .....................................................................107

If Your Provider Does Not File Your Claim ......................................................107

Health Statements .............................................................................................109

Explanation of Benefits (EOB) .........................................................................109

Claim Denials and Appeals ...............................................................................110

External Review Program ..................................................................................111

Limitation of Action .........................................................................................117

**SECTION 10 - COORDINATION OF BENEFITS (COB)** ....................................118

**SECTION 11 - SUBROGATION AND REIMBURSEMENT** ...................................125

Right of Recovery .............................................................................................128

**SECTION 12 - WHEN COVERAGE ENDS** ........................................................130

Coverage for a Disabled Dependent Child........................................................131

Extended Coverage for Total Disability............................................................131

Continuing Coverage Through COBRA.............................................................132

When COBRA Ends ...........................................................................................136

Uniformed Services Employment and Reemployment Rights Act ...................136

**SECTION 13 - OTHER IMPORTANT INFORMATION** .........................................138

Qualified Medical Child Support Orders (QMCSOs) .......................................138

Your Relationship with UnitedHealthcare and Jones Lang LaSalle..................138

Relationship with Providers ..............................................................................139

Your Relationship with Providers .....................................................................140

Interpretation of Benefits ..................................................................................140

Review and Determine Benefits in Accordance with UnitedHealthcare Reimbursement Policies................................................................................................................141

Information and Records ...................................................................................141

Incentives to Providers .....................................................................................142

Incentives to You ..............................................................................................143

Rebates and Other Payments ............................................................................143

Workers' Compensation Not Affected...............................................................143

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 2:49 PM-24CV001784
0G750 – U63

Future of the Plan ..................................................................................... 143

Plan Document ......................................................................................... 144

Medicare Eligibility .................................................................................. 144

**SECTION 14 - GLOSSARY** ................................................................................. **145**

**SECTION 15 - OUTPATIENT PRESCRIPTION DRUGS** ............................................ **163**

Benefits for Prescription Drug Products .................................................. 163

What You Must Pay .................................................................................. 163

Payment Terms and Features - Outpatient Prescription Drugs ................ 164

Schedule of Benefits - Outpatient Prescription Drugs ............................ 166

Identification Card (ID Card) - Network Pharmacy ................................ 168

Benefit Levels ........................................................................................... 168

Retail ........................................................................................................ 169

Mail Order ................................................................................................ 170

Benefits for Preventive Care Medications ............................................... 171

Designated Pharmacies ............................................................................. 171

Specialty Prescription Drug Products ....................................................... 171

Assigning Prescription Drug Products to the Prescription Drug List (PDL) ................ 172

Prescription Drug Benefit Claims ............................................................. 173

Limitation on Selection of Pharmacies ..................................................... 173

Supply Limits ........................................................................................... 173

Special Programs ...................................................................................... 173

Maintenance Medication Program ........................................................... 173

Prescription Drug Products Prescribed by a Specialist Physician ............ 174

Step Therapy ............................................................................................. 174

Prescription Drug Products that are Chemically Equivalent .................... 174

Rebates and Other Discounts ................................................................... 174

Coupons, Incentives and Other Communications .................................... 175

Exclusions - What the Prescription Drug Plan Will Not Cover ................ 175

Glossary - Outpatient Prescription Drugs ................................................ 178

**SECTION 16 - IMPORTANT ADMINISTRATIVE INFORMATION: ERISA** ................. **182**

**ATTACHMENT I - HEALTH CARE REFORM NOTICES** ........................................... **186**

Patient Protection and Affordable Care Act ("PPACA") .......................... 186

**ATTACHMENT II - LEGAL NOTICES** ..................................................................**187**

Women's Health and Cancer Rights Act of 1998 ............................................187

Statement of Rights under the Newborns' and Mothers' Health Protection Act...........187

**ATTACHMENT III - HEALTH SAVINGS ACCOUNT** .......................................**188**

Introduction .................................................................................................188

About Health Savings Accounts....................................................................188

Who Is Eligible And How To Enroll .............................................................189

Contributions ..............................................................................................189

Reimbursable Expenses ................................................................................190

Additional Medical Expense Coverage Available with Your Health Savings Account .190

Using the HSA for Non-Qualified Expenses ................................................191

Rollover Feature ..........................................................................................191

Additional Information About the HSA ........................................................191

**ATTACHMENT IV – NONDISCRIMINATION AND ACCESSIBILITY REQUIREMENTS** ............**193**

**ATTACHMENT V – GETTING HELP IN OTHER LANGUAGES OR FORMATS** ....................**195**

**ADDENDUM - hi HealthInnovations™ HEARING AID PROGRAM**............................**203**

Introduction .................................................................................................203

The hi HealthInnovations Hearing Aid Program ..........................................203

Accessing Program Benefits..........................................................................203

Customer Support Services ...........................................................................204

Hearing Aid Description................................................................................204

# SECTION 1 - WELCOME

> **Quick Reference Box**
> - Member services, claim inquiries, Personal Health Support and Mental Health/Substance-Related and Addictive Disorder Administrator: 1-800-996-2057.
> - Claims submittal address: UnitedHealthcare - Claims, P.O. Box 30555, Salt Lake City, UT 84130-0555.
> - Online assistance: **www.myuhc.com**.

Jones Lang LaSalle is pleased to provide you with this Summary Plan Description (SPD), which describes the health Benefits available to you and your covered family members under the Jones Lang LaSalle Welfare Benefit Plan. It includes summaries of:

- Who is eligible.
- Services that are covered, called Covered Health Services.
- Services that are not covered, called Exclusions and Limitations.
- How Benefits are paid.
- Your rights and responsibilities under the Plan.

This SPD is designed to meet your information needs and the disclosure requirements of the *Employee Retirement Income Security Act of 1974 (ERISA)*. It supersedes any previous printed or electronic SPD for this Plan.

> **IMPORTANT**
> The healthcare service, supply or Pharmaceutical Product is only a Covered Health Service if it is Medically Necessary. (See definitions of Medically Necessary and Covered Health Service in Section 14, *Glossary*.) The fact that a Physician or other provider has performed or prescribed a procedure or treatment, or the fact that it may be the only available treatment for a Sickness, Injury, Mental Illness, substance-related and addictive disorders, disease or its symptoms does not mean that the procedure or treatment is a Covered Health Service under the Plan.

> Jones Lang LaSalle intends to continue this Plan, but reserves the right, in its sole discretion, to modify, change, revise, amend or terminate the Plan at any time, for any reason, and without prior notice subject to any collective bargaining agreements between the Employer and various unions, if applicable. This SPD is not to be construed as a contract or for employment. If there should be an inconsistency between the contents of this summary and the contents of the Plan, your rights shall be determined under the Plan and not under this summary.

Employees who live in Massachusetts, Maine and New Hampshire (and their covered Dependents regardless of where those Dependents live) will receive in Network coverage through the Harvard Pilgrim Health Care Network when seeking Covered Health Services in Massachusetts, Maine and New Hampshire or through the UnitedHealthcare Network when seeking Covered Health Services outside Massachusetts, Maine and New Hampshire.

Employees who live outside Massachusetts, Maine and New Hampshire (and their covered Dependents regardless of where those Dependents live) will receive in Network coverage through the UnitedHealthcare Network.

UnitedHealthcare is a private healthcare claims administrator. UnitedHealthcare's goal is to give you the tools you need to make wise healthcare decisions. UnitedHealthcare also helps your employer to administer claims. Although UnitedHealthcare will assist you in many ways, it does not guarantee any Benefits. Jones Lang LaSalle is solely responsible for paying Benefits described in this SPD.

Please read this SPD thoroughly to learn how the Jones Lang LaSalle Welfare Benefit Plan works. If you have questions contact your local Benefit Solutions Group or call the number on your ID card.

| How To Use This SPD |
|---|
| ■ Read the entire SPD, and share it with your family. Then keep it in a safe place for future reference. |
| ■ Many of the sections of this SPD are related to other sections. You may not have all the information you need by reading just one section. |
| ■ You can find copies of your SPD and any future amendments or request printed copies by contacting your local Benefit Solutions Group. |
| ■ Capitalized words in the SPD have special meanings and are defined in Section 14, *Glossary*. |
| ■ If eligible for coverage, the words "you" and "your" refer to Covered Persons as defined in Section 14, *Glossary*. |
| ■ Jones Lang LaSalle is also referred to as Company. |
| ■ If there is a conflict between this SPD and any benefit summaries (other than Summaries of Material Modifications) provided to you, this SPD will control. |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 10:24 AM-24CV001784

## SECTION 2 - INTRODUCTION

> **What this section includes:**
> - Who's eligible for coverage under the Plan.
> - The factors that impact your cost for coverage.
> - Instructions and timeframes for enrolling yourself and your eligible Dependents.
> - When coverage begins.
> - When you can make coverage changes under the Plan.

### Eligibility

You are eligible to enroll in the Plan if you are a regular full-time Employee who is scheduled to work at least 30 hours per week.

Your eligible Dependents may also participate in the Plan. An eligible Dependent is considered to be:

- Your Spouse, as defined in Section 14, *Glossary*.
- Your or your Spouse's child who is under age 26, including a natural child, stepchild, a legally adopted child, a child placed for adoption or a child for whom you or your Spouse are the legal guardian.
- An unmarried child age 26 or over who is or becomes disabled and dependent upon you.

To be eligible for coverage under the Plan, a Dependent must reside within the United States.

***Note:*** Your Dependents may not enroll in the Plan unless you are also enrolled. If you and your Spouse are both covered under the Jones Lang LaSalle Welfare Benefit Plan, you may each be enrolled as an Employee or be covered as a Dependent of the other person, but not both. In addition, if you and your Spouse are both covered under the Jones Lang LaSalle Welfare Benefit Plan, only one parent may enroll your child as a Dependent.

A Dependent also includes a child for whom health care coverage is required through a Qualified Medical Child Support Order or other court or administrative order, as described in Section 13, *Other Important Information*.

### Cost of Coverage

You and Jones Lang LaSalle share in the cost of the Plan. Your contribution amount depends on the Plan you select and the family members you choose to enroll.

Your contributions are deducted from your paychecks on a before-tax basis. Before-tax dollars come out of your pay before federal income and Social Security taxes are withheld—and in most states, before state and local taxes are withheld. This gives your contributions a special tax advantage and lowers the actual cost to you.

*Note:* The Internal Revenue Service generally does not consider Domestic Partners and their children eligible Dependents. Therefore, the value of Jones Lang LaSalle's cost in covering a Domestic Partner may be imputed to the Employee as income. In addition, the share of the Employee's contribution that covers a Domestic Partner and their children may be paid using after-tax payroll deductions.

Your contributions are subject to review and Jones Lang LaSalle reserves the right to change your contribution amount from time to time.

You can obtain current contribution rates by calling your local Benefit Solutions Group.

## How to Enroll

To enroll, call your local Benefit Solutions Group within 30 days of the date you first become eligible for medical Plan coverage. If you do not enroll within 30 days, you will need to wait until the next annual Open Enrollment to make your benefit elections.

Each year during annual Open Enrollment, you have the opportunity to review and change your medical election. Any changes you make during Open Enrollment will become effective the following January 1.

> **Important**
> If you wish to change your benefit elections following a birth, adoption of a child or placement for adoption of a child, you must contact your local Benefit Solutions Group within 60 days of the event; your marriage or other family status change, 30 days of the event. Otherwise, you will need to wait until the next annual Open Enrollment to change your elections.

## When Coverage Begins

Once your local Benefit Solutions Group receives your properly completed enrollment, coverage will begin on the date of hire if the date of hire is the first day of the month. If date of hire is on any other day of the month, then coverage will begin on first day of the month. Coverage for your Dependents will start on the date your coverage begins, provided you have enrolled them in a timely manner.

Coverage for a Spouse or Dependent stepchild that you acquire via marriage becomes effective the date of your marriage, provided you notify your local Benefit Solutions Group within 30 days of your marriage. Coverage for Dependent children acquired through birth, adoption, or placement for adoption is effective the date of the family status change, provided you notify your local Benefit Solutions Group within 60 days of the birth, adoption, or placement.

### *If You Are Hospitalized When Your Coverage Begins*

If you are an inpatient in a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility on the day your coverage begins, the Plan will pay Benefits for Covered Health Services that you receive on or after your first day of coverage related to that Inpatient Stay as long as you receive Covered Health Services in accordance with the terms of the Plan. These Benefits are subject to any prior carrier's obligations under state law or contract.

You should notify UnitedHealthcare of your hospitalization within 48 hours of the day your coverage begins, or as soon as is reasonably possible. For Benefit plans that have a Network Benefit level, Network Benefits are available only if you receive Covered Health Services from Network providers.

## Changing Your Coverage

You may make coverage changes during the year only if you experience a change in family status. The change in coverage must be consistent with the change in status (e.g., you cover your Spouse following your marriage, your child following an adoption, etc.). The following are considered family status changes for purposes of the Plan:

- Your marriage, divorce, legal separation or annulment.

- Registering a Domestic Partner.

- The birth, legal adoption, placement for adoption or legal guardianship of a child.

- A change in your Spouse's employment or involuntary loss of health coverage (other than coverage under the Medicare or Medicaid programs) under another employer's plan.

- Loss of coverage due to the exhaustion of another employer's COBRA benefits, provided you were paying for premiums on a timely basis.

- Your death or the death of a Dependent.

- Your Dependent child no longer qualifying as an eligible Dependent.

- A change in your or your Spouse's position or work schedule that impacts eligibility for health coverage.

- Contributions were no longer paid by the employer (this is true even if you or your eligible Dependent continues to receive coverage under the prior plan and to pay the amounts previously paid by the employer).

- You or your eligible Dependent who were enrolled in an HMO no longer live or work in that HMO's service area and no other benefit option is available to you or your eligible Dependent.

- Benefits are no longer offered by the Plan to a class of individuals that include you or your eligible Dependent.

- Termination of your or your Dependent's *Medicaid* or *Children's Health Insurance Program (CHIP)* coverage as a result of loss of eligibility (you must contact your local Benefit Solutions Group within 60 days of termination).

- You or your Dependent become eligible for a premium assistance subsidy under *Medicaid* or *CHIP* (you must contact your local Benefit Solutions Group within 60 days of the date of determination of subsidy eligibility).

- You or your Dependent lose eligibility for coverage in the individual market, including coverage purchased through a public exchange or other public market established under the Affordable Care Act (Marketplace) (other than loss of eligibility for coverage due to failure to pay premiums on a timely basis or termination of coverage for cause, such as making a fraudulent claim or an intentional misrepresentation of a material fact)

regardless of whether you or your Dependent may enroll in other individual market coverage, through or outside of a Marketplace.

■ A strike or lockout involving you or your Spouse.

■ A court or administrative order.

Unless otherwise noted above, if you wish to change your elections, you must contact your local Benefit Solutions Group within 30 days of the change in family status. Otherwise, you will need to wait until the next annual Open Enrollment.

While some of these changes in status are similar to qualifying events under COBRA, you, or your eligible Dependent, do not need to elect COBRA continuation coverage to take advantage of the special enrollment rights listed above. These will also be available to you or your eligible Dependent if COBRA is elected.

*Note:* Any child under age 26 who is placed with you for adoption will be eligible for coverage on the date the child is placed with you, even if the legal adoption is not yet final. If you do not legally adopt the child, all medical Plan coverage for the child will end when the placement ends. No provision will be made for continuing coverage (such as COBRA coverage) for the child.

---

### Change in Family Status - Example

Jane is married and has two children who qualify as Dependents. At annual Open Enrollment, she elects not to participate in Jones Lang LaSalle's medical plan, because her husband, Tom, has family coverage under his employer's medical plan. In June, Tom loses his job as part of a downsizing. As a result, Tom loses his eligibility for medical coverage. Due to this family status change, Jane can elect family medical coverage under Jones Lang LaSalle's medical plan outside of annual Open Enrollment.

---

# SECTION 3 - HOW THE PLAN WORKS

**What this section includes:**
- Benefit Contribution Credits.
- Accessing Benefits.
- Eligible Expenses.
- Annual Deductible.
- Copayment.
- Coinsurance.
- Out-of-Pocket Maximum.

## Benefit Rewards

Jones Lang LaSalle offers you and your Spouse or Domestic Partner a way to receive a Health Bonus for participating in or completing certain activities in the "Health Rewards Program powered by UnitedHealth Personal Rewards." By completing a sequence or number of identified activities, you and your Spouse or Domestic Partner will earn points that will be converted to credits and applied as a bonus, known as a Health Bonus.

Each point you or your Spouse or Domestic Partner earn will accumulate credit toward your Health Bonus and then, after reaching the maximum allowed for a bonus.

Points accumulate throughout the period of time, called the Program Earning Period, that you and your Spouse or Domestic Partner are eligible to earn points for activities. At the end of the Program Earning Period, the points you or your Spouse or Domestic Partner have met, based on the number of points accumulated, determines the amount of money that will be paid as a Health Bonus.

Dependent on your annual election for health rewards, if you elected cash, any Health Bonus you or your Spouse or Domestic Partner earns will be taxable and will be shown on your Form W-2 ▮▮▮▮ and Tax Statement) each year. If you elected HSA contribution, it will be deposited ▮▮▮▮ r Health Savings Account and treated with the same tax exempt treatment as all other ▮▮▮ ontributions.

A Health Bonus is earned only while you or your Spouse or Domestic Partner is enrolled in the Plan and are employed by Jones Lang LaSalle. All credits are forfeited on the date your employment with Jones Lang LaSalle terminates.

If you are unable to meet a standard for a reward under the Health Rewards Program, you might qualify for an opportunity to earn the same reward by different means. Contact the number shown on your ID card and the Claims Administrator will work with you (and, if necessary, with your doctor) to find another way for you to earn the same reward.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 2:49 PM-24CV001784

The below table shows the point thresholds:

| Category | Point Maximums |
|---|---|
| ■ Employee only enrolled | $1 per point earned up to a maximum of $800* |
| ■ Employee and Spouse or Domestic Partner enrolled | $1 per point earned up to a maximum of $800* per person (total $1,600) |

*The Point Maximum is $500, however you may be eligible for an additional $75 for diabetes/cancer screenings.

Additional information regarding Health Rewards Program is identified in Section 7, *Clinical Programs and Resources*.

You must submit the Provider notification Form with your biometric values to UnitedHealthcare by December 31st of the plan year.

### *Appeals Rights under the Health Rewards Program*

You and your Spouse or Domestic Partner can appeal the screening results and/or total credits applied by providing evidence from your physician certifying the corrected results and/or services or tests received that qualify for points under the Health Rewards Program. Appeals must be made during the program year.

**Earn Points and get Money**
You earn points for completing the screening and achieving target biometric values. Each point you earn equals $1 towards a Health Bonuses (up to $800* per person**). Bonuses will be paid out monthly. Depending on your annual election health rewards will be paid as cash through payroll or as a contribution to your Health Savings Account.

*The Point Maximum is $500, however you may be eligible for an additional $75 for diabetes/cancer screenings.
**Remember, you must submit the Provider notification Form with your biometric values to United HealthCare to receive the associated points unless you complete an onsite screening.

## Accessing Benefits

As a participant in this Plan, you have the freedom to choose the Physician or health care professional you prefer each time you need to receive Covered Health Services. The choices you make affect the amounts you pay, as well as the level of Benefits you receive and any benefit limitations that may apply.

You are eligible for the Network level of Benefits under this Plan when you receive Covered Health Services from Physicians and other health care professionals who have contracted with UnitedHealthcare to provide those services.

You can choose to receive Designated Network Benefits, Network Benefits or Non-Network Benefits.

**Designated Network Benefits** apply to Covered Health Services that are provided by a Network Physician or other provider that is identified as a Designated Provider. Only certain Physicians and providers have been identified as a Designated Provider. Designated Network Benefits are available only for specific Covered Health Services as identified in Section 5, *Plan Highlights*. When Designated Network Benefits apply, they are included in and subject to the same Annual Deductible and Out-of-Pocket Maximum requirements as all other Covered Health Services provided by Network providers.

**Network Benefits** apply to Covered Health Services that are provided by a Network Physician or other Network provider. You are not required to select a Primary Physician in order to obtain Network Benefits. In general health care terminology, a Primary Physician may also be referred to as a *Primary Care Physician* or *PCP*.

**Non-Network Benefits** apply to Covered Health Services that are provided by a non-Network Physician or other non-Network provider, or Covered Health Services that are provided at a non-Network facility. In general health care terminology, Non-Network Benefits may also be referred to as Out-of-Network Benefits.

Emergency Health Services provided by a non-Network provider will be reimbursed as set forth under *Eligible Expenses* as described at the end of this section.

Covered Health Services provided at certain Network facilities by a non-Network Physician, when not Emergency Health Services, will be reimbursed as set forth under *Eligible Expenses* as described at the end of this section. For these Covered Health Services, "certain Network facility" is limited to a hospital (as defined in *1861(e) of the Social Security Act*), a hospital outpatient department, a critical access hospital (as defined in *1861(mm)(1) of the Social Security Act*), an ambulatory surgical center as described in section *1833(i)(1)(A) of the Social Security Act*, and any other facility specified by the Secretary.

Air Ambulance transport provided by a non-Network provider will be reimbursed as set forth under *Eligible Expenses* as described at the end of this section.

You must show your identification card (ID card) every time you request health care services from a Network provider. If you do not show your ID card, Network providers have no way of knowing that you are enrolled under the Plan. As a result, they may bill you for the entire cost of the services you receive.

Generally, when you receive Covered Health Services from a Network provider, you pay less than you would if you receive the same care from a non-Network provider. Therefore, in most instances, your out-of-pocket expenses will be less if you use a Network provider.

If you choose to seek care outside the Network, the Plan generally pays Benefits at a lower level. You are required to pay the amount that exceeds the Eligible Expense. The amount in excess of the Eligible Expense could be significant, and this amount does not apply to the Out-of-Pocket Maximum. You may want to ask the non-Network provider about their billed charges before you receive care.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 10:24 AM-24CV001784
0G750 – U74

Employees who live in Massachusetts, Maine and New Hampshire (and their covered dependents regardless of where those dependents live) will receive in network coverage through the Harvard Pilgrim Health Care network when seeking covered health services in Massachusetts, Maine and New Hampshire or through the UnitedHealthcare network when seeking covered health services outside Massachusetts, Maine and New Hampshire.

Employees who live outside Massachusetts, Maine and New Hampshire (and their covered dependents regardless of where those dependents live) will receive in network coverage through the UnitedHealthcare network.

### Health Services from Non-Network Providers Paid as Network Benefits

If specific Covered Health Services are not available from a Network provider, you may be eligible to receive Network Benefits when Covered Health Services are received from a non-Network provider. In this situation, your Network Physician will notify UnitedHealthcare, and if UnitedHealthcare confirms that care is not available from a Network provider, UnitedHealthcare will work with you and your Network Physician to coordinate care through a non-Network provider.

> **Looking for a Network Provider?**
> In addition to other helpful information, **www.myuhc.com,** UnitedHealthcare's consumer website, contains a directory of health care professionals and facilities in UnitedHealthcare's Network. While Network status may change from time to time, **www.myuhc.com** has the most current source of Network information. Use **www.myuhc.com** to search for Physicians available in your Plan.

### Network Providers

UnitedHealthcare or its affiliates arrange for health care providers to participate in a Network. At your request, UnitedHealthcare will send you a directory of Network providers free of charge. Keep in mind, a provider's Network status may change. To verify a provider's status or request a provider directory, you can call UnitedHealthcare at the number on your ID card or log onto **www.myuhc.com**.

Network providers are independent practitioners and are not employees of Jones Lang LaSalle or UnitedHealthcare.

UnitedHealthcare's credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided.

Before obtaining services you should always verify the Network status of a provider. A provider's status may change. You can verify the provider's status by calling UnitedHealthcare. A directory of providers is available online at **www.myuhc.com** or by calling the number on your ID card to request a copy. If you receive a Covered Health Service from a non-Network provider and were informed incorrectly prior to receipt of the Covered Health Service that the provider was a Network provider, either through a database, provider directory, or in a response to your request for such information (via telephone, electronic, web-based or internet-based means), you may be eligible for Network Benefits.

It is possible that you might not be able to obtain services from a particular Network provider. The network of providers is subject to change. Or you might find that a particular Network provider may not be accepting new patients. If a provider leaves the Network or is otherwise not available to you, you must choose another Network provider to get Network Benefits. However, if you are currently receiving treatment for Covered Health Services from a provider whose network status changes from Network to non-Network during such treatment due to expiration or nonrenewal of the provider's contract, you may be eligible to request continued care from your current provider at the Network Benefit level for specified conditions and timeframes. This provision does not apply to provider contract terminations for failure to meet applicable quality standards or for fraud. If you would like help to find out if you are eligible for continuity of care Benefits, please call the telephone number on your ID card.

If you are currently undergoing a course of treatment utilizing a non-Network Physician or health care facility, you may be eligible to receive transition of care Benefits. This transition period is available for specific medical services and for limited periods of time. If you have questions regarding this transition of care reimbursement policy or would like help determining whether you are eligible for transition of care Benefits, please contact UnitedHealthcare at the number on your ID card.

Do not assume that a Network provider's agreement includes all Covered Health Services. Some Network providers contract with UnitedHealthcare to provide only certain Covered Health Services, but not all Covered Health Services. Some Network providers choose to be a Network provider for only some of UnitedHealthcare's products. Refer to your provider directory or contact UnitedHealthcare for assistance.

### Designated Providers

If you have a medical condition that UnitedHealthcare believes needs special services, UnitedHealthcare may direct you to a Designated Provider chosen by UnitedHealthcare. If you require certain complex Covered Health Services for which expertise is limited, UnitedHealthcare may direct you to a Network facility or provider that is outside your local geographic area. If you are required to travel to obtain such Covered Health Services from a Designated Provider, UnitedHealthcare may reimburse certain travel expenses at UnitedHealthcare's discretion.

In both cases, Network Benefits will only be paid if your Covered Health Services for that condition are provided by or arranged by the Designated Provider or other provider chosen by UnitedHealthcare.

You or your Network Physician must notify UnitedHealthcare of special service needs (such as transplants or cancer treatment) that might warrant referral to a Designated Provider. If you do not notify UnitedHealthcare in advance, and if you receive services from a non-Network facility (regardless of whether it is a Designated Provider) or other non-Network provider, Network Benefits will not be paid. Non-Network Benefits may be available if the special needs services you receive are Covered Health Services for which Benefits are provided under the Plan.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 2:42 PM-24CV001784
0G750 - U76

### Limitations on Selection of Providers

If UnitedHealthcare determines that you are using health care services in a harmful or abusive manner, or with harmful frequency, your selection of Network providers may be limited. If this happens, you may be required to select a single Network Physician to provide and coordinate all of your future Covered Health Services.

If you don't make a selection within 31 days of the date you are notified, UnitedHealthcare will select a single Network Physician for you. In the event that you do not use the selected Network Physician, Covered Health Services will be paid as Non-Network Benefits.

## Eligible Expenses

Jones Lang LaSalle has delegated to UnitedHealthcare the discretion and authority to decide whether a treatment or supply is a Covered Health Service and how the Eligible Expenses will be determined and otherwise covered under the Plan.

Eligible Expenses are the amount UnitedHealthcare determines that UnitedHealthcare will pay for Benefits.

- For Designated Network Benefits and Network Benefits for Covered Health Services provided by a Network provider, except for your cost sharing obligations, you are not responsible for any difference between Eligible Expenses and the amount the provider bills.

- For Non-Network Benefits, except as described below, you are responsible for paying, directly to the non-Network provider, any difference between the amount the provider bills you and the amount UnitedHealthcare will pay for Eligible Expenses.

  - For Covered Health Services that are **Ancillary Services received at certain Network facilities on a non-Emergency basis from non-Network Physicians**, you are not responsible, and the non-Network provider may not bill you, for amounts in excess of your Copayment, Coinsurance or deductible which is based on the Recognized Amount as defined in this SPD.
  - For Covered Health Services that are **non-Ancillary Services received at certain Network facilities on a non-Emergency basis from non-Network Physicians who have not satisfied the notice and consent criteria or for unforeseen or urgent medical needs that arise at the time a non-Ancillary Service is provided for which notice and consent has been satisfied as described below**, you are not responsible, and the non-Network provider may not bill you, for amounts in excess of your Copayment, Coinsurance or deductible which is based on the Recognized Amount as defined in the SPD.
  - For Covered Health Services that are **Emergency Health Services provided by a non-Network provider**, you are not responsible, and the non-Network provider may not bill you, for amounts in excess of your applicable Copayment, Coinsurance or deductible which is based on the Recognized Amount as defined in this SPD.
  - For Covered Health Services that are **Air Ambulance services provided by a non-Network provider**, you are not responsible, and the non-Network provider may not bill you, for amounts in excess of your applicable Copayment, Coinsurance or deductible which is based on the rates that would apply if the service was provided

by a Network provider which is based on the Recognized Amount as defined in the SPD.

Eligible Expenses are determined solely in accordance with UnitedHealthcare's reimbursement policy guidelines, as described in the SPD.

### Designated Network Benefits and Network Benefits

Eligible Expenses are based on the following:

■ When Covered Health Services are received from a Designated Network and Network provider, Eligible Expenses are our contracted fee(s) with that provider.

■ When Covered Health Services are received from a non-Network provider as arranged by UnitedHealthcare, Eligible Expenses are an amount negotiated by UnitedHealthcare or an amount permitted by law. Please contact UnitedHealthcare if you are billed for amounts in excess of your applicable Coinsurance, Copayment or any deductible. The Plan will not pay excessive charges or amounts you are not legally obligated to pay.

### For Non-Network Benefits

**When Covered Health Services are received from an non-Network provider as described below, Eligible Expenses are determined as follows:**

• **For non-Emergency Covered Health Services received at certain Network facilities from non-Network Physicians** when such services are either Ancillary Services, or non-Ancillary Services that have not satisfied the notice and consent criteria of section *2799B-2(d) of the Public Service Act* with respect to a visit as defined by the Secretary, the Eligible Expense is based on one of the following in the order listed below as applicable:

- The reimbursement rate as determined by a state *All Payer Model Agreement*.
- The reimbursement rate as determined by state law.
- The initial payment made by the Claims Administrator, or the amount subsequently agreed to by the non-Network provider and the Claims Administrator.
- The amount determined by *Independent Dispute Resolution (IDR)*.

For the purpose of this provision, "certain Network facilities" are limited to a hospital (as defined in *1861(e) of the Social Security Act*), a hospital outpatient department, a critical access hospital (as defined in *1861(mm)(1) of the Social Security Act*), an ambulatory surgical center as described in section *1833(i)(1)(A) of the Social Security Act*, and any other facility specified by the Secretary.

**IMPORTANT NOTICE:** For Ancillary Services, non-Ancillary Services provided without notice and consent, and non-Ancillary Services for unforeseen or urgent medical needs that arise at the time a service you are not responsible, and an non-Network Physician may not bill you, for amounts in excess of your applicable Copayment, Coinsurance or deductible which is based on the Recognized Amount as defined in the SPD.

- **For Emergency Health Services provided by an non-Network provider**, the Eligible **Expense** is based on one of the following in the order listed below as applicable:

  - The reimbursement rate as determined by a state *All Payer Model Agreement*.
  - The reimbursement rate as determined by state law.
  - The initial payment made by the Claims Administrator, or the amount subsequently agreed to by the non-Network provider and the Claims Administrator.
  - The amount determined by *Independent Dispute Resolution (IDR)*.

  **IMPORTANT NOTICE:** You are not responsible, and an non-Network provider may not bill you, for amounts in excess of your applicable Copayment, Coinsurance or deductible which is based on the Recognized Amount as defined in the SPD.

- **For Air Ambulance transportation provided by an non-Network provider**, the Eligible Expense is based on one of the following in the order listed below as applicable:

  - The reimbursement rate as determined by a state *All Payer Model Agreement*.
  - The reimbursement rate as determined by state law.
  - The initial payment made by the Claims Administrator, or the amount subsequently agreed to by the non-Network provider and the Claims Administrator.
  - The amount determined by *Independent Dispute Resolution (IDR)*.

  **IMPORTANT NOTICE:** You are not responsible, and an non-Network provider may not bill you, for amounts in excess of your Copayment, Coinsurance or deductible which is based on the rates that would apply if the service was provided by a Network provider which is based on the Recognized Amount as defined in the SPD.

**When Covered Health Services are received from an non-Network provider, except as described above, Eligible Expense are determined as follows:** an amount negotiated by the Claims Administrator, a specific amount required by law (when required by law), or an amount the Claims Administrator has determined is typically accepted by a healthcare provider for the same or similar service. The Plan will not pay excessive charges. You are responsible for paying, directly to the non-Network provider, the applicable Coinsurance, Copayment or any deductible. Please contact the Claims Administrator if you are billed for amounts in excess of your applicable Coinsurance, Copayment or any deductible to access the Advocacy Services as described below. Following the conclusion of the Advocacy Services described below, any responsibility to pay more than the Eligible Expense (which includes your Coinsurance, Copayment, and deductible) is yours.

### Advocacy Services

The Plan has contracted with the Claims Administrator to provide advocacy services on your behalf with respect to non-network providers that have questions about the Eligible Expenses and how the Claims Administrator determined those amounts. Please call the

Claims Administrator at the number on your ID card to access these advocacy services, or if you are billed for amounts in excess of your applicable coinsurance or copayment. In addition, if the Claims Administrator, or its designee, reasonably concludes that the particular facts and circumstances related to a claim provide justification for reimbursement greater than that which would result from the application of the Eligible Expense, and the Claims Administrator, or its designee, determines that it would serve the best interests of the Plan and its Employees (including interests in avoiding costs and expenses of disputes over payment of claims), the Claims Administrator, or its designee, may use its sole discretion to increase the Eligible Expense for that particular claim.

---

**Don't Forget Your ID Card**
Remember to show your ID card every time you receive health care services from a provider. If you do not show your ID card, a provider has no way of knowing that you are enrolled under the Plan.

---

## Annual Deductible

The Annual Deductible is the amount of Eligible Expenses, or the Recognized Amount when applicable, you must pay each calendar year for Covered Health Services before you are eligible to begin receiving Benefits. There are separate Network and non-Network Annual Deductibles for this Plan. The amounts you pay toward your Annual Deductible accumulate over the course of the calendar year.

The Annual Deductible applies to all Covered Health Services under the Plan, including Covered Health Services provided in Section 15, *Outpatient Prescription Drugs*.

Amounts paid toward the Annual Deductible for Covered Health Services that are subject to a visit or day limit will also be calculated against that maximum benefit limit. As a result, the limited benefit will be reduced by the number of days or visits you used toward meeting the Annual Deductible.

## Copayment

A Copayment (Copay) is the amount you pay each time you receive certain Covered Health Services. The Copay is a flat dollar amount and is paid at the time of service or when billed by the provider. Copays count toward the Out-of-Pocket Maximum. Copays do not count toward the Annual Deductible. If the Eligible Expense is less than the Copay, you are only responsible for paying the Eligible Expense and not the Copay.

## Coinsurance

Coinsurance is the percentage of Eligible Expenses that you are responsible for paying. Coinsurance is a fixed percentage that applies to certain Covered Health Services after you meet the Annual Deductible.

## Out-of-Pocket Maximum

The annual Out-of-Pocket Maximum is the most you pay each calendar year for Covered Health Services. There are separate Network and non-Network Out-of-Pocket Maximums for this Plan. If your eligible out-of-pocket expenses in a calendar year exceed the annual

maximum, the Plan pays 100% of Eligible Expenses for Covered Health Services through the end of the calendar year.

The Out-of-Pocket Maximum applies to all Covered Health Services under the Plan, including Covered Health Services provided in Section 15, *Outpatient Prescription Drugs*.

The following table identifies what does and does not apply toward your Network and non-Network Out-of-Pocket Maximums:

| Plan Features | Applies to the Network Out-of-Pocket Maximum? | Applies to the Non-Network Out-of-Pocket Maximum? |
|---|---|---|
| Copays, even those for Covered Health Services available in Section 15, *Outpatient Prescription Drugs* | Yes | Yes |
| Payments toward the Annual Deductible | Yes | Yes |
| Coinsurance Payments, even those for Covered Health Services available in Section 15, *Outpatient Prescription Drugs* | Yes | Yes |
| Charges for non-Covered Health Services | No | No |
| The amounts of any reductions in Benefits you incur by not obtaining prior authorization as required | No | No |
| Charges that exceed Eligible Expenses or the Recognized Amount when applicable | No | No |
| Ancillary or Therapeutically Equivalent Charges described in Section 15, *Outpatient Prescription Drugs* | Yes | Yes |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 08 10:24 AM-24CV001743

# SECTION 4 - PERSONAL HEALTH SUPPORT AND PRIOR AUTHORIZATION

**What this section includes:**
- An overview of the Personal Health Support program.
- Covered Health Services which Require Prior Authorization.

## Care Management

When you seek prior authorization as required, the Claims Administrator will work with you to implement the care management process and to provide you with information about additional services that are available to you, such as disease management programs, health education, and patient advocacy.

UnitedHealthcare provides a program called Personal Health Support designed to encourage personalized, efficient care for you and your covered Dependents.

Personal Health Support Nurses center their efforts on prevention, education, and closing any gaps in your care. The goal of the program is to ensure you receive the most appropriate and cost-effective services available.

If you are living with a chronic condition or dealing with complex health care needs, UnitedHealthcare may assign to you a primary nurse, referred to as a Personal Health Support Nurse, to guide you through your treatment. This assigned nurse will answer questions, explain options, identify your needs, and may refer you to specialized care programs. The Personal Health Support Nurse will provide you with their telephone number so you can call them with questions about your conditions, or your overall health and well-being.

Personal Health Support Nurses will provide a variety of different services to help you and your covered family members receive appropriate medical care. Program components are subject to change without notice. When the Claims Administrator is called as required, they will work with you to implement the Personal Health Support process and to provide you with information about additional services that are available to you, such as disease management programs, health education, and patient advocacy. As of the publication of this SPD, the Personal Health Support program includes:

- **Admission counseling** - Personal Health Support Nurses are available to help you prepare for a successful surgical admission and recovery. Call the number on your ID card for support.

- **Inpatient care management** - If you are hospitalized, a Personal Health Support nurse will work with your Physician to make sure you are getting the care you need and that your Physician's treatment plan is being carried out effectively.

- **Readmission Management** - This program serves as a bridge between the Hospital and your home if you are at high risk of being readmitted. After leaving the Hospital, if you have a certain chronic or complex condition, you may receive a phone call from a Personal Health Support Nurse to confirm that medications, needed equipment, or

follow-up services are in place. The Personal Health Support Nurse will also share important health care information, reiterate and reinforce discharge instructions, and support a safe transition home.

- **Risk Management** - Designed for participants with certain chronic or complex conditions, this program addresses such health care needs as access to medical specialists, medication information, and coordination of equipment and supplies. Participants may receive a phone call from a Personal Health Support Nurse to discuss and share important health care information related to the participant's specific chronic or complex condition.

- **Cancer Management** - You have the opportunity to engage with a nurse that specializes in cancer, education and guidance throughout your care path.

- **Kidney Management** - You have the opportunity to engage with a nurse that specializes in kidney disease, education and guidance with CKD stage 4/5 or ESRD throughout your care path.

If you do not receive a call from a Personal Health Support Nurse but feel you could benefit from any of these programs, please call the number on your ID card.

## Prior Authorization

> UnitedHealthcare requires prior authorization for certain Covered Health Services. Network Primary Physicians and other Network providers are responsible for obtaining prior authorization before they provide these services to you.

It is recommended that you confirm with the Claims Administrator that all Covered Health Services listed below have been prior authorized as required. Before receiving these services from a Network provider, you may want to contact the Claims Administrator to verify that the Hospital, Physician and other providers are Network providers and that they have obtained the required prior authorization. Network facilities and Network providers cannot bill you for services they fail to prior authorize as required. You can contact the Claims Administrator by calling the number on your ID card.

When you choose to receive certain Covered Health Services from non-Network providers, you are responsible for obtaining prior authorization before you receive these services. Note that your obligation to obtain prior authorization is also applicable when a non-Network provider intends to admit you to a Network facility or refers you to other Network providers.

**To obtain prior authorization, call the number on your ID card**. This call starts the utilization review process. Once you have obtained the authorization, please review it carefully so that you understand what services have been authorized and what providers are authorized to deliver the services that are subject to the authorization.

The utilization review process is a set of formal techniques designed to monitor the use of, or evaluate the clinical necessity, appropriateness, efficacy, or efficiency of, health care services, procedures or settings. Such techniques may include ambulatory review, prospective review, second opinion, certification, concurrent review, case management, discharge planning, retrospective review or similar programs.

> **Contacting UnitedHealthcare or Personal Health Support is easy.**
> Simply call the number on your ID card.

Network providers are responsible for obtaining prior authorization from the Claims Administrator before they provide certain services to you.

When you choose to receive certain Covered Health Services from non-Network providers, you are responsible for obtaining prior authorization from the Claims Administrator before you receive these services. In many cases, your Non-Network Benefits will be reduced if the Claims Administrator has not provided prior authorization.

Services for which you are required to obtain prior authorization are identified in Section 6, *Additional Coverage Details*, within each Covered Health Service Benefit description. Please note that prior authorization timelines apply. Refer to the applicable Benefit description to determine how far in advance you must obtain prior authorization.

## Special Note Regarding Medicare

If you are enrolled in Medicare on a primary basis (Medicare pays before the Plan pays Benefits) the prior authorization requirements do not apply to you. Since Medicare is the primary payer, the Plan will pay as secondary payer as described in Section 10, *Coordination of Benefits (COB)*. You are not required to obtain authorization before receiving Covered Health Services.

Franklin County Ohio Clerk of Courts of the Common Pleas - 2024 Mar 01 10:24 AM-24CV001784

# SECTION 5 - PLAN HIGHLIGHTS

**What this section includes:**
- Payment Terms and Features.
- Schedule of Benefits.

## Payment Terms and Features

The table below provides an overview of Copays that apply when you receive certain Covered Health Services, and outlines the Plan's Annual Deductible and Out-of-Pocket Maximum.

| Plan Features | Designated Network and Network Amounts | Non-Network Amounts |
|---|---|---|
| **Copays**<br><br>In addition to these Copays, you may be responsible for meeting the Annual Deductible for the Covered Health Services described in the chart on the following pages.<br><br>■ Physician's Office Services - Primary Physician.<br><br>■ Physician's Office Services - Specialist.<br><br>■ Vision Examinations.<br><br>Copays do not apply toward the Annual Deductible.<br>Copays apply toward the Out-of-Pocket Maximum. | **Network**<br>$40<br><br>**Network**<br>$80<br><br>$25 | Not Applicable<br><br>Not Applicable<br><br>Same as Network |

Case: 24-1500 Doc #: Filed: 04/29/24 Page: 1 of 249 - Page ID #: 447
Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 2:40 PM-24CV001784

| Plan Features | Designated Network and Network Amounts | Non-Network Amounts |
|---|---|---|
| **Annual Deductible** | | |
| ■ Individual (single coverage). | $1,500 | $3,750 |
| ■ Individual plus one. | $3,000 | $7,500 |
| ■ Family (not to exceed the applicable Individual amount for all Covered Persons in a family). | $3,750 | $9,375 |
| The Annual Deductible applies to all Covered Health Services under the Plan, including Covered Health Services provided in Section 15, *Outpatient Prescription Drugs*. | | |
| Coupons or offers from pharmaceutical manufacturers or an affiliate for Specialty Prescription Drug Products will not apply to your Annual Deductible. | | |
| **Annual Out-of-Pocket Maximum** | | |
| ■ Individual (single coverage). | $3,750 | $9,375 |
| ■ Individual plus one. | $7,500 | $18,750 |
| ■ Family (not to exceed the applicable Individual amount per Covered Person). | $7,900 | $23,500 |
| The Annual Deductible applies toward the Out-of-Pocket Maximum for all Covered Health Services. | | |
| The Annual Out-of-Pocket Maximum applies to all Covered Health Services under the Plan, including Covered Health Services provided in Section 15, *Outpatient Prescription Drugs*. | | |
| Coupons or offers from pharmaceutical manufacturers or an affiliate for Specialty Prescription Drug Products will not apply to your Annual Out-of-Pocket Maximum. | | |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 2:49 PM-24CV001784
0G750 - U86

| Plan Features | Designated Network and Network Amounts | Non-Network Amounts |
|---|---|---|
| **Lifetime Maximum Benefit** There is no dollar limit to the amount the Plan will pay for essential Benefits during the entire period you are enrolled in this Plan. Generally the following are considered to be essential benefits under the *Patient Protection and Affordable Care Act:* Ambulatory patient services; emergency services, hospitalization; maternity and newborn care; mental health and substance-related and addictive disorders services (including behavioral health treatment); prescription drug products; rehabilitative and habilitative services and devices; laboratory services; preventive and wellness services and chronic disease management; and pediatric services (including oral and vision care). | Unlimited | |

## Schedule of Benefits

This table provides an overview of the Plan's coverage levels. For detailed descriptions of your Benefits, refer to Section 6, *Additional Coverage Details*.

Amounts which you are required to pay as shown below in the *Schedule of Benefits* are based on *Eligible Expenses* or, for specific Covered Health Services as described in the definition of Recognized Amount in Section 14, *Glossary*.

| Covered Health Services[1] | Benefit *(The Amount Payable by the Plan based on Eligible Expenses)* | |
|---|---|---|
| | **Designated Network and Network** | **Non-Network** |
| **Acupuncture Services** <br> See Section 6, *Additional Coverage Details*, for limits. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Ambulance Services - Emergency Only** | *Ground and/or Air Ambulance* <br><br> 80% after you meet the Annual Deductible | *Ground and/or Air Ambulance* <br><br> Same as Network |
| **Ambulance Services - Non-Emergency** <br><br> Ground or air ambulance, as the Claims Administrator determines appropriate. <br> Eligible Expenses for Air Ambulance transport provided by a non-Network provider will be determined as described in Section 3, *How the Plan Works*. | *Ground and/or Air Ambulance* <br><br> 80% after you meet the Annual Deductible | *Ground and/or Air Ambulance* <br><br> 50% after you meet the Annual Deductible |
| **Cellular and Gene Therapy** <br><br> Services must be received from a Designated Provider. | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. | Non-Network Benefits are not available |

| Covered Health Services[1] | Benefit (The Amount Payable by the Plan based on Eligible Expenses) | |
| --- | --- | --- |
| | Designated Network and Network | Non-Network |
| **Clinical Trials**<br><br>Benefits are available when the Covered Health Services are provided by either Network or non-Network providers. | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. |
| **Congenital Heart Disease (CHD) Surgeries**<br><br>Network and Non-Network Benefits under this section include only the inpatient facility charges for the congenital heart disease (CHD) surgery. Depending upon where the Covered Health Service is provided, Benefits for diagnostic services, cardiac catheterization and non-surgical management of CHD will be the same as those stated under each Covered Health Service category in this section. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Dental Services - Accident Only** | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |

| Covered Health Services[1] | Benefit (The Amount Payable by the Plan based on Eligible Expenses) | |
|---|---|---|
| | Designated Network and Network | Non-Network |
| **Diabetes Services** | | |
| Diabetes Self-Management and Training/ Diabetic Eye Examinations/Foot Care | Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management and training/diabetic eye examinations/foot care will be paid the same as those stated under each Covered Health Service category in this section. | Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management and training/diabetic eye examinations/foot care will be paid the same as those stated under each Covered Health Service category in this section. |
| Diabetes Self-Management Items<br>See *Durable Medical Equipment* in Section 6, *Additional Coverage Details*, for limits. | Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management items will be the same as those stated under *Durable Medical Equipment* in this section and in Section 15, *Outpatient Prescription Drugs*. | Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management items will be the same as those stated under *Durable Medical Equipment* in this section and in Section 15, *Outpatient Prescription Drugs*. |
| **Durable Medical Equipment (DME), Orthotics and Supplies**<br>See *Durable Medical Equipment* in Section 6, *Additional Coverage Details*, for limits. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |

| Covered Health Services[1] | Benefit (The Amount Payable by the Plan based on Eligible Expenses) | |
| --- | --- | --- |
| | Designated Network and Network | Non-Network |
| **Emergency Health Services - Outpatient** If you are admitted as an inpatient to a Hospital directly from the Emergency room, you will not have to pay this Coinsurance and/or deductible. The Benefits for an Inpatient Stay in a Hospital will apply instead. This does not apply to services provided to stabilize an Emergency after admission to a Hospital. Eligible Expenses for Emergency Health Services provided by a non-Network provider will be determined as described under *Eligible Expenses* in Section 3: *How the Plan Works*. | 80% after you meet the Annual Deductible | Same as Network |
| **Non-Emergency Health Services - Outpatient** | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Enteral Nutrition** | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Fertility Preservation for Iatrogenic Infertility** | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Gender Dysphoria** | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in the *Schedule of Benefits* and in Section 15, *Outpatient Prescription Drugs*. | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in the *Schedule of Benefits* and in Section 15, *Outpatient Prescription Drugs*. |

| Covered Health Services[1] | Benefit (The Amount Payable by the Plan based on Eligible Expenses) | |
| --- | --- | --- |
| | Designated Network and Network | Non-Network |
| **Hearing Aids** | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Home Health Care** See Section 6, *Additional Coverage Details*, for limits. To receive Network Benefits for the administration of intravenous infusion, you must receive services from a provider UnitedHealthcare identifies. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Hospice Care** | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Hospital - Inpatient Stay** | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Infertility Services** See Section 6, *Additional Coverage Details*, for limits. | 80% after you meet the Annual Deductible | Non-Network Benefits are not available |
| **Injections in a Physician's Office** | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Lab, X-Ray and Diagnostics - Outpatient** ■ Lab Testing - Outpatient. ■ X-Ray and Other Diagnostic Testing - Outpatient. | 80% after you meet the Annual Deductible  80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible  50% after you meet the Annual Deductible |
| **Lab, X-Ray and Major Diagnostics - CT, PET, MRI, MRA and Nuclear Medicine - Outpatient** | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |

Case: 24-CV-001784 

JONES LANG LASALLE MEDICAL PPO PLUS PLAN

| Covered Health Services[1] | Benefit (The Amount Payable by the Plan based on Eligible Expenses) | |
| --- | --- | --- |
| | Designated Network and Network | Non-Network |
| **Mental Health Services** | | |
| ■ Inpatient. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| ■ Outpatient. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| ■ Virtual Behavioral Health Therapy and Coaching | **Designated Network (AbleTo)** | Non-Network Benefits are not available |
| | 100% after you meet the Annual Deductible; Benefits for the Initial Consultation will be paid at 100% | |
| | 80% for Partial Hospitalization/ Intensive Outpatient Treatment after you meet the Annual Deductible | 50% for Partial Hospitalization/ Intensive Outpatient Treatment after you meet the Annual Deductible |
| **Neurobiological Disorders - Autism Spectrum Disorder Services** | | |
| ■ Inpatient. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| ■ Outpatient. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |

| Covered Health Services[1] | Benefit (The Amount Payable by the Plan based on Eligible Expenses) | |
|---|---|---|
| | Designated Network and Network | Non-Network |
| | 80% for Partial Hospitalization/ Intensive Outpatient Treatment after you meet the Annual Deductible | 50% for Partial Hospitalization/ Intensive Outpatient Treatment after you meet the Annual Deductible |
| **Obesity Surgery** For Network Benefits, obesity surgery must be received by a Designated Provider. See Section 6, *Additional Coverage Details* for limits. | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. | Non-Network Benefits are not available. |
| **Orthognathic Surgery** | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Ostomy Supplies** | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Physician Fees for Surgical and Medical Services** Covered Health Services provided by a non-Network Physician in certain Network facilities will apply the same cost sharing (Copayment, Coinsurance and applicable deductible) as if those services were provided by a Network provider; however Eligible Expenses will be determined as described in Section 3, *How the Plan Works*, under *Eligible Expenses*. | **Designated Network** 80% after you meet the Annual Deductible **Network** 70% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |

| Covered Health Services[1] | Benefit (The Amount Payable by the Plan based on Eligible Expenses) | |
|---|---|---|
| | Designated Network and Network | Non-Network |
| **Physician's Office Services - Sickness and Injury**<br>■ Primary Physician. | **Designated Network**<br>80% after you meet the Annual Deductible<br>**Network**<br>70% after you pay a $40 Copayment per visit and after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| ■ Specialist Physician. | **Designated Network**<br>80% after you meet the Annual Deductible<br>**Network**<br>70% after you pay a $80 Copayment per visit and after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| Preimplantation Genetic Testing (PGT) and Related Services | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Pregnancy - Maternity Services** | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 2:24 PM-24CV001784

| Covered Health Services[1] | Benefit (The Amount Payable by the Plan based on Eligible Expenses) | |
| --- | --- | --- |
| | Designated Network and Network | Non-Network |
| **Preventive Care Services** | | |
| ■ Physician Office Services. | 100% | 50% after you meet the Annual Deductible |
| ■ Lab, X-ray or Other Preventive Tests. | 100% | 50% after you meet the Annual Deductible |
| ■ Flu Shots. | 100% | Same as Network |
| ■ First Colonoscopy. | 100% | 50% after you meet the Annual Deductible |
| ■ Subsequent Colonoscopy. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| ■ Breast Pumps. | 100% | 50% after you meet the Annual Deductible |
| ■ Preventive Pregnancy - Maternity Services. See *Pregnancy - Maternity Services* in Section 6, *Additional Coverage Details.* | 100% | 50% after you meet the Annual Deductible |
| **Private Duty Nursing - Outpatient** See Section 6, *Additional Coverage Details,* for limits. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Prosthetic Devices** See Section 6, *Additional Coverage Details,* for limits. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |

| Covered Health Services[1] | Benefit (The Amount Payable by the Plan based on Eligible Expenses) | |
|---|---|---|
| | Designated Network and Network | Non-Network |
| **Reconstructive Procedures** | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. |
| **Rehabilitation Services - Outpatient Therapy** See Section 6, *Additional Coverage Details*, for visit limits. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Scopic Procedures - Outpatient Diagnostic and Therapeutic** | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Skilled Nursing Facility/Inpatient Rehabilitation Facility Services** See Section 6, *Additional Coverage Details*, for limits. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Spine and Joint Surgeries** You must be enrolled in the *Orthopedic Health Support Program*. Depending upon where the Covered Health Service is provided, Benefits for diagnostic services, implant fees, DME and supplies and non-surgical management of spine and joint services will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. **Network Benefits include services received from a Network provider that is not a Designated Provider.** | **Designated Network** 100% after you meet the Annual Deductible **Network** 80% after you meet the Annual Deductible | Non-Network Benefits are not available. |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 1:24 PM-24CV001459

| Covered Health Services[1] | Benefit (The Amount Payable by the Plan based on Eligible Expenses) | |
|---|---|---|
| | Designated Network and Network | Non-Network |
| **Substance-Related and Addictive Disorders Services** | | |
| ■ Inpatient. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| ■ Outpatient. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| | 80% for Partial Hospitalization/ Intensive Outpatient Treatment after you meet the Annual Deductible | 50% for Partial Hospitalization/ Intensive Outpatient Treatment after you meet the Annual Deductible |
| **Surgery - Outpatient** | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Temporomandibular Joint Dysfunction (TMJ)** | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. |
| **Therapeutic Treatments - Outpatient** | | |
| ■ Intravenous Chemotherapy and Radiation Oncology. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| ■ Dialysis. | 80% after you meet the Annual Deductible | Non-Network Benefits are not available |

| Covered Health Services[1] | Benefit (The Amount Payable by the Plan based on Eligible Expenses) | |
|---|---|---|
| | Designated Network and Network | Non-Network |
| **Transplantation Services** | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. | Non-Network Benefits are not available |
| **Urgent Care Center Services** | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Urinary Catheters** | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |
| **Virtual Care Services** Network Benefits are available only when services are delivered through a Designated Virtual Network Provider. You can find a Designated Virtual Network Provider by going to **www.myuhc.com** or by calling the telephone number on your ID card. | 80% after you meet the Annual Deductible | Non-Network Benefits are not available. |
| **Vision** <br>■ Vision Examinations <br><br>■ Lenses Post Cataract Surgery <br>See Section 6, *Additional Coverage Details*, for limits. | 100% after you pay a Copayment of $25 per visit <br><br> 80% after you meet the Annual Deductible | Same as Network <br><br><br> 50% after you meet the Annual Deductible |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2014 Mar 06 10:24 AM-14CV003461

| Covered Health Services[1] | Benefit *(The Amount Payable by the Plan based on Eligible Expenses)* | |
| --- | --- | --- |
| | Designated Network and Network | Non-Network |
| **Wigs** See Section 6, Additional Coverage Details, for limits. | 80% after you meet the Annual Deductible | 50% after you meet the Annual Deductible |

[1]Please obtain prior authorization from the Claims Administrator before receiving Covered Health Services, as described in Section 6, *Additional Coverage Details*.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 07 10:24 AM-24CV001462

# SECTION 6 - ADDITIONAL COVERAGE DETAILS

> **What this section includes:**
> ■ Covered Health Services for which the Plan pays Benefits.

This section supplements the second table in Section 5, *Plan Highlights*.

While the table provides you with Benefit limitations along with Copayment, Coinsurance and Annual Deductible information for each Covered Health Service, this section includes descriptions of the Benefits. These descriptions include any additional limitations that may apply, as well as Covered Health Services for which you must obtain prior authorization from the Claims Administrator as required. The Covered Health Services in this section appear in the same order as they do in the table for easy reference. Services that are not covered are described in Section 8, *Exclusions and Limitations*.

Benefits are provided for services delivered via Telehealth/Telemedicine. Benefits for these services are provided to the same extent as an in-person service under any applicable Benefit category in this section unless otherwise specified in the table.

## Acupuncture Services

The Plan pays for acupuncture services for pain therapy provided that the service is performed in an office setting by a provider who is one of the following, either practicing within the scope of his/her license (if state license is available) or who is certified by a national accrediting body:

■ Doctor of Medicine.

■ Doctor of Osteopathy.

■ Chiropractor.

■ Acupuncturist.

Benefits are provided regardless of whether the office is free-standing, located in a clinic or located in a Hospital.

Covered Health Services include treatment of nausea as a result of:

■ Chemotherapy.

■ Pregnancy.

■ Post-operative procedures.

Any combination of Network Benefits and Non-Network Benefits is limited to 10 treatments per calendar year. Additional services (other than needle therapy) may be granted as Medically Necessary.

> **Did you know…**
> You generally pay less out-of-pocket when you use a Network provider?

## Ambulance Services - Emergency Only

The Plan covers Emergency ambulance services and transportation provided by a licensed ambulance service to the nearest Hospital that offers Emergency Health Services. See Section 14, *Glossary* for the definition of Emergency.

Ambulance service by air is covered in an Emergency if ground transportation is impossible, or would put your life or health in serious jeopardy. If special circumstances exist, UnitedHealthcare may pay Benefits for Emergency air transportation to a Hospital that is not the closest facility to provide Emergency Health Services.

## Ambulance Services - Non-Emergency

The Plan also covers non-Emergency transportation provided by a licensed professional ambulance (either ground or air ambulance, as UnitedHealthcare determines appropriate) between facilities when the transport is:

- From a non-Network Hospital to a Network Hospital.

- To a Hospital that provides a higher level of care that was not available at the original Hospital.

- To a more cost-effective acute care facility.

- From an acute facility to a sub-acute setting.

- From an acute or long term facility to home for persons who are immunocompromised, technology dependent, and for medical reasons, unable to travel by commercial means, and who require ongoing medical care services that will be provided in the home.

> **Prior Authorization Requirement**
> In most cases, the Claims Administrator will initiate and direct non-Emergency ambulance transportation. For Non-Network Benefits, if you are requesting non-Emergency air ambulance services, (including any affiliated non-Emergency ground ambulance transport in conjunction with non-Emergency air ambulance transport), you must obtain prior authorization as soon as possible before transport.
>
> If you fail to obtain prior authorization as required, Benefits will be subject to a $250 reduction.

## Cellular and Gene Therapy

Cellular Therapy and Gene Therapy received on an inpatient or outpatient basis at a Hospital or on an outpatient basis at an Alternate Facility or in a Physician's office.

Benefits for CAR-T therapy for malignancies are provided as described under *Transplantation Services*.

## Clinical Trials

Benefits are available for routine patient care costs incurred during participation in a qualifying Clinical Trial for the treatment of:

- Cancer or other life-threatening disease or condition. For purposes of this benefit, a life-threatening disease or condition is one from which the likelihood of death is probable unless the course of the disease or condition is interrupted.

- Cardiovascular disease (cardiac/stroke) which is not life threatening, for which, as UnitedHealthcare determines, a Clinical Trial meets the qualifying Clinical Trial criteria stated below.

- Surgical musculoskeletal disorders of the spine, hip and knees, which are not life threatening, for which, as UnitedHealthcare determines, a Clinical Trial meets the qualifying Clinical Trial criteria stated below.

- Other diseases or disorders which are not life threatening for which, as UnitedHealthcare determines, a Clinical Trial meets the qualifying Clinical Trial criteria stated below.

Benefits include the reasonable and necessary items and services used to prevent, diagnose and treat complications arising from participation in a qualifying Clinical Trial.

Benefits are available only when the Covered Person is clinically eligible for participation in the qualifying Clinical Trial as defined by the researcher.

Routine patient care costs for qualifying Clinical Trials include:

- Covered Health Services for which Benefits are typically provided absent a Clinical Trial.

- Covered Health Services required solely for the provision of the Experimental or Investigational Service(s) or item, the clinically appropriate monitoring of the effects of the service or item, or the prevention of complications.

- Covered Health Services needed for reasonable and necessary care arising from the provision of an Experimental or Investigational Service(s) or item.

Routine costs for Clinical Trials do not include:

- The Experimental or Investigational Service(s) or item. The only exceptions to this are:
  - Certain *Category B* devices.
  - Certain promising interventions for patients with terminal illnesses.
  - Other items and services that meet specified criteria in accordance with UnitedHealthcare's medical and drug policies.

- Items and services provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient.

- A service that is clearly inconsistent with widely accepted and established standards of care for a particular diagnosis.

■ Items and services provided by the research sponsors free of charge for any person enrolled in the trial.

With respect to cancer or other life-threatening diseases or conditions, a qualifying Clinical Trial is a Phase I, Phase II, Phase III, or Phase IV Clinical Trial that is conducted in relation to the prevention, detection or treatment of cancer or other life-threatening disease or condition and which meets any of the following criteria in the bulleted list below.

With respect to cardiovascular disease, musculoskeletal disorders of the spine, hip and knees and other diseases or disorders which are not life-threatening, a qualifying Clinical Trial is a Phase I, Phase II, or Phase III Clinical Trial that is conducted in relation to the detection or treatment of such non-life-threatening disease or disorder and which meets any of the following criteria in the bulleted list below.

■ Federally funded trials. The study or investigation is approved or funded (which may include funding through in-kind contributions) by one or more of the following:

- *National Institutes of Health (NIH)*. (Includes *National Cancer Institute (NCI)*).
- *Centers for Disease Control and Prevention (CDC)*.
- *Agency for Healthcare Research and Quality (AHRQ)*.
- *Centers for Medicare and Medicaid Services (CMS)*.
- A cooperative group or center of any of the entities described above or the *Department of Defense (DOD)* or the *Veterans Administration (VA)*.
- A qualified non-governmental research entity identified in the guidelines issued by the *National Institutes of Health* for center support grants.
- The *Department of Veterans Affairs*, the *Department of Defense* or the *Department of Energy* as long as the study or investigation has been reviewed and approved through a system of peer review that is determined by the *Secretary of Health and Human Services* to meet both of the following criteria:

  ♦ Comparable to the system of peer review of studies and investigations used by the *National Institutes of Health*.
  ♦ Ensures unbiased review of the highest scientific standards by qualified individuals who have no interest in the outcome of the review.

■ The study or investigation is conducted under an investigational new drug application reviewed by the *U.S. Food and Drug Administration*.

■ The study or investigation is a drug trial that is exempt from having such an investigational new drug application.

■ The Clinical Trial must have a written protocol that describes a scientifically sound study and have been approved by all relevant institutional review boards (IRBs) before participants are enrolled in the trial. UnitedHealthcare may, at any time, request documentation about the trial.

■ The subject or purpose of the trial must be the evaluation of an item or service that meets the definition of a Covered Health Service and is not otherwise excluded under the Plan.

> **Prior Authorization Requirement**
> For Non-Network Benefits you must obtain prior authorization as soon as the possibility of participation in a Clinical Trial arises. If you do not obtain prior authorization as required, Benefits will be subject to a $250 reduction.

## Congenital Heart Disease (CHD) Surgeries

The Plan pays Benefits for CHD surgeries which are ordered by a Physician. CHD surgical procedures include surgeries to treat conditions such as coarctation of the aorta, aortic stenosis, tetralogy of fallot, transposition of the great vessels and hypoplastic left or right heart syndrome.

UnitedHealthcare has specific guidelines regarding Benefits for CHD services. Contact UnitedHealthcare at the number on your ID card for information about these guidelines.

The Plan pays Benefits for CHD services ordered by a Physician and received at a facility participating in the CHD Resource Services program. Benefits include the facility charge and the charge for supplies and equipment. Benefits for Physician services are described under *Physician Fees for Surgical and Medical Services*.

Surgery may be performed as open or closed surgical procedures or may be performed through interventional cardiac catheterization.

Benefits are available for the following CHD services:

- Outpatient diagnostic testing.
- Evaluation.
- Surgical interventions.
- Interventional cardiac catheterizations (insertion of a tubular device in the heart).
- Fetal echocardiograms (examination, measurement and diagnosis of the heart using ultrasound technology).
- Approved fetal interventions.

CHD services other than those listed above are excluded from coverage, unless determined by the Claims Administrator to be proven procedures for the involved diagnoses. Contact CHD Resource Services at 1-888-936-7246 before receiving care for information about CHD services. More information is also available at **www.myoptumhealthcomplexmedical.com**.

If you receive CHD services from a facility that is not a Designated Provider, the Plan pays Benefits as described under:

- *Physician's Office Services*.
- *Physician Fees for Surgical and Medical Services*.
- *Scopic Procedures - Outpatient Diagnostic and Therapeutic*.

- *Therapeutic Treatments - Outpatient.*
- *Hospital - Inpatient Stay.*
- *Surgery - Outpatient.*

> To receive Benefits under the CHD program, you must contact CHD Resource Services at 1-888-936-7246 prior to obtaining Covered Health Services. The Plan will only pay Benefits under the CHD program if CHD provides the proper notification to the Designated Provider performing the services (even if you self-refer to a provider in that Network).

**Note:** The services described under the *Travel and Lodging Assistance Program* are Covered Health Services only in connection with CHD services received at a Congenital Heart Disease Resource Services program.

> **Prior Authorization Requirement**
> For Non-Network Benefits you must obtain prior authorization as soon as the possibility of a CHD surgery arises. If you do not obtain prior authorization as required, Benefits will be subject to a $250 reduction.
>
> It is important that you notify the Claims Administrator regarding your intention to have surgery. Your notification will open the opportunity to become enrolled in programs that are designed to achieve the best outcomes for you.

## Dental Services - Accident Only

Dental services are covered by the Plan when all of the following are true:

- Treatment is necessary because of accidental damage.
- Dental services are received from a Doctor of Dental Surgery or a Doctor of Medical Dentistry.
- The dental damage is severe enough that initial contact with a Physician or dentist occurs within 72 hours of the accident. (You may request an extension of this time period provided that you do so within 60 days of the Injury and if extenuating circumstances exist due to the severity of the Injury.)

Please note that dental damage that occurs as a result of normal activities of daily living or extraordinary use of the teeth is not considered having occurred as an accident. Benefits are not available for repairs to teeth that are damaged as a result of such activities.

The Plan also covers dental care (oral examination, X-rays, extractions and non-surgical elimination of oral infection) required for the direct treatment of a medical condition limited to:

- Dental services related to medical transplant procedures.
- Initiation of immunosuppressive (medication used to reduce inflammation and suppress the immune system).

- Direct treatment of acute traumatic Injury, cancer or cleft palate.

Benefits are available only for treatment of a sound, natural tooth. Before the Plan will cover treatment of an injured tooth, the dentist must certify that the tooth is virgin or unrestored, or that it:

- Has no decay.

- Has no filling on more than two surfaces.

- Has no gum disease associated with bone loss.

- Has no root canal therapy.

- Is not a dental implant.

- Functions normally in chewing and speech.

Dental services to repair the damage caused by accidental Injury must conform to the following time-frames: Treatment is started within three months of the accident, or if not a Covered Person at the time of the accident, within the first three months of coverage under the Plan, unless extenuating circumstances exist (such as prolonged hospitalization or the presence of fixation wires from fracture care), Treatment must be completed within 12 months of the accident, or if not a Covered Person at the time of the accident, within the first 12 months of coverage under the Plan.

## Diabetes Services

### *Diabetes Self-Management and Training/Diabetic Eye Examinations/Foot Care*

Outpatient self-management training for the treatment of diabetes, education and medical nutrition therapy services. Services must be ordered by a Physician and provided by appropriately licensed or registered healthcare professionals.

Benefits also include medical eye examinations (dilated retinal examinations) and preventive foot care for diabetes.

### *Diabetic Self-Management Items*

Insulin pumps and supplies and continuous glucose monitors for the management and treatment of diabetes, based upon your medical needs. An insulin pump is subject to all the conditions of coverage stated under Durable Medical Equipment, Orthotics and Supplies. Benefits for blood glucose meters, insulin syringes with needles, blood glucose and urine test strips, ketone test strips and tablets and lancets and lancet devices are described is Section 15, *Outpatient Prescription Drugs*.

---

**Prior Authorization Requirement**
For Non-Network Benefits you must obtain prior authorization from the Claims Administrator before obtaining any Durable Medical Equipment for the management and treatment of diabetes that exceeds $1,000 in cost (either retail purchase cost or cumulative retail rental cost of a single item). If you fail to obtain prior authorization from the Claims Administrator as required, Benefits will be subject to a $250 reduction.

---

## Durable Medical Equipment (DME), Orthotics and Supplies

The Plan pays for Durable Medical Equipment (DME), Orthotics and Supplies that are:

- Ordered or provided by a Physician for outpatient use primarily in a home setting.

- Used for medical purposes.

- Not consumable or disposable except as needed for the effective use of covered Durable Medical Equipment.

- Not of use to a person in the absence of a disease or disability.

- Durable enough to withstand repeated use.

Benefits under this section include Durable Medical Equipment provided to you by a Physician. The Plan pays Benefits for DME that meets the functionally necessary specifications for your needs without any limitations.

Examples of DME include but are not limited to:

- Oxygen and the rental of equipment to administer oxygen (including tubing, connectors and masks).

- Pulse oximeter is covered for children if Trilogy portable vents are used.

- Equipment to assist mobility, such as a standard wheelchair or electric wheelchair.

- A standard Hospital-type bed.

- Negative pressure wound therapy pumps (wound vacuums).

- Burn garments.

- Insulin pumps and all related necessary supplies (including Omnipod insulin delivery system) as described under *Diabetes Services* in this section.

- External cochlear devices and systems. Surgery to place a cochlear implant is also covered by the Plan. Cochlear implantation can either be an inpatient or outpatient procedure. Benefits for cochlear implantation are provided under the applicable medical/surgical Benefit categories in this SPD. See *Hospital - Inpatient Stay*, *Rehabilitation Services - Outpatient Therapy* and *Surgery - Outpatient* in this section.

- Orthotic devices when prescribed by Physician. This includes braces that straighten or change the shape of a body part, cranial orthotics (helmets), shoe inserts, arch supports, shoes (standard or custom), lifts and wedges and shoe orthotics.

- Braces that stabilize an injured body part, including necessary adjustments to shoes to accommodate braces. Braces that stabilize an injured body part and braces to treat curvature of the spine are considered Durable Medical Equipment and are a Covered Health Service. Dental braces are excluded from coverage.

- Mechanical equipment necessary for the treatment of chronic or acute respiratory failure (except that air-conditioners, humidifiers, dehumidifiers, air purifiers and filters, and personal comfort items are excluded from coverage).

Benefits include lymphedema stockings for the arm as required by the *Women's Health and Cancer Rights Act of 1998*.

Benefits also include dedicated speech generating devices and tracheo-esophageal voice devices required for treatment of severe speech impediment or lack of speech directly attributed to Sickness or Injury. Benefits for the purchase of these devices are available only after completing a required three-month rental period.

### Orthotics

Orthotic braces, including needed changes to shoes to fit braces. Braces that stabilize an injured body part and braces to treat curvature of the spine are a Covered Health Service.

Benefits under this section do not include any device, appliance, pump, machine, stimulator, or monitor that is fully implanted into the body. Implantable devices are a Covered Health Service for which Benefits are available under the applicable medical/surgical Covered Health Service categories in this *SPD*.

Benefits do not include:

- Any device, appliance, pump, machine, stimulator, or monitor that is fully implanted into the body. Implantable devices are a Covered Health Service for which Benefits are available under the applicable medical/surgical Covered Health Service categories in this SPD.

- Diagnostic or monitoring equipment purchased for home use, unless otherwise described as a Covered Health Service.

- Powered exoskeleton devices.

UnitedHealthcare will decide if the equipment should be purchased or rented.

*Note:* DME is different from prosthetic devices - see *Prosthetic Devices* in this section.

Benefits for speech aid devices and tracheo-esophageal voice devices are limited to the purchase of one device during the entire period of time a Covered Person is enrolled under the Plan. Benefits for repair/replacement are limited to once every three years.

To receive Network Benefits, you must purchase, rent, or obtain the Durable Medical Equipment or orthotic from the vendor UnitedHealthcare identifies or purchase it directly from the prescribing Network Physician.

Benefits are provided for the repair/replacement of a type of Durable Medical Equipment or orthotic once every three calendar years. Repair and/or replacement of DME or orthotics would apply to this limit in the same manner as a purchase. This limit does not apply to wound vacuums.

At UnitedHealthcare's discretion, replacements are covered for damage beyond repair with normal wear and tear, when repair costs exceed new purchase price, or when a change in the Covered Person's medical condition occurs sooner than the three year timeframe. Repairs, including the replacement of essential accessories, such as hoses, tubes, mouth pieces, etc.,

for necessary DME are only covered when required to make the item/device serviceable and the estimated repair expense does not exceed the cost of purchasing or renting another item/device. Requests for repairs may be made at any time and are not subject to the three year timeline for replacement.

> **Prior Authorization Requirement**
> For Non-Network Benefits you must obtain prior authorization from the Claims Administrator before obtaining any DME or orthotic that costs more than $1,000 (either retail purchase cost or cumulative retail rental cost of a single item). If you fail to obtain prior authorization from the Claims Administrator, as required, Benefits will be subject to a $250 reduction.

## Emergency Health Services - Outpatient

The Plan's Emergency services Benefit pays for outpatient treatment at a Hospital or Alternate Facility when required to stabilize a patient or initiate treatment.

Benefits under this section include the facility charge, supplies and all professional services required to stabilize your condition and/or initiate treatment. This includes placement in an observation bed for the purpose of monitoring your condition (rather than being admitted to a Hospital for an Inpatient Stay).

Network Benefits will be paid for an Emergency admission to a non-Network Hospital as long as the Claims Administrator is notified within two business days of the admission or on the same day of admission if reasonably possible after you are admitted to a non-Network Hospital. The Claims Administrator may elect to transfer you to a Network Hospital as soon as it is medically appropriate to do so. If you continue your stay in a non-Network Hospital after the date your Physician determines that it is medically appropriate to transfer you to a Network Hospital, Network Benefits will not be provided. Non-Network Benefits may be available if the continued stay is determined to be a Covered Health Service. Eligible Expenses will be determined as described under *Eligible Expenses* in Section 3, *How the Plan Works*.

Benefits under this section are available for services to treat a condition that does not meet the definition of an Emergency.

> **Note**: If you are confined in a non-Network Hospital after you receive outpatient Emergency Health Services, you must notify the Claims Administrator within two business days or on the same day of admission if reasonably possible. The Claims Administrator may elect to transfer you to a Network Hospital as soon as it is medically appropriate to do so. If you choose to stay in the non-Network Hospital after the date the Claims Administrator decides a transfer is medically appropriate, Network Benefits will not be provided. Non-Network Benefits may be available if the continued stay is determined to be a Covered Health Service.

## Enteral Nutrition

Benefits are provided for enteral formulas and low protein modified food products, administered either orally or by tube feeding as the primary source of nutrition, for certain conditions which require specialized nutrients or formulas. Examples of conditions include:

- Metabolic diseases such as phenylketonuria (PKU) and maple syrup urine disease.

- Severe food allergies.

- Impaired absorption of nutrients caused by disorders affecting the gastrointestinal tract.

Benefits for prescription or over-the-counter formula are available when a Physician issues a prescription or written order stating the formula or product is Medically Necessary for the therapeutic treatment of a condition requiring specialized nutrients and specifying the quantity and the duration of the prescription or order. The formula or product must be administered under the direction of a Physician or registered dietitian.

For the purpose of this Benefit, "enteral formulas" include:

- Amino acid-based elemental formulas.

- Extensively hydrolyzed protein formulas.

- Modified nutrient content formulas.

For the purpose of this Benefit, "severe food allergies" mean allergies which if left untreated will result in:

- Malnourishment.

- Chronic physical disability.

- Intellectual disability; or

- Loss of life.

## Fertility Preservation for Iatrogenic Infertility

Benefits are available for fertility preservation for medical reasons that cause irreversible infertility such as chemotherapy, radiation treatment, and bilateral oophorectomy due to cancer. Services include the following procedures, when provided by or under the care or supervision of a Physician:

- Collection of sperm.

- Cryo-preservation of sperm.

- Ovarian stimulation, retrieval of eggs and fertilization.

- Oocyte cryo-preservation.

- Embryo cryo-preservation.

Benefits for medications related to the treatment of fertility preservation are provided as described under 15, *Outpatient Prescription Drugs* or under *Pharmaceutical Products - Outpatient* in this section.

Benefits are not available embryo transfer.

Benefits are not available for long-term storage costs (greater than one year).

Benefit limits will be the same as, and combined with, those stated under *Infertility Services*. This Benefit limit also includes services as described under *Preimplantation Genetic Testing (PGT-M and PGT-SR) and Related Services*. Benefits are further limited to one cycle of fertility preservation for Iatrogenic Infertility per Covered Person during the entire period of time he or she is enrolled for coverage under the Plan.

## Gender Dysphoria

Benefits for the treatment of Gender Dysphoria limited to the following services:

- Psychotherapy for Gender Dysphoria and associated co-morbid psychiatric diagnoses are provided as described under *Mental Health Services* in your SPD.

- Cross-sex hormone therapy:
  - Cross-sex hormone therapy administered by a medical provider.
  - Cross-sex hormone therapy dispensed from a pharmacy is provided as described under Section 15, *Outpatient Prescription Drugs*.

- Puberty suppressing medication injected or implanted by a medical provider in a clinical setting.

- Laboratory testing to monitor the safety of continuous cross-sex hormone therapy.

- Hair removal, laser or electrolysis, in advance of genital reconstruction.

- Surgery for the treatment for Gender Dysphoria, including the surgeries listed below:
  - Bilateral mastectomy or breast reduction
  - Clitoroplasty (creation of clitoris)
  - Hysterectomy (removal of uterus)
  - Labiaplasty (creation of labia)
  - Metoidioplasty (creation of penis, using clitoris)
  - Orchiectomy (removal of testicles)
  - Penectomy (removal of penis)
  - Penile prosthesis
  - Phalloplasty (creation of penis)
  - Salpingo-oophorectomy (removal of fallopian tubes and ovaries)
  - Scrotoplasty (creation of scrotum)
  - Testicular prosthesis
  - Urethroplasty (reconstruction of urethra)
  - Vaginectomy (removal of vagina)
  - Vaginoplasty (creation of vagina)
  - Vulvectomy (removal of vulva)

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 06 10:24 AM-24CV001784

### Genital Surgery and Bilateral Mastectomy or Breast Reduction Surgery Documentation Requirements:

The Covered Person must provide documentation of the following for breast surgery:

- A written psychological assessment from at least one qualified behavioral health provider experienced in treating Gender Dysphoria. The assessment must document that the Covered Person meets all of the following criteria:
  - Persistent, well-documented Gender Dysphoria.
  - Capacity to make a fully informed decision and to consent for treatment.
  - Must be 18 years or older.
  - If significant medical or mental health concerns are present, they must be reasonably well controlled.

The Covered Person must provide documentation of the following for genital surgery:

- A written psychological assessment from at least two qualified behavioral health providers experienced in treating Gender Dysphoria, who have independently assessed the Covered Person. The assessment must document that the Covered Person meets all of the following criteria.
  - Persistent, well-documented Gender Dysphoria.
  - Capacity to make a fully informed decision and to consent for treatment.
  - Must 18 years or older.
  - If significant medical or mental health concerns are present, they must be reasonably well controlled.
  - Complete at least 12 months of successful continuous full-time real-life experience in the desired gender.
  - Complete 12 months of continuous cross-sex hormone therapy appropriate for the desired gender (unless medically contraindicated).

---

**Prior Authorization Requirement for Surgical Treatment:**
For Non-Network Benefits you must obtain prior authorization as soon as the possibility of surgery arises. If you do not obtain prior authorization as required, Benefits will be subject to a $250 reduction.

In addition, for Non-Network Benefits you must contact the Claims Administrator 24 hours before admission for an Inpatient Stay.

**It is important that you notify the Claims Administrator as soon as the possibility of surgery arises. Your notification allows the opportunity for the Claims Administrator to provide you with additional information and services that may be available to you and are designed to achieve the best outcomes for you.**

---

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 10:24 AM-24CV001784

> **Prior Authorization Requirement for Non-Surgical Treatment:**
> Depending upon where the Covered Health Service is provided, any applicable prior authorization requirements will be the same as those stated under each Covered Health Service category.

## Hearing Aids

The Plan pays Benefits for hearing aids required for the correction of a hearing impairment (a reduction in the ability to perceive sound which may range from slight to complete deafness). Hearing aids are electronic amplifying devices designed to bring sound more effectively into the ear. A hearing aid consists of a microphone, amplifier and receiver.

Benefits are available for a hearing aid that is purchased as a result of a written recommendation by a Physician. Benefits are provided for the hearing aid and for charges for associated fitting and testing.

The Plan pays Benefits for hearing aids that meets the functionally necessary specifications for your needs without any limitations.

Benefits do not include bone anchored hearing aids. Bone anchored hearing aids are a Covered Health Service for which Benefits are available under the applicable medical/surgical Covered Health Services categories in this section only for Covered Persons who have either of the following:

■ Craniofacial anomalies whose abnormal or absent ear canals preclude the use of a wearable hearing aid.

■ Hearing loss of sufficient severity that it would not be adequately remedied by a wearable hearing aid.

> **Hearing aid discount program**
> The Plan provides a special program that provides access to high quality, customized hearing aids at a discount, as well as resources to help you select, understand, use and maintain your hearing aids. See *Addendum - hi HealthInnovations Hearing Aid Program* for details.

## Home Health Care

Covered Health Services are services that a Home Health Agency provides if you need care in your home due to the nature of your condition. Services must be:

■ Ordered by a Physician.

■ Provided by or supervised by a registered nurse in your home, or provided by either a home health aide or licensed practical nurse and supervised by a registered nurse.

■ Not considered Custodial Care, as defined in Section 14, *Glossary*.

■ Provided on a part-time, Intermittent Care schedule when Skilled Care is required. Refer to Section 14, *Glossary* for the definition of Skilled Care.

The Claims Administrator will determine if Skilled Care is needed by reviewing both the skilled nature of the service and the need for Physician-directed medical management. A service will not be determined to be "skilled" simply because there is not an available caregiver.

Any combination of Network Benefits and Non-Network Benefits is limited to 75 visits per calendar year. One visit equals four hours of Skilled Care services. Continuous visits are allowed. This visit limit does not include any service which is billed only for the administration of intravenous infusion.

> **Prior Authorization Requirement**
> For Non-Network Benefits you must obtain prior authorization from the Claims Administrator five business days before receiving services, including nutritional foods and Private Duty Nursing, or as soon as is reasonably possible. If you fail to obtain prior authorization from the Claims Administrator as required, Benefits will be subject to a $250 reduction.

## Hospice Care

Hospice care is an integrated program recommended by a Physician which provides comfort and support services for the terminally ill. Hospice care can be provided on an inpatient or outpatient basis and includes physical, psychological, social, spiritual and respite care for the terminally ill person, and short-term grief counseling for immediate family members while the Covered Person is receiving hospice care. Benefits are available only when hospice care is received from a licensed hospice agency, which can include a Hospital.

> **Prior Authorization Requirement**
> For Non-Network Benefits you must obtain prior authorization from the Claims Administrator five business days before admission for an Inpatient Stay in a hospice facility or as soon as is reasonably possible. If you fail to obtain prior authorization from the Claims Administrator as required, Benefits will be subject to a $250 reduction.
>
> In addition, for Non-Network Benefits, you must contact the Claims Administrator within 24 hours of admission for an Inpatient Stay in a hospice facility.

## Hospital - Inpatient Stay

Hospital Benefits are available for:

- Non-Physician services and supplies received during an Inpatient Stay.

- Room and board in a Semi-private Room (a room with two or more beds).

- Physician services for radiologists, anesthesiologists, pathologists and Emergency room Physicians.

The Plan will pay the difference in cost between a Semi-private Room and a private room only if a private room is necessary according to generally accepted medical practice.

Benefits for an Inpatient Stay in a Hospital are available only when the Inpatient Stay is necessary to prevent, diagnose or treat a Sickness or Injury. Benefits for other Hospital-based Physician services are described in this section under *Physician Fees for Surgical and Medical Services*.

Benefits for Emergency admissions and admissions of less than 24 hours are described under *Emergency Health Services* and *Surgery - Outpatient*, *Scopic Procedures - Outpatient Diagnostic and Therapeutic*, and *Therapeutic Treatments - Outpatient*, respectively.

---

**Prior Authorization Requirement**
For Non-Network Benefits, for:

■ A scheduled admission, you must obtain prior authorization from the Claims Administrator five business days before admission.

■ A non-scheduled admission (including Emergency admissions), you must provide notification as soon as is reasonably possible.

If you do not obtain prior authorization from the Claims Administrator as required, Benefits will be subject to a $250 reduction.

In addition, for Non-Network Benefits, you must contact the Claims Administrator 24 hours before admission for scheduled admissions or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions).

---

## Infertility Services

Therapeutic services for the treatment of Infertility when provided by or under the direction of a Physician. Benefits under this section are limited to the following procedures:

■ Assisted Reproductive Technologies (ART).

■ Frozen Embryo Transfer cycle including the associated cryopreservation and storage of embryos.

■ ICSI - (intracytoplasmic sperm injection).

■ Insemination procedures (artificial insemination (AI) and intrauterine insemination (IUI)).

■ Embryo transportation related network disruption.

■ Ovulation induction (or controlled ovarian stimulation).

■ Testicular Sperm Aspiration/Microsurgical Epididymal Sperm Aspiration (TESA/MESA) - male factor associated surgical procedures for retrieval of sperm.

■ Surgical Procedures: Laparoscopy, Lysis of adhesions, tubotubal anastomosis, fimbrioplasty, salpingostomy, transcervical catheterization, cystoplasty and ovarian cystectomy.

■ Electroejaculation.

■ Pre-implantation Genetic Testing for a Monogenic Disorder (PGT-M) or Structural Rearrangement (PGT-SR) - when the genetic parents carry a gene mutation to determine whether that mutation has been transmitted to the embryo.

Treatment for the diagnosis and treatment of the underlying cause of Infertility is covered as described in the SPD. Benefits for diagnostic tests are described under, *Scopic Procedures - Outpatient Diagnostic and Therapeutic, Office Visits*.

Benefits for certain Pharmaceutical Products for the treatment of Infertility that are administered on an outpatient basis in a Hospital, Alternate Facility, Physician's office, or in your home are described under *Injections in a Physician's Office*.

Benefits for Pharmaceutical Products for outpatient use that are filled by a prescription order or refill are described under *Outpatient Prescription Drugs*.

### *Enhanced Benefit Coverage*

**Donor Coverage**: The plan will cover associated donor medical expenses, including collection and preparation of oocyte and/or sperm, and the medications associated with the collection and preparation of oocyte and/or sperm. The plan will not pay for donor charges associated with compensation or administrative services.

**Fertility Preservation for Medical Reasons** - when planned cancer or other medical treatment is likely to produce Infertility/sterility. Coverage is limited to: collection of sperm, cryopreservation of sperm, ovarian stimulation and retrieval of eggs, oocyte cryopreservation, in vitro fertilization, and embryo cryopreservation. Long-term storage costs (anything longer than 12 months) are not covered.

**Infertility Treatment following the reversal of voluntary sterilization** and following reversal needs to meet criteria to be eligible for Benefits (tubal reversal/reanastomosis; vasectomy reversal/vasovasostomy or vasoepididymostomy).

### Criteria to be eligible for Benefits

To be eligible for the Infertility services Benefit you must have a diagnosis of infertility.

■ To meet the definition of Infertility you must meet one of the following:

- You are not able to become pregnant after the following periods of time of regular unprotected intercourse or Therapeutic Donor Insemination:

♦ One year, if you are a female under age 35.
♦ Six months, if you are a female age 35 or older.

- You are female and have failed to achieve or maintain a Pregnancy due to impotence/sexual dysfunction;
- You are female and have infertility that is not related to voluntary sterilization or failed reversal of voluntary sterilization.

- You are male and have a diagnosis of a male factor causing infertility (e.g. treatment of sperm abnormalities including the surgical recovery of sperm).

■ You are a female:
- under age 44 and using own oocytes (eggs).
- under age 55 and using donor oocytes (eggs).

*Note:* For treatment initiated prior to pertinent birthday, services will be covered to completion of initiated cycle.

■ You have Infertility that is not related to voluntary sterilization.

■ Child Dependents are eligible for Infertility benefit if above eligibility criteria are met.

The waiting period may be waived when you have a known male or female Infertility factor, including but not limited to: congenital malformations, abnormal sperm, known ovulatory disorders, diminished ovarian reserve, impotence/sexual dysfunction, moderate or severe endometriosis, or documented compromise of the fallopian tubes.

Certain criteria to be eligible for Benefits may be waived for Fertility Preservation for medical reasons.

Any combination of Network Benefits and Non-Network Benefits are limited to $25,000 per Covered Person during the entire period of time he or she is enrolled for coverage under the Plan. There are separate medical and prescription drug lifetime maximum Benefits. Prescription Drug Products for Infertility are limited to $15,000 per Covered Person, as described in Section 15, *Outpatient Prescription Drugs*.

There are separate limits under the Plan for medical services and *Outpatient Prescription Drugs*.

Only charges for the following apply toward the infertility lifetime maximum:

■ Surgeon.

■ Assistant surgeon.

■ Anesthesia.

■ Lab tests.

■ Specific injections.

## Injections in a Physician's Office

Benefits are paid by the Plan for injections administered in the Physician's office, for example allergy immunotherapy, when no other health service is received.

If you require certain Pharmaceutical Products, including specialty Pharmaceutical Products, UnitedHealthcare may direct you to a designated dispensing entity with whom UnitedHealthcare has an arrangement to provide those Pharmaceutical Products. Such Dispensing Entities may include an outpatient pharmacy, specialty pharmacy, Home Health

Agency provider, Hospital-affiliated pharmacy or hemophilia treatment center contracted pharmacy.

If you/your provider are directed to a designated dispensing entity and you/your provider choose not to obtain your Pharmaceutical Product from a designated dispensing entity, Network Benefits are not available for that Pharmaceutical Product.

Certain Pharmaceutical Products are subject to step therapy requirements. This means that in order to receive Benefits for such Pharmaceutical Products, you must use a different Pharmaceutical Product and/or prescription drug product first. You may find out whether a particular Pharmaceutical Product is subject to step therapy requirements by contacting UnitedHealthcare at **www.myuhc.com** or by calling the telephone number on your ID card.

UnitedHealthcare may have certain programs in which you may receive an enhanced or reduced Benefit based on your actions such as adherence/compliance to medication or treatment regimens and/or participation in health management programs. You may access information on these programs through the Internet at **www.myuhc.com** or by calling the number on your ID card.

The Plan pays Benefits for Botox as covered for *FDA* approved diagnosis (Botox is NOT covered for cosmetic purposes).

## Lab, X-Ray and Diagnostics - Outpatient

Services for Sickness and Injury-related diagnostic purposes, received on an outpatient basis at a Hospital or Alternate Facility include:

- Lab and radiology/X-ray.
- Mammography.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.
- Physician services for radiologists, anesthesiologists and pathologists (Benefits for other Physician services are described under Physician Fees for Surgical and Medical Services).
- Genetic Testing ordered by a Physician which results in available medical treatment options following Genetic Counseling.
- Presumptive Drug Tests and Definitive Drug Tests.

Any combination of Network Benefits and Non-Network Benefits is limited to 18 Presumptive Drug Tests and 18 Definitive Drug Tests per calendar year.

Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services*. Lab, X-ray and diagnostic services for preventive care are described under *Preventive Care Services* in this section. CT scans, PET scans, MRI, MRA, nuclear medicine and major diagnostic services are described under *Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient* in this section.

> **Prior Authorization Requirement**
> For Non-Network Benefits for Genetic Testing, sleep studies, stress echocardiography and transthoracic echocardiogram, you must obtain prior authorization from the Claims Administrator five business days before scheduled services are received. If you fail to obtain prior authorization as required, Benefits will be subject to a $250 reduction.

## Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient

Services for CT scans, PET scans, MRI, MRA, nuclear medicine, and major diagnostic services received on an outpatient basis at a Hospital or Alternate Facility.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.

- Physician services for radiologists, anesthesiologists and pathologists.

- Genetic Testing ordered by a Physician which results in available medical treatment options following Genetic Counseling.

Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services*.

> **Prior Authorization Requirement**
> For Non-Network Benefits for and CT, PET scans, MRI, MRA, nuclear medicine, including nuclear cardiology, you must obtain prior authorization from the Claims Administrator five business days before scheduled services are received. If you do not obtain prior authorization from the Claim Administrator as required, Benefits will be subject to a $250 reduction.

## Mental Health Services

Mental Health Services include those received on an inpatient or outpatient basis in a Hospital and an Alternate Facility or in a provider's office. All services must be provided by or under the direction of a properly qualified behavioral health provider.

Benefits include the following levels of care:

- Inpatient treatment.

- Residential Treatment.

- Partial Hospitalization/Day Treatment.

- Intensive Outpatient Treatment.

- Outpatient treatment.

Inpatient treatment and Residential Treatment includes room and board in a Semi-private Room (a room with two or more beds).

Services include the following:

■ Diagnostic evaluations, assessment and treatment planning.

■ Treatment and/or procedures.

■ Medication management and other associated treatments.

■ Individual, family, and group therapy.

■ Provider-based case management services.

■ Crisis intervention.

The Mental Health/Substance-Related and Addictive Disorders Administrator provides administrative services for all levels of care.

You are encouraged to contact the Mental Health/Substance-Related and Addictive Disorders Administrator for referrals to providers and coordination of care. **Prior Authorization Requirement**

> For Non-Network Benefits for:
> ■ A scheduled admission for Mental Health Services (including an admission for services at a Residential Treatment facility) you must obtain prior authorization from the Claims Administrator five business days before admission.
> ■ A non-scheduled admission (including Emergency admissions) you must provide notification as soon as is reasonably possible.
>
> In addition, for Non-Network Benefits you must obtain prior authorization from the Claims Administrator before the following services are received. Services requiring prior authorization: Partial Hospitalization/Day Treatment; Intensive Outpatient Treatment programs; outpatient electro-convulsive treatment; psychological testing; transcranial magnetic stimulation; extended outpatient treatment visits, with or without medication management.
>
> If you fail to obtain prior authorization from or provide notification to the Claims Administrator as required, Benefits will be subject to a $250 reduction.

### Virtual Behavioral Health Therapy and Coaching

Specialized virtual behavioral health care provided by AbleTo, Inc. ("AbleTo Therapy 360") for Covered Persons with certain co-occurring behavioral and medical conditions.

AbleTo Therapy 360 provides behavioral Covered Health Care Services through virtual therapy and coaching services that are individualized and tailored to your specific health needs. Virtual therapy is provided by licensed therapists. Coaching services are provided by coaches who are supervised by licensed professionals.

Except for the initial consultation, Covered Persons with a high deductible health plan (HDHP) must meet their Annual Deductible before they are able to receive Benefits for

these services. There are no deductibles, Copayments or Coinsurance for the initial consultation.

If you would like information regarding these services, you may contact the Claims Administrator at the telephone number on your ID Card.

## Neurobiological Disorders - Autism Spectrum Disorder Services

The Plan pays Benefits for behavioral services for Autism Spectrum Disorder including Intensive Behavioral Therapies such as Applied Behavior Analysis (ABA) that are the following:

■ Focused on the treatment of core deficits of Autism Spectrum Disorder.

■ Provided by a *Board Certified Applied Behavior Analyst (BCBA)* or other qualified provider under the appropriate supervision.

■ Focused on treating maladaptive/stereotypic behaviors that are posing danger to self, others and property and impairment in daily functioning.

These Benefits describe only the behavioral component of treatment for Autism Spectrum Disorder. Medical treatment of Autism Spectrum Disorder is a Covered Health Service for which Benefits are available under the applicable medical Covered Health Services categories as described in this section. Benefits for Autism Spectrum Disorder have no age limit.

Benefits include the following levels of care:

■ Inpatient treatment.

■ Residential Treatment.

■ Partial Hospitalization/Day Treatment.

■ Intensive Outpatient Treatment.

■ Outpatient Treatment.

Inpatient treatment and Residential Treatment includes room and board in a Semi-private Room (a room with two or more beds).

Services include the following:

■ Diagnostic evaluations, assessment and treatment planning.

■ Treatment and/or procedures.

■ Medication management and other associated treatments.

■ Individual, family, and group therapy.

■ Crisis intervention.

■ Provider-based case management services.

The Mental Health/Substance-Related and Addictive Disorders Administrator provides administrative services for all levels of care.

You are encouraged to contact the Mental Health/Substance-Related and Addictive Disorders Administrator for referrals to providers and coordination of care.

> **Prior Authorization Requirement**
>
> For Non-Network Benefits for:
>
> - A scheduled admission for Neurobiological Disorders – Autism Spectrum Disorder Services (including an admission for services at a Residential Treatment facility), you must obtain authorization from the Claims Administrator five business days before admission.
> - A non-scheduled admission (including Emergency admissions) you must provide notification as soon as is reasonably possible.
>
> In addition, for Non-Network Benefits you must obtain prior authorization from the Claims Administrator before the following services are received. Services requiring prior authorization: Partial Hospitalization/Day Treatment; Intensive Outpatient Treatment programs; psychological testing; extended outpatient treatment visits, with or without medication management; Intensive Behavioral Therapy, including *Applied Behavior Analysis (ABA)*.
>
> If you fail to obtain prior authorization from or provide notification to the Claims Administrator as required, Benefits will be subject to a $250 reduction.

## Obesity Surgery

The Plan covers surgical treatment of obesity provided by or under the direction of a Physician when all of the following are true:

- You have enrolled in the Bariatric Resource Services (BRS) program.

- You have a minimum Body Mass Index (BMI) of 40 irrespective of comorbidities, or greater than 35 with at least one complicating comorbidity, directly related to, or exacerbated by morbid obesity:
  - Type 2 diabetes or pre-diabetes
  - Cardiovascular disease (e.g., stroke, myocardial infarction, poorly controlled hypertension (systolic blood pressure greater than 140 mm Hg or diastolic blood pressure 90 mm Hg or greater, despite pharmacotherapy)
  - History of coronary artery disease with a surgical intervention such as cardiopulmonary bypass or percutaneous transluminal coronary angioplasty
  - Cardiopulmonary problems (e.g., documented obstructive sleep apnea (OSA) confirmed on polysomnography with an AHI or RDI of >= 30 (as defined by AASM Task Force. Sleep.1999;22:667-89)
  - History of cardiomyopathy
  - High Cholesterol or Hyperlipidemia
  - Polycystic Ovarian Syndome (PCOS)
- You are over the age of 18 or, for adolescents, have achieved greater than 95% of estimated adult height AND a minimum Tanner Stage of 4.

- You have a 3-month physician or other health care provider supervised diet documented within the last 2 years.

■  You have completed a multi-disciplinary surgical preparatory regimen, which includes a psychological evaluation.

■  You are having your first bariatric surgery under your plan, unless there were complications with your first procedure.

> Benefits are available for obesity surgery services that meet the definition of a Covered Health Service, as defined in Section 14, *Glossary* and are not Experimental or Investigational or Unproven Services.

Benefits are limited to one surgery per lifetime unless there are complications to the covered surgery.

You will have access to a certain Network of Designated Providers participating in the Bariatric Resource Services (BRS) program, as defined in Section 14, *Glossary*, for obesity surgery services.

For obesity surgery services to be considered Covered Health Services under the BRS program, you must contact Bariatric Resource Services and speak with a nurse consultant prior to receiving services. You can contact Bariatric Resource Services by calling 1-888-936-7246.

*Note*: The services described under the *Travel and Lodging Assistance Program* are Covered Health Services only in connection with obesity-related services received by a Designated Provider.

See *Bariatric Resource Services (BRS)* in Section 7, *Clinical Programs and Resources* for more information on the BRS program.

## Orthognathic Surgery

The Plan pays Benefits for orthognathic surgery for the following:

■  A jaw deformity resulting from facial trauma or cancer.

■  A skeletal anomaly of either the maxilla or mandible, that demonstrates a functional medical impairment such as one of the following:

-  Inability to incise solid foods
-  Choking on incompletely masticated solid foods.
-  Damage to soft tissue during mastication.
-  Speech impediment determined to be due to the jaw deformity.
-  Malnutrition and weight loss due to inadequate intake secondary to the jaw deformity.

> **Prior Authorization Requirement**
> For Non-Network Benefits for orthognathic surgeries you must obtain prior authorization from the Claims Administrator five business days before scheduled services are received or, for non-scheduled services, within two business days or as soon as is reasonably possible. If you fail to obtain prior authorization as required, Benefits will be subject to a $250 reduction.

## Ostomy Supplies

Benefits for ostomy supplies are limited to:

- Pouches, face plates and belts.

- Irrigation sleeves, bags and ostomy irrigation catheters.

- Skin barriers.

Benefits are not available for deodorants, filters, lubricants, tape, appliance cleaners, adhesive, adhesive remover, or other items not listed above.

## Physician Fees for Surgical and Medical Services

The Plan pays Physician fees for surgical procedures and other medical care received from a Physician in a Hospital, Skilled Nursing Facility, Inpatient Rehabilitation Facility, Alternate Facility or for Physician house calls.

## Physician's Office Services - Sickness and Injury

Benefits are paid by the Plan for Covered Health Services provided in a Physician's office for the diagnosis and treatment of a Sickness or Injury. Benefits are provided under this section regardless of whether the Physician's office is freestanding, located in a clinic or located in a Hospital. Benefits under this section include allergy injections and hearing exams in case of Injury or Sickness.

Covered Health Services include medical education services that are provided in a Physician's office by appropriately licensed or registered healthcare professionals when both of the following are true:

- Education is required for a disease in which patient self-management is an important component of treatment.

- There exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

Covered Health Services include Genetic Counseling.

Benefits for preventive services are described under *Preventive Care Services* in this section.

> **Please Note**
> Your Physician does not have a copy of your SPD, and is not responsible for knowing or communicating your Benefits.

## Pregnancy - Maternity Services

Benefits for Pregnancy will be paid at the same level as Benefits for any other condition, Sickness or Injury. This includes all maternity-related medical services for prenatal care, postnatal care, delivery, and any related complications.

The Plan will pay Benefits for an Inpatient Stay of at least:

■ 48 hours for the mother and newborn child following a vaginal delivery.

■ 96 hours for the mother and newborn child following a cesarean section delivery.

These are federally mandated requirements under the *Newborns' and Mothers' Health Protection Act of 1996* which apply to this Plan. The Hospital or other provider is not required to get authorization for the time periods stated above. Authorizations are required for longer lengths of stay. If the mother agrees, the attending Physician may discharge the mother and/or the newborn child earlier than these minimum timeframes.

Both before and during a Pregnancy, Benefits include the services of a genetic counselor when provided or referred by a Physician. These Benefits are available to all Covered Persons in the immediate family. Covered Health Services include related tests and treatment.

The Plan pays Benefits for the following services as preventive covered at 100%:

■ Routine prenatal obstetrical office visits.

■ Gestational diabetes screening.

■ All lab services explicitly identified in the healthcare reform law.

■ Tobacco cessation counseling specific to pregnant women.

■ Immunizations recommended by the *Advisory Committee on Immunization Practices*.

■ Counseling for breast-feeding.

---

**Prior Authorization Requirement**

For Non-Network Benefits you must obtain prior authorization from the Claims Administrator as soon as reasonably possible if the Inpatient Stay for the mother and/or the newborn will be more than 48 hours for the mother and newborn child following a normal vaginal delivery, or more than 96 hours for the mother and newborn child following a cesarean section delivery. If you fail to obtain prior authorization as required, Benefits will be subject to a $250 reduction.

It is important that you notify the Claims Administrator regarding your Pregnancy. Your notification will open the opportunity to become enrolled in prenatal programs that are designed to achieve the best outcomes for you and your baby.

---

> **Healthy moms and babies**
> The Plan provides a special prenatal program to help during Pregnancy. Participation is voluntary and free of charge. See Section 7, *Clinical Programs and Resources*, for details.

## Preimplantation Genetic Testing (PGT-M and PGT-SR) and Related Services

Preimplantation Genetic Testing (PGT) performed to identify and to prevent genetic medical conditions from being passed onto offspring. To be eligible for Benefits the following must be met:

- PGT must be ordered by a Physician after Genetic Counseling.

- The genetic medical condition, if passed onto offspring, would result in significant health problems or severe disability and be caused by a single gene (detectable by PGT-M) or structural changes of a parents' chromosome (detectable by PGT-SR).

- Benefits are limited to PGT for the specific genetic disorder and the following related services when provided by or under the supervision of a Physician:

  - Ovulation induction (or controlled ovarian stimulation).
  - Egg retrieval, fertilization and embryo culture.
  - Embryo biopsy.
  - Embryo transfer.
  - Cryo-preservation and short-term embryo storage (less than one year).

Benefits are not available for long-term storage costs (greater than one year).

Benefit limits will be the same as, and combined with, those stated under *Infertility Services*. This limit does not include Preimplantation Genetic Testing (PGT) for the specific genetic disorder. This Benefit limit also includes services as described under *Fertility Preservation for Iatrogenic Infertility*.

Benefits for Assisted Reproductive Technology (ART) for related services as described under *Infertility Services* do not include the Preimplantation genetic testing for the specific genetic disorder.

## Preventive Care Services

The Plan pays Benefits for Preventive care services provided on an outpatient basis at a Physician's office, an Alternate Facility or a Hospital. Preventive care services encompass medical services that have been demonstrated by clinical evidence to be safe and effective in either the early detection of disease or in the prevention of disease, have been proven to have a beneficial effect on health outcomes and include the following as required under applicable law:

- Evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the *United States Preventive Services Task Force*.

- Immunizations that have in effect a recommendation from the *Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention*.

■ With respect to infants, children and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the *Health Resources and Services Administration.*

■ With respect to women, such additional preventive care and screenings as provided for in comprehensive guidelines supported by the *Health Resources and Services Administration.*

Preventive care Benefits defined under the *Health Resources and Services Administration (HRSA)* requirement include the cost of renting one breast pump per Pregnancy in conjunction with childbirth. Breast pumps must be ordered by or provided by a Physician. You can obtain additional information on how to access Benefits for breast pumps by going to **www.myuhc.com** or by calling the number on your ID card. Benefits for breast pumps also include the cost of purchasing one breast pump per Pregnancy in conjunction with childbirth. These Benefits are described under Section 5, *Plan Highlights*, under *Covered Health Services.*

If more than one breast pump can meet your needs, Benefits are available only for the most cost effective pump. UnitedHealthcare will determine the following:

■ Which pump is the most cost effective.

■ Whether the pump should be purchased or rented.

■ Duration of a rental.

■ Timing of an acquisition.

Benefits are only available if breast pumps are obtained from a DME provider or Physician.

In addition to the services listed above, this preventive care benefit includes certain:

■ Routine lab tests.

■ Diagnostic consults to prevent disease and detect abnormalities.

■ Diagnostic radiology and nuclear imaging procedures to screen for abnormalities.

■ Breast cancer screening and genetic testing.

■ Tests to support cardiovascular health.

These additional services are paid under the preventive care benefit when billed by your provider with a wellness diagnosis. Call the number on your ID card for additional information regarding coverage available for specific services.

Surgical facility fees for preventive colonoscopy/sigmoidoscopy screenings should be considered at 100% according the preventative benefit provisions.

For questions about your preventive care Benefits under this Plan call the number on your ID card.

## Private Duty Nursing - Outpatient

The Plan covers Private Duty Nursing care given on an outpatient basis by a licensed nurse such as a Registered Nurse (R.N.), Licensed Practical Nurse (L.P.N.), or Licensed Vocational Nurse (L.V.N.). One visit equals eight hours of Private Duty Nursing care.

## Prosthetic Devices

Benefits are paid by the Plan for external prosthetic devices that replace a limb or body part, or help an impaired limb or body part work limited to:

- Artificial arms, legs, feet and hands.

- Artificial face, eyes, ears and noses.

- Breast prosthesis as required by the *Women's Health and Cancer Rights Act of 1998*. Benefits include mastectomy bras. Benefits for lymphedema stockings for the arm are provided as described under *Durable Medical Equipment (DME), Orthotics and Supplies*.

Benefits are provided only for external prosthetic devices and do not include any device that is fully implanted into the body. Internal prosthetics are a Covered Health Service for which Benefits are available under the applicable medical/surgical Covered Health Service categories in this *SPD*.

The Plan pays Benefits for external prosthetic devices that meets the functionally necessary specifications for your needs without any limitations. The device must be ordered or provided either by a Physician, or under a Physician's direction.

Benefits are available for repairs and replacement, except as described in Section 8, *Exclusions and Limitations,* under *Medical Supplies and Appliances.*

Replacement of artificial limbs or any part of such devices may be covered when the condition of the device or part requires repairs that cost more than the cost of a replacement device or part.

Replacement of DME/Prosthetics needed due to growth for children through age 18 are covered.

Benefits are limited to a single purchase of each type of prosthetic device every 5 years or sooner if the individual's functional capacity changes (due to a medical condition, growth for children through age 18, etc.) occurs sooner than the 5 year timeframe. Repair and/or replacement of a prosthetic device would apply to this limit in the same manner as a purchase.

***Note:*** Prosthetic devices are different from DME - see *Durable Medical Equipment (DME)* in this section.

> **Prior Authorization Requirement**
> For Non-Network Benefits you must obtain prior authorization from the Claims
> Administrator before obtaining prosthetic devices that exceeds $1,000 in cost per device.
> If prior authorization is not obtained as required, Benefits will be subject to a $250
> reduction.

## Reconstructive Procedures

Reconstructive Procedures are services performed when the primary purpose of the
procedure is either to treat a medical condition or to improve or restore physiologic function
for an organ or body part. Reconstructive Procedures include surgery or other procedures
which are associated with an Injury, Sickness or Congenital Anomaly. The primary result of
the procedure is not a changed or improved physical appearance.

Improving or restoring physiologic function means that the organ or body part is made to
work better. An example of a Reconstructive Procedure is surgery on the inside of the nose
so that a person's breathing can be improved or restored.

Benefits for Reconstructive Procedures include breast reconstruction following a
mastectomy and reconstruction of the non-affected breast to achieve symmetry.
Replacement of an existing breast implant is covered by the Plan if the initial breast implant
followed a mastectomy. Other services required by the *Women's Health and Cancer Rights Act of
1998*, including breast prostheses and treatment of complications, are provided in the same
manner and at the same level as those for any other Covered Health Service. You can
contact UnitedHealthcare at the number on your ID card for more information about
Benefits for mastectomy-related services.

There may be times when the primary purpose of a procedure is to make a body part work
better. However, in other situations, the purpose of the same procedure is to improve the
appearance of a body part. Cosmetic procedures are excluded from coverage. Procedures
that correct an anatomical Congenital Anomaly without improving or restoring physiologic
function are considered Cosmetic Procedures. A good example is upper eyelid surgery. At
times, this procedure will be done to improve vision, which is considered a Reconstructive
Procedures. In other cases, improvement in appearance is the primary intended purpose,
which is considered a Cosmetic Procedure. This Plan does not provide Benefits for
Cosmetic Procedures, as defined in Section 14, *Glossary*.

The fact that a Covered Person may suffer psychological consequences or socially avoidant
behavior as a result of an Injury, Sickness or Congenital Anomaly does not classify surgery
(or other procedures done to relieve such consequences or behavior) as a Reconstructive
Procedures.

The Plan pays Benefits for the treatment of benign gynecomastia (abnormal breast
enlargement in males) when deemed Medically Necessary.

---

**Prior Authorization Requirement**

For Non-Network Benefits for you must obtain prior authorization from the Claims Administrator five business days before a scheduled reconstructive procedure is performed or, for non-scheduled procedures, within one business day or as soon as is reasonably possible. If authorization is not obtained from the Claims Administrator as required, or notification is not provided, Benefits will be subject to a $250 reduction.

In addition, for Non-Network Benefits, you must contact the Claims Administrator 24 hours before admission for scheduled admissions or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions).

---

## Rehabilitation Services - Outpatient Therapy and Manipulative Treatment

The Plan provides short-term outpatient rehabilitation services (including habilitative services) limited to:

- Physical therapy.

- Occupational therapy.

- Manipulative Treatment.

- Speech therapy.

- Post-cochlear implant aural therapy.

- Vision therapy.

- Cognitive rehabilitation therapy following a post-traumatic brain Injury or stroke.

- Pulmonary rehabilitation.

- Cardiac rehabilitation.

Manipulative Treatment benefits include diagnosis and related services, including x-rays. These services do not apply to the visit limit. The Plan pays Benefit for massage therapy performed as a modality if performed as part of the patients plan needs for spinal treatment.

For all rehabilitation services, a licensed therapy provider, under the direction of a Physician (when required by state law), must perform the services. Benefits under this section include rehabilitation services provided in a Physician's office or on an outpatient basis at a Hospital or Alternate Facility. Rehabilitative services provided in a Covered Person's home by a Home Health Agency are provided as described under *Home Health Care*. Rehabilitative services provided in a Covered Person's home other than by a Home Health Agency are provided as described under this section.

Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed rehabilitation services or if rehabilitation goals have previously been met. Benefits under this section are not available for maintenance/preventive treatment.

For outpatient rehabilitation services for speech therapy, the Plan will pay Benefits for the treatment of disorders of speech, language, voice, communication and auditory processing only when the disorder results from Injury, stroke, cancer, Congenital Anomaly. The Plan

will pay Benefits for cognitive rehabilitation therapy only when Medically Necessary following a post-traumatic brain Injury or stroke.

### Habilitative Services

For the purpose of this Benefit, "habilitative services" means Medically Necessary skilled health care services that help a person keep, learn or improve skills and functioning for daily living. Habilitative services are skilled when all of the following are true:

- The services are part of a prescribed plan of treatment or maintenance program that is Medically Necessary to maintain a Covered Person's current condition or to prevent or slow further decline.

- It is ordered by a Physician and provided and administered by a licensed provider.

- It is not delivered for the purpose of assisting with activities of daily living, including dressing, feeding, bathing or transferring from a bed to a chair.

- It requires clinical training in order to be delivered safely and effectively.

- It is not Custodial Care.

The Claims Administrator will determine if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management. Therapies provided for the purpose of general well-being or conditioning in the absence of a disabling condition are not considered habilitative services. A service will not be determined to be "skilled" simply because there is not an available caregiver.

Benefits are provided for habilitative services provided for Covered Persons with a disabling condition when both of the following conditions are met:

- The treatment is administered by a licensed speech-language pathologist, licensed audiologist, licensed occupational therapist, licensed physical therapist or Physician.

- The initial or continued treatment must be proven and not Experimental or Investigational.

Benefits for habilitative services do not apply to those services that are solely educational in nature or otherwise paid under state or federal law for purely educational services. Custodial Care, respite care, day care, therapeutic recreation, vocational training and Residential Treatment are not habilitative services. A service that does not help the Covered Person to meet functional goals in a treatment plan within a prescribed time frame is not a habilitative service.

The Plan may require that a treatment plan be provided, request medical records, clinical notes, or other necessary data to allow the Plan to substantiate that initial or continued medical treatment is needed. When the treating provider anticipates that continued treatment is or will be required to permit the Covered Person to achieve demonstrable progress, the Plan may request a treatment plan consisting of diagnosis, proposed treatment by type, frequency, anticipated duration of treatment, the anticipated goals of treatment, and how frequently the treatment plan will be updated.

Benefits for Durable Medical Equipment and prosthetic devices, when used as a component of habilitative services, are described under *Durable Medical Equipment* and *Prosthetic Devices*.

Benefits are limited to:

- 25 visits per calendar year for physical therapy.

- 60 visits per calendar year for physical therapy for children birth to age 18.

- 25 visits per calendar year for occupational therapy.

- 60 visits per calendar year for occupational therapy for children birth to age 18.

- 25 visits per calendar year for speech therapy.

- 90 visits per calendar year for speech therapy for children birth to age 18.

- 30 visits per calendar year for Manipulative Treatment.

These visit limits apply to Network Benefits and Non-Network Benefits combined. Additional visits are allowed beyond visit maximum if determined to be Medically Necessary.

Pulmonary rehabilitation therapy, cardiac rehabilitation therapy, vision therapy and post-cochlear implant aural therapy are unlimited.

## Scopic Procedures - Outpatient Diagnostic and Therapeutic

The Plan pays for diagnostic and therapeutic scopic procedures and related services received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office.

Diagnostic scopic procedures are those for visualization, biopsy and polyp removal. Examples of diagnostic scopic procedures include colonoscopy, sigmoidoscopy, and diagnostic endoscopy.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.

- Physician services for radiologists, anesthesiologists and pathologists.

Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services*.

Please note that Benefits under this section do not include surgical scopic procedures, which are for the purpose of performing surgery. Benefits for surgical scopic procedures are described under *Surgery - Outpatient*. Examples of surgical scopic procedures include arthroscopy, laparoscopy, bronchoscopy, hysteroscopy.

Benefits that apply to certain preventive screenings are described in this section under *Preventive Care Services*.

## Skilled Nursing Facility/Inpatient Rehabilitation Facility Services

Facility services for an Inpatient Stay in a Skilled Nursing Facility or Inpatient Rehabilitation Facility are covered by the Plan. Benefits include:

- Supplies and non-Physician services received during the Inpatient Stay.

- Room and board in a Semi-private Room (a room with two or more beds).

- Physician services for radiologists, anesthesiologists and pathologists.

Benefits are available when skilled nursing and/or Inpatient Rehabilitation Facility services are needed on a daily basis. Benefits are also available in a Skilled Nursing Facility or Inpatient Rehabilitation Facility for treatment of a Sickness or Injury that would have otherwise required an Inpatient Stay in a Hospital.

Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services.*

UnitedHealthcare will determine if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management. A service will not be determined to be "skilled" simply because there is not an available caregiver.

Benefits are available only if both of the following are true:

- The initial confinement in a Skilled Nursing Facility or Inpatient Rehabilitation Facility was or will be a Cost Effective alternative to an Inpatient Stay in a Hospital.

- You will receive skilled care services that are not primarily Custodial Care.

Skilled care is skilled nursing, skilled teaching, and skilled rehabilitation services when all of the following are true:

- It must be delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome, and provide for the safety of the patient.

- It is ordered by a Physician.

- It is not delivered for the purpose of assisting with activities of daily living, including dressing, feeding, bathing or transferring from a bed to a chair.

- It requires clinical training in order to be delivered safely and effectively.

You are expected to improve to a predictable level of recovery.

**Note:** The Plan does not pay Benefits for Custodial Care or Domiciliary Care, even if ordered by a Physician, as defined in Section 14, *Glossary.*

Any combination of Network Benefits and Non-Network Benefits is limited to 60 days per calendar year.

> **Prior Authorization Requirement**
>
> For Non-Network Benefits for a scheduled admission, you must obtain prior authorization from the Claims Administrator five business days before admission, or as soon as is reasonably possible for non-scheduled admissions. If authorization is not obtained as required, or notification is not provided, Benefits will be subject to a $250 reduction.
>
> In addition, for Non-Network Benefits you must contact the Claims Administrator 24 hours before admission for scheduled admissions or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions.)

## Spine and Joint Surgeries

*You must enroll in the Orthopedic Health Support Program.*

The Plan pays Benefits for spine and joint surgeries which are ordered by a Physician. Spine and joint surgical procedures include the following:

- Spine fusion surgery.
- Spine disc surgery.
- Total knee replacement.
- Total hip replacement.

Designated Network Benefits include Physician fees, the facility charge and the charge for supplies and equipment.

Benefits include the facility charge and the charge for supplies and equipment. Benefits for Physician services are described under *Physician Fees for Surgical and Medical Services*.

## Substance-Related and Addictive Disorders Services

Substance-Related and Addictive Disorders Services include those received on an inpatient or outpatient basis in a Hospital, an Alternate Facility, or in a provider's office. All services must be provided by or under the direction of a properly qualified behavioral health provider.

Benefits include the following levels of care:

- Inpatient treatment.
- Residential Treatment.
- Partial Hospitalization/Day Treatment.
- Intensive Outpatient Treatment.
- Outpatient treatment.

Inpatient treatment and Residential Treatment includes room and board in a Semi-private Room (a room with two or more beds).

Services include the following:

- Diagnostic evaluations, assessment and treatment planning.
- Treatment and/or procedures.
- Medication management and other associated treatments.
- Individual, family, and group therapy.
- Crisis intervention.
- Provider-based case management services.

The Mental Health/Substance-Related and Addictive Disorders Administrator provides administrative services for all levels of care.

You are encouraged to contact the Mental Health/Substance-Related and Addictive Disorders Administrator for referrals to providers and coordination of care.

---

**Prior Authorization Requirement**
For Non-Network Benefits for:
- A scheduled admission for Substance-Related and Addictive Disorders Services (including an admission for services at a Residential Treatment facility), you must obtain authorization from the Claims Administrator five business days before admission.
- A non-scheduled admission (including Emergency admissions) you must provide notification as soon as is reasonably possible.

In addition, for Non-Network Benefits you must obtain prior authorization from the Claims Administrator before the following services are received. Services requiring prior authorization: Partial Hospitalization/Day Treatment; Intensive Outpatient Treatment programs; psychological testing; extended outpatient treatment visits, with or without medication management.

If you fail to obtain prior authorization from or provide notification to the Claims Administrator as required, Benefits will be subject to a $250 reduction.

---

## Surgery - Outpatient

The Plan pays for surgery and related services received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office.

Benefits under this section include certain scopic procedures. Examples of surgical scopic procedures include arthroscopy, laparoscopy, bronchoscopy and hysteroscopy.

Examples of surgical procedures performed in a Physician's office are mole removal and ear wax removal.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.

■ Physician services for radiologists, anesthesiologists and pathologists. Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services*.

---

**Prior Authorization Requirement**

For Non-Network Benefits for cardiac catheterization, pacemaker insertion, implantable cardioverter defibrillators, diagnostic catheterization and electrophysiology implant sleep apnea surgery you must obtain prior authorization five business days before scheduled services are received or for non-scheduled services, within one business day or as soon as is reasonably possible.

If you do not obtain prior authorization as required, Benefits will be subject to a $250 reduction.

---

## Temporomandibular Joint Dysfunction (TMJ)

The Plan covers services for the evaluation and treatment of temporomandibular joint syndrome (TMJ) and associated muscles.

Diagnosis: Examination, radiographs and applicable imaging studies and consultation.

Non-surgical treatment including clinical examinations, oral appliances (orthotic splints), arthrocentesis and trigger-point injections.

Benefits are provided for surgical treatment if the following criteria are met:

■ There is clearly demonstrated radiographic evidence of significant joint abnormality.

■ Non-surgical treatment has failed to adequately resolve the symptoms.

■ Pain or dysfunction is moderate or severe.

Benefits for surgical services include arthrocentesis, arthroscopy, arthroplasty, arthrotomy, open or closed reduction of dislocations.

Benefits for surgical services also include FDA-approved TMJ prosthetic replacements when all other treatment has failed.

Benefits for an Inpatient Stay in a Hospital and Hospital-based Physician services are described in this section under *Hospital - Inpatient Stay* and *Physician Fees for Surgical and Medical Services*, respectively.

## Therapeutic Treatments - Outpatient

The Plan pays Benefits for therapeutic treatments received on an outpatient basis at a Hospital or Alternate Facility, including dialysis (both hemodialysis and peritoneal dialysis), intravenous chemotherapy or other intravenous infusion therapy and radiation oncology.

Covered Health Services include medical education services that are provided on an outpatient basis at a Hospital or Alternate Facility by appropriately licensed or registered healthcare professionals when:

- Education is required for a disease in which patient self-management is an important component of treatment.

- There exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

Benefits under this section include:

- The facility charge and the charge for related supplies and equipment.

- Physician services for anesthesiologists, pathologists and radiologists. Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services*.

> **Prior Authorization Requirement**
> For Non-Network Benefits for the following outpatient therapeutic services you must obtain prior authorization five business days before scheduled services are received or, for non-scheduled services, within one business day or as soon as is reasonably possible. Services that require prior authorization: IV infusion, intensity modulated radiation therapy, and MR-guided focused ultrasound.
>
> If you do not obtain prior authorization as required, Benefits will be subject to a $250 reduction.

## Transplantation Services

Organ and tissue transplants including CAR-T cell therapy for malignancies when ordered by a Physician. Benefits are available for transplants when the transplant meets the definition of a Covered Health Service, and is not an Experimental or Investigational or Unproven Service.

Examples of transplants for which Benefits are available include bone marrow including CAR-T cell therapy for malignancies, heart, heart/lung, lung, kidney, kidney/pancreas, liver, liver/small bowel, pancreas, small bowel and cornea.

Benefits are available to the donor and the recipient when the recipient is covered under this Plan. Donor costs that are directly related to organ removal or procurement are Covered Health Services for which Benefits are payable through the organ recipient's coverage under the Plan.

The Claims Administrator has specific guidelines regarding Benefits for transplant services. Contact the Claims Administrator at the number on your ID card for information about these guidelines.

Transplantation services including evaluation for transplant, organ procurement and donor searches and transplantation procedures must be received at a Designated Provider or Network facility that is not a Designated Provider.

Benefits are also available for cornea transplants. You are not required to obtain prior authorization from the Claims Administrator for a cornea transplant nor is the cornea transplant required to be performed by a Designated Provider.

*Note:* The services described under the *Travel and Lodging Assistance Program* are Covered Health Services only in connection with transplant services received by a Designated Provider.

> **Support in the event of serious illness**
> If you or a covered family member has cancer or needs an organ or bone marrow transplant, UnitedHealthcare can put you in touch with quality treatment centers around the country.

## Urgent Care Center Services

The Plan provides Benefits for services, including professional services, received at an Urgent Care Center, as defined in Section 14, *Glossary*. When Urgent Care services are provided in a Physician's office, the Plan pays Benefits as described under *Physician's Office Services*.

## Urinary Catheters

Benefits for indwelling and intermittent urinary catheters for incontinence or retention.

Benefits include related urologic supplies for indwelling catheters limited to:

- Urinary drainage bag and insertion tray (kit).
- Anchoring device.
- Irrigation tubing set.

Benefits do not include related supplies including:

- Incontinence garments or products (e.g. underwear, briefs, or diapers).
- Under pads (disposable or non-disposable).
- Gauze pads.
- Urinary drainage trays or insertion trays.
- Catheter care kits.
- Adhesive removers.
- Extension drainage tubing.
- Tubing sets.
- Drainage bags and bottles.
- Suspension supplies.
- Leg straps.

- External clamps.
- Urethral inserts.
- External catheters.
- External collection devices.
- Irrigation syringes.
- Bulbs or pistons.
- Lubricant.

## Virtual Care Services

Virtual care for Covered Health Services that includes the diagnosis and treatment of less serious medical conditions. Virtual care provides communication of medical information in real-time between the patient and a distant Physician or health specialist, outside of a medical facility (for example, from home or from work).

Benefits are available only when services are delivered through a Designated Virtual Network Provider. You can find a Designated Virtual Network Provider by contacting the Claims Administrator at www.myuhc.com or the telephone number on your ID card.

Benefits are available for the following:

- Urgent on-demand health care delivered through live audio with video-conferencing or audio only technology for treatment of acute but non-emergency medical needs.

Please Note: Not all medical conditions can be treated through virtual care. The Designated Virtual Network Provider will identify any condition for which treatment by in-person Physician contact is needed.

Benefits do not include email, fax and standard telephone calls, or for services that occur within medical facilities (*CMS* defined originating facilities).

## Vision

The Plan pays Benefits for one routine vision exam, including refraction, to detect vision impairment by a provider in the provider's office or outpatient facility every calendar year.

Benefits for eye examinations required for the diagnosis and treatment of a Sickness or Injury are provided under *Physician's Office Services - Sickness and Injury*.

The Plan pays Benefits for the first pair of eyeglasses or contact lenses post-cataract surgery. Associated fitting charges for contact lenses are not covered.

## Wigs

The Plan pays Benefits for wigs and other scalp hair prosthesis only for loss of hair resulting from chemotherapy, radiation therapy or alopecia areata.

Any combination of Network Benefits and Non-Network Benefits is limited to $500 per lifetime.

# SECTION 7 - CLINICAL PROGRAMS AND RESOURCES

> **What this section includes:**
> Health and well-being resources available to you, including:
> - Consumer Solutions and Self-Service Tools.
> - Disease Management Services.
> - Complex Medical Conditions Programs and Services.
> - Wellness Programs.
> - Women's Health/Reproductive.

Jones Lang LaSalle believes in giving you tools to help you be an educated health care consumer. To that end, Jones Lang LaSalle has made available several convenient educational and support services, accessible by phone and the Internet, which can help you to:

- Take care of yourself and your family members.
- Manage a chronic health condition.
- Navigate the complexities of the health care system.

> **NOTE:**
> Information obtained through the services identified in this section is based on current medical literature and on Physician review. It is not intended to replace the advice of a doctor. The information is intended to help you make more informed health care decisions and take a greater responsibility for your own health. UnitedHealthcare and Jones Lang LaSalle are not responsible for the results of your decisions from the use of the information, including, but not limited to, your choosing to seek or not to seek professional medical care, your choosing of which provider to seek professional medical care from or your choosing or not choosing specific treatment.

## Consumer Solutions and Self-Service Tools

### Health Survey

You, your Spouse and dependents older than 18 are invited to learn more about health and wellness at **www.myuhc.com** and are encouraged to participate in the online health survey. The health survey is an interactive questionnaire designed to help you identify your healthy habits as well as potential health risks.

Your health survey is kept confidential. Completing the survey will not impact your Benefits or eligibility for Benefits in any way.

If you need any assistance with the online survey, please call the number on your ID card.

### Reminder Programs

To help you stay healthy, UnitedHealthcare may send you and your covered Dependents reminders to schedule recommended screening exams. Examples of reminders include:

■ Mammograms for women.

■ Pediatric and adolescent immunizations.

■ Cervical cancer screenings for women.

■ Comprehensive screenings for individuals with diabetes.

■ Influenza/pneumonia immunizations for enrollees.

There is no need to enroll in this program. You will receive a reminder automatically if you have not had a recommended screening exam.

### Decision Support

In order to help you make informed decisions about your health care, UnitedHealthcare has a program called Decision Support. This program targets specific conditions as well as the treatments and procedures for those conditions.

This program offers:

■ Access to health care information.

■ Support by a nurse to help you make more informed decisions in your treatment and care.

■ Expectations of treatment.

■ Information on providers and programs.

Conditions for which this program is available include:

■ Back pain.

■ Knee & hip replacement.

■ Prostate disease.

■ Prostate cancer.

■ Benign uterine conditions.

■ Breast cancer.

■ Coronary disease.

■ Bariatric surgery.

Participation is completely voluntary and without extra charge. If you think you may be eligible to participate or would like additional information regarding the program, please contact the number on your ID card.

Case: 2:14-cv-02159-EAS-CMV Doc #: 1-4 Filed: 03/28/2024 Mar 10 10:24:48 PAGEID #: 105
Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 10 10:24 AM-24CV001784

### Second Opinion Service

The Plan offers a second opinion service.

Participation is completely voluntary and without extra charge. If you think you may be eligible to participate or would like additional information regarding the program, please contact the number on your ID card.

### UnitedHealth Premium® Designation Program

To help people make more informed choices about their health care, the UnitedHealth Premium® designation program recognizes Network Physicians who meet criteria for quality and cost efficiency. UnitedHealthcare uses national standardized measures to evaluate quality. The cost efficiency criteria rely on local market benchmarks for the efficient use of resources in providing care.

For details on the UnitedHealth Premium® designation program including how to locate a Premium Care Physician, log onto www.myuhc.com or call the number on your ID card.

### www.myuhc.com

UnitedHealthcare's member website, **www.myuhc.com**, provides information at your fingertips anywhere and anytime you have access to the Internet. **www.myuhc.com** opens the door to a wealth of health information and self-service tools.

With **www.myuhc.com** you can:

- Research a health condition and treatment options to get ready for a discussion with your Physician.

- Search for Network providers available in your Plan through the online provider directory.

- Complete a health survey to help you identify health habits you may improve, learn about healthy lifestyle techniques and access health improvement resources.

- Use the treatment cost estimator to obtain an estimate of the costs of various procedures in your area.

- Use the Hospital comparison tool to compare Hospitals in your area on various patient safety and quality measures.

> **Registering on www.myuhc.com**
> If you have not already registered on **www.myuhc.com**, simply go to **www.myuhc.com** and click on "Register Now." Have your ID card handy. The enrollment process is quick and easy.

Visit **www.myuhc.com** and:

- Make real-time inquiries into the status and history of your claims.

- View eligibility and Plan Benefit information, including Copays and Annual Deductibles.

- View and print all of your Explanation of Benefits (EOBs) online.
- Order a new or replacement ID card or print a temporary ID card.

---

**Want to learn more about a condition or treatment?**
Log on to **www.myuhc.com** and research health topics that are of interest to you. Learn about a specific condition, what the symptoms are, how it is diagnosed, how common it is, and what to ask your Physician.

---

### Health Management Virtual Behavioral Health Therapy and Coaching Programs

The Virtual Behavioral Health Therapy and Coaching program identifies Covered Persons with chronic medical conditions that frequently co-occur with mental health challenges, and provides support through virtual sessions for depression, anxiety and stress that often accompany chronic medical health issues like diabetes, cancer or cardiac conditions. This means that you may be called by a licensed clinical social worker or coach. You may also call the program and speak with a licensed clinical social worker or coach.

This Plan includes access to an online portal available specifically for Covered Persons enrolled in the program for monitoring your progress toward meeting all the participation criteria.

You're encouraged to visit the site frequently to keep abreast of the activities you should be completing and ensure that your information is up-to-date. The site also includes links to other helpful tools and resources for Behavioral Health.

The program is provided through AbleTo, Inc. Participation is completely voluntary and without extra charge. If you think you may be eligible to participate or would like additional information regarding the program, please contact the number on your ID card.

## Disease Management Services

### Disease Management Services

If you have been diagnosed with certain chronic medical conditions you may be eligible to participate in a disease management program at no additional cost to you. The heart failure, coronary artery disease, diabetes, asthma and Chronic Obstructive Pulmonary Disease (COPD) programs are designed to support you. This means that you will receive free educational information and may even be called by a registered nurse who is a specialist in your specific medical condition. This nurse will be a resource to advise and help you manage your condition.

These programs offer:

- Educational materials that provide guidance on managing your specific chronic medical condition. This may include information on symptoms, warning signs, self-management techniques, recommended exams and medications.
- Access to educational and self-management resources on a consumer website.

■ An opportunity for the disease management nurse to work with your Physician to ensure that you are receiving the appropriate care.

■ Access to and one-on-one support from a registered nurse who specializes in your condition. Examples of support topics include:

- Education about the specific disease and condition.
- Medication management and compliance.
- Reinforcement of on-line behavior modification program goals.
- Preparation and support for upcoming Physician visits.
- Review of psychosocial services and community resources.
- Caregiver status and in-home safety.
- Use of mail-order pharmacy and Network providers.

Participation is completely voluntary and without extra charge. If you think you may be eligible to participate or would like additional information regarding the program, please contact the number on your ID card.

## Complex Medical Conditions Programs and Services

### *Bariatric Resource Services (BRS)*

Your Plan offers Bariatric Resource Services (BRS) program. The BRS program provides you with:

■ Specialized clinical consulting services to Employees and Enrolled Dependents to educate on obesity treatment options.

■ Access to specialized Network facilities and Physicians for obesity surgery services.

You must access the Bariatric Resource Services program by calling the number on your ID card.

See *Obesity Surgery* in Section 6, *Additional Coverage Details* for obesity surgery requirements.

Your Plan Sponsor is providing you with Travel and Lodging assistance. For more information on the *Travel and Lodging Assistance Program*, refer to the provision below.

### *Cancer Resource Services (CRS) Program*

Your Plan offers Cancer Resource Services (CRS) program to provide you with access to information and member assistance through a team of specialized cancer nurse consultants and access to one of the nation's leading cancer programs.

To learn more about *CRS*, visit www.myoptumhealthcomplexmedical.com or call the number on your ID card or call the program directly at 1-866-936-6002.

Coverage for oncology services and oncology-related services are based on your health plan's terms, exclusions, limitations and conditions, including the plan's eligibility requirements and coverage guidelines. Participation in this program is voluntary.

Your Plan Sponsor is providing you with Travel and Lodging assistance. For more information on the *Travel and Lodging Assistance Program*, refer to the provision below.

### Cancer Support Program

UnitedHealthcare provides a program that identifies and supports a Covered Person who has cancer. You have the opportunity to engage with a nurse that specializes in cancer, education and guidance throughout your care path. You may also call the program and speak with a nurse whenever you need to. This nurse will be a resource and advocate to help you manage your condition. This program will work with you and your Physicians, as appropriate, to offer support and education on cancer, and self-care strategies and treatment options.

Participation is completely voluntary and without extra charge. If you think you may be eligible to participate or would like additional information regarding the program, please call the number on your ID card or call the program directly at 1-866 936-6002.

### Congenital Heart Disease (CHD) Resource Services

UnitedHealthcare provides a program that identifies and supports a Covered Person who has Congenital Heart Disease (CHD) through all stages of treatment and recovery. This program will work with you and your Physicians, as appropriate, to offer support and education on CHD. Program features include clinical management by specialized CHD Nurses, support from specialized Social Workers, assistance with choosing Physicians and Facilities, and access to Designated Providers.

To learn more about CHD Resource Services program, visit **www.myoptumhealthcomplexmedical.com** or call UnitedHealthcare at the number on your ID card or you can call the CHD Resource Services Nurse Team at 888-936-7246.

Coverage for CHD surgeries and related services are based on your health plan's terms, exclusions, limitations and conditions, including the plan's eligibility requirements and coverage guidelines. Participation in this program is voluntary. If you are considering any CHD surgeries you must contact CHD Resource Services prior to surgery to enroll in the program in order for the surgery to be a considered a Covered Health Service under the Plan.

Your Plan Sponsor is providing you with Travel and Lodging assistance. For more information on the *Travel and Lodging Assistance Program*, refer to the provision below.

### Kidney Disease Programs
### Comprehensive Kidney Solution (CKS) program

For participants diagnosed with Kidney Disease, your Plan offers the Comprehensive Kidney Solution (CKS) program to help you manage the effects of advanced Chronic Kidney Disease (CKD) through End-stage Renal Disease (ESRD).

Should the disease progress to the point of needing dialysis, CKS provides access to top-performing dialysis centers. That means you will receive treatment based on a "best practices" approach from health care professionals with demonstrated expertise.

There are hundreds of contracted dialysis centers across the country, but in situations where you cannot conveniently access a contracted dialysis center, CKS will work to negotiate patient-specific agreements on your behalf.

To learn more about Comprehensive Kidney Solutions, visit
**www.myoptumhealthcomplexmedical.com** or call the number on your ID card.

Coverage for dialysis and kidney-related services are based on your health plan's terms,
exclusions, limitations and conditions, including the plan's eligibility requirements and
coverage guidelines. Participation in this program is voluntary. If you decide to no longer
participate in the program, please contact CKS of your decision.

### Kidney Resource Services (KRS) program
### End-Stage Renal Disease (ESRD)

The Kidney Resource Services program provides Covered Persons with access to a
registered nurse advocate who specializes in helping individuals live with kidney disease. As a
participant in the KRS program, you'll work with a nurse who will provide you with support
and information. The nurse can help you manage other conditions, such as diabetes and high
blood pressure. He or she can also help you find doctors, specialists and dialysis centers.
This program is available at no extra cost to you.

With KRS, you have access to a registered nurse who specializes in kidney health. This
program is designed to help you be your own best advocate for your health. You may have
been referred to the KRS program by your medical provider or from past claim information.
As part of your health insurance benefits, it's available at no extra cost to you.

KRS nurse advocates are available, Monday through Friday toll-free at 1-866-561-7518
(TTY: 711).

Coverage for dialysis and kidney-related services are based on your health plan's terms,
exclusions, limitations and conditions, including the plan's eligibility requirements and
coverage guidelines. Participation in this program is voluntary.

### Orthopedic Health Support Program

For Designated Network Benefits, you must enroll in the *Orthopedic Health Support Program* to
receive services from a Designated Provider. To enroll you can call the Claims Administrator
at the telephone number on your ID card or you can call the *Orthopedic Nurse Team* at 888-
936-7246.

Orthopedic Health Support is a program for members with knee, hip, shoulder and low back
pain who are willing to explore treatment options for their condition and complete one to
three coaching sessions with a health coach. Orthopedic Health Support is a program that
also provides you access to specialized nurses and high-performing providers to help meet
your specific needs from early pain onset through treatment and beyond.

Following completion of the coaching call(s) you may be eligible to receive a $100 incentive
credit applied as a deposit into your HSA. The incentive will be applied within six to eight
weeks of program completion.

You will receive a 'Thank You' letter after completion of your coaching call along with
relevant educational materials.

Case: 2:24-cv-01057-EAS-CMV Doc #: 1-4 Filed: 03/08/24 Page: 105 of 249 PAGEID #: 784
Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 06 10:22 AM-24CV001110

You can check to make sure your incentive has been applied by logging onto **www.myuhc.com** six to eight weeks post enrollment and checking the account screens. If you need help, please call the customer care number on the back of your insurance ID card and ask to choose "claims" from the menu of options.

This program offers:

- Early intervention and appropriate care.

- Coaching to support behavior change.

- Shared decision-making.

- Pre- and post-surgical counseling.

- Support in choosing treatment options.

- Education on back-related information and self-care strategies.

- Long-term support.

- Access to Designated Providers.

Participation is completely voluntary and without extra charge. If you think you may be eligible to participate or would like additional information regarding the program, please call the number on your ID card.

If you are considering any of the above surgeries you must contact an Orthopedic nurse prior to surgery to enroll in the program in order for the surgery to be a considered a Covered Health Service under the Plan.

Your Plan Sponsor is providing you with Travel and Lodging assistance. For more information on the *Travel and Lodging Assistance Program*, refer to the provision below.

### Spine and Joint Program

The Spine and Joint Solution is a surgical program that provides access to top-performing, regional surgical centers for individuals who meet the criteria for select elective, inpatient surgeries. When you contact the specialized nurse team and enroll in the SJS program the Plan pays Benefits for select elective, inpatient surgeries provided by Designated Providers participating in the SJS program. The specialized nurse team provides guided access to a network of credentialed SJS providers.

To learn more about SJS, contact the Claims Administrator at the number on your ID card or you can call the SJS Nurse Team at 888-936-7246.

You must contact SJS prior to surgery to enroll in the program in order for the surgery to be a considered a Covered Health Service under the Plan.

### Transplant Resource Services (TRS) Program

Your Plan offers Transplant Resource Services (TRS) program to provide you with access to one of the nation's leading transplant programs. Receiving transplant services through this program means your transplant treatment is based on a "best practices" approach from health care professionals with extensive expertise in transplantation.

To learn more about Transplant Resource Services, visit **www.myoptumhealthcomplexmedical.com** or call the number on your ID card.

Coverage for transplant and transplant-related services are based on your health plan's terms, exclusions, limitations and conditions, including the plan's eligibility requirements and coverage guidelines. Participation in this program is voluntary.

Your Plan Sponsor is providing you with Travel and Lodging assistance. For more information on the *Travel and Lodging Assistance Program*, refer to the provision below.

### Travel and Lodging Assistance Program

Your Plan Sponsor may provide you with Travel and Lodging assistance. Travel and Lodging assistance is only available for you or your eligible family member if you meet the qualifications for the benefit, including receiving care at a Designated Provider and the distance from your home address to the facility. Eligible Expenses are reimbursed after the expense forms have been completed and submitted with the appropriate receipts.

If you have specific questions regarding the Travel and Lodging Assistance Program, please call the Travel and Lodging office at 1-800-842-0843.

### Travel and Lodging Expenses

The Plan covers expenses for travel and lodging for the patient, provided he or she is not covered by Medicare, and a companion as follows:

- Transportation of the patient and one companion who is traveling on the same day(s) to and/or from the site of the qualified procedure provided by a Designated Provider for the purposes of an evaluation, the procedure or necessary post-discharge follow-up.

- The Eligible Expenses for lodging for the patient (while not a Hospital inpatient) and one companion.

- If the patient is an enrolled Dependent minor child, the transportation expenses of two companions will be covered.

- Travel and lodging expenses are only available if the patient resides more than 50 miles from the Designated Provider.

- Reimbursement for certain lodging expenses for the patient and his/her companion(s) may be included in the taxable income of the Plan participant if the reimbursement exceeds the per diem rate.

■ The bariatric, cancer, congenital heart disease and transplant programs offer a combined overall lifetime maximum of $10,000 per Covered Person for all transportation and lodging expenses incurred by you and reimbursed under the Plan in connection with all qualified procedures.

■ The spine and joint program provides a maximum of $2,000 per Covered Person per procedure for all transportation and lodging expenses incurred by you and reimbursed under the Plan in connection with all qualified procedures.

The Claims Administrator must receive valid receipts for such charges before you will be reimbursed. Reimbursement is as follows:

### *Lodging*

■ A per diem rate, up to $50.00 per day, for the patient (when not in the Hospital) or the caregiver.

■ Per diem is limited to $100.00 per day, for the patient and one caregiver. When a child is the patient, two persons may accompany the child.

Examples of items that are not covered:

- Groceries.
- Alcoholic beverages.
- Personal or cleaning supplies.
- Meals.
- Over-the-counter dressings or medical supplies.
- Deposits.
- Utilities and furniture rental, when billed separate from the rent payment.
- Phone calls, newspapers, or movie rentals.

### *Transportation*

■ Automobile mileage (reimbursed at the IRS medical rate) for the most direct route between the patient's home and the Designated Provider.

■ Taxi fares (not including limos or car services).

■ Economy or coach airfare.

■ Parking.

■ Trains.

■ Boat.

■ Bus.

■ Tolls.

## Wellness Programs

### *Health Rewards*

Health Rewards is an incentive program designed to help Jones Lang LaSalle employees and their covered spouses (or domestic partners) under a United Healthcare medical option to meet health goals by rewarding the completion of health and wellness actions. The online

scorecard will identify your recommended actions and track completion of these actions. You can earn a Health Bonus or Health Savings Account Contribution.

As a first step access Rally portal from **www.myuhc.com**, by clicking on one of the Rally links. From the Dashboard, click on the "View All" link in the "Employer Rewards" section.

2021 Health Actions Available.

- $125 - Preventive Visit (including both the annual physical and prenatal care).

- $150 - Complete a Biometric Screening.

- $50 - Achieve Target BMI or 2 point BMI improvement.

- $50 - Achieve Target Cholesterol Goal.

- $50 - Achieve Target Glucose or A1c Goal.

- $50 - Achieve Blood Pressure Goal.

- $200 - Complete a Personal Health Action with a myBLUEPRINT4HEALTH nurse or coach.

- $100 - Complete 3 Rally Missions.

- $100 - Complete Real Appeal Program.

- $100 - Complete a Team Battle.

- $50 - Create a Health Care Cost Estimate.

- $25 per screening - Diabetes screening (dilated eye exam stratification logic, 2nd A1c screenings stratification logic, Creatinine or Urine Protein screening stratification logic).

When you and your spouse or domestic partner enroll in a UHC medical plan, you will be given a "menu" of options/health actions to complete to earn up to $500 for yourself and an additional $500 for your spouse/domestic partner.

**Note:** There are many ways to earn points but the **maximum amount each member can earn is $500**.

The reward for biometric targets can be obtained in one of three ways:

1. Achieve the biometric targets listed on Rewards page.

2. If you score outside of an incentive "target range" on one or more of the biometrics you can earn points by completing a reasonable alternative program such as working with a Coach or Nurse on a personal health action (topics may include: Exercise, Nutrition, Stress Management, Weight Management, Preventive, etc.). You can also enroll in the Maternity Support Program if you are pregnant or complete a Real Appeal program if you missed your BMI marker as reasonable alternatives.

You can download and print the PAAF from the Rally Support Center and FAQs section at the bottom of the Rally Dashboard page. Ask your physician to fax it to the phone number on the form. It may take 10-14 days until you see your reward.

Rewards gather data from many sources to capture your completed Health Actions. Please call the number on back of your ID card if your Health Action completion is still not appearing after these timeframes:

- 10-14 business days after Provider Form is submitted.
- 21 days after your Preventive Visit claim is submitted.

Go to https://myblueprint4health.com/ for more information about all of Jones Lang LaSalle's myBLUEPRINT4HEALTH programs (Team Battle, Health Rewards, Maternity Support Program).

**Exemptions:** If it is unreasonably difficult, due to a medical condition, for you to achieve a target biometric value or complete a health action under the Health Rewards Program, or if it is medically unadvisable to do so, you can ask your provider for an exemption to receive rewards associated with that health action. Ask your provider to complete the *Provider Notification Form* which can be found as shown above.

**Note:** Go to https://myblueprint4health.com for more information about all of Jones Lang LaSalle's myBLUEPRINT4HEALTH programs (Fitness Challenge, Health Rewards and Maternity Support Program).

## Women's Health/Reproductive

### *Fertility Solutions*

Fertility Solutions is a program administered by UnitedHealthcare or its affiliates made available to you by the Plan Sponsor. The Fertility Solutions program provides:

- Specialized clinical consulting services to Employees and Enrolled Dependents to educate on infertility treatment options.

- Access to specialized Network facilities and Physicians for infertility services.

The Plan pays Benefits for the infertility services described above when provided by Designated Providers participating in the Fertility Solutions program. The Fertility Solutions program provides education, counseling, infertility management and access to a national Network of premier infertility treatment clinics.

Covered Persons who do not live within a 60 mile radius of a Fertility Solutions Designated Provider will need to contact a Fertility Solutions case manager to determine a Network Provider prior to starting treatment. For infertility services and supplies to be considered Covered Health Services through this program, contact Fertility Solutions and enroll with a nurse consultant prior to receiving services.

You or a covered Dependent may:

- Be referred to Fertility Solutions by the Claims Administrator.

- Call the telephone number on your ID card.

- Call Fertility Solutions directly at 1-866-774-4626.

To take part in the Fertility Solutions program, call a nurse at 1-866-774-4626. The Plan will only pay Benefits under the Fertility Solutions program if Fertility Solutions provides the proper notification to the Designated Provider performing the services (even if you self-refer to a provider in that Network).

### Maternity Support Program

If you are pregnant or thinking about becoming pregnant, and you are enrolled in the medical Plan, you can get valuable educational information, advice and comprehensive case management by calling the number on your ID card. Your enrollment in the program will be handled by an OB nurse who is assigned to you.

This program offers:

- Enrollment by an OB nurse.

- Pre-conception health coaching.

- Written and online educational resources covering a wide range of topics.

- First and second trimester risk screenings.

- Identification and management of at- or high-risk conditions that may impact pregnancy.

- Pre-delivery consultation.

- Coordination with and referrals to other benefits and programs available under the medical plan.

- A phone call from a nurse approximately two weeks postpartum to provide information on postpartum and newborn care, feeding, nutrition, immunizations and more.

- Post-partum depression screening.

Participation is completely voluntary and without extra charge. To take full advantage of the program, you are encouraged to enroll within the first trimester of Pregnancy. You can enroll any time, up to your 34th week. To enroll, call the number on your ID card.

As a program participant, you can always call your nurse with any questions or concerns you might have.

*Note*: Effective July 1, 2019 Jones Lang LaSalle's parental leave pay benefit is 6 weeks. For questions and assistance contact HR Direct at https://hrdirect.jll.com.

### Neonatal Resource Services (NRS)

NRS is a program administered by the Claims Administrator or its affiliates made available to you by the Plan Sponsor. NRS provides a dedicated team of experienced Neonatologists, Neonatal Intensive Care Unit (NICU) nurse case managers and social workers who can provide support and assistance to you and your family during your infant's admission to the

0G750 - V55

NICU. The case manager will also provide discharge planning assistance and ongoing support post-discharge based on your infant's needs.

To take part in the NRS program you or a covered Dependent can call the Claims Administrator at the telephone number on your ID card or call NRS directly at 1-866-534-7209.

# SECTION 8 - EXCLUSIONS AND LIMITATIONS: WHAT THE MEDICAL PLAN WILL NOT COVER

> **What this section includes:**
> - Services, supplies and treatments that are not Covered Health Services, except as may be specifically provided for in Section 6, *Additional Coverage Details.*

The Plan does not pay Benefits for the following services, treatments or supplies even if they are recommended or prescribed by a provider or are the only available treatment for your condition.

When Benefits are limited within any of the Covered Health Services categories described in Section 6, *Additional Coverage Details*, those limits are stated in the corresponding Covered Health Service category in Section 5, *Plan Highlights*. Limits may also apply to some Covered Health Services that fall under more than one Covered Health Service category. When this occurs, those limits are also stated in Section 5, *Plan Highlights*. Please review all limits carefully, as the Plan will not pay Benefits for any of the services, treatments, items or supplies that exceed these benefit limits.

**Please note that in listing services or examples, when the SPD says "this includes," or "including but not limited to", it is not UnitedHealthcare's intent to limit the description to that specific list. When the Plan does intend to limit a list of services or examples, the SPD specifically states that the list "is limited to."**

## Alternative Treatments

1. Acupressure.

2. Aromatherapy.

3. Hypnotism.

4. Rolfing.

5. Art therapy, music therapy, dance therapy, animal-assisted therapy and other forms of alternative treatment as defined by the *National Center for Complementary and Integrative Health (NCCIH)* of the *National Institutes of Health.* This exclusion does not apply to Manipulative Treatment and non-manipulative osteopathic care for which Benefits are provided as described in Section 6, *Additional Coverage Details.*

6. Adventure-based therapy, wilderness therapy, outdoor therapy, or similar programs.

## Comfort and Convenience

Supplies, equipment and similar incidentals for personal comfort. Examples include:

1. Television.

2. Telephone.

3. Air conditioners.

4. Beauty/barber service.

5. Guest service.

6. Air purifiers and filters.

7. Batteries and battery chargers.

8. Dehumidifiers and humidifiers.

9. Ergonomically correct chairs.

10. Non-Hospital beds and comfort beds.

11. Devices and computers to assist in communication and speech except for dedicated speech generating devices and tracheo-esophageal voice devices for which Benefits are provided as described under *Durable Medical Equipment (DME)* in Section 6, *Additional Coverage Details*.

12. Home remodeling to accommodate a health need (including, but not limited to, ramps, swimming pools, elevators, handrails, and stair glides).

## Dental

1. Dental care (which includes dental X-rays, supplies and appliances and all associated expenses, including hospitalizations and anesthesia).

   This exclusion does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in Section 6, *Additional Coverage Details*.

   This exclusion does not apply to dental care (oral examination, X-rays, extractions and non-surgical elimination of oral infection) required for the direct treatment of a medical condition for which Benefits are available under the Plan, as identified in Section 6, *Additional Coverage Details*.

2. Preventive care, diagnosis, treatment of the teeth or gums. Examples include:

   - Extractions (including wisdom teeth), restoration and replacement of teeth.
   - Medical or surgical treatments of dental conditions.
   - Services to improve dental clinical outcomes.

   This exclusion does not apply to preventive care for which Benefits are provided under the *United States Preventive Services Task Force* requirement or the *Health Resources and Services Administration (HRSA)* requirement. This exclusion also does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in Section 6, *Additional Coverage Details*.

3. Dental implants and braces.

Case: 2:24-cv-00115-EAS-KAJ Doc #: 1-4 Filed: 03/28/24 Page: 114 of 249 PAGEID #: 784
Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 10:24 AM-24CV001119

This exclusion does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in Section 6, *Additional Coverage Details*.

4. Dental braces (orthodontics).

5. Treatment of malpositioned or supernumerary (extra) teeth, even if part of a Congenital Anomaly.

## Drugs

The exclusions listed below apply to the medical portion of the Plan only. Prescription Drug coverage is excluded under the medical plan because it is a separate benefit. Coverage may be available under the Prescription Drug portion of the Plan. See Section 15, *Outpatient Prescription Drugs*, for coverage details and exclusions.

1. Prescription Drug Products for outpatient use that are filled by a prescription order or refill.

2. Self-administered or self-infused medications. This exclusion does not apply to medications which, due to their characteristics, (as determined by UnitedHealthcare), must typically be administered or directly supervised by a qualified provider or licensed/certified health professional in an outpatient setting. This exclusion does not apply to hemophilia treatment centers contracted to dispense hemophilia factor medications directly to Covered Persons for self-infusion.

3. Non-injectable medications given in a Physician's office. This exclusion does not apply to non-injectable medications that are required in an Emergency and consumed in the Physician's office.

4. Over-the-counter drugs and treatments.

5. Growth hormone therapy.

6. Certain New Pharmaceutical Products and/or new dosage forms until the date as determined by the Claims Administrator or the Claims Administrator's designee, but no later than December 31st of the following calendar year.

   This exclusion does not apply if you have a life-threatening Sickness or condition (one that is likely to cause death within one year of the request for treatment). If you have a life-threatening Sickness or condition, under such circumstances, Benefits may be available for the New Pharmaceutical Product to the extent provided for in Section 6, *Additional Coverage Details*.

7. A Pharmaceutical Product that contains (an) active ingredient(s) available in and therapeutically equivalent (having essentially the same efficacy and adverse effect profile) to another covered Pharmaceutical Product. Such determinations may be made up to six times during a calendar year.

Case 2:15-cv-01116-CMV-KLM Doc # 1-4 Filed 03/28/24 Page 115 of 249 PAGEID #: 784

8.  A Pharmaceutical Product that contains (an) active ingredient(s) which is (are) a modified version of and therapeutically equivalent (having essentially the same efficacy and adverse effect profile) to another covered Pharmaceutical Product. Such determinations may be made up to six times during a calendar year.

9.  Benefits for Pharmaceutical Products for the amount dispensed (days' supply or quantity limit) which exceeds the supply limit.

10. A Pharmaceutical Product with an approved biosimilar or a biosimilar and therapeutically equivalent (having essentially the same efficacy and adverse effect profile) to another covered Pharmaceutical Product. For the purpose of this exclusion a "biosimilar" is a biological Pharmaceutical Product approved based on showing that it is highly similar to a reference product (a biological Pharmaceutical Product) and has no clinically meaningful differences in terms of safety and effectiveness from the reference product. Such determinations may be made up to six times per calendar year.

11. Certain Pharmaceutical Products for which there are therapeutically equivalent (having essentially the same efficacy and adverse effect profile) alternatives available, unless otherwise required by law or approved by us. Such determinations may be made up to six times during a calendar year.

12. Certain Pharmaceutical Products that have not been prescribed by a Specialist.

13. Compounded drugs that contain certain bulk chemicals. Compounded drugs that are available as a similar commercially available Pharmaceutical Product.

## Experimental or Investigational or Unproven Services

1.  Experimental or Investigational Services and Unproven Services and all services related to Experimental or Investigational and Unproven Services are excluded. The fact that an Experimental or Investigational or Unproven Service, treatment, device or pharmacological regimen is the only available treatment for a particular condition will not result in Benefits if the procedure is considered to be Experimental or Investigational or Unproven in the treatment of that particular condition.

    This exclusion does not apply to Covered Health Services provided during a Clinical Trial for which Benefits are provided as described under *Clinical Trials* in Section 6, *Additional Coverage Details*.

## Foot Care

1.  Routine foot care, except when needed for severe systemic disease or preventive foot care for Covered Persons with diabetes for which Benefits are provided as described under *Diabetes Services* in Section 6, *Additional Coverage Details*. Routine foot care services that are not covered include:

    -   Cutting or removal of corns and calluses.
    -   Nail trimming or cutting.

Case 2:24-cv-00115-EAS-EPD Doc #: 1-4 Filed: 03/18/24 Page: 116 of 249 PAGEID #: 784

- Debriding (removal of dead skin or underlying tissue).

2. Hygienic and preventive maintenance foot care. Examples include:

   - Cleaning and soaking the feet.
   - Applying skin creams in order to maintain skin tone.
   - Other services that are performed when there is not a localized Sickness, Injury or symptom involving the foot.

   This exclusion does not apply to preventive foot care for Covered Persons who are at risk of neurological or vascular disease arising from diseases such as diabetes.

3. Treatment of flat feet.

## Gender Dysphoria

Cosmetic Procedures, including the following:

- Abdominoplasty.

- Blepharoplasty.

- Breast enlargement, including augmentation mammoplasty and breast implants.

- Body contouring, such as lipoplasty.

- Brow lift.

- Calf implants.

- Cheek, chin, and nose implants.

- Injection of fillers or neurotoxins.

- Face lift, forehead lift, or neck tightening.

- Facial bone remodeling for facial feminizations.

- Hair transplantation.

- Lip augmentation.

- Lip reduction.

- Liposuction.

- Mastopexy.

- Pectoral implants for chest masculinization.

- Rhinoplasty.

- Skin resurfacing.

- Thyroid cartilage reduction; reduction thyroid chondroplasty; trachea shave (removal or reduction of the Adam's Apple).

- Voice modification surgery.

- Voice lessons and voice therapy.

## Medical Supplies and Appliances

1. Devices used specifically as safety items or to affect performance in sports-related activities.

2. Prescribed or non-prescribed medical and disposable supplies. Examples of supplies that are not covered include, but are not limited to:

   - Elastic stockings, ace bandages, diabetic strips, and syringes.

   This exclusion does not apply to:

   - Ostomy bags and related supplies for which Benefits are provided as described under *Ostomy Supplies* in Section 6, *Additional Coverage Details*.
   - Diabetic supplies for which Benefits are provided as described under *Diabetes Services* in Section 6, *Additional Coverage Details*.
   - Urinary catheters for which Benefits are provided as described under *Urinary Catheters* in Section 6, *Additional Coverage Details*.

3. Tubings, nasal cannulas, connectors and masks that are not used in connection with DME.

4. Orthotic appliances that straighten or re-shape a body part (including some types of braces) when prescribed by a Physician as described under *Durable Medical Equipment (DME)* in Section 6, *Additional Coverage Details*. This exclusion does not apply to cranial molding helmets and cranial banding. Examples of excluded orthotic appliances and devices include, but are not limited to, any orthotic braces available over-the-counter. This exclusion does not include diabetic footwear which may be covered for a Covered Person with diabetic foot disease.

5. Deodorants, filters, lubricants, tape, appliance cleaners, adhesive, adhesive remover or other items that are not specifically identified under *Ostomy Supplies* in Section 6, *Additional Coverage Details*.

6. Powered and non-powered exoskeleton devices.

## Mental Health, Neurobiological Disorders - Autism Spectrum Disorder Services and Substance-Related and Addictive Disorders Services

In addition to all other exclusions listed in this Section 8, *Exclusions and Limitations*, the exclusions listed directly below apply to services described under *Mental Health Services, Neurobiological Disorders - Autism Spectrum Disorder Services* and/or *Substance-Related and Addictive Disorders Services in Section 6, Additional Coverage Details*.

1. Services performed in connection with conditions not classified in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association*.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 08 10:24 AM-24CV001784

2. Outside of an initial assessment, services as treatments for a primary diagnosis of conditions and problems that may be a focus of clinical attention, but are specifically noted not to be mental disorders within the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

3. Outside of initial assessment, services as treatments for the primary diagnoses of learning disabilities, conduct and disruptive impulse control and conduct disorders, gambling disorder, and paraphilic disorders.

4. Services that are solely educational in nature or otherwise paid under state or federal law for purely educational purposes.

5. Tuition for or services that are school-based for children and adolescents required to be provided by, or paid for by, the school under the *Individuals with Disabilities Education Act*.

6. Outside of initial assessment, unspecified disorders for which the provider is not obligated to provide clinical rationale as defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

7. Transitional Living services.

8. Non-Medical 24-Hour Withdrawal Management.

9. High intensity residential care including *American Society of Addiction Medicine (ASAM)* criteria for Covered Persons with substance-related and addictive disorders who are unable to participate in their care due to significant cognitive impairment.

## Nutrition and Health Education

1. Nutritional or cosmetic therapy using high dose or mega quantities of vitamins, minerals or elements, and other nutrition based therapy. Examples include supplements, electrolytes and foods of any kind (including high protein foods and low carbohydrate foods).

2. Individual and group nutritional counseling, including non-specific disease nutritional education such as general good eating habits, calorie control or dietary preferences. This exclusion does not apply to preventive care for which Benefits are provided under the *United States Preventive Services Task Force* requirement. This exclusion does not apply to medical education services that are provided as part of treatment for a disease by appropriately licensed or registered health care professionals when both of the following are true:

   - Nutritional education is required for a disease in which patient self-management is an important component of treatment.
   - There exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

3. Food of any kind, infant formula, standard milk-based formula, and donor breast milk. This exclusion does not apply to enteral formula and other modified food products for

which Benefits are provided as described under *Enteral Nutrition* in Section 6, *Additional Coverage Details*.

4. Health club memberships and programs, and spa treatments.

5. Health education classes unless offered by UnitedHealthcare or its affiliates, including but not limited to asthma, tobacco cessation, and weight control classes.

## Physical Appearance

1. Cosmetic Procedures. See the definition in Section 14, *Glossary*. Examples include:

   - Liposuction or removal of fat deposits considered undesirable, including fat accumulation under the male breast and nipple.
   - Pharmacological regimens, nutritional procedures or treatments.
   - Scar or tattoo removal or revision procedures (such as salabrasion, chemosurgery and other such skin abrasion procedures).
   - Sclerotherapy treatment of veins.

2. Replacement of an existing intact breast implant if the earlier breast implant was performed as a Cosmetic Procedure. **Note**: Replacement of an existing breast implant is considered reconstructive if the initial breast implant followed mastectomy. See *Reconstructive Procedures* in Section 6, *Additional Coverage Details*.

3. Physical conditioning programs such as athletic training, body-building, exercise, fitness, flexibility and diversion or general motivation.

4. Weight loss programs whether or not they are under medical supervision or for medical reasons, even if for morbid obesity.

5. Treatments for hair loss.

6. A procedure or surgery to remove fatty tissue such as panniculectomy, abdominoplasty, thighplasty, brachioplasty, or mastopexy.

7. Varicose vein treatment of the lower extremities, when it is considered cosmetic.

8. Treatment of benign gynecomastia (abnormal breast enlargement in males), except when deemed Medically Necessary.

## Procedures and Treatments

1. Medical and surgical treatment of snoring, except when provided as a part of treatment for documented obstructive sleep apnea.

2. Rehabilitation services and Manipulative Treatment to improve general physical conditions that are provided to reduce potential risk factors, where significant therapeutic improvement is not expected, including routine, long-term or maintenance/preventive treatment.

3. Habilitative services or therapies for the purpose of general well-being or condition in the absence of a disabling condition.

4. Outpatient cognitive rehabilitation therapy except as Medically Necessary following traumatic brain Injury or stroke.

5. Speech therapy to treat stuttering, stammering, or other articulation disorders.

6. Rehabilitation services for speech therapy, except when required for treatment of a speech impediment or speech dysfunction that results from Injury, stroke, cancer, Congenital Anomaly or Autism Spectrum Disorder as identified under *Rehabilitation Services - Outpatient Therapy and Manipulative Treatment* in Section 6, *Additional Coverage Details*.

7. Excision or elimination of hanging skin on any part of the body. Examples include plastic surgery procedures called abdominoplasty and brachioplasty.

8. Stand-alone multi-disciplinary tobacco cessation programs. These are programs that usually include health care providers specializing in tobacco cessation and may include a psychologist, social worker or other licensed or certified professionals. The programs usually include intensive psychological support, behavior modification techniques and medications to control cravings.

9. Chelation therapy, except to treat heavy metal poisoning.

10. Physiological modalities and procedures that result in similar or redundant therapeutic effects when performed on the same body region during the same visit or office encounter.

11. The following treatments for obesity:

    - Non-surgical treatment of obesity, even if for morbid obesity.
    - Surgical treatment of obesity unless there is a diagnosis of morbid obesity as described under *Obesity Surgery* in Section 6, *Additional Coverage Details*.

12. Obesity surgery that is not received by a Designated Provider.

13. Medical and surgical treatment of excessive sweating (hyperhidrosis).

14. The following services for the diagnosis and treatment of temporomandibular joint syndrome (TMJ): surface electromyography, Doppler analysis, vibration analysis, computerized mandibular scan or jaw tracking, craniosacral therapy, orthodontics, occlusal adjustment, and dental restorations.

15. Breast reduction surgery that is determined to be a Cosmetic Procedure.

    This exclusion does not apply to breast reduction surgery which the Claims Administrator determines is requested to treat a physiologic functional impairment or to

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 10:24 AM-24CV001784
0G750 - V65

coverage required by the *Women's Health and Cancer Rights Act of 1998* for which Benefits are described under *Reconstructive Procedures* in Section 6, *Additional Coverage Details*.

16. Helicobacter pylori (H. pylori) serologic testing.

17. Intracellular micronutrient testing.

## Providers

1. Services performed by a provider who is a family member by birth or marriage, including your Spouse, brother, sister, parent or child. This includes any service the provider may perform on himself or herself.

2. Services performed by a provider with your same legal residence.

3. Services performed by a naturopath provider.

4. Services ordered or delivered by a Christian Science practitioner.

5. Services performed by an unlicensed provider or a provider who is operating outside of the scope of his/her license.

6. Services provided at a Freestanding Facility or diagnostic Hospital-based Facility without an order written by a Physician or other provider. Services which are self-directed to a Freestanding Facility or diagnostic Hospital-based Facility. Services ordered by a Physician or other provider who is an employee or representative of a Freestanding Facility or diagnostic Hospital-based Facility, when that Physician or other provider:

   - Has not been actively involved in your medical care prior to ordering the service.
   - Is not actively involved in your medical care after the service is received.

   This exclusion does not apply to mammography.

## Reproduction

1. The following treatment-related services:

   - Cryo-preservation and other forms of preservation of reproductive materials except as described under *Infertility Services*.
   - Ovarian tissue cryopreservation.
   - Long-term storage (greater than one year) of reproductive materials such as sperm, eggs, embryos, ovarian tissue and testicular tissue.
   - Donor services and non-medical costs of oocyte or sperm donation such as donor agency fees.
   - Embryo or oocyte accumulation defined as a fresh oocyte retrieval prior to the depletion of previously banked frozen embryos or oocytes.
   - Natural cycle insemination in the absence of sexual dysfunction or documented congenital or acquired cervical disease or mild to moderate male factor.
   - Ovulation predictor kits.

2. The following services related to Gestational Carrier or Surrogate:

- Fees for the use of a Gestational Carrier or Surrogate.
- Insemination costs of Surrogate or transfer embryo to Gestational Carrier.
- IVF for a traditional Surrogate.
- Pregnancy services for a Gestational Carrier or Surrogate who is not a Covered Person.

3. The following services related to donor services for donor sperm, ovum (egg cell) or oocytes (eggs), or embryos (fertilized eggs):

   - Donor eggs – The cost of donor eggs, including medical costs related to donor stimulation and egg retrieval. This exclusion may not apply to certain procedures related to Assisted Reproductive Technologies (ART) as described under Infertility Services including the cost for fertilization (in vitro fertilization or intracytoplasmic sperm injection), embryo culture, and embryo transfer.
   - Donor sperm – The cost of procurement and storage of donor sperm. This exclusion may not apply to certain insemination procedures as described under *Infertility Services* including thawing and insemination.

4. The reversal of voluntary sterilization.

5. Infertility services not received from a Designated Provider.

6. In vitro fertilization that is not an Assisted Reproductive Technology for the treatment of Infertility.

7. Artificial reproductive treatments done for non-genetic disorder sex selection or eugenic (selective breeding) purposes.

8. Infertility treatment with voluntary sterilization currently in place (vasectomy, bilateral tubal ligation).

9. Infertility treatment following unsuccessful reversal of voluntary sterilization.

## Services Provided under Another Plan

Services for which coverage is available:

1. Under another plan, except for Eligible Expenses payable as described in Section 10, *Coordination of Benefits (COB)*.

2. Under workers' compensation, or similar legislation if you could elect it, or could have it elected for you.

3. Services resulting from accidental bodily injuries arising out of a motor vehicle accident to the extent the services are payable under a medical expense payment provision of an automobile insurance policy.

4. While on active military duty.

5. For treatment of military service-related disabilities when you are legally entitled to other coverage, and facilities are reasonably available to you.

## Transplants

1. Health services for organ and tissue transplants,

   - except as identified under *Transplantation Services* in Section 6, *Additional Coverage Details*.
   - determined by Personal Health Support not to be proven procedures for the involved diagnoses.
   - not consistent with the diagnosis of the condition.

2. Health services for transplants involving animal organs.

3. Transplants that are not received from a Designated Provider. (This exclusion does not apply to cornea transplants.)

4. Health services connected with the removal of an organ or tissue from you for purposes of a transplant to another person. (Donor costs that are directly related to organ removal are payable for a transplant through the organ recipient's Benefits under the Plan.)

## Travel

1. Health services provided in a foreign country, unless required as Emergency Health Services.

2. Travel or transportation expenses, even if ordered by a Physician, except as identified under *Travel and Lodging Assistance Program* in Section 7, *Clinical Programs and Resources*. Additional travel expenses related to Covered Health Services received from a Designated Provider may be reimbursed at the Plan's discretion. This exclusion does not apply to ambulance transportation for which Benefits are provided as described under *Ambulance Services* in Section 6, *Additional Coverage Details*.

## Vision and Hearing

1. Implantable lenses used only to correct a refractive error (such as Intacs corneal implants).

2. Purchase cost and associated fitting charges for eyeglasses or contact lenses (except for first pair of eyeglasses or contact lenses post-cataract surgery).

3. Bone anchored hearing aids except when either of the following applies:

   - For Covered Persons with craniofacial anomalies whose abnormal or absent ear canals preclude the use of a wearable hearing aid.
   - For Covered Persons with hearing loss of sufficient severity that it would not be adequately remedied by a wearable hearing aid.

   The Plan will not pay for more than one bone anchored hearing aid per Covered Person who meets the above coverage criteria during the entire period of time the Covered Person is enrolled in this Plan. In addition, repairs and/or replacement for a bone

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 04 10:24 AM-24CV001784
0G750 – V68

anchored hearing aid for Covered Persons who meet the above coverage are not covered, other than for malfunctions.

4. Surgery and other related treatment that is intended to correct nearsightedness, farsightedness, presbyopia and astigmatism including, but not limited to, procedures such as laser and other refractive eye surgery and radial keratotomy.

## All Other Exclusions

1. Autopsies and other coroner services and transportation services for a corpse.

2. Charges for:

   - Missed appointments.
   - Room or facility reservations.
   - Completion of claim forms.
   - Record processing
   - Services, supplies or equipment that are advertised by the Provider as free.

3. Charges by a Provider sanctioned under a federal program for reason of fraud, abuse or medical competency.

4. Charges prohibited by federal anti-kickback or self-referral statutes.

5. Chelation therapy, except to treat heavy metal poisoning.

6. Custodial Care as defined in Section 14, *Glossary*, or services provided by a personal care assistant.

7. Diagnostic tests that are:

   - Delivered in other than a Physician's office or health care facility.
   - Self-administered home diagnostic tests, including but not limited to HIV and Pregnancy tests.

8. Domiciliary Care, as defined in Section 14, *Glossary*.

9. Growth hormone therapy.

10. Expenses for health services and supplies:

    - That are received as a result of war or any act of war, whether declared or undeclared, while part of any armed service force of any country. This exclusion does not apply to Covered Persons who are civilians injured or otherwise affected by war, any act of war or terrorism in a non-war zone.
    - That are received after the date your coverage under this Plan ends, including health services for medical conditions which began before the date your coverage under the Plan ends.

Case: 24-CV-001784 - Clerk of Courts of the Common Pleas- 2024 Mar 05 10:24 AM-24CV001784 130

- For which you have no legal responsibility to pay, or for which a charge would not ordinarily be made in the absence of coverage under this Benefit Plan.
- That exceed Eligible Expenses or any specified limitation in this SPD.

11  In the event a Non-Network provider waives, does not pursue, or fails to collect the Copayment, Coinsurance, any deductible or other amount owed for a particular health service, no Benefits are provided for the health service for which the Copayment, Coinsurance and/or deductible are waived.

12. Foreign language and sign language interpretation services offered by or required to be provided by a Network or non-Network provider.

13. Long term (more than 30 days) storage of blood, umbilical cord or other material.

14. Health services and supplies that do not meet the definition of a Covered Health Service - see the definition in Section 14, *Glossary*. Covered Health Services are those health services including services, supplies or Pharmaceutical Products, which the Claims Administrator determines to be all of the following:

    - Medically Necessary.
    - Described as a Covered Health Service in this SPD under Section 6, *Additional Coverage Details* and in Section 5, *Plan Highlights*.
    - Not otherwise excluded in this SPD under this Section 8, *Exclusions and Limitations*.

    This exclusion does not apply to breast pumps for which Benefits are provided under the Health Resources and Services Administration (HRSA) requirement.

15. Health services related to a non-Covered Health Service: When a service is not a Covered Health Service, all services related to that non-Covered Health Service are also excluded. This exclusion does not apply to services the Plan would otherwise determine to be Covered Health Services if they are to treat complications that arise from the non-Covered Health Service.

    For the purpose of this exclusion, a "complication" is an unexpected or unanticipated condition that is superimposed on an existing disease and that affects or modifies the prognosis of the original disease or condition. Examples of a "complication" are bleeding or infections, following a Cosmetic Procedure, that require hospitalization.

16. Medical and surgical treatment of snoring, except when provided as a part of treatment for documented obstructive sleep apnea (a sleep disorder in which a person regularly stops breathing for 10 seconds or longer). Appliances for snoring are always excluded.

17. Private duty nursing received on an inpatient basis.

18. Respite care. This exclusion does not apply to respite care that is part of an integrated hospice care program of services provided to a terminally ill person by a licensed hospice care agency for which Benefits are described under *Hospice Care* in Section 6, *Additional Coverage Details*.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 06 10:24 AM-24CV001784 0G750 - V131

19. Rest cures.

20. Sex transformation operations and related services.

21. Speech therapy to treat stuttering, stammering, or other articulation disorders.

22. Speech therapy, except when required for treatment of a speech impediment or speech dysfunction that results from Injury, Sickness, stroke, cancer, Autism Spectrum Disorder or a Congenital Anomaly, or is needed following the placement of a cochlear implant as identified under *Rehabilitation Services - Outpatient Therapy and Manipulative Treatment* in Section 6, *Additional Coverage Details*.

23. Manipulative Treatment to treat a condition unrelated to alignment of the vertebral column, such as asthma or allergies.

24. Storage of blood, umbilical cord or other material for use in a Covered Health Service, except if needed for an imminent surgery.

25. The following treatments for obesity:

    - Non-surgical treatment, even if for morbid obesity.
    - Surgical treatment of obesity unless there is a diagnosis of morbid obesity as described under *Obesity Surgery* in Section 6, *Additional Coverage Details*.

26. Treatment of hyperhidrosis (excessive sweating).

27. Multi-disciplinary pain management programs provided on an inpatient basis for acute pain or for exacerbation of chronic pain.

# SECTION 9 - CLAIMS PROCEDURES

> **What this section includes:**
> ■ How Network and non-Network claims work.
> ■ What to do if your claim is denied, in whole or in part.

## Network Benefits

In general, if you receive Covered Health Services from a Network provider, UnitedHealthcare will pay the Physician or facility directly. If a Network provider bills you for any Covered Health Service other than your Copay or Coinsurance, please contact the provider or call UnitedHealthcare at the phone number on your ID card for assistance.

Keep in mind, you are responsible for meeting the Annual Deductible and paying any Copay or Coinsurance owed to a Network provider at the time of service, or when you receive a bill from the provider.

## Non-Network Benefits

If you receive a bill for Covered Health Services from a non-Network provider, you (or the provider if they prefer) must send the bill to UnitedHealthcare for processing. To make sure the claim is processed promptly and accurately, a completed claim form must be attached and mailed to UnitedHealthcare at the address on your ID card.

### Prescription Drug Benefit Claims

If you wish to receive reimbursement for a prescription, you may submit a post-service claim as described in this section if:

■ You are asked to pay the full cost of the Prescription Drug Product when you fill it and you believe that the Plan should have paid for it.

■ You pay Coinsurance and you believe that the amount of the Coinsurance was incorrect.

If a pharmacy (retail or mail order) fails to fill a prescription that you have presented and you believe that it is a Covered Health Service, you may submit a pre-service request for Benefits as described in this section.

### If Your Provider Does Not File Your Claim

You can obtain a claim form by visiting **www.myuhc.com**, calling the toll-free number on your ID card or contacting your local Benefit Solutions Group. If you do not have a claim form, simply attach a brief letter of explanation to the bill, and verify that the bill contains the information listed below. If any of these items are missing from the bill, you can include them in your letter:

■ Your name and address.

■ The patient's name, age and relationship to the Employee.

■ The number as shown on your ID card.

- The name, address and tax identification number of the provider of the service(s).

- A diagnosis from the Physician.

- The date of service.

- An itemized bill from the provider that includes:

  - The *Current Procedural Terminology (CPT)* codes.
  - A description of, and the charge for, each service.
  - The date the Sickness or Injury began.
  - A statement indicating either that you are, or you are not, enrolled for coverage under any other health insurance plan or program. If you are enrolled for other coverage you must include the name and address of the other carrier(s).

Failure to provide all the information listed above may delay any reimbursement that may be due you.

For medical claims, the above information should be filed with UnitedHealthcare at the address on your ID card. When filing a claim for Outpatient Prescription Drug Product Benefits, your claims should be submitted to:

Optum RX
PO Box 29077
Hot Springs, AR 71903

After UnitedHealthcare has processed your claim, you will receive payment for Benefits that the Plan allows. It is your responsibility to pay the non-Network provider the charges you incurred, including any difference between what you were billed and what the Plan paid.

### Payment of Benefits

Except as required by the *No Surprises Act* of the *Consolidated Appropriations Act (P.L. 116-260)*, you may not assign, transfer, or in any way convey your Benefits under the Plan or any cause of action related to your Benefits under the Plan to a provider or to any other third party. Nothing in this Plan shall be construed to make the Plan, Plan Sponsor, or Claims Administrator or its affiliates liable for payments to a provider or to a third party to whom you may be liable for payments for Benefits.

The Plan will not recognize claims for Benefits brought by a third party. Also, any such third party shall not have standing to bring any such claim independently, as a Covered Person or beneficiary, or derivatively, as an assignee of a Covered Person or beneficiary.

References herein to "third parties" include references to providers as well as any collection agencies or third parties that have purchased accounts receivable from providers or to whom accounts receivables have been assigned.

As a matter of convenience to a Covered Person, and where practicable for the Claims Administrator (as determined in its sole discretion), the Claims Administrator may make payment of Benefits directly to a provider.

Any such payment to a provider:

■ is NOT an assignment of your Benefits under the Plan or of any legal or equitable right to institute any proceeding relating to your Benefits; and

■ is NOT a waiver of the prohibition on assignment of Benefits under the Plan; and

■ shall NOT estop the Plan, Plan Sponsor, or Claims Administrator from asserting that any purported assignment of Benefits under the Plan is invalid and prohibited.

If this direct payment for your convenience is made, the Plan's obligation to you with respect to such Benefits is extinguished by such payment. If any payment of your Benefits is made to a provider as a convenience to you, the Claims Administrator will treat you, rather than the provider, as the beneficiary of your claim for Benefits, and the Plan reserves the right to offset any Benefits to be paid to a provider by any amounts that the provider owes the Plan (including amounts owed as a result of the assignment of other plans' overpayment recovery rights to the Plan), pursuant to *Refund of Overpayments* in *Section 10: Coordination of Benefits*.

### *Form of Payment of Benefits*

Payment of Benefits under the Plan shall be in cash or cash equivalents, or in the form of other consideration that UnitedHealthcare in its discretion determines to be adequate. Where Benefits are payable directly to a provider, such adequate consideration includes the forgiveness in whole or in part of amounts the provider owes to other plans for which UnitedHealthcare makes payments, where the Plan has taken an assignment of the other plans' recovery rights for value.

## Health Statements

Each month in which UnitedHealthcare processes at least one claim for you or a covered Dependent, you will receive a Health Statement in the mail. Health Statements make it easy for you to manage your family's medical costs by providing claims information in easy-to-understand terms.

If you would rather track claims for yourself and your covered Dependents online, you may do so at **www.myuhc.com**. You may also elect to discontinue receipt of paper Health Statements by making the appropriate selection on this site.

## Explanation of Benefits (EOB)

You may request that UnitedHealthcare send you a paper copy of an Explanation of Benefits (EOB) after processing the claim. The EOB will let you know if there is any portion of the claim you need to pay. If any claims are denied in whole or in part, the EOB will include the reason for the denial or partial payment. If you would like paper copies of the EOBs, you may call the toll-free number on your ID card to request them. You can also view and print all of your EOBs online at **www.myuhc.com**. See Section 14, *Glossary*, for the definition of Explanation of Benefits.

**Important - Timely Filing of Non-Network Claims**
All claim forms for non-Network services must be submitted within 12 months after the date of service. Otherwise, the Plan will not pay any Benefits for that Eligible Expense, or Benefits will be reduced, as determined by UnitedHealthcare. This 12-month requirement

does not apply if you are legally incapacitated. If your claim relates to an Inpatient Stay, the date of service is the date your Inpatient Stay ends.

## Claim Denials and Appeals

### If Your Claim is Denied

If a claim for Benefits is denied in part or in whole, you may call UnitedHealthcare at the number on your ID card before requesting a formal appeal. If UnitedHealthcare cannot resolve the issue to your satisfaction over the phone, you have the right to file a formal appeal as described below.

### How to Appeal a Denied Claim

If you wish to appeal a denied pre-service request for Benefits, post-service claim or a rescission of coverage as described below, you or your authorized representative must submit your appeal in writing within 180 days of receiving the adverse benefit determination. You do not need to submit urgent care appeals in writing. This communication should include:

- The patient's name and ID number as shown on the ID card.
- The provider's name.
- The date of medical service.
- The reason you disagree with the denial.
- Any documentation or other written information to support your request.

You or your authorized representative may send a written request for an appeal to:

UnitedHealthcare - Appeals
P.O. Box 30432
Salt Lake City, Utah 84130-0432

For urgent care requests for Benefits that have been denied, you or your provider can call UnitedHealthcare at the toll-free number on your ID card to request an appeal.

---

**Types of claims**
The timing of the claims appeal process is based on the type of claim you are appealing. If you wish to appeal a claim, it helps to understand whether it is an:
- Urgent care request for Benefits.
- Pre-service request for Benefits.
- Post-service claim.
- Concurrent claim.

---

### Urgent Appeals that Require Immediate Action

Your appeal may require immediate action if a delay in treatment could significantly increase the risk to your health, or the ability to regain maximum function, or cause severe pain. If

your situation is urgent, your review will be conducted as quickly as possible. If you believe your situation is urgent, you may request an expedited review, and, if applicable, file an external review at the same time. For help call the Claims Administrator at the number listed on your health plan ID card. Generally, an urgent situation is when your life or health may be in serious jeopardy. Or when, in the opinion of your doctor, you may be experiencing severe pain that cannot be adequately controlled while you wait for a decision on your claim or appeal.

### *Review of an Appeal*

UnitedHealthcare will conduct a full and fair review of your appeal. The appeal may be reviewed by:

- An appropriate individual(s) who did not make the initial benefit determination.

- A health care professional with appropriate expertise who was not consulted during the initial benefit determination process.

Once the review is complete, if UnitedHealthcare upholds the denial, you will receive a written explanation of the reasons and facts relating to the denial.

### *Filing a Second Appeal*

Your Plan offers two levels of appeal. If you are not satisfied with the first level appeal decision, you have the right to request a second level appeal from the Claims Administrator within 60 days from receipt of the first level appeal determination.

Note: Upon written request and free of charge, any Covered Persons may examine their claim and/or appeals file(s). Covered Persons may also submit evidence, opinions and comments as part of the internal claims review process. the Claims Administrator will review all claims in accordance with the rules established by the U.S. Department of Labor. Any Covered Person will be automatically provided, free of charge, and sufficiently in advance of the date on which the notice of final internal adverse benefit determination is required, with: (i) any new or additional evidence considered, relied upon or generated by the Plan in connection with the claim; and, (ii) a reasonable opportunity for any Covered Person to respond to such new evidence or rationale.

## External Review Program

If, after exhausting your internal appeals, you are not satisfied with the determination made by UnitedHealthcare, or if UnitedHealthcare fails to respond to your appeal in accordance with applicable regulations regarding timing, you may be entitled to request an external review of UnitedHealthcare's determination. The process is available at no charge to you.

If one of the above conditions is met, you may request an external review of adverse benefit determinations based upon any of the following:

- Clinical reasons.

- The exclusions for Experimental or Investigational Service(s) or Unproven Service(s).

- Rescission of coverage (coverage that was cancelled or discontinued retroactively).

- As otherwise required by applicable law.

You or your representative may request a standard external review by sending a written request to the address set out in the determination letter. You or your representative may request an expedited external review, in urgent situations as detailed below, by calling the number on your ID card or by sending a written request to the address set out in the determination letter. A request must be made within four months after the date you received UnitedHealthcare's decision.

An external review request should include all of the following:

- A specific request for an external review.
- The Covered Person's name, address, and insurance ID number.
- Your designated representative's name and address, when applicable.
- The service that was denied.
- Any new, relevant information that was not provided during the internal appeal.

An external review will be performed by an Independent Review Organization (IRO). UnitedHealthcare has entered into agreements with three or more IROs that have agreed to perform such reviews. There are two types of external reviews available:

- A standard external review.
- An expedited external review.

### Standard External Review

A standard external review is comprised of all of the following:

- A preliminary review by UnitedHealthcare of the request.
- A referral of the request by UnitedHealthcare to the IRO.
- A decision by the IRO.

Within the applicable timeframe after receipt of the request, UnitedHealthcare will complete a preliminary review to determine whether the individual for whom the request was submitted meets all of the following:

- Is or was covered under the Plan at the time the health care service or procedure that is at issue in the request was provided.
- Has exhausted the applicable internal appeals process.
- Has provided all the information and forms required so that UnitedHealthcare may process the request.

After UnitedHealthcare completes the preliminary review, UnitedHealthcare will issue a notification in writing to you. If the request is eligible for external review, UnitedHealthcare will assign an IRO to conduct such review. UnitedHealthcare will assign requests by either rotating claims assignments among the IROs or by using a random selection process.

The *IRO* will notify you in writing of the request's eligibility and acceptance for external review and if necessary, for any additional information needed to conduct the external review. You will generally have to submit the additional information in writing to the *IRO* within ten business days following the date you receive the *IRO's* request for the additional information. The *IRO* is not required to, but may, accept and consider additional information submitted by you after ten business days.

UnitedHealthcare will provide to the assigned IRO the documents and information considered in making UnitedHealthcare's determination. The documents include:

- All relevant medical records.

- All other documents relied upon by UnitedHealthcare.

- All other information or evidence that you or your Physician submitted. If there is any information or evidence you or your Physician wish to submit that was not previously provided, you may include this information with your external review request and UnitedHealthcare will include it with the documents forwarded to the IRO.

In reaching a decision, the IRO will review the claim as new and not be bound by any decisions or conclusions reached by UnitedHealthcare. The IRO will provide written notice of its determination (the "Final External Review Decision") within 45 days after it receives the request for the external review (unless they request additional time and you agree). The IRO will deliver the notice of Final External Review Decision to you and UnitedHealthcare, and it will include the clinical basis for the determination.

Upon receipt of a Final External Review Decision reversing UnitedHealthcare determination, the Plan will immediately provide coverage or payment for the benefit claim at issue in accordance with the terms and conditions of the Plan, and any applicable law regarding plan remedies. If the Final External Review Decision agrees with UnitedHealthcare's determination, the Plan will not be obligated to provide Benefits for the health care service or procedure.

### *Expedited External Review*

An expedited external review is similar to a standard external review. The most significant difference between the two is that the time periods for completing certain portions of the review process are much shorter, and in some instances you may file an expedited external review before completing the internal appeals process.

You may make a written or verbal request for an expedited external review if you receive either of the following:

- An adverse benefit determination of a claim or appeal if the adverse benefit determination involves a medical condition for which the time frame for completion of an expedited internal appeal would seriously jeopardize the life or health of the individual or would jeopardize the individual's ability to regain maximum function and you have filed a request for an expedited internal appeal.

- A final appeal decision, if the determination involves a medical condition where the timeframe for completion of a standard external review would seriously jeopardize the

life or health of the individual or would jeopardize the individual's ability to regain maximum function, or if the final appeal decision concerns an admission, availability of care, continued stay, or health care service, procedure or product for which the individual received emergency services, but has not been discharged from a facility.

Immediately upon receipt of the request, UnitedHealthcare will determine whether the individual meets both of the following:

- Is or was covered under the Plan at the time the health care service or procedure that is at issue in the request was provided.

- Has provided all the information and forms required so that UnitedHealthcare may process the request.

After UnitedHealthcare completes the review, UnitedHealthcare will immediately send a notice in writing to you. Upon a determination that a request is eligible for expedited external review, UnitedHealthcare will assign an IRO in the same manner UnitedHealthcare utilizes to assign standard external reviews to IROs. UnitedHealthcare will provide all necessary documents and information considered in making the adverse benefit determination or final adverse benefit determination to the assigned IRO electronically or by telephone or facsimile or any other available expeditious method. The IRO, to the extent the information or documents are available and the IRO considers them appropriate, must consider the same type of information and documents considered in a standard external review.

In reaching a decision, the IRO will review the claim as new and not be bound by any decisions or conclusions reached by UnitedHealthcare. The IRO will provide notice of the final external review decision for an expedited external review as expeditiously as the claimant's medical condition or circumstances require, but in no event more than 72 hours after the IRO receives the request. If the initial notice is not in writing, within 48 hours after the date of providing the initial notice, the assigned IRO will provide written confirmation of the decision to you and to UnitedHealthcare.

You may contact UnitedHealthcare at the toll-free number on your ID card for more information regarding external review rights, or if making a verbal request for an expedited external review.

### Timing of Appeals Determinations

Separate schedules apply to the timing of claims appeals, depending on the type of claim. There are three types of claims:

- Urgent care request for Benefits - a request for Benefits provided in connection with urgent care services.

- Pre-Service request for Benefits - a request for Benefits which the Plan must approve or in which you must notify UnitedHealthcare before non-urgent care is provided.

- Post-Service - a claim for reimbursement of the cost of non-urgent care that has already been provided.

Please note that the decision is based only on whether or not Benefits are available under the Plan for the proposed treatment or procedure.

You may have the right to external review through an *Independent Review Organization (IRO)* upon the completion of the internal appeal process. Instructions regarding any such rights, and how to access those rights, will be provided in the Claims Administrator's decision letter to you.

The tables below describe the time frames which you and UnitedHealthcare are required to follow.

| Urgent Care Request for Benefits* | |
|---|---|
| **Type of Request for Benefits or Appeal** | **Timing** |
| If your request for Benefits is incomplete, UnitedHealthcare must notify you within: | **24 hours** |
| You must then provide completed request for Benefits to UnitedHealthcare within: | **48 hours** after receiving notice of additional information required |
| UnitedHealthcare must notify you of the benefit determination within: | **72 hours** |
| If UnitedHealthcare denies your request for Benefits, you must appeal an adverse benefit determination no later than: | **180 days** after receiving the adverse benefit determination |
| UnitedHealthcare must notify you of the appeal decision within: | **72 hours** after receiving the appeal |

*You do not need to submit urgent care appeals in writing. You should call UnitedHealthcare as soon as possible to appeal an urgent care request for Benefits.

| Pre-Service Request for Benefits* | |
|---|---|
| **Type of Request for Benefits or Appeal** | **Timing** |
| If your request for Benefits is filed improperly, UnitedHealthcare must notify you within: | **5 days** |
| If your request for Benefits is incomplete, UnitedHealthcare must notify you within: | **15 days** |
| You must then provide completed request for Benefits information to UnitedHealthcare within: | **45 days** |
| UnitedHealthcare must notify you of the benefit determination: | |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 08 10:24 AM-24CV001784
0G750 - V80

| Urgent Care Request for Benefits* | |
|---|---|
| **Type of Request for Benefits or Appeal** | **Timing** |
| ■   if the initial request for Benefits is complete, within: | **15 days** |
| ■   after receiving the completed request for Benefits (if the initial request for Benefits is incomplete), within: | **15 days** |
| You must appeal an adverse benefit determination no later than: | **180 days** after receiving the adverse benefit determination |
| UnitedHealthcare must notify you of the first level appeal decision within: | **15 days** after receiving the first level appeal |
| You must appeal the first level appeal (file a second level appeal) within: | **60 days** after receiving the first level appeal decision |
| UnitedHealthcare must notify you of the second level appeal decision within: | **15 days** after receiving the second level appeal |

*UnitedHealthcare may require a one-time extension for the initial claim determination, of no more than 15 days, only if more time is needed due to circumstances beyond control of the Plan.

| Post-Service Claims | |
|---|---|
| **Type of Claim or Appeal** | **Timing** |
| If your claim is incomplete, UnitedHealthcare must notify you within: | **30 days** |
| You must then provide completed claim information to UnitedHealthcare within: | **45 days** |
| UnitedHealthcare must notify you of the benefit determination: | |
| ■   if the initial claim is complete, within: | **30 days** |
| ■   after receiving the completed claim (if the initial claim is incomplete), within: | **30 days** |
| You must appeal an adverse benefit determination no later than: | **180 days** after receiving the adverse benefit determination |
| UnitedHealthcare must notify you of the first level appeal decision within: | **30 days** after receiving the first level appeal |

| Urgent Care Request for Benefits* | |
|---|---|
| **Type of Request for Benefits or Appeal** | **Timing** |
| You must appeal the first level appeal (file a second level appeal) within: | **60 days** after receiving the first level appeal decision |
| UnitedHealthcare must notify you of the second level appeal decision within: | **30 days** after receiving the second level appeal |

*Concurrent Care Claims*

If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and your request to extend the treatment is an urgent care request for Benefits as defined above, your request will be decided within 24 hours, provided your request is made at least 24 hours prior to the end of the approved treatment. UnitedHealthcare will make a determination on your request for the extended treatment within 24 hours from receipt of your request.

If your request for extended treatment is not made at least 24 hours prior to the end of the approved treatment, the request will be treated as an urgent care request for Benefits and decided according to the timeframes described above. If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and you request to extend treatment in a non-urgent circumstance, your request will be considered a new request and decided according to post-service or pre-service timeframes, whichever applies.

## Limitation of Action

You cannot bring any legal action against Jones Lang LaSalle or the Claims Administrator to recover reimbursement until 90 days after you have properly submitted a request for reimbursement as described in this section and all required reviews of your claim have been completed. If you want to bring a legal action against Jones Lang LaSalle or the Claims Administrator, you must do so within three years from the expiration of the time period in which a request for reimbursement must be submitted or you lose any rights to bring such an action against Jones Lang LaSalle or the Claims Administrator.

You cannot bring any legal action against Jones Lang LaSalle or the Claims Administrator for any other reason unless you first complete all the steps in the appeal process described in this section. After completing that process, if you want to bring a legal action against Jones Lang LaSalle or the Claims Administrator you must do so within three years of the date you are notified of the final decision on your appeal or you lose any rights to bring such action against Jones Lang LaSalle or the Claims Administrator.

# SECTION 10 - COORDINATION OF BENEFITS (COB)

## Benefits When You Have Coverage under More than One Plan

This section describes how Benefits under the Plan will be coordinated with those of any other plan that provides benefits to you.

## When Does Coordination of Benefits Apply?

This *Coordination of Benefits (COB)* provision applies to you if you are covered by more than one health benefits plan, including any one of the following:

- Another employer sponsored health benefits plan.

- A medical component of a group long-term care plan, such as skilled nursing care.

- No-fault or traditional "fault" type medical payment benefits or personal injury protection benefits under an auto insurance policy.

- Medical payment benefits under any premises liability or other types of liability coverage.

- Medicare or other governmental health benefit.

If coverage is provided under two or more plans, COB determines which plan is primary and which plan is secondary. The plan considered primary pays its benefits first, without regard to the possibility that another plan may cover some expenses. Any remaining expenses may be paid under the other plan, which is considered secondary. The Secondary Plan may determine its benefits based on the benefits paid by the Primary Plan. How much this Plan will reimburse you, if anything, will also depend in part on the Allowable Expense. The term, "Allowable Expense," is further explained below.

## What Are the Rules for Determining the Order of Benefit Payments?

### *Order of Benefit Determination Rules*

The order of benefit determination rules determine whether this Plan is a Primary Plan or Secondary Plan when the person has health care coverage under more than one Plan. When this Plan is primary, it determines payment for its benefits first before those of any other Plan without considering any other Plan's benefits. When this Plan is secondary, it determines its benefits after those of another Plan and may reduce the benefits it pays so that all Plan benefits do not exceed 100% of the total Allowable Expense.

The order of benefit determination rules below govern the order in which each Plan will pay a claim for benefits.

- **Primary Plan.** The Plan that pays first is called the Primary Plan. The Primary Plan must pay benefits in accordance with its policy terms without regard to the possibility that another Plan may cover some expenses.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 08 10:24 AM-24CV001784
0G750 - V83

■ **Secondary Plan.** The Plan that pays after the Primary Plan is the Secondary Plan. The Secondary Plan may reduce the benefits it pays so that payments from all Plans do not exceed 100% of the total Allowable Expense. Allowable Expense is defined below.

When a person is covered by two or more Plans, the rules for determining the order of benefit payments are as follows:

A.  This Plan will always be secondary to medical payment coverage or personal injury protection coverage under any auto liability or no-fault insurance policy.

B.  When you have coverage under two or more medical plans and only one has COB provisions, the plan without COB provisions will pay benefits first.

C.  Each Plan determines its order of benefits using the first of the following rules that apply:

1.  **Non-Dependent or Dependent**. The Plan that covers the person other than as a dependent, for example as an employee, former employee under COBRA, policyholder, subscriber or retiree is the Primary Plan and the Plan that covers the person as a dependent is the Secondary Plan. However, if the person is a Medicare beneficiary and, as a result of federal law, Medicare is secondary to the Plan covering the person as a dependent; and primary to the Plan covering the person as other than a dependent (e.g. a retired employee); then the order of benefits between the two Plans is reversed so that the Plan covering the person as an employee, policyholder, subscriber or retiree is the Secondary Plan and the other Plan is the Primary Plan.

2.  **Dependent Child Covered Under More Than One Coverage Plan.** Unless there is a court decree stating otherwise, plans covering a dependent child shall determine the order of benefits as follows:

a)  For a dependent child whose parents are married or are living together, whether or not they have ever been married:
(1)  The Plan of the parent whose birthday falls earlier in the calendar year is the Primary Plan; or
(2)  If both parents have the same birthday, the Plan that covered the parent longest is the Primary Plan.

b)  For a dependent child whose parents are divorced or separated or are not living together, whether or not they have ever been married:
(1)  If a court decree states that one of the parents is responsible for the dependent child's health care expenses or health care coverage and the Plan of that parent has actual knowledge of those terms, that Plan is primary. If the parent with responsibility has no health care coverage for the dependent child's health care expenses, but that parent's spouse does, that parent's spouse's plan is the Primary Plan. This shall not apply with respect to any plan year during which benefits are paid or provided before the entity has actual knowledge of the court decree provision.

(2) If a court decree states that both parents are responsible for the dependent child's health care expenses or health care coverage, the provisions of subparagraph a) above shall determine the order of benefits.

(3) If a court decree states that the parents have joint custody without specifying that one parent has responsibility for the health care expenses or health care coverage of the dependent child, the provisions of subparagraph a) above shall determine the order of benefits.

(4) If there is no court decree allocating responsibility for the child's health care expenses or health care coverage, the order of benefits for the child are as follows:

    a)     The Plan covering the Custodial Parent.

    b)     The Plan covering the Custodial Parent's spouse.

    c)     The Plan covering the non-Custodial Parent.

    d)     The Plan covering the non-Custodial Parent's spouse.

For purpose of this section, Custodial Parent is the parent awarded custody by a court decree or, in the absence of a court decree, is the parent with whom the child resides more than one half of the calendar year excluding any temporary visitation.

c) For a dependent child covered under more than one plan of individuals who are not the parents of the child, the order of benefits shall be determined, as applicable, under subparagraph a) or b) above as if those individuals were parents of the child.

d) (i) For a dependent child who has coverage under either or both parents' plans and also has his or her own coverage as a dependent under a spouse's plan, the rule in paragraph (5) applies.

(ii) In the event the dependent child's coverage under the spouse's plan began on the same date as the dependent child's coverage under either or both parents' plans, the order of benefits shall be determined by applying the birthday rule in subparagraph (a) to the dependent child's parent(s) and the dependent's spouse.

3. **Active Employee or Retired or Laid-off Employee.** The Plan that covers a person as an active employee, that is, an employee who is neither laid off nor retired is the Primary Plan. The same would hold true if a person is a dependent of an active employee and that same person is a dependent of a retired or laid-off employee. If the other Plan does not have this rule, and, as a result, the Plans do not agree on the order of benefits, this rule is ignored. This rule does not apply if the rule labeled D.1. can determine the order of benefits.

4. **COBRA or State Continuation Coverage.** If a person whose coverage is provided pursuant to COBRA or under a right of continuation provided by state or other federal law is covered under another Plan, the Plan covering the person as an employee, member, subscriber or retiree or covering the person as a dependent of an employee, member, subscriber or retiree is the Primary Plan, and the COBRA or state or other federal continuation coverage is the Secondary Plan. If

the other Plan does not have this rule, and as a result, the Plans do not agree on the order of benefits, this rule is ignored. This rule does not apply if the rule labeled D.1. can determine the order of benefits.

5. **Longer or Shorter Length of Coverage.** The Plan that covered the person the longer period of time is the Primary Plan and the Plan that covered the person the shorter period of time is the Secondary Plan.

6. If the preceding rules do not determine the order of benefits, the Allowable Expenses shall be shared equally between the Plans meeting the definition of Plan. In addition, this Plan will not pay more than it would have paid had it been the Primary Plan.

## How Are Benefits Paid When This Plan is Secondary?

If this Plan is secondary, it determines the amount it will pay for a Covered Health Services by following the steps below.

■ The Plan determines the amount it would have paid based on the Allowable Expense.

■ If this Plan would have paid the same amount or less than the Primary Plan paid, this Plan pays no Benefits.

■ If this Plan would have paid more than the Primary Plan paid, the Plan will pay the difference.

You will be responsible for any applicable Copayment, Coinsurance or Deductible payments as part of the COB payment. The maximum combined payment you can receive from all plans may be less than 100% of the Allowable Expense.

## How is the Allowable Expense Determined when this Plan is Secondary?

### *Determining the Allowable Expense If this Plan is Secondary*

What is an Allowable Expense? For purposes of COB, an Allowable Expense is a health care expense that is covered at least in part by one of the health benefit plans covering you.

When the provider is a Network provider for both the Primary Plan and this Plan, the Allowable Expense is the Primary Plan's network rate. When the provider is a network provider for the Primary Plan and a non-Network provider for this Plan, the Allowable Expense is the Primary Plan's network rate. When the provider is a non-Network provider for the Primary Plan and a Network provider for this Plan, the Allowable Expense is the reasonable and customary charges allowed by the Primary Plan. When the provider is a non-Network provider for both the Primary Plan and this Plan, the Allowable Expense is the greater of the two Plans' reasonable and customary charges. If this plan is secondary to Medicare, please also refer to the discussion in the section below, titled "Determining the Allowable Expense When this Plan is Secondary to Medicare".

## What is Different When You Qualify for Medicare?

### Determining Which Plan is Primary When You Qualify for Medicare

As permitted by law, this Plan will pay Benefits second to Medicare when you become eligible for Medicare, even if you don't elect it. There are, however, Medicare-eligible individuals for whom the Plan pays Benefits first and Medicare pays benefits second:

- Employees with active current employment status age 65 or older and their Spouses age 65 or older (however, Domestic Partners are excluded as provided by Medicare).

- Individuals with end-stage renal disease, for a limited period of time.

- Disabled individuals under age 65 with current employment status and their Dependents under age 65.

### Determining the Allowable Expense When this Plan is Secondary to Medicare

If this Plan is secondary to Medicare, the Medicare approved amount is the Allowable Expense, as long as the provider accepts reimbursement directly from Medicare. If the provider accepts reimbursement directly from Medicare, the Medicare approved amount is the charge that Medicare has determined that it will recognize and which it reports on an "explanation of Medicare benefits" issued by Medicare (the "EOMB") for a given service. Medicare typically reimburses such providers a percentage of its approved charge – often 80%.

If the provider does not accept assignment of your Medicare benefits, the Medicare limiting charge (the most a provider can charge you if they don't accept Medicare – typically 115% of the Medicare approved amount) will be the Allowable Expense. Medicare payments, combined with Plan Benefits, will not exceed 100% of the Allowable Expense.

If you are eligible for, but not enrolled in, Medicare, and this Plan is secondary to Medicare, or if you have enrolled in Medicare but choose to obtain services from an Opt-out provider or one that does not participate in the Medicare program or a provider who does not accept assignment of Medicare benefits, Benefits will be paid on a secondary basis under this Plan and will be determined as if you timely enrolled in Medicare and obtained services from a Medicare participating provider.

When calculating the Plan's Benefits in these situations, and when Medicare does not issue an EOMB, for administrative convenience the Claims Administrator will treat the provider's billed charges for covered services as the Allowable Expense for both the Plan and Medicare, rather than the Medicare approved amount or Medicare limiting charge.

## Medicare Crossover Program

The Plan offers a Medicare Crossover program for Medicare Part A and Part B and Durable Medical Equipment (DME) claims. Under this program, you no longer have to file a separate claim with the Plan to receive secondary benefits for these expenses. Your Dependent will also have this automated Crossover, as long as he or she is eligible for Medicare and this Plan is your only secondary medical coverage.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 10:24 AM-24CV001784
0G750 - V87

Once the Medicare Part A and Part B electronically submit the necessary information to the Claims Administrator to process the balance of your claim under the provisions of this Plan.

You can verify that the automated crossover took place when your copy of the explanation of Medicare benefits (EOMB) states your claim has been forwarded to your secondary carrier.

This crossover process does not apply to expenses that Medicare does not cover. You must continue to file claims for these expenses.

For information about enrollment or if you have questions about the program, call the telephone number listed on your ID card.

## Right to Receive and Release Needed Information?

Certain facts about health care coverage and services are needed to apply these COB rules and to determine benefits payable under this Plan and other plans. The Claims Administrator may get the facts needed from, or give them to, other organizations or persons for the purpose of applying these rules and determining benefits payable under this Plan and other plans covering the person claiming benefits.

The Claims Administrator does not need to tell, or get the consent of, any person to do this. Each person claiming benefits under this Plan must give the Claims Administrator any facts needed to apply those rules and determine benefits payable. If you do not provide the Claims Administrator the information needed to apply these rules and determine the Benefits payable, your claim for Benefits will be denied.

## Does This Plan Have the Right of Recovery?

### *Overpayment and Underpayment of Benefits*

If you are covered under more than one medical plan, there is a possibility that the other plan will pay a benefit that the Plan should have paid. If this occurs, the Plan may pay the other plan the amount owed.

If the Plan pays you more than it owes under this COB provision, you should pay the excess back promptly. Otherwise, the Plan Sponsor may recover the amount in the form of salary, wages, or benefits payable under any Plan Sponsor-funded benefit plans, including this Plan. The Plan Sponsor also reserves the right to recover any overpayment by legal action or offset payments on future Eligible Expenses.

If the Plan overpays a health care provider, the Claims Administrator reserves the right to recover the excess amount from the provider pursuant to Refund of Overpayments, below.

### *Refund of Overpayments*

If the Plan pays for Benefits for expenses incurred on account of a Covered Person, that Covered Person or any other person or organization that was paid, must make a refund to the Plan if:

■ The Plan's obligation to pay Benefits was contingent on the expenses incurred being legally owed and paid by you, but all or some of the expenses were not paid by you or did not legally have to be paid by you.

■ All or some of the payment the Plan made exceeded the Benefits under the Plan.

■ All or some of the payment was made in error.

The amount that must be refunded equals the amount the Plan paid in excess of the amount that should have been paid under the Plan. If the refund is due from another person or organization, you agree to help the Plan get the refund when requested.

If the refund is due from you and you do not promptly refund the full amount owed, the Plan may recover the overpayment by reallocating the overpaid amount to pay, in whole or in part, future Benefits for you that are payable under the Plan. If the refund is due from a person or organization other than you, the Plan may recover the overpayment by reallocating the overpaid amount to pay, in whole or in part, (i) future Benefits that are payable in connection with services provided to other Covered Persons under the Plan; or (ii) future Benefits that are payment in connection with services provided to persons under other plans for which the Claims Administrator processes payments, pursuant to a transaction in which the Plan's overpayment recovery rights are assigned to such other plans in exchange for such plans' remittance of the amount of the reallocated payment. The reallocated payment amount will either:

■ equal the amount of the required refund, or

■ if less than the full amount of the required refund, will be deducted from the amount of refund owed to the Plan.

The Plan may have other rights in addition to the right to reallocate overpaid amounts and other enumerated rights, including the right to commence a legal action.

# SECTION 11 - SUBROGATION AND REIMBURSEMENT

The Plan has a right to subrogation and reimbursement. References to "you" or "your" in this Subrogation and Reimbursement section shall include you, your estate and your heirs and beneficiaries unless otherwise stated.

Subrogation applies when the plan has paid Benefits on your behalf for a Sickness or Injury for which any third party is allegedly to be responsible. The right to subrogation means that the Plan is substituted to and shall succeed to any and all legal claims that you may be entitled to pursue against any third party for the Benefits that the Plan has paid that are related to the Sickness or Injury for which any third party is considered responsible.

> *Subrogation - Example*
> Suppose you are injured in a car accident that is not your fault, and you receive Benefits under the Plan to treat your injuries. Under subrogation, the Plan has the right to take legal action in your name against the driver who caused the accident and that driver's insurance carrier to recover the cost of those Benefits.

The right to reimbursement means that if it is alleged that any third party caused or is responsible for a Sickness or Injury for which you receive a settlement, judgment, or other recovery from any third party, you must use those proceeds to fully return to the Plan 100% of any Benefits you receive for that Sickness or Injury. The right of reimbursement shall apply to any Benefits received at any time until the rights are extinguished, resolved or waived in writing.

> *Reimbursement - Example*
> Suppose you are injured in a boating accident that is not your fault, and you receive Benefits under the Plan as a result of your injuries. In addition, you receive a settlement in a court proceeding from the individual who caused the accident. You must use the settlement funds to return to the plan 100% of any Benefits you received to treat your injuries.

The following persons and entities are considered third parties:

- A person or entity alleged to have caused you to suffer a Sickness, Injury or damages, or who is legally responsible for the Sickness, Injury or damages.

- Any insurer or other indemnifier of any person or entity alleged to have caused or who caused the Sickness, Injury or damages.

- The Plan Sponsor in a workers' compensation case or other matter alleging liability.

- Any person or entity who is or may be obligated to provide Benefits or payments to you, including Benefits or payments for underinsured or uninsured motorist protection, no-fault or traditional auto insurance, medical payment coverage (auto, homeowners or otherwise), workers' compensation coverage, other insurance carriers or third party administrators.

- Any person or entity against whom you may have any claim for professional and/or legal malpractice arising out of or connected to a Sickness or Injury you allege or could have alleged were the responsibility of any third party.

- Any person or entity that is liable for payment to you on any equitable or legal liability theory.

You agree as follows:

- You will cooperate with the Plan in protecting its legal and equitable rights to subrogation and reimbursement in a timely manner, including, but not limited to:

  - Notifying the Plan, in writing, of any potential legal claim(s) you may have against any third party for acts which caused Benefits to be paid or become payable.
  - Providing any relevant information requested by the Plan.
  - Signing and/or delivering such documents as the Plan or its agents reasonably request to secure the subrogation and reimbursement claim.
  - Responding to requests for information about any accident or injuries.
  - Making court appearances.
  - Obtaining the Plan's consent or its agents' consent before releasing any party from liability or payment of medical expenses.
  - Complying with the terms of this section.

  Your failure to cooperate with the Plan is considered a breach of contract. As such, the Plan has the right to terminate your Benefits, deny future Benefits, take legal action against you, and/or set off from any future Benefits the value of Benefits the Plan has paid relating to any Sickness or Injury alleged to have been caused or caused by any third party to the extent not recovered by the Plan due to you or your representative not cooperating with the Plan. If the Plan incurs attorneys' fees and costs in order to collect third party settlement funds held by you or your representative, the Plan has the right to recover those fees and costs from you. You will also be required to pay interest on any amounts you hold which should have been returned to the Plan.

- The Plan has a first priority right to receive payment on any claim against any third party before you receive payment from that third party. Further, the Plan's first priority right to payment is superior to any and all claims, debts or liens asserted by any medical providers, including but not limited to hospitals or emergency treatment facilities, that assert a right to payment from funds payable from or recovered from an allegedly responsible third party and/or insurance carrier.

- The Plan's subrogation and reimbursement rights apply to full and partial settlements, judgments, or other recoveries paid or payable to you or your representative, your estate, your heirs and beneficiaries, no matter how those proceeds are captioned or characterized. Payments include, but are not limited to, economic, non-economic, pecuniary, consortium and punitive damages. The Plan is not required to help you to pursue your claim for damages or personal injuries and no amount of associated costs, including attorneys' fees, shall be deducted from the Plan's recovery without the Plan's express written consent. No so-called "Fund Doctrine" or "Common Fund Doctrine" or "Attorney's Fund Doctrine" shall defeat this right.

- Regardless of whether you have been fully compensated or made whole, the Plan may collect from you the proceeds of any full or partial recovery that you or your legal representative obtain, whether in the form of a settlement (either before or after any determination of liability) or judgment, no matter how those proceeds are captioned or characterized. Proceeds from which the Plan may collect include, but are not limited to, economic, non-economic, and punitive damages. No "collateral source" rule, any "Made-Whole Doctrine" or "Make-Whole Doctrine," claim of unjust enrichment, nor any other equitable limitation shall limit the Plan's subrogation and reimbursement rights.

- Benefits paid by the Plan may also be considered to be Benefits advanced.

- If you receive any payment from any party as a result of Sickness or Injury, and the Plan alleges some or all of those funds are due and owed to the Plan, you and/or your representative shall hold those funds in trust, either in a separate bank account in your name or in your representative's trust account.

- By participating in and accepting Benefits from the Plan, you agree that (i) any amounts recovered by you from any third party shall constitute Plan assets to the extent of the amount of Plan Benefits provided on behalf of the Covered Person, (ii) you and your representative shall be fiduciaries of the Plan (within the meaning of ERISA) with respect to such amounts, and (iii) you shall be liable for and agree to pay any costs and fees (including reasonable attorney fees) incurred by the Plan to enforce its reimbursement rights.

- The Plan's rights to recovery will not be reduced due to your own negligence.

- By participating in and accepting Benefits from the Plan, you agree to assign to the Plan any Benefits, claims or rights of recovery you have under any automobile policy - including no-fault Benefits, PIP Benefits and/or medical payment Benefits - other coverage or against any third party, to the full extent of the Benefits the Plan has paid for the Sickness or Injury. By agreeing to provide this assignment in exchange for participating in and accepting Benefits, you acknowledge and recognize the Plan's right to assert, pursue and recover on any such claim, whether or not you choose to pursue the claim, and you agree to this assignment voluntarily.

- The Plan may, at its option, take necessary and appropriate action to preserve its rights under these provisions, including but not limited to, providing or exchanging medical payment information with an insurer, the insurer's legal representative or other third party; filing an ERISA reimbursement lawsuit to recover the full amount of medical Benefits you receive for the Sickness or Injury out of any settlement, judgment or other recovery from any third party considered responsible and filing suit in your name or your estate's name, which does not obligate the Plan in any way to pay you part of any recovery the Plan might obtain. Any ERISA reimbursement lawsuit stemming from a refusal to refund Benefits as required under the terms of the Plan is governed by a six-year statute of limitations.

- You may not accept any settlement that does not fully reimburse the Plan, without its written approval.

- The Plan has the authority and discretion to resolve all disputes regarding the interpretation of the language stated herein.

■ In the case of your death, giving rise to any wrongful death or survival claim, the provisions of this section apply to your estate, the personal representative of your estate, and your heirs or beneficiaries. In the case of your death the Plan's right of reimbursement and right of subrogation shall apply if a claim can be brought on behalf of you or your estate that can include a claim for past medical expenses or damages. The obligation to reimburse the Plan is not extinguished by a release of claims or settlement agreement of any kind.

■ No allocation of damages, settlement funds or any other recovery, by you, your estate, the personal representative of your estate, your heirs, your beneficiaries or any other person or party, shall be valid if it does not reimburse the Plan for 100% of its interest unless the Plan provides written consent to the allocation.

■ The provisions of this section apply to the parents, guardian, or other representative of a Dependent child who incurs a Sickness or Injury caused by any third party. If a parent or guardian may bring a claim for damages arising out of a minor's Sickness or Injury, the terms of this subrogation and reimbursement clause shall apply to that claim.

■ If a third party causes or is alleged to have caused you to suffer a Sickness or Injury while you are covered under this Plan, the provisions of this section continue to apply, even after you are no longer covered.

■ In the event that you do not abide by the terms of the Plan pertaining to reimbursement, the Plan may terminate Benefits to you, your dependents or the employee, deny future Benefits, take legal action against you, and/or set off from any future Benefits the value of Benefits the Plan has paid relating to any Sickness or Injury alleged to have been caused or caused by any third party to the extent not recovered by the Plan due to your failure to abide by the terms of the Plan. If the Plan incurs attorneys' fees and costs in order to collect third party settlement funds held by you or your representative, the Plan has the right to recover those fees and costs from you. You will also be required to pay interest on any amounts you hold which should have been returned to the Plan.

■ The Plan and all Administrators administering the terms and conditions of the Plan's subrogation and reimbursement rights have such powers and duties as are necessary to discharge its duties and functions, including the exercise of its discretionary authority to (1) construe and enforce the terms of the Plan's subrogation and reimbursement rights and (2) make determinations with respect to the subrogation amounts and reimbursements owed to the Plan.

## Right of Recovery

The Plan also has the right to recover Benefits it has paid on you or your Dependent's behalf that were:

■ Made in error.

■ Due to a mistake in fact.

■ Advanced during the time period of meeting the calendar year Deductible.

■ Advanced during the time period of meeting the Out-of-Pocket Maximum for the calendar year.

Case: 24-5015 Document: 26-6 Filed: 03/19/2024 Page: 10 of 249 Franklin County Ohio Clerk of Courts of the Common Pleas- 2023 Mar 09 10:24 AM-24CV001784

Benefits paid because you or your Dependent misrepresented facts are also subject to recovery.

If the Plan provides a Benefit for you or your Dependent that exceeds the amount that should have been paid, the Plan will:

■ Require that the overpayment be returned when requested.

■ Reduce a future Benefit payment for you or your Dependent by the amount of the overpayment.

If the Plan provides an advancement of Benefits to you or your Dependent during the time period of meeting the Deductible and/or meeting the Out-of-Pocket Maximum for the calendar year, the Plan will send you or your Dependent a monthly statement identifying the amount you owe with payment instructions. The Plan has the right to recover Benefits it has advanced by:

■ Submitting a reminder letter to you or a covered Dependent that details any outstanding balance owed to the Plan.

■ Conducting courtesy calls to you or a covered Dependent to discuss any outstanding balance owed to the Plan.

# SECTION 12 - WHEN COVERAGE ENDS

> **What this section includes:**
> - Circumstances that cause coverage to end.
> - Extended coverage.
> - How to continue coverage after it ends.

Your entitlement to Benefits automatically ends on the date that coverage ends, even if you are hospitalized or are otherwise receiving medical treatment on that date. Please note that this does not affect coverage that is extended under *Extended Coverage for Total Disability* below.

When your coverage ends, Jones Lang LaSalle will still pay claims for Covered Health Services that you received before your coverage ended. However, once your coverage ends, Benefits are not provided for health services that you receive after coverage ended, even if the underlying medical condition occurred before your coverage ended. Please note that this does not affect coverage that is extended under *Extended Coverage for Total Disability* below.

Your coverage under the Plan will end on the earliest of:

- The date your employment with the Company ends.
- The date the Plan ends.
- The date you stop making the required contributions.
- The date you are no longer eligible.
- The date UnitedHealthcare receives written notice from Jones Lang LaSalle to end your coverage, or the date requested in the notice, if later.
- The date you retire or are pensioned under the Plan, unless specific coverage is available for retired or pensioned persons and you are eligible for that coverage.

Coverage for your eligible Dependents will end on the earliest of:

- The date your coverage ends.
- The date you stop making the required contributions.
- The date UnitedHealthcare receives written notice from Jones Lang LaSalle to end your coverage, or the date requested in the notice, if later.
- The last day of the month your Dependents no longer qualify as Dependents under this Plan.

## Other Events Ending Your Coverage

The Plan will provide at least thirty days' prior written notice to you that your coverage will end on the date identified in the notice if you commit an act, practice, or omission that constituted fraud, or an intentional misrepresentation of a material fact including, but not limited to, knowingly providing incorrect information relating to another person's eligibility

or status as a Dependent. You may appeal this decision during the 30-day notice period. The notice will contain information on how to pursue your appeal.

*Note*: If UnitedHealthcare and Jones Lang LaSalle find that you have performed an act, practice, or omission that constitutes fraud, or have made an intentional misrepresentation of material fact, Jones Lang LaSalle has the right to demand that you pay back all Benefits Jones Lang LaSalle paid to you, or paid in your name, during the time you were incorrectly covered under the Plan.

## Coverage for a Disabled Dependent Child

Coverage for an unmarried enrolled Dependent child who is disabled will not end just because the child has reached a certain age. The Plan will extend the coverage for that child beyond the limiting age if both of the following are true regarding the enrolled Dependent child:

- Is not able to be self-supporting because of mental or physical handicap or disability.
- Depends mainly on you for support.

Coverage will continue as long as the enrolled Dependent is medically certified as disabled and dependent unless coverage is otherwise terminated in accordance with the terms of the Plan.

The Plan will ask you to furnish proof of the medical certification of disability within 30 days of the date coverage would otherwise have ended because the child reached a certain age. Before the Plan agrees to this extension of coverage for the child, the Plan may require that a Physician chosen by the Plan examine the child. The Plan will pay for that examination.

The Plan may continue to ask you for proof that the child continues to be disabled and dependent. Such proof might include medical examinations at the Plan's expense. However, the Plan will not ask for this information more than once a year.

If you do not provide proof of the child's disability and dependency within 30 days of the Plan's request as described above, coverage for that child will end.

## Extended Coverage for Total Disability

If a Covered Person has a Total Disability on the date their coverage under the Plan ends, their Benefits will not end automatically. The Plan will temporarily extend coverage, only for treatment of the condition causing the Total Disability. Benefits will be paid until the earlier of:

- The Total Disability ends.
- Twelve months from the date coverage would have ended.

## Continuing Coverage Through COBRA

If you lose your Plan coverage, you may have the right to extend it under the *Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA)*, as defined in Section 14, *Glossary*.

Continuation coverage under *COBRA* is available only to Plans that are subject to the terms of *COBRA*. You can contact your Plan Administrator to determine if Jones Lang LaSalle is subject to the provisions of *COBRA*.

### Continuation Coverage under Federal Law (COBRA)

Much of the language in this section comes from the federal law that governs continuation coverage. You should call your Plan Administrator if you have questions about your right to continue coverage.

In order to be eligible for continuation coverage under federal law, you must meet the definition of a "Qualified Beneficiary". A Qualified Beneficiary is any of the following persons who were covered under the Plan on the day before a qualifying event:

- An Employee.

- An Employee's enrolled Dependent, including with respect to the Employee's children, a child born to or placed for adoption with the Employee during a period of continuation coverage under federal law.

- An Employee's former Spouse.

### Qualifying Events for Continuation Coverage under COBRA

The following table outlines situations in which you may elect to continue coverage under COBRA for yourself and your Dependents, and the maximum length of time you can receive continued coverage. These situations are considered qualifying events.

| If Coverage Ends Because of the Following Qualifying Events: | You May Elect COBRA: | | |
|---|---|---|---|
| | **For Yourself** | **For Your Spouse** | **For Your Child(ren)** |
| Your work hours are reduced | 18 months | 18 months | 18 months |
| Your employment terminates for any reason (other than gross misconduct) | 18 months | 18 months | 18 months |
| You or your family member become eligible for Social Security disability benefits at any time within the first 60 days of losing coverage[1] | 29 months | 29 months | 29 months |
| You die | N/A | 36 months | 36 months |

| If Coverage Ends Because of the Following Qualifying Events: | You May Elect COBRA: | | |
|---|---|---|---|
| | For Yourself | For Your Spouse | For Your Child(ren) |
| You divorce (or legally separate) | N/A | 36 months | 36 months |
| Your child is no longer an eligible family member (e.g., reaches the maximum age limit) | N/A | N/A | 36 months |
| You become entitled to Medicare | N/A | See table below | See table below |
| Jones Lang LaSalle files for bankruptcy under Title 11, United States Code.[2] | 36 months | 36 months[3] | 36 months[3] |

[1]Subject to the following conditions: (i) notice of the disability must be provided within the latest of 60 days after a). the determination of the disability, b). the date of the qualifying event, c). the date the Qualified Beneficiary would lose coverage under the Plan, and in no event later than the end of the first 18 months; (ii) the Qualified Beneficiary must agree to pay any increase in the required premium for the additional 11 months over the original 18 months; and (iii) if the Qualified Beneficiary entitled to the 11 months of coverage has non-disabled family members who are also Qualified Beneficiaries, then those non-disabled Qualified Beneficiaries are also entitled to the additional 11 months of continuation coverage. Notice of any final determination that the Qualified Beneficiary is no longer disabled must be provided within 30 days of such determination. Thereafter, continuation coverage may be terminated on the first day of the month that begins more than 30 days after the date of that determination.

[2]This is a qualifying event for any retired Employee and his or her enrolled Dependents if there is a substantial elimination of coverage within one year before or after the date the bankruptcy was filed.

[3]From the date of the Employee's death if the Employee dies during the continuation coverage.

### How Your Medicare Eligibility Affects Dependent COBRA Coverage

The table below outlines how your Dependents' COBRA coverage is impacted if you become entitled to Medicare.

| If Dependent Coverage Ends When: | You May Elect COBRA Dependent Coverage For Up To: |
|---|---|
| You become entitled to Medicare and don't experience any additional qualifying events | 18 months |
| You become entitled to Medicare, after which you experience a second qualifying event* before the initial 18-month period expires | 36 months |

| If Dependent Coverage Ends When: | You May Elect COBRA Dependent Coverage For Up To: |
|---|---|
| You experience a qualifying event*, after which you become entitled to Medicare before the initial 18-month period expires; and, if absent this initial qualifying event, your Medicare entitlement would have resulted in loss of Dependent coverage under the Plan | 36 months |

\* Your work hours are reduced or your employment is terminated for reasons other than gross misconduct.

### Getting Started

You will be notified by mail if you become eligible for COBRA coverage as a result of a reduction in work hours or termination of employment. The notification will give you instructions for electing COBRA coverage, and advise you of the monthly cost. Your monthly cost is the full cost, including both Employee and Employer costs, plus a 2% administrative fee or other cost as permitted by law.

You will have up to 60 days from the date you receive notification or 60 days from the date your coverage ends to elect COBRA coverage, whichever is later. You will then have an additional 45 days to pay the cost of your COBRA coverage, retroactive to the date your Plan coverage ended.

During the 60-day election period, the Plan will, only in response to a request from a provider, inform that provider of your right to elect COBRA coverage, retroactive to the date your COBRA eligibility began.

While you are a participant in the medical Plan under COBRA, you have the right to change your coverage election:

■ During Open Enrollment.

■ Following a change in family status, as described under *Changing Your Coverage* in Section 2, *Introduction*.

### Notification Requirements

If your covered Dependents lose coverage due to divorce, legal separation, or loss of Dependent status, you or your Dependents must notify the Plan Administrator within 60 days of the latest of:

■ The date of the divorce, legal separation or an enrolled Dependent's loss of eligibility as an enrolled Dependent.

■ The date your enrolled Dependent would lose coverage under the Plan.

■ The date on which you or your enrolled Dependent are informed of your obligation to provide notice and the procedures for providing such notice.

Case: 24-15-0115 OHIO Clerk of Courts of the Common Pleas- 2024 Mar 15 10:24 AM-24CV001784

You or your Dependents must also notify the Plan Administrator when a qualifying event occurs that will extend continuation coverage.

If you or your Dependents fail to notify the Plan Administrator of these events within the 60 day period, the Plan Administrator is not obligated to provide continued coverage to the affected Qualified Beneficiary. If you are continuing coverage under federal law, you must notify the Plan Administrator within 60 days of the birth or adoption of a child.

Once you have notified the Plan Administrator, you will then be notified by mail of your election rights under COBRA.

### Notification Requirements for Disability Determination

If you extend your COBRA coverage beyond 18 months because you are eligible for disability benefits from Social Security, you must provide your local Benefit Solutions Group with notice of the Social Security Administration's determination within 60 days after you receive that determination, and before the end of your initial 18-month continuation period.

The notice requirements will be satisfied by providing written notice to the Plan Administrator at the address stated in Section 16, *Important Administrative Information: ERISA*. The contents of the notice must be such that the Plan Administrator is able to determine the covered Employee and qualified beneficiary(ies), the qualifying event or disability, and the date on which the qualifying event occurred.

### Trade Act of 2002

The Trade Act of 2002 amended COBRA to provide for a special second 60-day COBRA election period for certain Employees who have experienced a termination or reduction of hours and who lose group health plan coverage as a result. The special second COBRA election period is available only to a very limited group of individuals: generally, those who are receiving trade adjustment assistance (TAA) or 'alternative trade adjustment assistance' under a federal law called the Trade Act of 1974. These Employees are entitled to a second opportunity to elect COBRA coverage for themselves and certain family members (if they did not already elect COBRA coverage), but only within a limited period of 60 days from the first day of the month when an individual begins receiving TAA (or would be eligible to receive TAA but for the requirement that unemployment benefits be exhausted) and only during the six months immediately after their group health plan coverage ended.

If an Employee qualifies or may qualify for assistance under the Trade Act of 1974, he or she should contact the Plan Administrator for additional information. The Employee must contact the Plan Administrator promptly after qualifying for assistance under the Trade Act of 1974 or the Employee will lose his or her special COBRA rights. COBRA coverage elected during the special second election period is not retroactive to the date that Plan coverage was lost, but begins on the first day of the special second election period.

## When COBRA Ends

COBRA coverage will end before the maximum continuation period, on the earliest of the following dates:

- The date, after electing continuation coverage, that coverage is first obtained under any other group health plan.

- The date, after electing continuation coverage, that you or your covered Dependent first becomes entitled to Medicare.

- The date coverage ends for failure to make the first required premium payment (premium is not paid within 45 days).

- The date coverage ends for failure to make any other monthly premium payment (premium is not paid within 30 days of its due date).

- The date the entire Plan ends.

- The date coverage would otherwise terminate under the Plan as described in the beginning of this section.

*Note*: If you selected continuation coverage under a prior plan which was then replaced by coverage under this Plan, continuation coverage will end as scheduled under the prior plan or in accordance with the terminating events listed in this section, whichever is earlier.

## Uniformed Services Employment and Reemployment Rights Act

An Employee who is absent from employment for more than 30 days by reason of service in the Uniformed Services may elect to continue Plan coverage for the Employee and the Employee's Dependents in accordance with the Uniformed Services Employment and Reemployment Rights Act of 1994, as amended (USERRA).

The terms "Uniformed Services" or "Military Service" mean the Armed Forces, the Army National Guard and the Air National Guard when engaged in active duty for training, inactive duty training, or full-time National Guard duty, the commissioned corps of the Public Health Service, and any other category of persons designated by the President in time of war or national emergency.

If qualified to continue coverage pursuant to the USERRA, Employees may elect to continue coverage under the Plan by notifying the Plan Administrator in advance, and providing payment of any required contribution for the health coverage. This may include the amount the Plan Administrator normally pays on an Employee's behalf. If an Employee's Military Service is for a period of time less than 31 days, the Employee may not be required to pay more than the regular contribution amount, if any, for continuation of health coverage.

An Employee may continue Plan coverage under USERRA for up to the lesser of:

- The 24 month period beginning on the date of the Employee's absence from work.

■  The day after the date on which the Employee fails to apply for, or return to, a position of employment.

Regardless of whether an Employee continues health coverage, if the Employee returns to a position of employment, the Employee's health coverage and that of the Employee's eligible Dependents will be reinstated under the Plan. No exclusions or waiting period may be imposed on an Employee or the Employee's eligible Dependents in connection with this reinstatement, unless a Sickness or Injury is determined by the Secretary of Veterans Affairs to have been incurred in, or aggravated during, the performance of military service.

You should call the Plan Administrator if you have questions about your rights to continue health coverage under USERRA.

Case: 24-cv-00115 Doc #: Clerk of Courts of the Common Pleas- 2024 Mar 08 10:22 AM-24CV001784
Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 08 10:22 AM-24CV001784

# SECTION 13 - OTHER IMPORTANT INFORMATION

> **What this section includes:**
> - Court-ordered Benefits for Dependent children.
> - Your relationship with UnitedHealthcare and Jones Lang LaSalle.
> - Relationships with providers.
> - Interpretation of Benefits.
> - Information and records.
> - Incentives to providers and you.
> - The future of the Plan.
> - How to access the official Plan documents.

## Qualified Medical Child Support Orders (QMCSOs)

A qualified medical child support order (QMCSO) is a judgment, decree or order issued by a court or appropriate state agency that requires a child to be covered for medical benefits. Generally, a QMCSO is issued as part of a paternity, divorce, or other child support settlement.

If the Plan receives a medical child support order for your child that instructs the Plan to cover the child, the Plan Administrator will review it to determine if it meets the requirements for a QMCSO. If it determines that it does, your child will be enrolled in the Plan as your Dependent, and the Plan will be required to pay Benefits as directed by the order.

You may obtain, without charge, a copy of the procedures governing QMCSOs from the Plan Administrator.

*Note:* A National Medical Support Notice will be recognized as a QMCSO if it meets the requirements of a QMCSO.

## Your Relationship with UnitedHealthcare and Jones Lang LaSalle

In order to make choices about your health care coverage and treatment, Jones Lang LaSalle believes that it is important for you to understand how UnitedHealthcare interacts with the Plan Sponsor's benefit Plan and how it may affect you. UnitedHealthcare helps administer the Plan Sponsor's benefit plan in which you are enrolled. UnitedHealthcare does not provide medical services or make treatment decisions. This means:

- UnitedHealthcare communicates to you decisions about whether the Plan will cover or pay for the health care that you may receive. The Plan pays for Covered Health Services, which are more fully described in this SPD.
- The Plan may not pay for all treatments you or your Physician may believe are necessary. If the Plan does not pay, you will be responsible for the cost.

Jones Lang LaSalle and UnitedHealthcare may use individually identifiable information about you to identify for you (and you alone) procedures, products or services that you may find valuable. Jones Lang LaSalle and UnitedHealthcare will use individually identifiable information about you as permitted or required by law, including in operations and in research. Jones Lang LaSalle and UnitedHealthcare will use de-identified data for commercial purposes including research.

## Relationship with Providers

The Claims Administrator has agreements in place that govern the relationships between it and Jones Lang LaSalle and Network providers, some of which are affiliated providers. Network providers enter into agreements with the Claims Administrator to provide Covered Health Services to Covered Persons.

Jones Lang LaSalle, UnitedHealthcare and Harvard Pilgrim Health Care do not provide health care services or supplies, nor do they practice medicine. Instead, Jones Lang LaSalle, UnitedHealthcare and Harvard Pilgrim Health Care arrange for health care providers to participate in a Network and administer payment of Benefits. Network providers are independent practitioners who run their own offices and facilities. UnitedHealthcare's and Harvard Pilgrim Health Care's credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided. They are not Jones Lang LaSalle 's employees nor are they employees of UnitedHealthcare or Harvard Pilgrim Health Care. Jones Lang LaSalle and UnitedHealthcare are not responsible for any act or omission of any provider.

UnitedHealthcare and Harvard Pilgrim Health Care are not considered to be employers of the Plan Administrator for any purpose with respect to the administration or provision of benefits under this Plan.

Jones Lang LaSalle is solely responsible for:

- Enrollment and classification changes (including classification changes resulting in your enrollment or the termination of your coverage).
- The timely payment of the service fee to UnitedHealthcare.
- The funding of Benefits on a timely basis.
- Notifying you of the termination or modifications to the Plan.

When the Plan Sponsor establishes the Plan to provide coverage under a benefit plan governed by the *Employee Retirement Income Security Act* ("*ERISA*"), *29 U.S.C. §1001 et seq.*, the Claims Administrator is not the plan administrator or named fiduciary of the benefit plan, as those terms are used in *ERISA*. If you have questions about your welfare benefit plan, you should contact the Plan Sponsor. If you have any questions about this statement or about your rights under *ERISA*, contact the nearest area office of the *Employee Benefits Security Administration, U. S. Department of Labor.*

## Your Relationship with Providers

The relationship between you and any provider is that of provider and patient.

- You are responsible for choosing your own provider.

- You are responsible for paying, directly to your provider, any amount identified as a member responsibility, including Copayments, Coinsurance, any deductible and any amount that exceeds Eligible Expenses.

- You are responsible for paying, directly to your provider, the cost of any non-Covered Health Service.

- You must decide if any provider treating you is right for you. This includes Network providers you choose and providers to whom you have been referred.

- Must decide with your provider what care you should receive.

- Your provider is solely responsible for the quality of the services provided to you.

The relationship between you and Jones Lang LaSalle is that of employer and employee, Dependent or other classification as defined in the SPD.

## Interpretation of Benefits

Jones Lang LaSalle and UnitedHealthcare have the sole and exclusive discretion to do all of the following:

- Interpret Benefits under the Plan.

- Interpret the other terms, conditions, limitations and exclusions of the Plan, including this SPD, the Schedule of Benefits and any Addendums, SMMs and/or Amendments.

- Make factual determinations related to the Plan and its Benefits.

Jones Lang LaSalle and UnitedHealthcare may delegate this discretionary authority to other persons or entities including Claims Administrator's affiliates that may provide services in regard to the administration of the Plan. The identity of the service providers and the nature of their services may be changed from time to time in Plan Sponsor's and the Claims Administrator's discretion. In order to receive Benefits, you must cooperate with those service providers.

In certain circumstances, for purposes of overall cost savings or efficiency, Jones Lang LaSalle may, in its discretion, offer Benefits for services that would otherwise not be Covered Health Services. The fact that Jones Lang LaSalle does so in any particular case shall not in any way be deemed to require Jones Lang LaSalle to do so in other similar cases.

## Review and Determine Benefits in Accordance with UnitedHealthcare Reimbursement Policies

UnitedHealthcare develops its reimbursement policy guidelines, in its sole discretion, in accordance with one or more of the following methodologies:

- As indicated in the most recent edition of the Current Procedural Terminology (CPT), a publication of the American Medical Association, and/or the *Centers for Medicare and Medicaid Services (CMS)*.

- As reported by generally recognized professionals or publications.

- As used for Medicare.

- As determined by medical staff and outside medical consultants pursuant to other appropriate sources or determinations that UnitedHealthcare accepts.

Following evaluation and validation of certain provider billings (e.g., error, abuse and fraud reviews), UnitedHealthcare's reimbursement policies are applied to provider billings. UnitedHealthcare shares it's reimbursement policies with Physicians and other providers in UnitedHealthcare's Network through UnitedHealthcare's provider website. Network Physicians and providers may not bill you for the difference between their contract rate (as may be modified by UnitedHealthcare's reimbursement policies) and the billed charge. However, non-Network providers are not subject to this prohibition, and may bill you for any amounts the Plan does not pay, including amounts that are denied because one of UnitedHealthcare's reimbursement policies does not reimburse (in whole or in part) for the service billed. You may obtain copies of UnitedHealthcare's reimbursement policies for yourself or to share with your non-Network Physician or provider by going to **www.myuhc.com** or by calling the telephone number on your ID card.

UnitedHealthcare may apply a reimbursement methodology established by *OptumInsight* and/or a third party vendor, which is based on *CMS* coding principles, to determine appropriate reimbursement levels for Emergency Health Services. The methodology is usually based on elements reflecting the patient complexity, direct costs, and indirect costs of an Emergency Health Service. If the methodology(ies) currently in use become no longer available, UnitedHealthcare will use a comparable methodology(ies). UnitedHealthcare and *OptumInsight* are related companies through common ownership by *UnitedHealth Group*. Refer to UnitedHealthcare's website at **www.myuhc.com** for information regarding the vendor that provides the applicable methodology.

## Information and Records

Jones Lang LaSalle and UnitedHealthcare may use your individually identifiable health information to administer the Plan and pay claims, to identify procedures, products, or services that you may find valuable, and as otherwise permitted or required by law. Jones Lang LaSalle and UnitedHealthcare may request additional information from you to decide your claim for Benefits. Jones Lang LaSalle and UnitedHealthcare will keep this information confidential. Jones Lang LaSalle and UnitedHealthcare may also use your de-identified data for commercial purposes, including research, as permitted by law.

By accepting Benefits under the Plan, you authorize and direct any person or institution that has provided services to you to furnish Jones Lang LaSalle and UnitedHealthcare with all information or copies of records relating to the services provided to you. Jones Lang LaSalle and UnitedHealthcare have the right to request this information at any reasonable time. This applies to all Covered Persons, including enrolled Dependents whether or not they have signed the Employee's enrollment form. Jones Lang LaSalle and UnitedHealthcare agree that such information and records will be considered confidential.

Jones Lang LaSalle and UnitedHealthcare have the right to release any and all records concerning health care services which are necessary to implement and administer the terms of the Plan, for appropriate medical review or quality assessment, or as Jones Lang LaSalle is required to do by law or regulation. During and after the term of the Plan, Jones Lang LaSalle and UnitedHealthcare and its related entities may use and transfer the information gathered under the Plan in a de-identified format for commercial purposes, including research and analytic purposes.

For complete listings of your medical records or billing statements Jones Lang LaSalle recommends that you contact your health care provider. Providers may charge you reasonable fees to cover their costs for providing records or completing requested forms.

If you request medical forms or records from UnitedHealthcare, they also may charge you reasonable fees to cover costs for completing the forms or providing the records.

In some cases, as permitted by law, Jones Lang LaSalle and UnitedHealthcare will designate other persons or entities to request records or information from or related to you, and to release those records as necessary. UnitedHealthcare's designees have the same rights to this information as does the Plan Administrator.

## Incentives to Providers

Network providers may be provided financial incentives by UnitedHealthcare to promote the delivery of health care in a cost efficient and effective manner. These financial incentives are not intended to affect your access to health care.

Examples of financial incentives for Network providers are:

- Bonuses for performance based on factors that may include quality, member satisfaction, and/or cost-effectiveness.

- A practice called capitation which is when a group of Network providers receives a monthly payment from UnitedHealthcare for each Covered Person who selects a Network provider within the group to perform or coordinate certain health services. The Network providers receive this monthly payment regardless of whether the cost of providing or arranging to provide the Covered Person's health care is less than or more than the payment.

- Bundled payments - certain Network providers receive a bundled payment for a group of Covered Health Services for a particular procedure or medical condition. The applicable Copayment and/or Coinsurance will be calculated based on the provider type that received the bundled payment. The Network providers receive these bundled

payments regardless of whether the cost of providing or arranging to provide the Covered Person's health care is less than or more than the payment. If you receive follow-up services related to a procedure where a bundled payment is made, an additional Copayment and/or Coinsurance may not be required if such follow-up services are included in the bundled payment. You may receive some Covered Health Services that are not considered part of the inclusive bundled payment and those Covered Health Services would be subject to the applicable Copayment and/or Coinsurance as described in your *Schedule of Benefits*.

The Claims Administrator uses various payment methods to pay specific Network providers. From time to time, the payment method may change. If you have questions about whether your Network provider's contract with the Claims Administrator includes any financial incentives, the Claims Administrator encourages you to discuss those questions with your provider. You may also call the Claims Administrator at the telephone number on your ID card. The Claims Administrator can advise whether your Network provider is paid by any financial incentive, including those listed above.

## Incentives to You

Sometimes you may be offered coupons or other incentives to encourage you to participate in various wellness programs or certain disease management programs, surveys, discount programs and/or programs to seek care in a more cost effective setting and/or from Designated Providers. In some instances, these programs may be offered in combination with a non-UnitedHealthcare entity. The decision about whether or not to participate is yours alone but Jones Lang LaSalle recommends that you discuss participating in such programs with your Physician. These incentives are not Benefits and do not alter or affect your Benefits. You may call the number on your ID card if you have any questions. Additional information may be found in Section 7, *Clinical Programs and Resources*.

## Rebates and Other Payments

Jones Lang LaSalle and UnitedHealthcare may receive rebates for certain drugs that are administered to you in a Physician's office, or at a Hospital or Alternate Facility. This includes rebates for those drugs that are administered to you before you meet your Annual Deductible. Jones Lang LaSalle and UnitedHealthcare may pass a portion of these rebates on to you. When rebates are passed on to you, they may be taken into account in determining your Copays or Coinsurance.

## Workers' Compensation Not Affected

Benefits provided under the Plan do not substitute for and do not affect any requirements for coverage by workers' compensation insurance.

## Future of the Plan

Although the Company expects to continue the Plan indefinitely, it reserves the right to discontinue, alter or modify the Plan in whole or in part, at any time and for any reason, at its sole determination.

The Company's decision to terminate or amend a Plan may be due to changes in federal or state laws governing employee benefits, the requirements of the Internal Revenue Code or any other reason. A plan change may transfer plan assets and debts to another plan or split a plan into two or more parts. If the Company does change or terminate a plan, it may decide to set up a different plan providing similar or different benefits.

If this Plan is terminated, Covered Persons will not have the right to any other Benefits from the Plan, other than for those claims incurred prior to the date of termination, or as otherwise provided under the Plan. In addition, if the Plan is amended, Covered Persons may be subject to altered coverage and Benefits.

The amount and form of any final benefit you receive will depend on any Plan document or contract provisions affecting the Plan and Company decisions. After all Benefits have been paid and other requirements of the law have been met, certain remaining Plan assets will be turned over to the Company and others as may be required by any applicable law.

## Plan Document

This Summary Plan Description (SPD) represents an overview of your Benefits. In the event there is a discrepancy between the SPD and the official plan document, the plan document will govern. A copy of the plan document is available for your inspection during regular business hours in the office of the Plan Administrator. You (or your personal representative) may obtain a copy of this document by written request to the Plan Administrator, for a nominal charge.

## Medicare Eligibility

Benefits under the Plan are not intended to supplement any coverage provided by Medicare. Nevertheless, in some circumstances Covered Persons who are eligible for or enrolled in Medicare may also be enrolled under the Plan.

If you are eligible for or enrolled in Medicare, please read the following information carefully.

If you are eligible for Medicare on a primary basis (Medicare pays before Benefits under the Plan), you should enroll in and maintain coverage under both Medicare Part A and Part B. If you don't enroll and maintain that coverage, and if the Plan is the secondary payer as described in Section 10, *Coordination of Benefits*, the Plan will pay Benefits under the Plan as if you were covered under both Medicare Part A and Part B. As a result, you will be responsible for the costs that Medicare would have paid and you will incur a larger out-of-pocket cost.

If you are enrolled in a Medicare Advantage (Medicare Part C) plan on a primary basis (Medicare pays before Benefits under the plan), you should follow all rules of that plan that require you to seek services from that plan's participating providers. When the Plan is the secondary payer, the Plan will pay any Benefits available to you under the Plan as if you had followed all rules of the Medicare Advantage plan. You will be responsible for any additional costs or reduced Benefits that result from your failure to follow these rules, and you will incur a larger out-of-pocket cost.

# SECTION 14 - GLOSSARY

**What this section includes:**
■ Definitions of terms used throughout this SPD.

Many of the terms used throughout this SPD may be unfamiliar to you or have a specific meaning with regard to the way the Plan is administered and how Benefits are paid. This section defines terms used throughout this SPD, but it does not describe the Benefits provided by the Plan.

**Addendum** - any attached written description of additional or revised provisions to the Plan. The benefits and exclusions of this SPD and any amendments thereto shall apply to the Addendum except that in the case of any conflict between the Addendum and SPD and/or Amendments to the SPD, the Addendum shall be controlling.

**Air Ambulance** – medical transport by rotary wing Air Ambulance or fixed wing Air Ambulance helicopter or airplane as defined in *42 CFR 414.605*.

**Alternate Facility** - a health care facility that is not a Hospital and that provides one or more of the following services on an outpatient basis, as permitted by law:

■ Surgical services.

■ Emergency Health Services.

■ Rehabilitative, laboratory, diagnostic or therapeutic services.

An Alternate Facility may also provide Mental Health Services or Substance-Related and Addictive Disorder Services on an outpatient basis or inpatient basis (for example a Residential Treatment facility).

**Amendment** - any attached written description of additional or alternative provisions to the Plan. Amendments are effective only when distributed by the Plan Sponsor or the Plan Administrator. Amendments are subject to all conditions, limitations and exclusions of the Plan, except for those that the amendment is specifically changing.

**Ancillary Services** – items and services provided by non-Network Physicians at a Network facility that are any of the following:

■ Related to emergency medicine, anesthesiology, pathology, radiology, and neonatology;

■ Provided by assistant surgeons, hospitalists, and intensivists;

■ Diagnostic services, including radiology and laboratory services, unless such items and services are excluded from the definition of Ancillary Services as determined by the Secretary;

■ Provided by such other specialty practitioners as determined by the Secretary; and

■ Provided by a non-Network Physician when no other Network Physician is available.

Case: 24-1015 Doc: 5 Filed: 03/29/2024 Page: 166 of 249
Franklin County Ohio Clerk of Courts of the Common Pleas- 2023 Mar 06 10:24 AM-24CV001784
0G750 - W11

**Annual Deductible (or Deductible)** - the amount you must pay for Covered Health Services in a calendar year before the Plan will begin paying Benefits in that calendar year. The Deductible is shown in the first table in Section 5, *Plan Highlights*. The Deductible applies to all Covered Health Services under the Plan, including Covered Health Services provided in Section 15, *Outpatient Prescription Drugs.*

**Assisted Reproductive Technology** (ART) – the term for procedures involving the manipulation of human reproductive materials (such as sperm, eggs, and/or embryos) to achieve Pregnancy. Examples of such procedures are:

- In vitro fertilization (IVF).

- Gamete intrafallopian transfer (GIFT).

- Pronuclear stage tubal transfer (PROST).

- Tubal embryo transfer (TET).

- Zygote intrafallopian transfer (ZIFT).

**Autism Spectrum Disorder** - a condition marked by enduring problems communicating and interacting with others, along with restricted and repetitive behavior, interests or activities.

**Bariatric Resource Services (BRS)** - a program administered by UnitedHealthcare or its affiliates made available to you by Jones Lang LaSalle. The BRS program provides:

- Specialized clinical consulting services to Employees and enrolled Dependents to educate on obesity treatment options.

- Access to specialized Network facilities and Physicians for obesity surgery services.

**Benefits** - Plan payments for Covered Health Services, subject to the terms and conditions of the Plan and any Addendums and/or Amendments.

**BMI** - see Body Mass Index (BMI).

**Body Mass Index (BMI)** - a calculation used in obesity risk assessment which uses a person's weight and height to approximate body fat.

**Cancer Resource Services (CRS)** - a program administered by UnitedHealthcare or its affiliates made available to you by Jones Lang LaSalle. The CRS program provides:

- Specialized consulting services, on a limited basis, to Employees and enrolled Dependents with cancer.

- Access to cancer centers with expertise in treating the most rare or complex cancers.

- Education to help patients understand their cancer and make informed decisions about their care and course of treatment.

**Cellular Therapy** - administration of living whole cells into a patient for the treatment of disease.

**CHD** - see Congenital Heart Disease (CHD).

**Claims Administrator** - UnitedHealthcare (also known as United HealthCare) and its affiliates, who provide certain claim administration services for the Plan.

**Clinical Trial** - a scientific study designed to identify new health services that improve health outcomes. In a Clinical Trial, two or more treatments are compared to each other and the patient is not allowed to choose which treatment will be received.

**COBRA** - see Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA).

**Coinsurance** - the charge, stated as a percentage of Eligible Expenses or the Recognized Amount when applicable, that you are required to pay for certain Covered Health Services as described in Section 3, *How the Plan Works* and Section 15, *Outpatient Prescription Drugs.*

**Company** - Jones Lang LaSalle.

**Congenital Anomaly** - a physical developmental defect that is present at birth and is identified within the first twelve months of birth.

**Congenital Heart Disease (CHD)** - any structural heart problem or abnormality that has been present since birth. Congenital heart defects may:

- Be passed from a parent to a child (inherited).
- Develop in the fetus of a woman who has an infection or is exposed to radiation or other toxic substances during her Pregnancy.
- Have no known cause.

**Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA)** - a federal law that requires employers to offer continued health insurance coverage to certain employees and their dependents whose group health insurance has been terminated.

**Copayment (or Copay)** - the charge, stated as a set dollar amount, that you are required to pay for certain Covered Health Services as described in Section 3, *How the Plan Works* and Section 15, *Outpatient Prescription Drugs.*

Please note that for Covered Health Services, you are responsible for paying the lesser of the following:

- The applicable Copayment.
- The Eligible Expense or the Recognized Amount when applicable.

**Cosmetic Procedures** - procedures or services that change or improve appearance without significantly improving physiological function, as determined by the Claims Administrator.

**Cost-Effective** - the least expensive equipment that performs the necessary function. This term applies to Durable Medical Equipment and prosthetic devices.

**Covered Health Services** - those health services, including services, supplies or Pharmaceutical Products, which the Claims Administrator determines to be:

- Provided for the purpose of preventing, evaluating, diagnosing or treating a Sickness, Injury, Mental Illness, substance-related and addictive disorders, condition, disease or its symptoms.

- Medically Necessary.

- Described as a Covered Health Service in this SPD under Section 5, *Plan Highlights* and 6, *Additional Coverage Details* and Section 15, *Outpatient Prescription Drugs*.

- Provided to a Covered Person who meets the Plan's eligibility requirements, as described under *Eligibility* in Section 2, *Introduction*.

- Not otherwise excluded in this SPD under Section 8, *Exclusions and Limitations* or Section 15, *Outpatient Prescription Drugs*.

Covered Person - either the Employee or an enrolled Dependent, but this term applies only while the person is enrolled and eligible for Benefits under the Plan. References to "you" and "your" throughout this SPD are references to a Covered Person.

**CRS** - see Cancer Resource Services (CRS).

**Custodial Care** - services that are any of the following:

- Non-health-related services, such as assistance in activities of daily living (examples include feeding, dressing, bathing, transferring and ambulating).

- Health-related services that are provided for the primary purpose of meeting the personal needs of the patient or maintaining a level of function (even if the specific services are considered to be skilled services), as opposed to improving that function to an extent that might allow for a more independent existence.

- Services that do not require continued administration by trained medical personnel in order to be delivered safely and effectively.

**Deductible** - see Annual Deductible.

**Definitive Drug Test** - test to identify specific medications, illicit substances and metabolites and is qualitative or quantitative to identify possible use or non-use of a drug.

**Dependent** - an individual who meets the eligibility requirements specified in the Plan, as described under *Eligibility* in Section 2, *Introduction*. A Dependent does not include anyone who is also enrolled as an Employee. No one can be a Dependent of more than one Employee.

**Designated Network Benefits** – for Benefit plans that have a Designated Network Benefit level, this is the description of how Benefits are paid for the Covered Health Services provided by a Physician or other provider that has been identified as a Designated Provider. Refer to Section 5, *Plan Highlights*, to determine whether or not your Benefit plan offers Designated Network Benefits and for details about how Designated Network Benefits apply.

**Designated Provider** - a provider and/or facility that:

■ Has entered into an agreement with the Claims Administrator, or with an organization contracting on the Claims Administrator's behalf, to provide Covered Health Services for the treatment of specific diseases or conditions; or

■ The Claims Administrator has identified through the Claims Administrator's designation programs as a Designated Provider. Such designation may apply to specific treatments, conditions and/or procedures.

A Designated Provider may or may not be located within your geographic area. Not all Network Hospitals or Network Physicians are Designated Providers.

You can find out if your provider is a Designated Provider by contacting the Claims Administrator at **www.myuhc.com** or the telephone number on your ID card.

**Designated Physician** - a Physician that the Claims Administrator identified through its designation programs as a Designated provider. A Designated Physician may or may not be located within your geographic area. The fact that a Physician is a Network Physician does not mean that he or she is a Designated Physician.

**Designated Network Benefits** – for Benefit plans that have a Designated Network Benefit level, this is the description of how Benefits are paid for the Covered Health Services provided by a Physician or other provider that has been identified as a Designated Provider. Refer to Section 5, *Plan Highlights*, to determine whether or not your Benefit plan offers Designated Network Benefits and for details about how Designated Network Benefits apply.

**Designated Virtual Network Provider** - a provider or facility that has entered into an agreement with UnitedHealthcare, or with an organization contracting on UnitedHealthcare's behalf, to deliver Covered Health Services via interactive audio and video modalities.

**DME** - see Durable Medical Equipment (DME).

**Domestic Partner** - a person of the same or opposite sex with whom the Employee has established a Domestic Partnership.

**Domestic Partnership** - a relationship between an Employee and one other person of the same or opposite sex. All of the following requirements apply to both persons:

■ They must not be related by blood or a degree of closeness that would prohibit marriage in the law of the state in which they reside.

■ They must not be currently married to, or a Domestic Partner of, another person under either statutory or common law.

■ They must be at least 18 years old.

■ They must share the same permanent residence and the common necessities of life.

■ They must be mentally competent to enter into a contract.

■ They must be financially interdependent.

The Employee and Domestic Partner must jointly sign an affidavit of domestic partnership provided by your local Benefit Solutions Group upon your request.

**Domiciliary Care** - living arrangements designed to meet the needs of people who cannot live independently but do not require Skilled Nursing Facility services.

**Durable Medical Equipment (DME)** - medical equipment that is all of the following:

■ Is used to serve a medical purpose with respect to treatment of a Sickness, Injury or their symptoms.

■ Is not disposable.

■ Is generally not useful to a person in the absence of a Sickness, Injury or their symptoms.

■ Can withstand repeated use.

■ Is not implantable within the body.

■ Is appropriate for use, and is primarily used, within the home.

**Eligible Expenses** - for Covered Health Services, incurred while the Plan is in effect, Eligible Expenses are determined by UnitedHealthcare as stated below and as detailed in Section 3, *How the Plan Works*.

Eligible Expenses are determined solely in accordance with UnitedHealthcare's reimbursement policy guidelines. UnitedHealthcare develops the reimbursement policy guidelines, in UnitedHealthcare's discretion, following evaluation and validation of all provider billings in accordance with one or more of the following methodologies:

■ As indicated in the most recent edition of the *Current Procedural Terminology (CPT)*, a publication of the *American Medical Association*, and/or the *Centers for Medicare and Medicaid Services (CMS)*.

■ As reported by generally recognized professionals or publications.

■ As used for Medicare.

■ As determined by medical staff and outside medical consultants pursuant to other appropriate source or determination that UnitedHealthcare accept.

**Emergency** - a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) so that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in any of the following:

■ Placing the health of the Covered Person (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy.

■ Serious impairment to bodily functions.

■ Serious dysfunction of any bodily organ or part.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 10:24 AM-24CV001784
0G750 – W16

**Emergency Health Services** - with respect to an Emergency:

■ An appropriate medical screening examination (as required under section *1867 of the Social Security Act, 42 U.S.C. 1395dd* or as would be required under such section if such section applied to an Independent Freestanding Emergency Department*) that is within the capability of the emergency department of a Hospital, or an Independent Freestanding Emergency Department, as applicable, including ancillary services routinely available to the emergency department to evaluate such Emergency.

■ Such further medical examination and treatment, to the extent they are within the capabilities of the staff and facilities available at the Hospital or an Independent Freestanding Emergency Department, as applicable, as are required under section *1867 of the Social Security Act (42 U.S.C. 1395dd(e)(3))*, or as would be required under such section if such section applied to an Independent Freestanding Emergency Department, to stabilize the patient (regardless of the department of the Hospital in which such further exam or treatment is provided). For the purpose of this definition, "to stabilize" has the meaning as given such term in section *1867(e)(3) of the Social Security Act (42 U.S.C. 1395dd(e)(3))*.

■ Emergency Health Services include items and services otherwise covered under the Plan when provided by a non-Network provider or facility (regardless of the department of the Hospital in which the items are services are provided) after the patient is stabilized and as part of outpatient observation, or as a part of an Inpatient Stay or outpatient stay that is connected to the original Emergency unless the following conditions are met:

   a. The attending Emergency Physician or treating provider determines the patient is able to travel using nonmedical transportation or non-Emergency medical transportation to an available Network provider or facility located within a reasonable distance taking into consideration the patient's medical condition.

   b. The provider furnishing the additional items and services satisfies notice and consent criteria in accordance with applicable law.

   c. The patient is in such a condition, as determined by the Secretary, to receive information as stated in b) above and to provide informed consent in accordance with applicable law.

   d. The provider or facility satisfies any additional requirements or prohibitions as may be imposed by state law.

   e. Any other conditions as specified by the Secretary.

   The above conditions do not apply to unforeseen or urgent medical needs that arise at the time the service is provided regardless of whether notice and consent criteria has been satisfied.

**Employee** - a full-time Employee of the Employer who meets the eligibility requirements specified in the Plan, as described under *Eligibility* in Section 2, *Introduction*. An Employee must live and/or work in the United States.

**Employee Retirement Income Security Act of 1974 (ERISA)** - the federal legislation that regulates retirement and employee welfare benefit programs maintained by employers and unions.

**Employer** - Jones Lang LaSalle.

**EOB** - see Explanation of Benefits (EOB).

**ERISA** - see *Employee Retirement Income Security Act of 1974 (ERISA).*

**Experimental or Investigational Services** - medical, surgical, diagnostic, psychiatric, mental health, substance-related and addictive disorders or other health care services, technologies, supplies, treatments, procedures, drug therapies, medications or devices that, at the time the Claims Administrator makes a determination regarding coverage in a particular case, are determined to be any of the following:

- Not approved by the *U.S. Food and Drug Administration (FDA)* to be lawfully marketed for the proposed use and not identified in the *American Hospital Formulary Service* or the *United States Pharmacopoeia Dispensing Information* as appropriate for the proposed use.

- Subject to review and approval by any institutional review board for the proposed use. (Devices which are *FDA* approved under the *Humanitarian Use Device* exemption are not considered to be Experimental or Investigational.)

- The subject of an ongoing Clinical Trial that meets the definition of a Phase I, II or III Clinical Trial set forth in the *FDA* regulations, regardless of whether the trial is actually subject to *FDA* oversight.

Exceptions:

- Clinical Trials for which Benefits are available as described under *Clinical Trials* in Section 6, *Additional Coverage Details.*

- If you are not a participant in a qualifying Clinical Trial as described under Section 6, *Additional Coverage Details,* and have a Sickness or condition that is likely to cause death within one year of the request for treatment, the Claims Administrator may, at its discretion, consider an otherwise Experimental or Investigational Service to be a Covered Health Service for that Sickness or condition. Prior to such consideration, the Claims Administrator must determine that, although unproven, the service has significant potential as an effective treatment for that Sickness or condition.

**Explanation of Benefits (EOB)** - a statement provided by UnitedHealthcare to you, your Physician, or another health care professional that explains:

- The Benefits provided (if any).

- The allowable reimbursement amounts.

- Deductibles.

- Coinsurance.

- Any other reductions taken.

■ The net amount paid by the Plan.

■ The reason(s) why the service or supply was not covered by the Plan.

**Freestanding Facility** - an outpatient, diagnostic or ambulatory center or independent laboratory which performs services and submits claims separately from a Hospital.

**Gender Dysphoria** - A disorder characterized by the diagnostic criteria classified in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association.*

**Gene Therapy** - therapeutic delivery of nucleic acid (DNA or RNA) into a patient's cells as a drug to treat a disease.

**Genetic Counseling** - counseling by a qualified clinician that includes:

■ Identifying your potential risks for suspected genetic disorders;

■ An individualized discussion about the benefits, risks and limitations of Genetic Testing to help you make informed decisions about Genetic Testing; and

■ Interpretation of the Genetic Testing results in order to guide health decisions.

Certified genetic counselors, medical geneticists and physicians with a professional society's certification that they have completed advanced training in genetics are considered qualified clinicians when Covered Health Services for Genetic Testing require Genetic Counseling.

**Genetic Testing** - exam of blood or other tissue for changes in genes (DNA or RNA) that may indicate an increased risk for developing a specific disease or disorder, or provide information to guide the selection of treatment of certain diseases, including cancer.

**Gestational Carrier** - a Gestational Carrier is a female who becomes pregnant by having a fertilized egg (embryo) implanted in her uterus for the purpose of carrying the fetus to term for another person. The carrier does not provide the egg and is therefore not biologically (genetically) related to the child.

**Health Statement(s)** - a single, integrated statement that summarizes EOB information by providing detailed content on account balances and claim activity.

**Home Health Agency** - a program or organization authorized by law to provide health care services in the home.

**Hospital** - an institution, operated as required by law and that meets both of the following:

■ It is primarily engaged in providing health services, on an inpatient basis, for the acute care and treatment of sick or injured individuals. Care is provided through medical, mental health, substance-related and addictive disorders, diagnostic and surgical facilities, by or under the supervision of a staff of Physicians.

■ It has 24-hour nursing services.

Case: 24-CV-015 OHIO CLERK OF COURTS of the Common Pleas- 2024 Mar 01 10:24 AM-24CV001784
Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 10:24 AM-24CV001784 OG750179

A Hospital is not primarily a place for rest, Custodial Care or care of the aged and is not a nursing home, convalescent home or similar institution.

**Hospital-based Facility** - an outpatient facility that performs services and submits claims as part of a Hospital.

**Iatrogenic Infertility -** an impairment of fertility by surgery, radiation, chemotherapy, or other medical treatment affecting reproductive organs or processes.

**Independent Freestanding Emergency Department** – a health care facility that:

- Is geographically separate and distinct and licensed separately from a Hospital under applicable law; and

- Provides Emergency Health Services.

**Infertility** - A disease (an interruption, cessation, or disorder of body functions, systems, or organs) of the reproductive tract which prevents the conception of a child or the ability to carry a pregnancy to delivery. It is defined by the failure to achieve a successful pregnancy after 12 months or more of appropriate, timed unprotected intercourse or Therapeutic Donor Insemination. Earlier evaluation and treatment may be justified based on medical history and physical findings and is warranted after 6 months for women age 35 years or older.

**Injury** - bodily damage other than Sickness, including all related conditions and recurrent symptoms.

**Inpatient Rehabilitation Facility** - a long term acute rehabilitation center, a Hospital (or a special unit of a Hospital designated as an Inpatient Rehabilitation Facility) that provides rehabilitation services (including physical therapy, occupational therapy and/or speech therapy) on an inpatient basis, as authorized by law.

**Inpatient Stay** - an uninterrupted confinement, following formal admission to a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility.

**Intensive Behavioral Therapy (IBT)** - outpatient behavioral/educational services that aim to reinforce adaptive behaviors, reduce maladaptive behaviors and improve the mastery of functional age appropriate skills in people with Autism Spectrum Disorders. Examples include *Applied Behavior Analysis (ABA)*, *The Denver Model*, and *Relationship Development Intervention (RDI)*.

**Intensive Outpatient Treatment** - a structured outpatient treatment program.

- For Mental Health Services, the program may be freestanding or Hospital-based and provides services for at least three hours per day, two or more days per week.

- For Substance-Related and Addictive Disorders Services, the program provides nine to nineteen hours per week of structured programming for adults and six to nineteen hours for adolescents, consisting primarily of counseling and education about addiction related and mental health.

**Intermittent Care** - skilled nursing care that is provided or needed either:

- Fewer than seven days each week.

- Fewer than eight hours each day for periods of 21 days or less.

Exceptions may be made in special circumstances when the need for additional care is finite and predictable.

**Kidney Resource Services (KRS)** - a program administered by UnitedHealthcare or its affiliates made available to you by Jones Lang LaSalle. The KRS program provides:

- Specialized consulting services to Employees and enrolled Dependents with ESRD or chronic kidney disease.

- Access to dialysis centers with expertise in treating kidney disease.

- Guidance for the patient on the prescribed plan of care.

**Manipulative Treatment** - the therapeutic application of chiropractic and/or osteopathic manipulative treatment with or without ancillary physiologic treatment and/or rehabilitative methods rendered to restore/improve motion, reduce pain and improve function in the management of an identifiable neuromusculoskeletal condition.

**Medicaid** - a federal program administered and operated individually by participating state and territorial governments that provides medical benefits to eligible low-income people needing health care. The federal and state governments share the program's costs.

**Medically Necessary** - health care services that are all of the following as determined by the Claims Administrator or its designee, within the Claims Administrator's sole discretion. The services must be:

- In accordance with *Generally Accepted Standards of Medical Practice*.

- Clinically appropriate, in terms of type, frequency, extent, service site and duration, and considered effective for your Sickness, Injury, Mental Illness, substance-related and addictive disorders, disease or its symptoms.

- Not mainly for your convenience or that of your doctor or other health care provider.

- Not more costly than an alternative drug, service(s), service site or supply or supply that is at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of your Sickness, Injury, disease or symptoms.

*Generally Accepted Standards of Medical Practice* are standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, relying primarily on controlled clinical trials, or, if not available, observational studies from more than one institution that suggest a causal relationship between the service or treatment and health outcomes.

If no credible scientific evidence is available, then standards that are based on Physician specialty society recommendations or professional standards of care may be considered. The Claims Administrator reserves the right to consult expert opinion in determining whether

health care services are Medically Necessary. The decision to apply Physician specialty society recommendations, the choice of expert and the determination of when to use any such expert opinion, shall be within the Claims Administrator's sole discretion.

The Claims Administrator develops and maintains clinical policies that describe the *Generally Accepted Standards of Medical Practice* scientific evidence, prevailing medical standards and clinical guidelines supporting its determinations regarding specific services. These clinical policies (as developed by the Claims Administrator and revised from time to time), are available to Covered Persons on **www.myuhc.com** or by calling the number on your ID card, and to Physicians and other health care professionals on **www.UHCprovider.com**.

**Medicare** - Parts A, B, C and D of the insurance program established by Title XVIII, *United States Social Security Act*, as amended by 42 U.S.C. Sections 1394, et seq. and as later amended.

**Mental Health Services** – services for the diagnosis and treatment of those mental health or psychiatric categories that are listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or the *Diagnostic and Statistical Manual of the American Psychiatric Association*. The fact that a condition is listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment for the condition is a Covered Health Service.

**Mental Health/Substance-Related and Addictive Disorders Administrator** - the organization or individual designated by Jones Lang LaSalle who provides or arranges Mental Health Services and Substance-Related and Addictive Disorder Services under the Plan.

**Mental Illness** – those mental health or psychiatric diagnostic categories listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association*. The fact that a condition is listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment for the condition is a Covered Health Service.

**Neonatal Resource Services (NRS)** - a program administered by UnitedHealthcare or its affiliates made available to you by Jones Lang LaSalle. The NRS program provides guided access to a network of credentialed NICU providers and specialized nurse consulting services to help manage NICU admissions.

**Network** - when used to describe a provider of health care services, this means a provider that has a participation agreement in effect (either directly or indirectly) with the Claims Administrator or with its affiliate to participate in the Network; however, this does not include those providers who have agreed to discount their charges for Covered Health Services. The Claims Administrator's affiliates are those entities affiliated with the Claims Administrator through common ownership or control with the Claims Administrator or with the Claims Administrator's ultimate corporate parent, including direct and indirect subsidiaries.

A provider may enter into an agreement to provide only certain Covered Health Services, but not all Covered Health Services, or to be a Network provider for only some products. In this case, the provider will be a Network provider for the Covered Health Services and products included in the participation agreement, and a non-Network provider for other Covered Health Services and products. The participation status of providers will change from time to time.

**Network Benefits** - for Benefit Plans that have a Network Benefit level, this is the description of how Benefits are paid for Covered Health Services provided by Network providers. Refer to Section 5, *Plan Highlights* to determine whether or not your Benefit plan offers Network Benefits and Section 3, *How the Plan Works*, for details about how Network Benefits apply.

**New Pharmaceutical Product** - a Pharmaceutical Product or new dosage form of a previously approved Pharmaceutical Product. It applies to the period of time starting on the date the Pharmaceutical Product or new dosage form is approved by the *U.S. Food and Drug Administration (FDA)* and ends on the earlier of the following dates.

- The date it is reviewed.
- December 31st of the following calendar year.

**Non-Medical 24-Hour Withdrawal Management** - An organized residential service, including those defined in *American Society of Addiction Medicine (ASAM)*, providing 24-hour supervision, observation, and support for patients who are intoxicated or experiencing withdrawal, using peer and social support rather than medical and nursing care.

**Non-Network Benefits** - for Benefit Plans that have a Non-Network Benefit level, this is the description of how Benefits are paid for Covered Health Services provided by non-Network providers. Refer to Section 5, *Plan Highlights* to determine whether or not your Benefit plan offers Non-Network Benefits and Section 3, *How the Plan Works*, for details about how Non-Network Benefits apply.

**Open Enrollment** - the period of time, determined by Jones Lang LaSalle, during which eligible Employees may enroll themselves and their Dependents under the Plan. Jones Lang LaSalle determines the period of time that is the Open Enrollment period.

**Out-of-Pocket Maximum** - for Benefit plans that have an Out-of-Pocket Maximum, this is the maximum amount you pay every calendar year. Refer to Section 5, *Plan Highlights* for the Out-of-Pocket Maximum amount. See Section 3, *How the Plan Works* for a description of how the Out-of-Pocket Maximum works.

**Partial Hospitalization/Day Treatment** - a structured ambulatory program that may be a freestanding or Hospital-based program and that provides services for at least 20 hours per week.

**Personal Health Support** - programs provided by the Claims Administrator that focus on prevention, education, and closing the gaps in care designed to encourage an efficient system of care for you and your covered Dependents.

**Personal Health Support Nurse** - the primary nurse that UnitedHealthcare may assign to you if you have a chronic or complex health condition. If a Personal Health Support Nurse is assigned to you, this nurse will call you to assess your progress and provide you with information and education.

**Pharmaceutical Product(s)** – *U.S. Food and Drug Administration (FDA)*-approved prescription medications or products administered in connection with a Covered Health Service by a Physician.

**Physician** - any *Doctor of Medicine* or *Doctor of Osteopathy* who is properly licensed and qualified by law.

Please note: Any podiatrist, dentist, psychologist, chiropractor, optometrist or other provider who acts within the scope of his or her license will be considered on the same basis as a Physician. The fact that a provider is described as a Physician does not mean that Benefits for services from that provider are available to you under the Plan.

**Plan** - The Jones Lang LaSalle Medical Plan.

**Plan Administrator** - Jones Lang LaSalle or its designee.

**Plan Sponsor** - Jones Lang LaSalle.

**Pregnancy** - includes all of the following:

- Prenatal care.
- Postnatal care.
- Childbirth.
- Any complications associated with the above.

**Preimplantation Genetic Testing (PGT)** - A test performed to analyze the DNA from oocytes or embryos for human leukocyte antigen (HLA) typing or for determining genetic abnormalities. These include:

- PGT-A – for aneuploidy (formerly PGS)
- PGT-M - for monogenic disorder (formerly single-gene PGD).
- PGT-SR - for structural rearrangements (formerly chromosomal PGD).

**Prescription Drug List (PDL) Management Committee** - the committee that UnitedHealthcare designates for, among other responsibilities, classifying Pharmaceutical Products into specific tiers.

**Presumptive Drug Test** - test to determine the presence or absence of drugs or a drug class in which the results are indicated as negative or positive result.

**Primary Physician** - a Physician who has a majority of his or her practice in general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine.

**Private Duty Nursing –** nursing care that is provided to a patient on a one-to-one basis by licensed nurses in a home setting when any of the following are true:

- Services exceed the scope of Intermittent Care in the home.

- The service is provided to a Covered Person by an independent nurse who is hired directly by the Covered Person or his/her family. This includes nursing services provided on a home-care basis, whether the service is skilled or non-skilled independent nursing.

- Skilled nursing resources are available in the facility.

- The Skilled Care can be provided by a Home Health Agency on a per visit basis for a specific purpose.

**Recognized Amount –** the amount which Copayment, Coinsurance and applicable deductible, is based on for the below Covered Health Services when provided by non-Network providers.

- Non-Network Emergency Health Services.

- Non-Emergency Covered Health Services received at certain Network facilities by non-Network Physicians, when such services are either Ancillary Services, or non-Ancillary Services that have not satisfied the notice and consent criteria of section *2799B-2(d) of the Public Service Act*. For the purpose of this provision, "certain Network facilities" are limited to a hospital (as defined in *1861(e) of the Social Security Act*), a hospital outpatient department, a critical access hospital (as defined in *1861(mm)(1) of the Social Security Act*), an ambulatory surgical center as described in section *1833(i)(1)(A) of the Social Security Act*, and any other facility specified by the Secretary.

The amount is based on either:

1) An *All Payer Model Agreement* if adopted,
2) State law, or
3) The lesser of the qualifying payment amount as determined under applicable law or the amount billed by the provider or facility.

The Recognized Amount for Air Ambulance services provided by a non-Network provider will be calculated based on the lesser of the qualifying payment amount as determined under applicable law or the amount billed by the Air Ambulance service provider.

**Note: Covered Health Services that use the Recognized Amount to determine your cost sharing may be higher or lower than if cost sharing for these Covered Health Services were determined based upon an Eligible Expense.**

**Reconstructive Procedure** - a procedure performed to address a physical impairment where the expected outcome is restored or improved function. The primary purpose of a Reconstructive Procedure is either to treat a medical condition or to improve or restore physiologic function. Reconstructive Procedures include surgery or other procedures which are associated with an Injury, Sickness or Congenital Anomaly. The primary result of the procedure is not changed or improved physical appearance. The fact that a person may suffer psychologically as a result of the impairment does not classify surgery or any other procedure done to relieve the impairment as a Reconstructive Procedure.

**Residential Treatment** - treatment in a facility which provides Mental Health Services or Substance-Related and Addictive Disorders Services treatment. The facility meets all of the following requirements:

- It is established and operated in accordance with applicable state law for Residential Treatment programs.

- It provides a program of treatment under the active participation and direction of a Physician and approved by the Mental Health/Substance-Related and Addictive Disorders Services Administrator.

- It has or maintains a written, specific and detailed treatment program requiring full-time residence and full-time participation by the patient.

- It provides at least the following basic services in a 24-hour per day, structured milieu:
  - Room and board.
  - Evaluation and diagnosis.
  - Counseling.
  - Referral and orientation to specialized community resources.

A Residential Treatment facility that qualifies as a Hospital is considered a Hospital.

**Secretary** – as that term is applied in the *No Surprises Act* of the *Consolidated Appropriations Act (P.L. 116-260)*.

**Semi-private Room** - a room with two or more beds. When an Inpatient Stay in a Semi-private Room is a Covered Health Service, the difference in cost between a Semi-private Room and a private room is a benefit only when a private room is necessary in terms of generally accepted medical practice, or when a Semi-private Room is not available.

**Sickness** - physical illness, disease or Pregnancy. The term Sickness as used in this SPD includes Mental Illness or substance-related and addictive disorders, regardless of the cause or origin of the Mental Illness or substance-related and addictive disorder.

**Skilled Care** - skilled nursing, teaching, and rehabilitation services when:

- They are delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome and provide for the safety of the patient.

- A Physician orders them.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 10:24 AM-24CV001784
0G750 - W26

- They are not delivered for the purpose of assisting with activities of daily living, including dressing, feeding, bathing or transferring from a bed to a chair.

- They require clinical training in order to be delivered safely and effectively.

- They are not Custodial Care, as defined in this section.

**Skilled Nursing Facility** - a Hospital or nursing facility that is licensed and operated as required by law. A Skilled Nursing Facility that is part of a Hospital is considered a Skilled Nursing Facility for purposes of the Plan.

**Specialist Physician** - a Physician who has a majority of his or her practice in areas other than general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine.

**Spouse** - an individual to whom you are legally married or a Domestic Partner as defined in this section.

**Substance-Related and Addictive Disorders Services** – services for the diagnosis and treatment of alcoholism and substance-related and addictive disorders that are listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association*. The fact that a disorder is listed in the edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment of the disorder is a Covered Health Service.

**Surrogate** - a female who becomes pregnant usually by artificial insemination or transfer of a fertilized egg (embryo) for the purpose of carrying the fetus for another person. When the surrogate provides the egg the surrogate is biologically (genetically) related to the child.

**Telehealth/Telemedicine** - live, interactive audio with visual transmissions of a Physician-patient encounter from one site to another using telecommunications technology. The site may be a *CMS* defined originating facility or another location such as a Covered Person's home or place of work. Telehealth/Telemedicine does not include virtual care services provided by a Designated Virtual Network Provider.

**Therapeutic Donor Insemination (TDI)** - Insemination with a donor sperm sample for the purpose of conceiving a child.

**Total Disability or Totally Disabled** - an Employee's inability to perform all of the substantial and material duties of his or her regular employment or occupation; and a Dependent's inability to perform the normal activities of a person of like age and gender.

**Transitional Living** - Mental Health Services and Substance-Related and Addictive Disorders Services that are provided through facilities, group homes and supervised apartments that provide 24-hour supervision, including those defined in *American Society of Addiction Medicine (ASAM)* criteria, that are either:

- Sober living arrangements such as drug-free housing or alcohol/drug halfway houses. These are transitional, supervised living arrangements that provide stable and safe

housing, an alcohol/drug-free environment and support for recovery. A sober living arrangement may be utilized as an adjunct to ambulatory treatment when treatment doesn't offer the intensity and structure needed to assist the Covered Person with recovery.

■ Supervised living arrangements which are residences such as facilities, group homes and supervised apartments that provide stable and safe housing and the opportunity to learn how to manage activities of daily living. Supervised living arrangements may be utilized as an adjunct to treatment when treatment doesn't offer the intensity and structure needed to assist the Covered Person with recovery.

**Unproven Services** - health services, including medications that are determined not to be effective for treatment of the medical condition and/or not to have a beneficial effect on health outcomes due to insufficient and inadequate clinical evidence from well-conducted randomized controlled trials or cohort studies in the prevailing published peer-reviewed medical literature.

■ Well-conducted randomized controlled trials are two or more treatments compared to each other, with the patient not being allowed to choose which treatment is received.

■ Well-conducted cohort studies from more than one institution are studies in which patients who receive study treatment are compared to a group of patients who receive standard therapy. The comparison group must be nearly identical to the study treatment group.

UnitedHealthcare has a process by which it compiles and reviews clinical evidence with respect to certain health services. From time to time, UnitedHealthcare issues medical and drug policies that describe the clinical evidence available with respect to specific health care services. These medical and drug policies are subject to change without prior notice. You can view these policies at **www.myuhc.com**.

Please note:

■ If you have a life threatening Sickness or condition (one that is likely to cause death within one year of the request for treatment), UnitedHealthcare may, at its discretion, consider an otherwise Unproven Service to be a Covered Health Service for that Sickness or condition. Prior to such a consideration, UnitedHealthcare must first establish that there is sufficient evidence to conclude that, albeit unproven, the service has significant potential as an effective treatment for that Sickness or condition.

**Urgent Care** - Care that requires prompt attention to avoid adverse consequences, but does not pose an immediate threat to a person's life. Urgent care is usually delivered in a walk-in setting and without an appointment. Urgent care facilities are a location, distinct from a hospital emergency department, an office or a clinic. The purpose is to diagnose and treat illness or injury for unscheduled, ambulatory patients seeking immediate medical attention.

**Urgent Care Center** - a facility that provides Covered Health Services that are required to prevent serious deterioration of your health, and that are required as a result of an unforeseen Sickness, Injury, or the onset of acute or severe symptoms.

## SECTION 15 - OUTPATIENT PRESCRIPTION DRUGS

> **What this section includes:**
> - Benefits available for Prescription Drug Products.
> - How to utilize the retail and mail order service for obtaining Prescription Drug Products.
> - Any Benefit limitations and exclusions that exist for Prescription Drug Products.
> - Definitions of terms used throughout this section related to the Prescription Drug Product Plan.

### Benefits for Prescription Drug Products

Benefits are available for Prescription Drug Products at either a Network Pharmacy or a non-Network Pharmacy and are subject to Coinsurance or other payments that vary depending on which of the tiers of the Prescription Drug List (PDL) the Prescription Drug Product is listed. Refer to the Outpatient Prescription Drug Schedule of Benefits for applicable Coinsurance requirements.

Benefits for Prescription Drug Products are available when the Prescription Drug Product meets the definition of a Covered Health Service or is prescribed to prevent conception.

#### *Variable Copayment Program*

Certain Specialty Prescription Drug Products are eligible for Copayment assistance by drug manufacturers. UnitedHealthcare may help you determine whether your Specialty Prescription Drug Product is eligible for Copayment assistance. If you receive Copayment assistance from a drug manufacturer, your Copayment and/or Coinsurance may vary. Please contact UnitedHealthcare at **www.myuhc.com** or the telephone number on your ID card for a list of Specialty Prescription Drug Products available in this program. If you choose not to participate, you will pay the cost share as described in the *Schedule of Benefits - Outpatient Prescription Drugs* for applicable Copayments and/or Coinsurance requirements.

The amount of the coupon will not count toward any applicable deductible or out-of-pocket maximum.

### What You Must Pay

You are responsible for paying the Annual Deductible stated in *Section 5*, under the *Payments and Terms* table before Benefits for Prescription Drug Products under this section are available to you.

Benefits for Prescription Drug Products on the List of Preventive Medications are not subject to payment of the Annual Deductible.

Benefits for Preventive Care Medications are not subject to payment of the Annual Deductible.

You are responsible for paying the applicable Coinsurance described in the *Schedule of Benefits - Outpatient Prescription Drugs*, in addition to any Ancillary Charge. You are not responsible for paying a Coinsurance for Preventive Care Medications.

An Ancillary Charge may apply when a covered Prescription Drug Product is dispensed at your request and there is another drug that is Chemically Equivalent.

The amount you pay for any of the following under this section will not be included in calculating any Annual Out-of-Pocket Maximum stated in your SPD:

- Coupons or offers from pharmaceutical manufacturers or an affiliate for Specialty Prescription Drug Products.

- The difference between the Out-of-Network Reimbursement Rate and a non-Network Pharmacy's Usual and Customary Charge for a Prescription Drug Product.

- Any non-covered drug product. You are responsible for paying 100% of the cost (the amount the pharmacy charges you) for any non-covered drug product and UnitedHealthcare contracted rates (Prescription Drug Charge) will not be available to you.

## Payment Terms and Features - Outpatient Prescription Drugs

### *Prescription Drug Product Coverage Highlights*

The table below provides an overview of the Plan's Prescription Drug Product coverage. It includes Coinsurance amounts that apply when you have a prescription filled at a Pharmacy. For detailed descriptions of your Benefits, refer to *Retail* and *Mail Order* in this section.

*Note:* The Annual Deductible and Annual Out-of-Pocket Maximum apply to all Covered Health Services under the Plan, including Covered Health Services provided in Section 6, *Additional Coverage Details*.

**Coupons for Specialty Prescription Drug Products**: UnitedHealthcare will not accept certain coupons for Specialty Prescription Drug Products to reduce your Copayment and/or Coinsurance. UnitedHealthcare does not accept coupons for mail order Prescription Drug Products. Contact UnitedHealthcare at the number on your ID card for more information.

Coupons or offers from pharmaceutical manufacturers or an affiliate for Specialty Prescription Drug Products will not apply to your Annual Deductible or Annual Out-of-Pocket Maximum.

**Variable Copayment Program**: Certain Specialty Prescription Drug Products may be subject to different Copayments and/or Coinsurance. Please contact UnitedHealthcare at **www.myuhc.com** or the telephone number on your ID card for a list of Specialty Prescription Drug Products available in this program.

### *If a Brand-name Drug Becomes Available as a Generic*

If a Brand-name Prescription Drug Product becomes available as a Generic drug, the tier placement of the Brand-name Prescription Drug Product may change and an Ancillary

Charge may apply. As a result, your Coinsurance may change. You will pay the Coinsurance applicable for the tier to which the Prescription Drug Product is assigned.

### Prior Authorization Requirements

Before certain Prescription Drug Products are dispensed to you, it is the responsibility of your Physician, your pharmacist or you to obtain prior authorization from UnitedHealthcare or its designee. The reason for obtaining prior authorization from UnitedHealthcare or its designee is to determine if the Prescription Drug Product, in accordance with UnitedHealthcare's approved guidelines, is each of the following:

- It meets the definition of a Covered Health Service as defined by the Plan.

- It is not an Experimental or Investigational or Unproven Service, as defined in Section 14, *Glossary*.

The Plan may also require you to obtain prior authorization from UnitedHealthcare or its designee so UnitedHealthcare can determine whether the Prescription Drug Product, in accordance with UnitedHealthcare's approved guidelines, was prescribed by a Specialist Physician.

### Network Pharmacy Prior Authorization

When Prescription Drug Products are dispensed at a Network Pharmacy, the prescribing provider, the pharmacist, or you are responsible for obtaining prior authorization from UnitedHealthcare.

### Non-Network Pharmacy Prior Authorization

When Prescription Drug Products are dispensed at a non-Network Pharmacy, you or your Physician, are responsible for obtaining prior authorization from UnitedHealthcare as required.

If you do not obtain prior authorization before the Prescription Drug Product is dispensed, you may pay more for that Prescription Drug Product order or refill. You will be required to pay for the Prescription Drug Product at the time of purchase. The Prescription Drug Products requiring prior authorization are subject to UnitedHealthcare's periodic review and modification. There may be certain Prescription Drug Products that require you to notify UnitedHealthcare directly rather than your Physician or pharmacist. You may determine whether a particular Prescription Drug Product requires prior authorization through the Internet at **www.myuhc.com** or by calling the telephone number on your ID card.

If you do not obtain prior authorization from UnitedHealthcare before the Prescription Drug Product is dispensed, you can ask UnitedHealthcare to consider reimbursement after you receive the Prescription Drug Product. You will be required to pay for the Prescription Drug Product at the pharmacy. UnitedHealthcare contracted pharmacy reimbursement rates (UnitedHealthcare's Prescription Drug Charge) will not be available to you at a non-Network Pharmacy. You may seek reimbursement from the Plan as described in Section 9, *Claims Procedures*.

When you submit a claim on this basis, you may pay more because you did not obtain prior authorization from UnitedHealthcare before the Prescription Drug Product was dispensed. The amount you are reimbursed will be based on the Prescription Drug Charge (for Prescription Drug Products from a Network Pharmacy) or the Out-of-Network Reimbursement Rate (for Prescription Drug Products from a non-Network Pharmacy), less the required Coinsurance, Ancillary Charge and any Annual Deductible that applies.

To determine if a Prescription Drug Product requires prior authorization, either visit **www.myuhc.com** or call the number on your ID card. The Prescription Drug Products requiring prior authorization are subject to UnitedHealthcare's periodic review and modification.

Benefits may not be available for the Prescription Drug Product after UnitedHealthcare reviews the documentation provided and determines that the Prescription Drug Product is not a Covered Health Service or it is an Experimental or Investigational or Unproven Service.

UnitedHealthcare may also require prior authorization for certain programs which may have specific requirements for participation and/or activation of an enhanced level of Benefits associated with such programs. You may access information on available programs and any applicable prior authorization, participation or activation requirements associated with such programs through the Internet at **www.myuhc.com** or by calling the number on your ID card.

## Schedule of Benefits - Outpatient Prescription Drugs

*Benefit Information for Prescription Drug Products at either a Network Pharmacy or a non-Network Pharmacy*

| Covered Health Services[1,2,3,4] | Percentage of Prescription Drug Charge Payable by You: | Percentage of Out-of-Network Reimbursement Rate Payable by You: |
|---|---|---|
| | Network | Non-Network |
| **Retail** - up to a 31-day supply<br><br>When a Prescription Drug Product is packaged or designed to deliver in a manner that provides more than a consecutive 31-day supply, the Copayment and/or Coinsurance that applies will reflect the number of days dispensed or days the drug will be delivered. | | |

Case 2:24-cv-01596-EAS-KAJ Doc #: 1-1 Filed: 03/18/24 Page: 187 of 249 PAGEID #: 192

JONES LANG LASALLE MEDICAL PPO PLUS PLAN

| Covered Health Services[1,2,3,4] | Percentage of Prescription Drug Charge Payable by You: | Percentage of Out-of-Network Reimbursement Rate Payable by You: |
|---|---|---|
| | Network | Non-Network |
| ■ Tier-1 | 10% of the Prescription Drug Cost, but not less than $7 and not more than $50 after you meet the Annual Deductible | 10% of the Predominate Reimbursement Rate, but not less than $7 and not more than $50 after you meet the Annual Deductible |
| ■ Tier-2 | 25% of the Prescription Drug Cost, but not less than $30 and not more than $85 after you meet the Annual Deductible | 25% of the Predominate Reimbursement Rate, but not less than $30 and not more than $85 after you meet the Annual Deductible |
| ■ Tier-3 | 50% of the Prescription Drug Cost, but not less than $75 and not more than $125 after you meet the Annual Deductible | 50% of the Predominate Reimbursement Rate, but not less than $75 and not more than $125 after you meet the Annual Deductible |
| **Mail order** - up to a 90-day supply | | |
| ■ Tier-1 | 10% of the Prescription Drug Cost, but not less than $17.50 and not more than $125 after you meet the Annual Deductible | |
| ■ Tier-2 | 25% of the Prescription Drug Cost, but not less than $75 and not more than $200 after you meet the Annual Deductible | |
| ■ Tier-3 | 50% of the Prescription Drug Cost, but not less than $150 and not more than $300 after you meet the Annual Deductible | |

[1]Please obtain prior authorization from UnitedHealthcare before receiving Prescription Drug Products, as described in *Payment Terms and Features*, under *Prior Authorization Requirements* in this section.

[2]You are not responsible for paying a Coinsurance for Preventive Care Medications. Benefits for Preventive Care Medications are not subject to payment of the Annual Deductible.

[3]The Plan pays Benefits for Specialty Prescription Drug Products as described in this table.

[4] If CVS90 Saver Plus applies, you may obtain a 90 day supply of Maintenance Medications from a Preferred 90 Day Retail Partner.

Benefits for Prescription Drug Products for the treatment of infertility are limited to a maximum of $15,000 per Covered Person during the entire period you are covered by the Plan.

**Note:** The Coordination of Benefits provision described in Section 10, *Coordination of Benefits (COB)* applies to covered Prescription Drug Products as described in this section. Benefits for Prescription Drug Products will be coordinated with those of any other health plan in the same manner as Benefits for Covered Health Services described in this SPD.

## Identification Card (ID Card) - Network Pharmacy

You must either show your ID card at the time you obtain your Prescription Drug Product at a Network Pharmacy or you must provide the Network Pharmacy with identifying information that can be verified by UnitedHealthcare during regular business hours.

If you don't show your ID card or provide verifiable information at a Network Pharmacy, you will be required to pay the Usual and Customary Charge for the Prescription Drug at the pharmacy.

You may seek reimbursement from the Plan as described in Section 9, *Claims Procedures*, under the heading, *If Your Provider Does Not File Your Claim*. When you submit a claim on this basis, you may pay more because you failed to verify your eligibility when the Prescription Drug Product was dispensed. The amount you are reimbursed will be based on the Prescription Drug Charge, less the required Coinsurance, Ancillary Charge, and any Annual Deductible that applies.

Submit your claim to:

Optum Rx
PO Box 29077
Hot Spring, AR 71903

## Benefit Levels

Benefits are available for outpatient Prescription Drug Products that are considered Covered Health Services.

The Plan pays Benefits at different levels for tier-1, tier-2 and tier-3 Prescription Drug Products.

All Prescription Drug Products covered by the Plan are categorized into these three tiers on the Prescription Drug List (PDL). The tier status of a Prescription Drug Product can change periodically, generally quarterly but no more than six times per calendar year, based on the Prescription Drug List (PDL) Management Committee's periodic tiering decisions. When that occurs, you may pay more or less for a Prescription Drug Product, depending on its tier assignment. Since the PDL may change periodically, you can visit **www.myuhc.com** or call UnitedHealthcare at the number on your ID card for the most current information.

Case: 2:24-cv-00115-DCN-EPD Doc #: 11-2 Filed: 03/28/24 Page: 189 of 249 PAGEID #: 784194

Each tier is assigned a Coinsurance, which is the amount you pay when you visit the pharmacy or order your medications through mail order. Your Coinsurance will also depend on whether or not you visit the pharmacy or use the mail order service - see the table shown at the beginning of this section for further details. Here's how the tier system works:

■ For the lowest out-of-pocket expense, you should consider tier-1 drugs if you and your Physician decide they are appropriate for your treatment.

■ Consider a tier-2 drug if no tier-1 drug is available to treat your condition.

■ The drugs in tier-3 are usually more costly. Sometimes there are alternatives available in tier-1 or tier-2.

Coinsurance for a Prescription Drug at a Network Pharmacy is a percentage of the Prescription Drug Charge. Coinsurance for a Prescription Drug at a non-Network Pharmacy is a percentage of the Out-of-Network Reimbursement Rate.

For Prescription Drug Products at a retail Network Pharmacy, you are responsible for paying the lowest of:

■ The applicable Coinsurance.

■ The Network Pharmacy's Usual and Customary Charge for the Prescription Drug Product.

■ The Prescription Drug Charge for that Prescription Drug Product.

For Prescription Drug Products from a mail order Network Pharmacy, you are responsible for paying the lower of:

■ The applicable Coinsurance.

■ The Prescription Drug Charge for that particular Prescription Drug.

## Retail

Benefits are provided for Prescription Drug Products dispensed by a retail Network Pharmacy. The Plan has a Network of participating retail pharmacies, which includes many large drug store chains. You can obtain information about Network Pharmacies by contacting UnitedHealthcare at the number on your ID card or by logging onto **www.myuhc.com**.

Benefits are provided for Prescription Drug Products dispensed by a retail non-Network Pharmacy. If the Prescription Drug Product is dispensed by a retail non-Network Pharmacy, you must pay for the Prescription Drug Product at the time it is dispensed and then file a claim for reimbursement with UnitedHealthcare, as described in your SPD, *Section 9, Claims Procedures*. The Plan will not reimburse you for the difference between the Out-of-Network Reimbursement Rate and the non-Network Pharmacy's Usual and Customary Charge for that Prescription Drug Product. The Plan will not reimburse you for any non-covered drug product.

In most cases, you will pay more if you obtain Prescription Drug Products from a non-Network Pharmacy.

To obtain your prescription from a retail pharmacy, simply present your ID card and pay the Coinsurance. The following supply limits apply:

- As written by the provider, up to a consecutive 30-day supply of a Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size or based on supply limits. If CVS90 Saver Plus applies, you may be eligible for a 90 day supply at a Preferred 90 Day Retail Partner.
- A one-cycle supply of an oral contraceptive. You may obtain up to three cycles at one time if you pay the Coinsurance for each cycle supplied.

When a Prescription Drug Product is packaged or designed to deliver in a manner that provides more than a consecutive 30-day supply, the Coinsurance that applies will reflect the number of days dispensed.

*Note:* Pharmacy Benefits apply only if your prescription is for a Covered Health Service, and not for Experimental or Investigational, or Unproven Services. Otherwise, you are responsible for paying 100% of the cost.

## Mail Order

Benefits are provided for certain Prescription Drug Products dispensed by a mail order Network Pharmacy. The mail order service may allow you to purchase up to a 90-day supply of a covered Prescription Drug Product through the mail.

To use the mail order service, all you need to do is complete a patient profile and enclose your Prescription Order or Refill. Your medication, plus instructions for obtaining refills, will arrive by mail about 14 days after your order is received. If you need a patient profile form, or if you have any questions, you can reach UnitedHealthcare at the number on your ID card.

The following supply limits apply: As written by the provider, up to a consecutive 90-day supply, unless adjusted based on the drug manufacturer's packaging size or based on supply limits.

These supply limits do not apply to Specialty Prescription Drug Products, including Specialty Prescription Drug Products on the List of Preventive Medications. Specialty Prescription Drug Products from a Mail Order Network Pharmacy are subject to the supply limits stated below under the heading *Specialty Prescription Drug Products*.

You may be required to fill an initial Prescription Drug Product order and obtain one refill through a retail pharmacy prior to using a mail order Network Pharmacy.

*Note:* To maximize your Benefit, ask your Physician to write your Prescription Order or Refill for a 90-day supply, with refills when appropriate. You will be charged the mail order Coinsurance for any Prescription Order or Refill if you use the mail order service, regardless

of the number of days' supply that is written on the order or refill. Be sure your Physician writes your mail order or refill for a 90-day supply, not a 30-day supply with three refills.

## Benefits for Preventive Care Medications

Benefits under the Prescription Drug Plan include those for Preventive Care Medications as defined, in this section, under *Glossary - Prescription Drug Products*. You may determine whether a drug is a Preventive Care Medication through the internet at **www.myuhc.com** or by calling UnitedHealthcare at the number on your ID card.

## Designated Pharmacies

If you require certain Prescription Drug Products, including, but not limited to, Specialty Prescription Drug Products, UnitedHealthcare may direct you to a Designated Pharmacy with whom it has an arrangement to provide those Prescription Drug Products.

If you are directed to a Designated Pharmacy and you choose not to obtain your Prescription Drug Product from a Designated Pharmacy, you will be subject to the Non-Network Benefit for that Prescription Drug Product.

### Smart Fill Program - Split Fill

Certain Specialty Prescription Drug Products may be dispensed by the Designated Pharmacy in 15-day supplies up to 90 days and at a pro-rated Coinsurance. The Covered Person will receive a 15-day supply of their Specialty Prescription Drug Product to determine if they will tolerate the Specialty Prescription Drug Product prior to purchasing a full supply. The Designated Pharmacy will contact the Covered Person each time prior to dispensing the 15-day supply to confirm if the Covered Person is tolerating the Specialty Prescription Drug Product. You may find a list of Specialty Prescription Drug Products included in the Smart Fill Program, through the internet at **www.myuhc.com** or by calling the telephone number on your ID card.

## Specialty Prescription Drug Products

Benefits are provided for Specialty Prescription Drug Products.

If you require Specialty Prescription Drug Products, UnitedHealthcare may direct you to a Designated Pharmacy with whom UnitedHealthcare has an arrangement to provide those Specialty Prescription Drug Products.

If you are directed to a Designated Pharmacy and you choose not to obtain your Specialty Prescription Drug Product from a Designated Pharmacy, you will be subject to the non-Network Benefit for that Specialty Prescription Drug Product.

Please see *Glossary - Outpatient Prescription Drugs*, for a full description of Specialty Prescription Drug Product and Designated Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on Specialty Prescription Drug Product supply limits.

> **Want to lower your out-of-pocket Prescription Drug Product costs?**
> Consider tier-1 Prescription Drug Products, if you and your Physician decide they are appropriate.

## Assigning Prescription Drug Products to the Prescription Drug List (PDL)

UnitedHealthcare's Prescription Drug List (PDL) Management Committee is authorized to make tier placement changes on UnitedHealthcare's behalf. The PDL Management Committee makes the final classification of an FDA-approved Prescription Drug Product to a certain tier by considering a number of factors including, but not limited to clinical and economic factors. Clinical factors may include, but are not limited to, evaluations of the place in therapy, relative safety or relative efficacy of the Prescription Drug Product, as well as whether certain supply limits or prior authorization requirements should apply. Economic factors may include, but are not limited to, the Prescription Drug Product's acquisition cost including, but not limited to, available rebates and assessments on the cost effectiveness of the Prescription Drug Product.

Some Prescription Drug Products are most cost effective for specific indications as compared to others, therefore, a Prescription Drug Product may be listed on multiple tiers according to the indication for which the Prescription Drug Product was prescribed, or according to whether it was prescribed by a Specialist Physician.

The PDL Management Committee may periodically change the placement of a Prescription Drug Product among the tiers. These changes generally will occur quarterly, but no more than six times per calendar year. These changes may occur without prior notice to you.

When considering a Prescription Drug Product for tier placement, the PDL Management Committee reviews clinical and economic factors regarding Covered Persons as a general population. Whether a particular Prescription Drug Product is appropriate for an individual Covered Person is a determination that is made by the Covered Person and the prescribing Physician.

*Note*: The tier status of a Prescription Drug Product may change periodically based on the process described above. As a result of such changes, you may be required to pay more or less for that Prescription Drug Product. Please access **www.myuhc.com** through the Internet or call the number on your ID card for the most up-to-date tier status.

Prescription Drug Product, Prescription Drug List (PDL), and Prescription Drug List (PDL) Management Committee are defined at the end of this section.

> **Prescription Drug List (PDL)**
> The Prescription Drug List (PDL) is a tool that helps guide you and your Physician in choosing the medications that allow the most effective and affordable use of your Prescription Drug Benefit.

## Prescription Drug Benefit Claims

For Prescription Drug Product claims procedures, please refer to Section 9, *Claims Procedures*.

## Limitation on Selection of Pharmacies

If UnitedHealthcare determines that you may be using Prescription Drug Products in a harmful or abusive manner, or with harmful frequency, your selection of Network Pharmacies may be limited. If this happens, UnitedHealthcare may require you to select a single Network Pharmacy that will provide and coordinate all future pharmacy services. Benefits will be paid only if you use the designated single Network Pharmacy. If you don't make a selection within 31 days of the date the Plan Administrator notifies you, UnitedHealthcare will select a single Network Pharmacy for you.

## Supply Limits

Benefits for Prescription Drug Products are subject to supply limits that are stated in the table under the heading *Prescription Drug Product Coverage Highlights*. For a single Coinsurance, you may receive a Prescription Drug Product up to the stated supply limit. Whether or not a Prescription Drug Product has a supply limit is subject to UnitedHealthcare's periodic review and modification.

*Note:* Some products are subject to additional supply limits based on criteria that the Plan Administrator and UnitedHealthcare have developed, subject to periodic review and modification. The limit may restrict the amount dispensed per Prescription Order or Refill and/or the amount dispensed per month's supply or may require that a minimum amount be dispensed.

You may determine whether a Prescription Drug Product has been assigned a supply limit for dispensing, through the Internet at **www.myuhc.com** or by calling the telephone number on your ID card.

## Special Programs

Jones Lang LaSalle and UnitedHealthcare may have certain programs in which you may receive an enhanced or reduced Benefit based on your actions such as adherence/compliance to medication or treatment regimens and/or participation in health management programs. You may access information on these programs through the Internet at **www.myuhc.com** or by calling the number on your ID card.

## Maintenance Medication Program

If you require certain Maintenance Medications, UnitedHealthcare may direct you to the Mail Order Network Pharmacy to obtain those Maintenance Medications. If you choose not to obtain your Maintenance Medications from the directed Mail Order Network Pharmacy, there will be no coverage for that drug at the retail pharmacy. If you choose to opt out of a Mail Order Network Pharmacy but do not inform UnitedHealthcare, you will be subject to the Non-Network Benefit for that Prescription Drug Product after the allowed number of fills at Retail Network Pharmacy.

If you require certain Maintenance Medications, UnitedHealthcare may direct you to the Mail Order Network Pharmacy or Preferred 90 Day Retail Partner to obtain those Maintenance Medications. If you choose not to obtain your Maintenance Medications from the directed Mail Order Network Pharmacy or Preferred 90 Day Retail Partner, there will be no coverage for that drug after the allowed number of fills at Retail Network Pharmacy.

## Prescription Drug Products Prescribed by a Specialist Physician

You may receive an enhanced or reduced Benefit, or no Benefit, based on whether the Prescription Drug Product was prescribed by a Specialist Physician. You may access information on which Prescription Drug Products are subject to Benefit enhancement, reduction or no Benefit through the Internet at **www.myuhc.com** or by calling the telephone number on your ID card.

## Step Therapy

Certain Prescription Drug Products for which Benefits are described in this section are subject to step therapy requirements. In order to receive Benefits for such Prescription Drug Products you must use a different Prescription Drug Product(s) first.

You may determine whether a particular Prescription Drug Product is subject to step therapy requirements by visiting **www.myuhc.com** or by calling the number on your ID card.

## Prescription Drug Products that are Chemically Equivalent

If two drugs are Chemically Equivalent (they contain the same active ingredient) and you or your Physician choose not to substitute for this lower priced Chemically Equivalent drug for the higher priced drug, you will pay the difference between the higher priced drug and the lower priced Chemically Equivalent drug, in addition to the higher priced drug's Coinsurance. This difference in cost is called an Ancillary Charge. An Ancillary Charge may apply when a covered Prescription Drug Product is dispensed at your or the provider's request and there is another drug that is chemically the same available at a lower price. An Ancillary Charge does not apply to any Annual Deductible.

## Rebates and Other Discounts

UnitedHealthcare and Jones Lang LaSalle may, at times, receive rebates for certain drugs included on the PDL, including those drugs that you purchase prior to meeting your Annual Deductible. As determined by UnitedHealthcare, the Plan may pass a portion of these rebates on to you. When rebates are passed on to you they may be taken into account in determining your Coinsurance.

UnitedHealthcare and a number of its affiliated entities, conduct business with various pharmaceutical manufacturers separate and apart from this *Outpatient Prescription Drug* section. Such business may include, but is not limited to, data collection, consulting, educational grants and research. Amounts received from pharmaceutical manufacturers pursuant to such arrangements are not related to this *Outpatient Prescription Drug* section. UnitedHealthcare is not required to pass on to you, and does not pass on to you, such amounts.

## Coupons, Incentives and Other Communications

At various times, UnitedHealthcare may send mailings or provide other communications to you, your Physician, or your pharmacy that communicate a variety of messages, including information about Prescription and non-prescription Drug Products. These communications may include offers that enable you, at your discretion, to purchase the described product at a discount. In some instances, non-UnitedHealthcare entities may support and/or provide content for these communications and offers. Only you and your Physician can determine whether a change in your Prescription and/or non-prescription Drug regimen is appropriate for your medical condition.

## Exclusions - What the Prescription Drug Plan Will Not Cover

Exclusions from coverage listed in Section 8, *Exclusions and Limitations* also apply to this section. In addition, the exclusions listed below apply.

When an exclusion applies to only certain Prescription Drug Products, you can access **www.myuhc.com** through the Internet or by calling the number on your ID card for information on which Prescription Drug Products are excluded.

1. For any condition, Injury, Sickness or Mental Illness arising out of, or in the course of, employment for which benefits are available under any workers' compensation law or other similar laws, whether or not a claim for such benefits is made or payment or benefits are received.

2. Any Prescription Drug Product for which payment or benefits are provided or available from the local, state or federal government (for example Medicare) whether or not payment or benefits are received, except as otherwise provided by law.

3. Available over-the-counter medications that do not require a Prescription Order or Refill by federal or state law before being dispensed, unless the Plan Administrator has designated over-the-counter medication as eligible for coverage as if it were a Prescription Drug Product and it is obtained with a Prescription Order or Refill from a Physician. Prescription Drug Products that are available in over-the-counter form or comprised of components that are available in over-the-counter form or equivalent. Certain Prescription Drug Products that the Plan Administrator has determined are Therapeutically Equivalent to an over-the-counter drug or supplement. Such determinations may be made up to six times during a calendar year, and the Plan Administrator may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

4. Compounded drugs that contain certain bulk chemicals. (Compounded drugs that contain at least one ingredient that requires a Prescription Order or Refill are assigned to Tier 3.) Compounded drugs that are available as a similar commercially available Prescription Drug Product.

5. Prescription Drug Products dispensed outside of the United States, except in an Emergency.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 06 10:24 AM-24CV001784
0G750 - W41

6. Durable Medical Equipment, including insulin pumps and related supplies for the management and treatment of diabetes, for which Benefits are provided in your *SPD*. Prescribed and non-prescribed outpatient supplies, other than the diabetic supplies and inhaler spacers specifically stated as covered.

7. Certain Prescription Drug Products for tobacco cessation.

8. Growth hormone for children with familial short stature (short stature based upon heredity and not caused by a diagnosed medical condition).

9. The amount dispensed (days' supply or quantity limit) which exceeds the supply limit.

10. The amount dispensed (days' supply or quantity limit) which is less than the minimum supply limit.

11. Certain Prescription Drug Products that have not been prescribed by a Specialist Physician.

12. Certain New Prescription Drug Products and/or new dosage forms until the date they are reviewed and placed on a tier by the Claims Administrator's Prescription Drug List (PDL) Management Committee.

13. Prescribed, dispensed or intended for use during an Inpatient Stay.

14. Prescription Drug Products, including New Prescription Drug Products or new dosage forms, that UnitedHealthcare and Jones Lang LaSalle determines do not meet the definition of a Covered Health Service.

15. A Prescription Drug Product that contains (an) active ingredient(s) available in and Therapeutically Equivalent to another covered Prescription Drug Product. Such determinations may be made up to six times during a calendar year, and we may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

16. A Prescription Drug Product that contains (an) active ingredient(s) which is (are) a modified version of and Therapeutically Equivalent to another covered Prescription Drug Product. Such determinations may be made up to six times during a calendar year, and we may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

17. Certain Prescription Drug Products for which there are Therapeutically Equivalent alternatives available, unless otherwise required by law or approved by UnitedHealthcare. Such determinations may be made up to six times during a calendar year, and UnitedHealthcare may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

18. Certain unit dose packaging or repackagers of Prescription Drug Products.

19. Used for conditions and/or at dosages determined to be Experimental or Investigational, or Unproven, unless UnitedHealthcare and Jones Lang LaSalle have agreed to cover an Experimental or Investigational or Unproven treatment, as defined in Section 14, *Glossary*.

20. Used for cosmetic purposes

21. Prescription Drug Products as a replacement for a previously dispensed Prescription Drug Product that was lost, stolen, broken or destroyed.

22. General vitamins, except for the following which require a Prescription Order or Refill:

    - Prenatal vitamins.
    - Vitamins with fluoride.
    - Single entity vitamins.

23. Any product for which the primary use is a source of nutrition, nutritional supplements, or dietary management of disease, and prescription medical food products, even when used for the treatment of Sickness or Injury.

24. A Prescription Drug Product that contains marijuana, including medical marijuana.

25. A Prescription Drug Product with an approved biosimilar or a biosimilar and Therapeutically Equivalent to another covered Prescription Drug Product. For the purpose of this exclusion a "biosimilar" is a biological Prescription Drug Product approved based on showing that it is highly similar to a reference product (a biological Prescription Drug Product) and has no clinically meaningful differences in terms of safety and effectiveness from the reference product. Such determinations may be made up to six times during a calendar year, and we may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

26. Publicly available software applications and/or monitors that may be available with or without a Prescription Order or Refill.

27. Certain Prescription Drug Products that are FDA approved as a package with a device or application, including smart package sensors and/or embedded drug sensors. This exclusion does not apply to a device or application that assists you with the administration of a Prescription Drug Product.

28. A Pharmaceutical Product for which Benefits are provided in the medical (not in Section 15, *Outpatient Prescription Drugs*) portion of the Plan.

    This includes all forms of vaccines/immunizations. This exclusion does not apply to Depo Provera and other injectable drugs used for contraception.

**Note:** If an excluded drug is prescribed for a specific medical condition, you may qualify for an exception. To request an exception, submit a letter to UnitedHealthcare from your Physician stating the medical condition that requires the non-covered drug and the length of

the projected use. The maximum time for which a letter may justify an exception is 12 months. If your exception is approved, you will be able to purchase your prescription at your local network pharmacy or by mail order by paying the applicable Copay or Coinsurance amount.

## Glossary - Outpatient Prescription Drugs

**Ancillary Charge** - a charge, in addition to the Coinsurance, that you are required to pay when a covered Prescription Drug Product is dispensed at your request, when a Chemically Equivalent Prescription Drug Product is available. For Prescription Drug Products from Network Pharmacies, the Ancillary Charge is calculated as the difference between the Prescription Drug Product Charge or Maximum Allowable Cost (MAC) List price for Network Pharmacies for the Prescription Drug Product, and the Prescription Drug Product Charge or Maximum Allowable Cost (MAC) List price of the Chemically Equivalent Prescription Drug Product. For Prescription Drug Products from non-Network Pharmacies, the Ancillary Charge is calculated as the difference between the Out-of-Network Reimbursement Rate or Maximum Allowable Cost (MAC) List price for non-Network Pharmacies for the Prescription Drug Product, and the Out-of-Network Reimbursement Rate or Maximum Allowable Cost (MAC) List price of the Chemically Equivalent Prescription Drug Product.

**Brand-name** - a Prescription Drug Product: (1) which is manufactured and marketed under a trademark or name by a specific drug manufacturer; or (2) that UnitedHealthcare identifies as a Brand-name product, based on available data resources including, but not limited to, medi-span or First DataBank, that classify drugs as either brand or generic based on a number of factors. You should know that all products identified as a "brand name" by the manufacturer, pharmacy, or your Physician may not be classified as Brand-name by UnitedHealthcare.

**Chemically Equivalent** - when Prescription Drug Products contain the same active ingredient.

**Designated Pharmacy** - a pharmacy that has entered into an agreement with UnitedHealthcare or with an organization contracting on its behalf, to provide specific Prescription Drug Products including, but not limited to, Specialty Prescription Drug Products. The fact that a pharmacy is a Network Pharmacy does not mean that it is a Designated Pharmacy.

**Generic** - a Prescription Drug Product: (1) that is Chemically Equivalent to a Brand-name drug; or (2) that UnitedHealthcare identifies as a Generic product based on available data resources including, but not limited to, medi-span or First DataBank, that classify drugs as either brand or generic based on a number of factors. You should know that all products identified as a "generic" by the manufacturer, pharmacy or your Physician may not be classified as a Generic by UnitedHealthcare.

**Infertility Maximum Plan Benefit** - the maximum amount the Plan will pay for covered Prescription Drug Products for Infertility during the entire period of time you are enrolled for coverage under the Plan. Refer to the Benefit Information table for details about how the Infertility Maximum Plan Benefit applies.

**List of Preventive Medications** - a list that identifies certain Prescription Drug Products, which may include certain Specialty Prescription Drug Products, on the Prescription Drug List (PDL) that are intended to reduce the likelihood of Sickness. You may obtain the List of Preventive Medications through the Internet at **www.myuhc.com** or by calling the number on your ID card.

**Maintenance Medication** - a Prescription Drug Product anticipated to be used for six months or more to treat or prevent a chronic condition. You may determine whether a Prescription Drug Product is a Maintenance Medication through the Internet at **www.myuhc.com** or by calling the number on your ID card.

**Mail Order Network Pharmacy** - a mail order pharmacy that UnitedHealthcare identifies as a preferred pharmacy within the Network.

**Maximum Allowable Cost (MAC) List** - a list of Generic Prescription Drug Products that will be covered at a price level that UnitedHealthcare establishes. This list is subject to UnitedHealthcare's periodic review and modification.

**Network Pharmacy** - a pharmacy that has:

■ Entered into an agreement with UnitedHealthcare or an organization contracting on its behalf to provide Prescription Drug Products to Covered Persons.

■ Agreed to accept specified reimbursement rates for dispensing Prescription Drug Products.

■ Been designated by UnitedHealthcare as a Network Pharmacy.

**New Prescription Drug Product** - a Prescription Drug Product or new dosage form of a previously approved Prescription Drug Product, for the period of time starting on the date the Prescription Drug Product or new dosage form is approved by the *U.S. Food and Drug Administration (FDA)* and ending on the earlier of the following dates:

■ The date it is assigned to a tier by UnitedHealthcare's Prescription Drug List (PDL) Management Committee.

■ December 31st of the following calendar year.

**Out-of-Network Reimbursement Rate** – the amount the Plan will pay to reimburse you for a Prescription Drug Product that is dispensed at a non-Network Pharmacy. The Out-of-Network Reimbursement Rate for a particular Prescription Drug Product dispensed at a non-Network Pharmacy includes a dispensing fee and any applicable sales tax.

**Preferred 90 Day Retail Partner** - a retail pharmacy that UnitedHealthcare identifies as a preferred pharmacy within the Network for Maintenance Medications.

**Prescription Drug Charge –** the rate the Plan has agreed to pay UnitedHealthcare on behalf of its Network Pharmacies, including the applicable dispensing fee and any applicable sales tax, for a Prescription Drug Product dispensed at a Network Pharmacy.

**Prescription Drug List (PDL)** - a list that categorizes into tiers medications or products that have been approved by the *U.S. Food and Drug Administration*. This list is subject to UnitedHealthcare's periodic review and modification (generally quarterly, but no more than six times per calendar year). You may determine to which tier a particular Prescription Drug Product has been assigned by contacting UnitedHealthcare at the number on your ID card or by logging onto **www.myuhc.com**.

**Prescription Drug List (PDL) Management Committee** - the committee that UnitedHealthcare designates for, among other responsibilities, classifying Prescription Drug Products into specific tiers.

**Prescription Drug Product** - a medication, or product that has been approved by the U.S. Food and Drug Administration (FDA) and that can, under federal or state law, be dispensed only pursuant to a Prescription Order or Refill. A Prescription Drug Product includes a medication that, due to its characteristics, is appropriate for self-administration or administration by a non-skilled caregiver. For purposes of Benefits under this Plan, this definition includes:

- Inhalers (with spacers).

- Insulin.

- The following diabetic supplies:
    - Standard insulin syringes with needles.
    - Blood-testing strips - glucose.
    - Urine-testing strips - glucose.
    - Ketone-testing strips and tablets.
    - Lancets and lancet devices.
    - Glucose meters including continuous glucose monitors.
- Certain vaccines/immunizations administered in a Network Pharmacy.

- Certain injectable medications administered in a Network Pharmacy.

**Prescription Order or Refill** - the directive to dispense a Prescription Drug Product issued by a duly licensed health care provider whose scope of practice permits issuing such a directive.

**Preventive Care Medications (PPACA Zero Cost Share)** - the medications that are obtained at a Network Pharmacy with a Prescription Order or Refill from a Physician and that are payable at 100% of the Prescription Drug Charge (without application of any Copayment, Coinsurance, Annual Deductible, Annual Drug Deductible or Specialty Prescription Drug Product Annual Deductible) as required by applicable law under any of the following:

- Evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the *United States Preventive Services Task Force*.

- With respect to infants, children and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the *Health Resources and Services Administration*.

■  With respect to women, such additional preventive care and screenings as provided for in comprehensive guidelines supported by the *Health Resources and Services Administration*.

You may determine whether a drug is a Preventive Care Medication as well as information on access to coverage of Medically Necessary alternatives through the internet at **www.myuhc.com** or by calling UnitedHealthcare at the number on your ID card.

For the purposes of this definition PPACA means Patient Protection and Affordable Care Act of 2010.

**Specialist Physician** - a Physician who has a majority of his or her practice in areas other than general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine.

**Specialty Prescription Drug Product** - Prescription Drug Products that are generally high cost, self-administered biotechnology drugs used to treat patients with certain illnesses. Specialty Prescription Drug Products may include drugs on the List of Preventive Medications. You may access a complete list of Specialty Prescription Drug Products through the Internet at **www.myuhc.com** or by calling the number on your ID card.

**Therapeutically Equivalent** - when Prescription Drug Products have essentially the same efficacy and adverse effect profile.

**Usual and Customary Charge** - the usual fee that a pharmacy charges individuals for a Prescription Drug Product without reference to reimbursement to the pharmacy by third parties. The Usual and Customary Charge includes a dispensing fee and any applicable sales tax.

# SECTION 16 - IMPORTANT ADMINISTRATIVE INFORMATION: ERISA

> **What this section includes:**
> - Plan administrative information, including your rights under *ERISA*.

This section includes information on the administration of the medical Plan, as well as information required of all Summary Plan Descriptions by *ERISA* as defined in Section 14, *Glossary*. While you may not need this information for your day-to-day participation, it is information you may find important.

## Plan Sponsor and Administrator

Jones Lang LaSalle is the Plan Sponsor and Plan Administrator of the Jones Lang LaSalle Welfare Benefit Plan and has the discretionary authority to interpret the Plan. You may contact the Plan Administrator at:

Plan Administrator - Medical Plan
Jones Lang LaSalle
200 E. Randolph
45th Floor Benefits Dept.
Chicago, IL 60601
(312) 228-2260

## Claims Administrator

UnitedHealthcare is the Plan's Claims Administrator. The role of the Claims Administrator is to handle the day-to-day administration of the Plan's coverage as directed by the Plan Administrator, through an administrative agreement with the Company. The Claims Administrator shall not be deemed or construed as an employer for any purpose with respect to the administration or provision of Benefits under the Plan Sponsor's Plan. The Claims Administrator shall not be responsible for fulfilling any duties or obligations of an employer with respect to the Plan Sponsor's Plan.

You may contact the Claims Administrator by phone at the number on your ID card or in writing at:

United Healthcare Services, Inc.
9900 Bren Road East
Minnetonka, MN 55343

## Agent for Service of Legal Process

Should it ever be necessary, you or your personal representative may serve legal process on the agent of service for legal process for the Plan. The Plan's Agent of Service is:

Agent for Legal Process - Medical Plan

Jones Lang LaSalle
200 E. Randolph
45th Floor Benefits Dept.

Case: 2:24-cv-01115-EAS-CMV Doc #: 1-4 Filed: 03/08/24 Page: 203 of 249 PAGEID #: 784
Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 12:49 PM-24CV001208

Chicago, IL 60601
(312) 228-2260

### Other Administrative Information

This section of your SPD contains information about how the Plan is administered as required by ERISA.

### Type of Administration

The Plan is a self-funded welfare Plan and the administration is provided through one or more third party administrators.

The Plan Sponsor also has selected a provider Network established by UnitedHealthcare Insurance Company and, within the Harvard Pilgrim Health Care service area, a provider Network established by Harvard Pilgrim Health Care.

| Plan Name: | Jones Lang LaSalle Welfare Benefit Plan |
|---|---|
| Plan Number: | 501 |
| Employer ID: | 36-4150422 |
| Plan Type: | Welfare benefits plan |
| Plan Year: | January 1 - December 31 |
| Plan Administration: | Self-Insured |
| Source of Plan Contributions: | Employee and Company |
| Source of Benefits: | Assets of the Company |

### Your ERISA Rights

As a participant in the Plan, you are entitled to certain rights and protections under ERISA. ERISA provides that all Plan participants shall be permitted to:

■ Receive information about Plan Benefits.

■ Examine, without charge, at the Plan Administrator's office and at other specified worksites, all plan documents — including pertinent insurance contracts, collective bargaining agreements (if applicable), and other documents available at the Public Disclosure Room of the Employee Benefits Security Administration.

■ Obtain copies of all Plan documents and other Plan information, including insurance contracts and collective bargaining agreements (if applicable), and updated Summary Plan Descriptions, by writing to the Plan Administrator. The Plan Administrator may make a reasonable charge for copies. Requests for available plan documents should be sent to the address provided under *How to Appeal a Denied Claim* in Section 9, *Claims Procedures*.

You can continue health care coverage for yourself, Spouse or Dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your Dependents may have to pay for such coverage. Review this Summary Plan Description and the Plan documents to understand the rules governing your COBRA continuation coverage rights.

In addition to creating rights for Plan participants, *ERISA* imposes duties on the people who are responsible for the operation of the Plan. The people who operate your Plan, who are called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your Employer, your union, or any other person may fire you or otherwise discriminate against you in any way to prevent you from obtaining a Plan Benefit or exercising your rights under *ERISA*.

If your claim for a Plan Benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. See Section 9, *Claims Procedures*, for details.

Under *ERISA*, there are steps you can take to enforce the above rights. For instance, if you request a copy of the plan document from the Plan, and do not receive it within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $147 a day until you receive the materials, unless the materials were not sent for reasons beyond the control of the Plan Administrator.

If you have a claim for Benefits, which is denied or ignored, in whole or in part, and you have exhausted the administrative remedies available under the Plan, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in federal court. If it should happen that the Plan's fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the *U.S. Department of Labor*, or you may file suit in a federal court.

The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if it finds your claim is frivolous.

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under *ERISA*, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the *Employee Benefits Security Administration, U.S. Department of Labor*, listed in your telephone directory, or write to the *Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor*, 200 Constitution Avenue NW Washington, DC 20210. You may also obtain certain publications about your rights and responsibilities under *ERISA* by calling the publications hotline of the *Employee Benefits Security Administration* at 1-866-444-3272.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 05 10:22 AM-24CV001784
0G750 - W50

The Plan's Benefits are administered by Jones Lang LaSalle, the Plan Administrator. UnitedHealthcare is the Claims Administrator and processes claims for the Plan and provides appeal services; however, UnitedHealthcare and Jones Lang LaSalle are not responsible for any decision you or your Dependents make to receive treatment, services or supplies, whether provided by a Network or non-Network provider UnitedHealthcare and Jones Lang LaSalle are neither liable nor responsible for the treatment, services or supplies provided by Network or non-Network providers.

## ATTACHMENT I - HEALTH CARE REFORM NOTICES

### Patient Protection and Affordable Care Act ("PPACA")

*Patient Protection Notices*

The Claims Administrator generally allows the designation of a primary care provider. You have the right to designate any primary care provider who participates in the Claims Administrator's network and who is available to accept you or your family members. For information on how to select a primary care provider, and for a list of the participating primary care providers, contact the Claims Administrator at the number on your ID card.

For children, you may designate a pediatrician as the primary care provider.

You do not need prior authorization from the Claims Administrator or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in the Claims Administrator's network who specializes in obstetrics or gynecology. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals. For a list of participating health care professionals who specialize in obstetrics or gynecology, contact the Claims Administrator at the number on your ID card.

# ATTACHMENT II - LEGAL NOTICES

## Women's Health and Cancer Rights Act of 1998

As required by the *Women's Health and Cancer Rights Act of 1998*, the Plan provides Benefits under the Plan for mastectomy, including reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy (including lymphedema).

If you are receiving Benefits in connection with a mastectomy, Benefits are also provided for the following Covered Health Services, as you determine appropriate with your attending Physician:

- All stages of reconstruction of the breast on which the mastectomy was performed.

- Surgery and reconstruction of the other breast to produce a symmetrical appearance.

- Prostheses and treatment of physical complications of the mastectomy, including lymphedema.

The amount you must pay for such Covered Health Services (including Copayments and any Annual Deductible) are the same as are required for any other Covered Health Service. Limitations on Benefits are the same as for any other Covered Health Service.

## Statement of Rights under the Newborns' and Mothers' Health Protection Act

Under Federal law, group health Plans and health insurance issuers offering group health insurance coverage generally may not restrict Benefits for any Hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a delivery by cesarean section. However, the Plan or issuer may pay for a shorter stay if the attending provider (e.g., your physician, nurse midwife, or physician assistant), after consultation with the mother, discharges the mother or newborn earlier.

Also, under Federal law, plans and issuers may not set the level of Benefits or out-of-pocket costs so that any later portion of the 48-hour (or 96-hour) stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay.

In addition, a plan or issuer may not, under Federal law, require that a physician or other health care provider obtain authorization for prescribing a length of stay of up to 48 hours (or 96 hours). However, to use certain providers or facilities, or to reduce your out-of-pocket costs, you may be required to obtain prior authorization or notify the Claims Administrator. For information on notification or prior authorization, contact your issuer.

# ATTACHMENT III - HEALTH SAVINGS ACCOUNT

**What this attachment includes:**
- About Health Savings Accounts.
- Who is eligible and how to enroll.
- Contributions.
- Additional medical expense coverage available with your Health Savings Account.
- Using the HSA for Non-Qualified Expenses.
- Rolling over funds in your HSA.

## Introduction

This attachment to the Summary Plan Description (SPD) describes some key features of the Health Savings Account (HSA) that you could establish to complement the Jones Lang LaSalle Welfare Benefit Plan, which is a high deductible medical plan. In particular, and except as otherwise indicated, this attachment will address the Health Savings Account, and not the high deductible health plan that is associated with the "HSA".

Jones Lang LaSalle has entered into an agreement with United Healthcare Services, Inc., Minnetonka, MN, ("UnitedHealthcare") under which UnitedHealthcare will provide certain administrative services to the Plan.

UnitedHealthcare does not insure the benefits described in this attachment. Further, note that it is the Plan's intention to comply with *Department of Labor* guidance set forth in Field Assistance Bulletin No. 2004-1, which specifies that an HSA is not an ERISA plan if certain requirements are satisfied.

The HSA described in this section is not an arrangement that is established and maintained by Jones Lang LaSalle. Rather, the HSA is established and maintained by the HSA trustee. However, for administrative convenience, a description of the HSA is provided in this section.

## About Health Savings Accounts

You gain choice and control over your health care decisions and expenditures when you establish your HSA to complement the high deductible medical plan described in the SPD.

An HSA is an account funded by you, your employer, or any other person on your behalf. The HSA can help you to cover, on a tax free basis, medical plan expenses that require you to pay out-of-pocket, such as Deductibles, Copayments or Coinsurance. It may even be used to pay for, among other things, certain medical expenses not covered under the medical plan design. Amounts may be distributed from the HSA to pay non-medical expenses, however, these amounts are subject to income tax and may be subject to 20% penalty.

You have three tools you can use to meet your health care needs:

- Jones Lang LaSalle Welfare Benefit Plan, a high deductible medical plan which is discussed in your Summary Plan Description.

- An HSA you establish.

- Health information, tools and support.

Benefits available under your medical plan are described in your medical plan Summary Plan Description (SPD).

> **What is an HSA?**
> An HSA is a tax-advantaged account Employees can use to pay for qualified health expenses they or their eligible dependents incur, while covered under a high deductible medical plan. HSA contributions:
> - Accumulate over time with interest or investment earnings.
> - Are portable after employment.
> - Can be used to pay for qualified health expenses tax-free or for non-health expenses on a taxable basis.

## Who Is Eligible And How To Enroll

Eligibility to participate in the Health Savings Account is described in the SPD for your high deductible medical plan. You must be covered under a high deductible medical plan in order to participate in the HSA. In addition, you:

- Must not be covered by any high deductible medical plan considered non-qualified by the IRS. (This does not include coverage under an ancillary plan such as vision or dental, or any other permitted insurance as defined by the IRS.)

- Must not participate in a full health care Flexible Spending Account (FSA).

- Must not be entitled to Benefits under Medicare (i.e., enrolled in Medicare).

- Must not be claimed as a dependent on another person's tax return.

## Contributions

Contributions to your HSA can be made by you, by your employer or by any other individual. All funds placed into your HSA are owned and controlled by you, subject to any reasonable administrative restrictions imposed by the trustee.

Contributions can be made to your HSA beginning on the first day of the month you are enrolled in the Health Savings Account until the earlier of (i) the date on which you file taxes for that year; or (ii) the date on which the contributions reach the contribution maximum.

Note that if coverage under a qualified high deductible health plan terminates, no further contributions may be made to the HSA.

The contribution maximum is the single and family limits set by federal regulations. Individuals between the ages of 55 and Medicare entitlement age may contribute additional funds monthly to their HSA up to the maximum allowed by federal regulations. The maximum limits set by federal regulations may be found on the IRS website at www.irs.gov.

If you enroll in your HSA within the year (not on January 1) you will still be allowed to contribute the maximum amount set by federal regulations. However, you must remain enrolled in a high deductible health plan and HSA until the end of the 12th month from your initial enrollment or you will be subject to tax implications and an additional tax of 10%.

*Note*: Amounts that exceed the contribution maximum are not tax-deductible and will be subject to an excise tax unless withdrawn as an "excess contribution" prior to April 15th of the following year.

## Reimbursable Expenses

The funds in your HSA will be available to help you pay your or your eligible dependents' out-of-pocket costs under the medical plan, including Annual Deductibles, Copayments and Coinsurance. You may also use your HSA funds to pay for medical care that is not covered under the medical plan design but is considered a deductible medical expense for federal income tax purposes under Section 213(d) of the Internal Revenue Code of 1986, as amended from time to time. Such expenses are "qualified health expenses". Please see the description of *Additional Medical Expense Coverage Available With Your Health Savings Account* below, for additional information. HSA funds used for such purposes are not subject to income or excise taxes.

"Qualified health expenses" only include the medical expenses of you and your eligible dependents, meaning your spouse and any other family members whom you are allowed to file as dependents on your federal tax return, as defined in Section 152 of the Internal Revenue Code of 1986, as amended from time to time.

HSA funds may also be used to pay for non-qualified health expenses but will generally be subject to income tax and a 20% additional tax unless an exception applies (i.e., your death, your disability, or your attainment of age 65).

## Additional Medical Expense Coverage Available with Your Health Savings Account

A complete description of, and a definitive and current list of what constitutes eligible medical expenses, is available in IRS Publication 502 which is available from any regional IRS office or IRS website.

If you receive any additional medical services and you have funds in your HSA, you may use the funds in your HSA to pay for the medical expenses. If you choose not to use your HSA funds to pay for any Section 213(d) expenses that are not Covered Health Services, you will still be required to pay the provider for services.

The monies paid for these additional medical expenses will not count toward your Annual Deductible or Out-of-Pocket Maximum.

## Using the HSA for Non-Qualified Expenses

You have the option of using funds in your HSA to pay for non-qualified health expenses. A non-qualified health expense is generally one which is not a deductible medical expense under Section 213(d) of the Internal Revenue Code of 1986. Any funds used from your HSA to pay for non-qualified expenses will be subject to income tax and a 20% additional tax unless an exception applies (i.e., your death, your disability, or your attainment of age 65).

In general, you may not use your HSA to pay for other health insurance without incurring a tax. You may use your HSA to pay for COBRA premiums and Medicare premiums.

## Rollover Feature

If you do not use all of the funds in your HSA during the calendar year, the balance remaining in your HSA will roll-over. If your employment terminates for any reason, the funds in your HSA will continue to be owned and controlled by you, whether or not you elect COBRA coverage for the accompanying high deductible health plan, as described in your medical plan SPD.

If you choose to transfer the HSA funds from one account to another eligible account, you must do so within 60 days from the date that HSA funds are distributed to you to avoid paying taxes on the funds. If you elect COBRA, the HSA funds will be available to assist you in paying your out-of-pocket costs under the medical plan and COBRA premiums while COBRA coverage is in effect.

> **Important**
> Be sure to keep your receipts and medical records. If these records verify that you paid qualified health expenses using your HSA, you can deduct these expenses from your taxable income when filing your tax return. However, if you cannot demonstrate that you used your HSA to pay qualified health expenses, you may need to report the distribution as taxable income on your tax return. Jones Lang LaSalle and UnitedHealthcare will not verify that distributions from your HSA are for qualified health expenses. Consult your tax advisor to determine how your HSA affects your unique tax situation.
>
> The IRS may request receipts during a tax audit. Jones Lang LaSalle and the Claims Administrator are not responsible or liable for the misuse by Employees of HSA funds by, or for the use by Employees of HSA funds for non-qualified health expenses.

## Additional Information About the HSA

It is important for you to know the amount in your HSA account prior to withdrawing funds. You should not withdraw funds that will exceed the available balance.

Upon request from a health care professional, UnitedHealthcare and/or the financial institution holding your HSA funds may provide the health care professional with information regarding the balance in your HSA. At no time will UnitedHealthcare provide the actual dollar amount in your HSA, but they may confirm that there are funds sufficient to cover an obligation owed by you to that health care professional. If you do not want this

information disclosed, you must notify the Claims Administrator and the financial institution in writing.

> You can obtain additional information on your HSA online at www.irs.gov. You may also contact your tax advisor. Please note that additional rules may apply to a Dependent's intent to opening an HSA.

## ATTACHMENT IV – NONDISCRIMINATION AND ACCESSIBILITY REQUIREMENTS

When the Plan uses the words "Claims Administrator" in this Attachment, it is a reference to United Healthcare, Inc., on behalf of itself and its affiliated companies.

The Claims Administrator on behalf of itself and its affiliated companies complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. UnitedHealthcare does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

The Claims Administrator provides free aids and services to people with disabilities to communicate effectively with us, such as:

- Qualified sign language interpreters
- Written information in other formats (large print, audio, accessible electronic formats, other formats)
- Provides free language services to people whose primary language is not English, such as: Qualified interpreters
- Information written in other languages

If you need these services, please call the toll-free member number on your health plan ID card, TTY 711 or the Plan Sponsor.

If you believe that the Claims Administrator has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance in writing by mail or email with the Civil Rights Coordinator identified below. A grievance must be sent within 60 calendar days of the date that you become aware of the discriminatory action and contain the name and address of the person filing it along with the problem and the requested remedy.

A written decision will be sent to you within 30 calendar days. If you disagree with the decision, you may file an appeal within 15 calendar days of receiving the decision.

| Claims Administrator Civil Rights Coordinator |
|---|
| **United HealthCare Services, Inc. Civil Rights Coordinator** <br> UnitedHealthcare Civil Rights Grievance <br> P.O. Box 30608 <br> Salt Lake City, UT 84130 <br> The toll-free member phone number listed on your health plan ID card, TTY 711 |

If you need help filing a grievance, the Civil Rights Coordinator identified above is available to help you.

You can also file a complaint directly with the U.S. Dept. of Health and Human services online, by phone or mail:

Online https://ocrportal.hhs.gov/ocr/portal/lobby.jsf

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.

Phone: Toll-free 1-800-368-1019, 800-537-7697 (TDD)

Mail: U.S. Dept. of Health and Human Services. 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201

## ATTACHMENT V – GETTING HELP IN OTHER LANGUAGES OR FORMATS

You have the right to get help and information in your language at no cost. To request an interpreter, call the toll-free member phone number listed on your health plan ID card, press 0. TTY 711.

This letter is also available in other formats like large print. To request the document in another format, please call the toll-free member phone number listed on your health plan ID card, press 0. TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

| Language | Translated Taglines |
|---|---|
| 1. Albanian | Ju keni të drejtë të merrni ndihmë dhe informacion falas në gjuhën tuaj. Për të kërkuar një përkthyes, telefononi në numrin që gjendet në kartën e planit tuaj shëndetësor, shtypni 0. TTY 711. |
| 2. Amharic | ያለ ምንም ክፍያ በቋንቋዎ እርዳታና መረጃ የማግኘት መብት አለዎት። አስተርጓሚ እንዲቀርብልዎ ከፈለጉ በጤና ፕላን መታወቂያዎት ላይ ባለው በተዘ መስመር ስልክ ቁጥር ይደውሉና 0ን ይጫኑ። TTY 711 |
| 3. Arabic | لك الحق في الحصول على المساعدة والمعلومات بلغتك دون تحمل أي تكلفة. لطلب مترجم فوري، اتصل برقم الهاتف المجاني الخاص بالأعضاء المدرج ببطاقة مُعرّف العضوية الخاصة بخطتك الصحية، واضغط على 0. الهاتف النصي (TTY) 711 |
| 4. Armenian | Թարգմանիչ պահանջելու համար, զանգահարե՛ք Ձեր առողջապահական ծրագրի ինքնության (ID) տոմսի վրա նշված անվճար Անդամների հեռախոսահամարով, սեղմե՛ք 0: TTY 711 |
| 5. Bantu-Kirundi | Urafise uburenganzira bwo kuronka ubufasha n'amakuru mu rurimi rwawe ku buntu. Kugira usabe umusemuzi, hamagara inomero ya telephone y'ubuntu yagenewe abanywanyi iri ku rutonde ku karangamuntu k'umugambi wawe w'ubuzima, fyonda 0. TTY 711 |
| 6. Bisayan-Visayan (Cebuano) | Aduna kay katungod nga mangayo og tabang ug impormasyon sa imong lengguwahe nga walay bayad. Aron mohangyo og tighubad, tawag sa toll-free nga numero sa telepono sa miyembro nga nakalista sa imong ID kard sa plano sa panglawas, pindota ang 0. TTY 711 |
| 7. Bengali-Bangala | অনুবাদকরে অনুরে ধ থাকলে, আপনার সবাস্খয পরিকিল্পনার আই ডি কার্ড এ তালিকাভুক্ত ও কর দতিে হবে না এমন টেলিফোন নম্বরে ফোন করুন। (০) শূন্য চাপুন। TTY 711 |
| 8. Burmese | တုန်ကျရရန်မိုင်းယေးရန်နှင့်လိုင် မိမိဘာသာတက္ကားဖြင့် အကူအညီနှင့် သတင်းအချက်အလက်များ ကိုယူရန်ဖိုးဖြင်း သည်သွင်ခံရသွေ့ပ်အရေးဖြင်သည့်။ စကားပြန်ဖတ်ရှိတောက်ထဝိရန်သင်ခရန်ကျန်းမာရေ့အစီအစဉ် လက်ပုတ်ပေါ်ဖြစ်အလောင်းလ်များအထွာတ်အရွေ့ပုံနံမ်ဝိုင်းသိ့ ၀ ကိုနိုပ်ပါ။ TTY 711 |
| 9. Cambodian-Mon-Khmer | អ្នកមានសិទ្ធិទទួលជំនួយ និងពត៌មានជាភាសារបស់អ្នក ដោយឥតគិតថ្លៃ។ ដើម្បីស្នើសុំអ្នកបកប្រែ សូមហៅទូរស័ព្ទលេខឥតគិតថ្លៃសម្រាប់សមាជិកដែលមានរាយនៅលើកូនបណ្ណ ID របស់កម្មវិធីសុខភាពរបស់អ្នក រួចចុចលេខ 0។ TTY 711 |
| 10. Cherokee | Ꮎ ᎤᏓᏪ ᎢᎦ ᏗᎪᏪᎵ ᏗᏕᎬᏓ ᏂᎦᏓ ᏂᏍᏗᏪᏪ ᎢᏔ ᏥᏆ ᎥᎾ ᎭᎦ ᎠᏗᎠᎥᎯ ᎠᏓᏪᎥᎯ ᏆᏆᏬᏓᏗ, ᏆᏐᎤᎤᏆ 0. TTY 711 |

| Language | Translated Taglines |
|---|---|
| 11. Chinese | 您有權利免費以您的母語得到幫助和訊息。洽詢一位翻譯員，請撥打您健保計劃會員卡上的免付費會員電話號碼，再按 0。聽力語言殘障服務專線 711 |
| 12. Choctaw | Chim anumpa ya, apela micha nana aiimma yvt nan aivlli keyu ho ish isha hinla kvt chim aiivlhpesa. Tosholi ya asilhha chi hokmvt chi achukmaka holisso kallo iskitini ya tvli aianumpuli holhtena ya ibai achvffa yvt peh pila ho ish i paya cha 0 ombetipa. TTY 711 |
| 13. Cushite-Oromo | Kaffaltii male afaan keessaniin odeeffannoofi deeggarsa argachuuf mirga ni qabdu. Turjumaana gaafachuufis sarara bilbilaa kan bilisaa waraqaa eenyummaa karoora fayyaa keerratti tarreefame bilbiluun, 0 tuqi. TTY 711 |
| 14. Dutch | U heeft het recht om hulp en informatie in uw taal te krijgen zonder kosten. Om een tolk aan te vragen, bel ons gratis nummer die u op uw ziekteverzekeringskaart treft, druk op 0. TTY 711 |
| 15. French | Vous avez le droit d'obtenir gratuitement de l'aide et des renseignements dans votre langue. Pour demander à parler à un interprète, appelez le numéro de téléphone sans frais figurant sur votre carte d'affilié du régime de soins de santé et appuyez sur la touche 0. ATS 711. |
| 16. French Creole - Haitian Creole | Ou gen dwa pou jwenn èd ak enfòmasyon nan lang natifnatal ou gratis. Pou mande yon entèprèt, rele nimewo gratis manm lan ki endike sou kat ID plan sante ou, peze 0. TTY 711 |
| 17. German | Sie haben das Recht, kostenlose Hilfe und Informationen in Ihrer Sprache zu erhalten. Um einen Dolmetscher anzufordern, rufen Sie die gebührenfreie Nummer auf Ihrer Krankenversicherungskarte an und drücken Sie die 0. TTY 711 |
| 18. Greek | Έχετε το δικαίωμα να λάβετε βοήθεια και πληροφορίες στη γλώσσα σας χωρίς χρέωση. Για να ζητήσετε διερμηνέα, καλέστε το δωρεάν αριθμό τηλεφώνου που βρίσκεται στην κάρτα μέλους ασφάλισης, πατήστε 0. TTY 711 |
| 19. Gujarati | તમને વિના મૂલ્યે મદદ અને તમારી ભાષામાં માહિતી મેળવવાનો અધકિાર છે. દુભાષયિા માટે વનિતી કરવા, તમારા હેલ્થ પ્લાન ID કાર્ડ પરની સૂચીમાં આપેલ ટોલ-ફ્રી મેમ્બર ફોન નંબર ઉપર કૉલ કરો, 0 દબાવો. TTY 711 |
| 20. Hawaiian | He pono ke kōkua ʻana aku iā ʻoe ma ka maopopo ʻana o kēia ʻike ma loko o kāu ʻōlelo ponoʻī me ka uku ʻole ʻana. E kamaʻilio ʻoe me kekahi kanaka unuhi, e kāhea i ka helu kelepona kāki ʻole ma kou kāleka olakino, a e kaomi i ka helu 0. TTY 711. |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 07 10:24 AM-24CV001784
0G750 - W62

| Language | Translated Taglines |
|---|---|
| 21. Hindi | आप के पास अपनी भाषा में सहायता एवं जानकारी निःशुल्क प्राप्त करने का अधिकार है। दुभाषिए के लिए अनुरोध करने के लिए, अपने हैल्थ प्लान ID कार्ड पर सूचीबद्ध टोल-फ्री नंबर पर फ़ोन करें, 0 दबाएं। TTY 711 |
| 22. Hmong | Koj muaj cai tau kev pab thiab tau cov ntaub ntawv sau ua koj hom lus pub dawb. Yog xav tau ib tug neeg txhais, hu tus xov tooj rau tswv cuab hu dawb uas sau muaj nyob ntawm koj daim yuaj them nqi kho mob, nias 0. TTY 711. |
| 23. Ibo | Inwere ikike inweta enyemaka nakwa imuta asụsụ gị n'efu n'akwughị ụgwọ. Maka ikpọtụrụ onye nsụgharị okwu, kpọọ akara ekwentị nke dị nákwụkwọ njirimara gị nke emere maka ahụike gị, pịa 0. TTY 711. |
| 24. Ilocano | Adda karbengam nga makaala ti tulong ken impormasyon iti pagsasaom nga libre. Tapno agdawat iti maysa nga agipatarus, tumawag iti toll-free nga numero ti telepono nga para kadagiti kameng nga nakalista ayan ti ID card mo para ti plano ti salun-at, ipindut ti 0. TTY 711 |
| 25. Indonesian | Anda berhak untuk mendapatkan bantuan dan informasi dalam bahasa Anda tanpa dikenakan biaya. Untuk meminta bantuan penerjemah, hubungi nomor telepon anggota, bebas pulsa, yang tercantum pada kartu ID rencana kesehatan Anda, tekan 0. TTY 711 |
| 26. Italian | Hai il diritto di ottenere aiuto e informazioni nella tua lingua gratuitamente. Per richiedere un interprete, chiama il numero telefonico verde indicato sulla tua tessera identificativa del piano sanitario e premi lo 0. Dispositivi per non udenti/TTY: 711 |
| 27. Japanese | ご希望の言語でサポートを受けたり、情報を入手したりすることができます。料金はかかりません。通訳をご希望の場合は、医療プランのID カードに記載されているメンバー用のフリーダイヤルまでお電話の上、0を押してください。TTY 専用番号は 711です。 |
| 28. Karen | ဖှီၣ်သ့ၣ်ညါၣ်…… ၀ ၊ TTY 711 |
| 29. Korean | 귀하는 도움과 정보를 귀하의 언어로 비용 부담없이 얻을 수 있는 권리가 있습니다. 통역사를 요청하기 위해서는 귀하의 플랜 ID카드에 기재된 무료 회원 전화번호로 전화하여 0번을 누르십시오. TTY 711 |
| 30. Kru- Bassa | Ni gwe kunde I bat mahola ni mawin u hop nan nipehmes be to dolla. Yu kwel ni Kobol mahop seblana, soho ni sebel numba I ni tehe mu I ticket I docta I nan, bep 0. TTY 711 |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 08 10:24 AM-24CV001784
0G750 - W63

| Language | Translated Taglines |
|---|---|
| 31. Kurdish-Sorani | مافەی ئەوەت هەیە کە بێبەرامبەر، یارمەتی و زانیاری پێبویست بە زمانی خۆت وەربگریت. بۆ داواکردنی وەرگێڕێکی زارەکی، پەیوەندی بکە بە ژمارە تەلەفۆنی نووسراو لەناو ئای دی کارتی پیناسیی پلانی تەندروستی خۆت و پشان 0 داگرە TTY 711. |
| 32. Laotian | ທ່ານມີສິດທິໄດ້ຮັບການຊ່ວຍເຫຼືອແລະຂໍ້ມູນຂ່າວສານທາງເປັນພາສາ ຂອງທ່ານໂດຍບໍ່ເສັຍຄ່າໃຊ້ຈ່າຍ. ເພື່ອຂໍຄ້ອງມາຍພາສາ,ໃຫ້ໂທຫາໝາຍເລກໂທຫຼະຟຣີສຳລັບສະມາ ຊິກທີໄດ້ລະບຸໄວ້ໃນບັດສະມາຊິກຂອງທ່ານ,ກົດເລກ 0. TTY 711 |
| 33. Marathi | आपल्याला आपल्या भाषेत विनामूल्य मदत आणि माहिती मिळिण्याचा अधिकार आहे. दुभाषकास विनंती करण्यासाठी आपल्या आरोग्य योजना ओळखपत्रावरील सूचीबद्ध केलेल्या सदस्यास विनामूल्य फोन नंबरवर संपर्क करण्यासाठी दाबा 0. TTY 711 |
| 34. Marshallese | Eor aṃ maroñ ñan bok jipañ im meḷeḷe ilo kajin eo aṃ ilo ejjeḷọk wōṇāān. Ñan kajjitōk ñan juon ri-ukok, kūrḷọk nōṃba eo emōj an jeje ilo kaat in ID in karōk in ājmour eo aṃ, jiped 0. TTY 711 |
| 35. Micronesian-Pohnpeian | Komw ahneki manaman unsek komwi en alehdi sawas oh mengihtik ni pein omwi tungoal lokaia ni soh isepe. Pwen peki sawas en soun kawehweh, eker delepwohn nempe ong towehkan me soh isepe me ntingihdi ni pein omwi doaropwe me pid koasoandi en kehl, padik 0. TTY 711. |
| 36. Navajo | T'áá jíík'eh doo bą́ąh 'álínígóó bee baa hane'ígíí t'áá ni nizaád bee niká'e'eyeego bee ná'ahoot'i'. 'Ata' halne'í ła yínikeedgo, ninaaltsoos nitł'izí 'ats'íís bee baa'ahayá bee nééhozinígíí bikáá' béésh bee hane'í t'áá jíík'eh bee hane'í biká'ígíí bich'į' hodiilnih dóó 0 bił 'adidiílchił. TTY 711 |
| 37. Nepali | तपाईंले आफ्नो भाषामा नि:शुल्क सहयोग र जानकारी प्राप्त गर्ने अधिकार तपाईंसँग छ। अनुवादक प्राप्त गरीपाऊँ भनी अनुरोध गर्न, तपाईको स्वास्थ्य योजना परिचय कार्डमा सूचीकृत टोल-फ्री सदस्य फोन नम्बरमा सम्पर्क गर्नुहोस्, 0 थिच्नुहोस्। TTY 711 |
| 38. Nilotic-Dinka | Yin nɔŋ löŋ bë yi kuɔny në wɛ̈rëyic de thöŋ du äbac ke cin wëu tääue ke piny. Äcän bä ran yë kɔc ger thok thiëëc, ke yin cɔl nämba yene yup abac de ran töŋ ye kɔc wäär thok tɔ në ID kat duön de pänakim yic, thäny 0 yic. TTY 711. |
| 39. Norwegian | **Du har rett til å få gratis hjelp og informasjon på ditt eget språk. For å be om en tolk, ring gratisnummeret for medlemmer som er** |

| Language | Translated Taglines |
|---|---|
| | **oppført på helsekortet ditt og trykk 0. TTY 711** |
| 40. Pennsylvania Dutch | Du hoscht die Recht fer Hilf unn Information in deine Schprooch griege, fer nix. Wann du en Iwwersetzer hawwe willscht, kannscht du die frei Telefon Nummer uff dei Gesundheit Blann ID Kaarde yuuse, dricke 0. **TTY 711** |
| 41. Persian-Farsi | شما حق دارید که کمک و اطلاعات به زبان خود را به طور رایگان دریافت نمایید. برای درخواست مترجم شفاهی با شماره تلفن رایگان قید شده در کارت شناسایی برنامه بهداشتی خود تماس حاصل نموده و 0 را فشار دهید. TTY 711 |
| 42. Punjabi | ਤੁਹਾਡੇ ਕੋਲ ਆਪਣੀ ਬਾਸ਼ਾ ਵਿੱਚ ਸਹਾਇਤਾ ਅਤੇ ਜਾਣਕਾਰੀ ਮੁਫ਼ਤ ਪ੍ਰਾਪਤ ਕਰਨ ਦਾ ਅਧਿਕਾਰ ਹੈ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਤੁਹਾਡੇ ਹੈਲਥ ਪਲਾਨ ਆਈਡੀ ਦਿੱਤੇ ਗਏ ਟਾੱਲ ਫ੍ਰੀ ਮੈਂਬਰ ਫ਼ੋਨ ਨੰਬਰ ਟੀਟੀਵਾਈ 711 ਤੇ ਕਾੱਲ ਕਰੋ, 0 ਦੱਬੋ। |
| 43. Polish | Masz prawo do uzyskania bezpłatnej informacji i pomocy we własnym języku. Po usługi tłumacza zadzwoń pod bezpłatny numer umieszczony na karcie identyfikacyjnej planu medycznego i wciśnij 0. TTY 711 |
| 44. Portuguese | Você tem o direito de obter ajuda e informação em seu idioma e sem custos. Para solicitar um intérprete, ligue para o número de telefone gratuito que consta no cartão de ID do seu plano de saúde, pressione 0. TTY 711 |
| 45. Romanian | Aveți dreptul de a obține gratuit ajutor și informații în limba dumneavoastră. Pentru a cere un interpret, sunați la numărul de telefon gratuit care se găsește pe cardul dumneavoastră de sănătate, apăsați pe tasta 0. TTY 711 |
| 46. Russian | Вы имеете право на бесплатное получение помощи и информации на вашем языке. Чтобы подать запрос переводчика позвоните по бесплатному номеру телефона, указанному на обратной стороне вашей идентификационной карты и нажмите 0. Линия TTY 711 |
| 47. Samoan-Fa'asamoa | E iai lou āiā tatau e maua atu ai se fesoasoani ma fa'amatalaga i lau gagana e aunoa ma se totogi. Ina ia fa'atalosagaina se tagata fa'aliliu, vili i le telefoni mo sui e le totogia o loo lisi atu i lau peleni i lau pepa ID mo le soifua maloloina, oomi le 0. TTY 711. |
| 48. Serbo-Croation | Imate pravo da besplatno dobijete pomoć i informacije na Vašem jeziku. Da biste zatražili prevodioca, nazovite besplatni broj naveden na iskaznici Vašeg zdravstenog osiguranja i pritisnite 0. TTY 711. |
| 49. Spanish | Tiene derecho a recibir ayuda e información en su idioma sin costo. Para solicitar un intérprete, llame al número de teléfono gratuito para miembros que se encuentra en su tarjeta de identificación del plan de salud y presione 0. |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 20 10:24 AM-24CV001784
0G750 - W65

| Language | Translated Taglines |
|---|---|
| | TTY 711 |
| 50. Sudanic-Fulfulde | Ɗum hakke maaɗa mballeɗaa kadin keɓaa habaru nder wolde maaɗa naa maa a yoɓii. To a yiɗi pirtoowo, noddu limngal mo telefol caahu limtaaɗo nder kaatiwol ID maaɗa ngol njamu, nyo"u 0. TTY 711. |

| Language | Translated Taglines |
|---|---|
| 51. Swahili | Una haki ya kupata msaada na taarifa kwa lugha yako bila gharama. Kuomba mkalimani, piga nambariya wanachama ya bure iliyooorodheshwa kwenye TAM ya kadi yako ya mpango wa afya, bonyeza 0. TTY 711 |
| 52. Syriac-Assyrian | ܐܝܬ ܠܘܟ ܗܩܐ ܠܩܒܠܐ ܗܝܐܪܐ ܘܡܘܕܥܢܘܬܐ ܒܠܫܢܘܟ ܒܠܐ ܛܝܡܐ. ܩܐ ܛܠܒܬܐ ܕ ܡܦܫܩܢܐ، ܩܪܘܢ ܥܠ ܡܢܝܢܐ ܕ ܛܠܦܘܢ ܡܓܢܐܝܬ ܕ ܗܕܡܐ ܪܫܝܡܐ ܥܠ ܟܪܬܐ ܕ ܗܘܝܘܬܘܟ ܕ ܛܟܣܐ ܕ ܚܘܠܡܢܐ، ܡܚܝ 0. TTY 711 |
| 53. Tagalog | May karapatan kang makatanggap ng tulong at impormasyon sa iyong wika nang walang bayad. Upang humiling ng tagasalin, tawagan ang toll-free na numero ng telepono na nakalagay sa iyong ID card ng planong pangkalusugan, pindutin ang 0. TTY 711 |
| 54. Telugu | ఎలాంటి ఖర్చు లేకుండా మీ భాషలో సాయంబు మరియు సమాచారం పొందడానికి మీకు హక్కు ఉంది. ఒకవేళ దుబాషి కావాలంటే, మీ హెల్త్ ప్లాన్ ఐడి కార్డు మీద జాబితా చేయబడిన టోల్ ఫ్రీ నంబరుకు ఫోన్ చేసి, 0 ప్రెస్ చేసికో. TTY 711 |
| 55. Thai | คุณมีสิทธิ์ที่จะได้รับความช่วยเหลือและข้อมูลในภาษาของคุณได้โดยไม่มีค่าใช้จ่าย หากต้องการขอล่ามแปลภาษา โปรดโทรศัพท์ถึงหมายเลขโทรฟรีที่อยู่บนบัตรประจำตัวสำหรับแผนสุขภาพของคุณ แล้วกด 0 สำหรับผู้ที่มีความบกพร่องทางการได้ยินหรือการพูด โปรดโทรถึงหมายเลข 711 |
| 56. Tongan-Fakatonga | 'Oku ke ma'u 'a e totonu ke ma'u 'a e tokoni mo e 'u fakamatala 'i ho'o lea fakafonua ta'etotongi. Ke kole ha tokotaha fakatonulea, ta ki he fika telefoni ta'etotongi ma'ae kau memipa 'a e 'oku lisi 'I ho'o kaati ID ki ho'o palani ki he mo'uilelei, Lomi'I 'a e 0. TTY 711 |
| 57. Trukese (Chuukese) | Mi wor omw pwung om kopwe nounou ika amasou noum ekkewe aninis ika toropwen aninis nge epwe awewetiw non kapasen fonuom, ese kamo. Ika ka mwochen tungoren aninisin chiakku, kori ewe member nampa, ese pwan kamo, mi pachanong won an noum health plan katen ID, iwe tiki "0". Ren TTY, kori 711. |
| 58. Turkish | Kendi dilinizde ücretsiz olarak yardım ve bilgi alma hakkınız bulunmaktadır. Bir tercüman istemek için sağlık planı kimlik kartınızın üzerinde yer alan ücretsiz telefon numarasını arayınız, sonra 0'a basınız. TTY (yazılı iletişim) için 711 |
| 59. Ukrainian | У Вас є право отримати безкоштовну допомогу та інформацію на Вашій рідній мові. Щоб подати запит про надання послуг перекладача, зателефонуйте на безкоштовний номер телефону учасника, вказаний на вашій ідентифікаційній карті плану медичного страхування, натисніть 0. TTY 711 |
| 60. Urdu | آپ کو اپنی زبان میں مفت مدد اور معلومات حاصل کرنے کا حق ہے۔ کسی ترجمان سے بات کرنے کے لئے، ٹول فری ممبر فون نمبر پر کال کریں جو آپ کے ہیلتھ پلان آئی ڈی کارڈ پر درج ہے، 0 دبائیں۔ TTY 711 |

Franklin County Ohio Clerk of Courts of the Common Pleas - 2024 Mar 21 10:24 AM-24CV001784
0G750 - W67

| Language | Translated Taglines |
|---|---|
| 61. Vietnamese | Quý vị có quyền được giúp đỡ và cấp thông tin bằng ngôn ngữ của quý vị miễn phí. Để yêu cầu được thông dịch viên giúp đỡ, vui lòng gọi số điện thoại miễn phí dành cho hội viên được nêu trên thẻ ID chương trình bảo hiểm y tế của quý vị, bấm số 0. TTY 711 |
| 62. Yiddish | איר האט די רעכט צו באקומען הילף און אינפארמאציע אין אייער שפראך פריי פון אפצאל. צו פארלאנגען א דאלמעטשער, רופט דעם טאל פרייע מעמבער טעלעפאן נומער וואס שטייט אויף אייער העלט פלאן ID קארטל , דרוקט 0. TTY 711 |
| 63. Yoruba | O ní ẹtọ lati rí iranwọ àti ìfitónilétí gbà ní èdè rẹ láìsanwó. Láti bá ògbufọ kan sọrọ, pè sórí nọmbà ẹrọ ibánisọrọ láisanwó ibodè ti a tò sórí kádi idánimọ ti ètò ilera rẹ, tẹ '0'. TTY 711 |

# ADDENDUM – REAL APPEAL

This Addendum to the Plan provides Benefits for virtual obesity counseling services for eligible Covered Persons through Real Appeal. There are no deductibles, Copayments or Coinsurance you must meet or pay for when receiving these services.

## *Real Appeal*

The Plan provides a virtual lifestyle intervention for weight-related conditions to eligible Covered Persons 18 years of age or older. Real Appeal is designed to help those at risk from obesity-related diseases.

This intensive, multi-component behavioral intervention provides 52 weeks of support. This support includes one-on-one coaching with a live virtual coach and online group participation with supporting video content. The experience will be personalized for each individual through an introductory online session.

These Covered Health Services will be individualized and may include, but is not limited to, the following:

- Virtual support and self-help tools: Personal one-on-one coaching, group support sessions, educational videos, tailored kits, integrated web platform and mobile applications.
- Education and training materials focused on goal setting, problem-solving skills, barriers and strategies to maintain changes.
- Behavioral change counseling by a specially trained coach for clinical weight loss.

If you would like information regarding these Covered Health Services, you may contact the Claims Administrator through **www.realappeal.com**, or at the number shown on your ID card.

# ADDENDUM - HI HEALTHINNOVATIONS™ HEARING AID PROGRAM

## Introduction

This Addendum to the Summary Plan Description describes hi HealthInnovations™, which provides discounts for hearing aids and related supplies.

When the words "you" and "your" are used the Plan is referring to people who are Covered Persons as the term is defined in the Summary Plan Description (SPD). See Section 14, *Glossary* in the SPD.

> **Important:**
> hi HealthInnovations is not a health insurance plan. You are responsible for the full cost of any products purchased, minus the applicable discount. Always use your health coverage plan for Covered Health Services described in the Summary Plan Description (see Section 5, *Plan Highlights*) when a benefit is available.

## The hi HealthInnovations Hearing Aid Program

Hearing loss is currently the third most common chronic condition among older Americans, yet it is under-diagnosed and treatment is often expensive. While more than 90 percent of people with hearing loss can benefit from hearing aids, fewer than 20 percent currently use them largely due to the high cost. Untreated hearing loss can contribute to serious social, medical, and economic consequences.

There is help: Through hi HealthInnovations and your medical plan administered by UnitedHealthcare, you can get high quality, custom-programmed hearing aids for a fraction of the cost of comparable devices at other providers. There is no cost to access the hi HealthInnovations program. You pay only the discounted price for any hearing aid you purchase. Your hearing aid is programmed specifically for you. Instead of paying thousands of dollars for hearing aids, the cost of your hearing aid will range from $479 to $799 each, depending on the hearing aid model chosen. See *Hearing Aid Description* below for further details.

Each hearing aid comes with:

- free batteries and ear tubes/wax guards that will last most users six months;
- a 70-day no-risk trial period; and
- a one-year manufacturer's warranty

## Accessing Program Benefits

To use the benefits available under the program, follow these steps:

1. **Ask your health care provider for a hearing test** - To determine if your medical plan pays for a hearing test, call UnitedHealthcare at the toll-free number on your ID card. **Note:** Your hearing aid can be custom programmed based on the results from either a routine hearing screening or a hearing aid/hearing loss exam. If you have had a routine

hearing screening or hearing aid/hearing loss exam within the past year, or once you receive your new test, fax your results to (877) 955-4336 or mail them to:

hi HealthInnovations
3022 Momentum Place
Chicago, IL 60689

Please include your phone number, and tell us: (a) if you've worn hearing aids before; (b) if yes, what type of hearing aids; and (c) if you have worn ear molds.

2. **Order from recommended hearing aids** - A week after submitting your test results, call (866) 926-6632 toll free, 8 a.m. to 6 p.m. Central Time, Monday through Friday to find out the type of hearing aids that our hearing professionals have recommended for you.

3. **Use follow-up services if needed** - Your hearing aid comes with a 70-day money-back guarantee and free programming adjustments. Call (866) 926-6632 toll free if you need assistance.

## Customer Support Services

hi HealthInnovations offers several support services following your hearing aid purchase:

- education and aural rehabilitation services by hearing professionals in person, over the phone or online;

- hearing health and new-user seminars on topics such as effective communication strategies, led by hearing professionals; and

- online captioned training videos about how to use, clean and maintain hearing aids.

To locate a hi HealthInnovations hearing professional or for assistance by phone, call (866) 926-6632 toll free, 9 a.m. to 5 p.m. Central Time, Monday through Friday.

## Hearing Aid Description

hi HealthInnovations hearing aids use advanced technology to enhance speech understanding and listening comfort. Each hearing aid is custom-programmed to your specific hearing needs based on your hearing test results. Every hearing test result and hearing aid order is reviewed by a licensed hearing professional to determine suitability.

Technological features include the following:

- 12 gain adjustment bands that are custom-programmed to your hearing needs;

- fully automatic digital algorithms that adapt to the user's environment;

- directional processing that enhances the amplification of the sounds in front of you while reducing distracting background noise from the side and behind;

- comfortable, stylish and discreet design; and

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 26 10:24 AM-24CV001784
0G750 - W71

■  telecoil option that enhances your ability to hear the magnetic signal generated by
electronic devices such as a telephone and audio loops.

0G750 - W72

JONES LANG LASALLE MEDICAL PPO PLUS PLAN

## AFFIDAVIT OF MERIT

Richard P. Friedlander, M.D., being first duly sworn, states the following to be true:

1.  I submit this Affidavit of Merit in accordance with Ohio Civil Rule 10(D)(2)(a).

2.  I am licensed to practice medicine by the New York State Education Department and am a board-certified in Internal Medicine and Cardiovascular Disease.

3.  I devote at least one-half of my professional time to the active clinical practice of medicine, or to its instruction in an accredited school.

4.  I have reviewed all medical records reasonably available to Plaintiff concerning the allegations contained in the Complaint.

5.  I am familiar with the applicable standard of care in this case.

6.  In my opinion, the standard of care was breached by Defendants and such breaches were a direct and proximate cause of Little John Cupp's injuries and death.

_Richard P. Friedlander_

Richard P. Friedlander, M.D.

Sworn to and subscribed before me on this 23 day of _February_ 2024.

_signature_

NOTARY PUBLIC

LELLY G KALICHARAN
Notary Public - State of New York
NO. 01KA6366591
Qualified in Queens County
My Commission Expires Oct 30, 2025

PLAINTIFF'S
EXHIBIT
2

# IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO
### GENERAL DIVISION

**CHRISTINA L. CUPP, as Administrator of the Estate of LITTLE JOHN CUPP**

Plaintiff,

vs.

**UNITED HEALTHCARE SERVICES, INC., ET AL.**

Defendants.

Case No: 24-CV-001784

Judge Andy D. Miller

---

## RULE 4.7 WAIVER OF THE SERVICE OF SUMMONS

---

To John A. Markus:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 1, 2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment could be entered against me or the entity I represent.

Date: March 22, 2024

/s/ Brian Boone
Brian D. Boone
Alston & Bird LLP
1120 ████ Tryon Street
Suite ██
Char████ C 28203
brian.boone@alston.com
(704) 444-1000

*Attorney for United HealthCare Services, Inc.*

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 20 10:24 AM-24CV001784

# IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO
### GENERAL DIVISION

CHRISTINA L. CUPP, as Administrator
of the Estate of LITTLE JOHN CUPP

        Plaintiff,

      vs.

UNITED HEALTHCARE SERVICES,
INC., ET AL.
        Defendants.

Case No: 24-CV-_____

Judge _____

---

### RULE 4.7 NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS

---

To United Health Care Services Inc.:

WHY ARE YOU GETTING THIS?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the Complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these possible expenses, you must return the signed waiver **within 30 days from the date shown below**, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

WHAT HAPPENS NEXT?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

1

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date served: March 1, 2024

**Waiver due: March 31, 2024**

John A. Markus (0093736)
Craig S. Tuttle (0086521)
LEESEBERG TUTTLE
175 S. Third Street, Penthouse One
Columbus, Ohio 43215
Tel: 614/221.2223
Fax: 614/221.3106
Email: ctuttle@leeseberglaw.com
        jmarkus@leeseberglaw.com
*Attorneys for Plaintiffs*

# IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO
### GENERAL DIVISION

CHRISTINA L. CUPP, as Administrator of
the Estate of LITTLE JOHN CUPP

Plaintiff,

vs.

UNITED HEALTHCARE SERVICES, INC.,
ET AL.

Defendants.

Case No: 24-CV-_____

Judge _____

---

### RULE 4.7 WAIVER OF THE SERVICE OF SUMMONS

---

To John A. Markus:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 1, 2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment could be entered against me or the entity I represent.

Date: _____

_____
United Healthcare Services, Inc.
c/o CT Corporation System, Agent
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43219
Email address: _____
Phone: _____

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 08 10:24 AM-24CV001784

# DUTY TO AVOID UNNECESSARY EXPENSES OF SERVING A SUMMONS

Rule 4.7 of the Ohio Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is subject to the court's personal jurisdiction and who fails to return a signed waiver of service requested by a plaintiff may be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

[Effective: July 1, 2020]

# IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO
### GENERAL DIVISION

CHRISTINA L. CUPP, as Administrator
of the Estate of LITTLE JOHN CUPP

        Plaintiff,

    vs.

UNITED HEALTHCARE SERVICES,
INC., ET AL.

        Defendants.

Case No: 24-CV-_____

Judge _____

---

### RULE 4.7 NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS

---

To EviCore Healthcare MSI, LLC d/b/a EviCore Healthcare:

WHY ARE YOU GETTING THIS?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the Complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these possible expenses, you must return the signed waiver **within 30 days from the date shown below**, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

WHAT HAPPENS NEXT?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

1

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 05 10:24 AM-24CV001784

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date served: <u>March 1, 2024</u>

**Waiver due: <u>March 31, 2024</u>**

John A. Markus (0093736)
Craig S. Tuttle (0086521)
LEESEBERG TUTTLE
175 S. Third Street, Penthouse One
Columbus, Ohio 43215
Tel: 614/221.2223
Fax: 614/221.3106
Email: ctuttle@leeseberglaw.com
  jmarkus@leeseberglaw.com
*Attorneys for Plaintiffs*

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 26 10:24 AM-24CV001784

# IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO
### GENERAL DIVISION

CHRISTINA L. CUPP, as Administrator of
the Estate of LITTLE JOHN CUPP

        Plaintiff,

        vs.

UNITED HEALTHCARE SERVICES, INC.,
ET AL.

        Defendants.

Case No: 24-CV-_____

Judge _____

---

### RULE 4.7 WAIVER OF THE SERVICE OF SUMMONS

---

To John A. Markus:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 1, 2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment could be entered against me or the entity I represent.

Date: _____

 

        EviCore Healthcare MSI, LLC., d/b/a EviCore Healthcare
        c/o CT Corporation System, Agent
        4400 Easton Commons Way, Suite 125
        Columbus, Ohio 43219
        Email address: _____
        Phone: _____

## DUTY TO AVOID UNNECESSARY EXPENSES OF SERVING A SUMMONS

Rule 4.7 of the Ohio Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is subject to the court's personal jurisdiction and who fails to return a signed waiver of service requested by a plaintiff may be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

[Effective: July 1, 2020]

# IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO
### GENERAL DIVISION

CHRISTINA L. CUPP, as Administrator
of the Estate of LITTLE JOHN CUPP

            Plaintiff,

            vs.

UNITED HEALTHCARE SERVICES,
INC., ET AL.
            Defendants.

Case No: 24-CV-_____

Judge _____

---

### RULE 4.7 NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS

---

To Adena Health System d/b/a Aden Regional Medical Center:

WHY ARE YOU GETTING THIS?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the Complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these possible expenses, you must return the signed waiver **within 30 days from the date shown below**, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

WHAT HAPPENS NEXT?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date served: <u>March 1, 2024</u>

**Waiver due: <u>March 31, 2024</u>**

John A. Markus (0093736)
Craig S. Tuttle (0086521)
LEESEBERG TUTTLE
175 S. Third Street, Penthouse One
Columbus, Ohio 43215
Tel: 614/221.2223
Fax: 614/221.3106
Email: ctuttle@leeseberglaw.com
       jmarkus@leeseberglaw.com
*Attorneys for Plaintiffs*

2

# IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO
### GENERAL DIVISION

CHRISTINA L. CUPP, as Administrator of
the Estate of LITTLE JOHN CUPP

Plaintiff,

vs.

UNITED HEALTHCARE SERVICES, INC.,
ET AL.

Defendants.

Case No: 24-CV-_____

Judge _____

---

### RULE 4.7 WAIVER OF THE SERVICE OF SUMMONS

---

To John A. Markus:

I have received your request to waive service of a summons in this action along with a copy of
the complaint, two copies of this waiver form, and a prepaid means of returning one signed
copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in
this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit,
the court's jurisdiction, and the venue of the action, but that I waive any objections to the
absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion
under Rule 12 within 60 days from March 1, 2024, the date when this request was sent (or 90
days if it was sent outside the United States). If I fail to do so, a default judgment could be
entered against me or the entity I represent.

Date: _____

Adena Health System, d/b/a Adena Regional Medical Center
c/o Craig Babbitt, Agent
272 Hospital Road
Chillicothe, Ohio 45601
Email address: _____
Phone: _____

## DUTY TO AVOID UNNECESSARY EXPENSES OF SERVING A SUMMONS

Rule 4.7 of the Ohio Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is subject to the court's personal jurisdiction and who fails to return a signed waiver of service requested by a plaintiff may be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

[Effective: July 1, 2020]

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 21 10:24 AM-24CV001784

# IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO
### GENERAL DIVISION

CHRISTINA L. CUPP, as Administrator
of the Estate of LITTLE JOHN CUPP

        Plaintiff,

      vs.

UNITED HEALTHCARE SERVICES,
INC., ET AL.

        Defendants.

Case No: 24-CV-_____

Judge _____

---

### RULE 4.7 NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS

To Adena Medical Group, LLC:

WHY ARE YOU GETTING THIS?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the Complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these possible expenses, you must return the signed waiver **within 30 days from the date shown below**, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

WHAT HAPPENS NEXT?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

1

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date served: March 1, 2024

**Waiver due: March 31, 2024**

John A. Markus (0093736)
Craig S. Tuttle (0086521)
LEESEBERG TUTTLE
175 S. Third Street, Penthouse One
Columbus, Ohio 43215
Tel: 614/221.2223
Fax: 614/221.3106
Email: ctuttle@leeseberglaw.com
        jmarkus@leeseberglaw.com
*Attorneys for Plaintiffs*

# IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO
### GENERAL DIVISION

CHRISTINA L. CUPP, as Administrator of
the Estate of LITTLE JOHN CUPP

        Plaintiff,

    vs.

UNITED HEALTHCARE SERVICES, INC.,
ET AL.

        Defendants.

Case No: 24-CV-_____

Judge _____

---

### RULE 4.7 WAIVER OF THE SERVICE OF SUMMONS

To John A. Markus:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 1, 2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment could be entered against me or the entity I represent.

Date: _____

        Adena Medical Group, LLC
        c/o Craig Babbitt, Agent
        272 Hospital Road
        Chillicothe, Ohio 45601
        Email address: _____
        Phone: _____

## DUTY TO AVOID UNNECESSARY EXPENSES OF SERVING A SUMMONS

Rule 4.7 of the Ohio Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is subject to the court's personal jurisdiction and who fails to return a signed waiver of service requested by a plaintiff may be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

[Effective: July 1, 2020]

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 06 10:24 AM-24CV001784

# IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO
### GENERAL DIVISION

CHRISTINA L. CUPP, as Administrator
of the Estate of LITTLE JOHN CUPP

        Plaintiff,

    vs.

UNITED HEALTHCARE SERVICES,
INC., ET AL.

        Defendants.

Case No: 24-CV-_____

Judge _____

---

### RULE 4.7 NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS

---

To Hafeez Ul Hassan, MD:

WHY ARE YOU GETTING THIS?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the Complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these possible expenses, you must return the signed waiver **within 30 days from the date shown below**, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

WHAT HAPPENS NEXT?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

1

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date served: <u>March 1, 2024</u>

**Waiver due: <u>March 31, 2024</u>**

John A. Markus (0093736)
Craig S. Tuttle (0086521)
LEESEBERG TUTTLE
175 S. Third Street, Penthouse One
Columbus, Ohio 43215
Tel: 614/221.2223
Fax: 614/221.3106
Email: ctuttle@leeseberglaw.com
       jmarkus@leeseberglaw.com
*Attorneys for Plaintiffs*

2

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Mar 01 10:24 AM-24CV001784

# IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO
### GENERAL DIVISION

CHRISTINA L. CUPP, as Administrator
of the Estate of LITTLE JOHN CUPP

         Plaintiff,

     vs.

UNITED HEALTHCARE SERVICES,
INC., ET AL.

         Defendants.

Case No: 24-CV-_____

Judge _____

---

### RULE 4.7 WAIVER OF THE SERVICE OF SUMMONS

---

To John A. Markus:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 1, 2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment could be entered against me or the entity I represent.

Date: _____

 

                                                _____
                                                Haffez Ul Hassan, MD
                                                  4467 Perrin Street
                                                  Grove City, Ohio 43123
                                                Email address: _____
                                                  Phone: _____

## DUTY TO AVOID UNNECESSARY EXPENSES OF SERVING A SUMMONS

Rule 4.7 of the Ohio Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is subject to the court's personal jurisdiction and who fails to return a signed waiver of service requested by a plaintiff may be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

[Effective: July 1, 2020]