# Exhibit A

to Defendant United Healthcare Services, Inc.'s

Supplemental Notice of Removal

# Metcalf, Will

| | |
|---|---|
| **From:** | Davis, Jessica <Jessica.Davis@DINSMORE.COM> |
| **Sent:** | Wednesday, April 3, 2024 5:33 PM |
| **To:** | Metcalf, Will; Merical, Joseph |
| **Cc:** | Katheryn M. Lloyd; Amber L. Merl; Boone, Brian; McGowan, Emily |
| **Subject:** | RE: Cupp v. United et al. -- Removal |

**EXTERNAL SENDER – Proceed with caution**

Will,

Thank you for your email. Yes, the Adena Defendants and Dr. Hassan consent to the Supplemental Notice of Removal.



**Jessica L. Davis**
Partner
Dinsmore & Shohl LLP • Legal Counsel
191 West Nationwide Blvd
Suite 200
Columbus, OH 43215

**T** (614) 628-6996 • **F** (614) 628-6890
**E** Jessica.Davis@DINSMORE.COM • dinsmore.com

**From:** Metcalf, Will <Will.Metcalf@alston.com>
**Sent:** Wednesday, April 3, 2024 5:06 PM
**To:** Davis, Jessica <Jessica.Davis@DINSMORE.COM>; Merical, Joseph <Joseph.Merical@DINSMORE.COM>
**Cc:** Katheryn M. Lloyd <lloyd@CarpenterLipps.com>; Amber L. Merl <merl@CarpenterLipps.com>; Boone, Brian <Brian.Boone@alston.com>; McGowan, Emily <Emily.McGowan@alston.com>
**Subject:** Cupp v. United et al. -- Removal

Jessica and Joe,

Brian, Emily, Kathy, Amber, and I represent United Healthcare Services, Inc. in the above matter. We're planning to file the attached supplemental notice of removal this afternoon. Do the Adena Defendants and Dr. Hassan consent to our filing the attached supplemental notice?

Best,
Will

William Metcalf
Associate
**ALSTON & BIRD**
1120 South Tryon Street
Suite 300
Charlotte, NC 28203-6818
+1 704 444 1277 (O)

+1 828 707 1821 (M)
will.metcalf@alston.com

---

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

---

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.