# Exhibit B

to Defendant United Healthcare Services, Inc.'s

Supplemental Notice of Removal

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | |
|---|---|
| CHRISTINA L. CUPP, AS ADMINISTRATOR OF THE ESTATE OF LITTLE JOHN CUPP, <br><br> PLAINTIFF, <br><br> vs. <br><br> UNITED HEALTHCARE SERVICES, INC., et al., <br><br> DEFENDANTS. | CASE NO. 24-CV-001784 <br><br> JUDGE ANDY D. MILLER |

## RULE 4.7 WAIVER OF THE SERVICE OF SUMMONS

To John A. Markus:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer o a motion under Rule 12 within 60 days from March 1, 2024, the date when this request was sent (or 90 days if it was sent outside of the United States). If I fail to do so, a default judgment could be entered against me or the entity I represent.

Date: March 29, 2024

/s/ Jessica L. Davis
Jessica L. Davis (0075487)
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 300
Columbus, Ohio  43215
Phone: (614) 628-6880
Fax: (614) 628-6890
E-mail: jessica.davis@dinsmore.com

*Counsel for Defendants Adena Health System dba Adena Regional Medical Center, Adena Medical Group, LLC, and Haffez Ul Hassan, M.D.*