# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CHRISTINA L. CUPP, as Administrator of the Estate of LITTLE JOHN CUPP, | Case No. 2:24-CV-01519 |
| Plaintiff, | Judge Edmund A. Sargus |
| vs. | Magistrate Judge Chelsey M. Vascura |
| UNITED HEALTHCARE SERVICES, INC., et al., | |
| Defendants. | |

## STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and on the basis of the motions to dismiss filed by Defendants EviCore Healthcare MSI, LLC ("EviCore") (Docs. 11 and 12), and United HealthCare Services, Inc. ("United") (Doc. 14), and Plaintiff's Combined Response to United's and EviCore's motions to dismiss (Doc. 27), the parties who have appeared in this action, by and through the undersigned counsel, respectfully give notice that they have stipulated to the voluntary dismissal without prejudice of the above-referenced matter as to United and EviCore, and all claims in their entirety that were asserted, could have been asserted, and/or should have been asserted by Plaintiff against United and EviCore.  Each party, to include Plaintiff, United, and EviCore, will bear its own costs, fees, and expenses.  No other claims or parties are intended to be affected by this dismissal.

Following the dismissal of United and EviCore, no federal claims will remain pending in the litigation, and the parties that will remain (Ms. Cupp, Adena Health System, Adena Medical

Group, LLC and Dr. Hassan) stipulate and agree to the remand of the remaining claims to the Franklin County Court of Common Pleas.

Respectfully submitted,

/s/ John A. Markus (per email auth, 10/16/24, ALM)
Craig S. Tuttle (0086521)
John A. Markus (0093736)
LEESEBERG TUTTLE
175 S. Third Street, Penthouse One
Columbus, Ohio 43215
Tel: 614/221.2223
Fax: 614/221.3106
Email: ctuttle@leeseberglaw.com
jmarkus@leeseberglaw.com

*Attorneys for Plaintiff Christina L. Cupp, as Administrator of the Estate of Little John Cupp*

/s/ Katheryn M. Lloyd
Katheryn M. Lloyd (0075610)
   *Trial Attorney*
Amber L. Merl (0080655)
Carpenter Lipps LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
lloyd@carpenterlipps.com
merl@carpenterlipps.com

*Attorneys for Defendant United HealthCare Services, Inc.*

/s/ James M. Brodzik (per email auth., 10/16/24, ALM)
Carly D. Glantz (0098428)
Trial Attorney
cglantz@meyersroman.com
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Blvd, Suite 600
Cleveland, OH 44122
(216) 831-0042
(216) 831-0542

James M. Brodzik (*Admitted Pro Hac Vice*)
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
(312) 704-3000 Phone
(312) 704-3001 Fax

*Attorneys for EviCore Healthcare MSI, LLC*

/s/ Jessica L. Davis (per email auth., 10/16/24, ALM)
Jessica L. Davis (0075487)
Joseph K. Merical (0098263)
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 200
Columbus, Ohio 43215
Phone: (614) 628-6880
Fax: (614) 628-6890
E-mail: jessica.davis@dinsmore.com
joseph.merical@dinsmore.com

*Attorneys for Defendants Adena Health System, Adena Medical Group, LLC, and Hafeez Ul Hassan, M.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2024, I caused a true and correct copy of the foregoing to be filed through the Court's electronic filing system and that this document was emailed to all counsel of record.

/s/ Katheryn M. Lloyd

*One of the Attorneys for Defendant United HealthCare Services, Inc.*